B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Florida Gaming Centers, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Miami Jai-Alai Casino | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>████5893 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3500 NW 37th Avenue<br>Miami, FL                        ZIP Code: 33142 | Street Address of Joint Debtor (No. and Street, City, and State):                        ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Miami-Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                        ZIP Code: | Mailing Address of Joint Debtor (if different from street address):                        ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."           ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Florida Gaming Centers, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

■ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)  Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Florida Gaming Centers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____*(signed)*_____
Signature of Attorney for Debtor(s)
**Luis Salazar 147788**
Printed Name of Attorney for Debtor(s)
**Salazar Jackson, LLP**
Firm Name
**Two South Biscayne Blvd.
Suite 3760
Miami, FL 33131**
Address

**(305) 374-4848  Fax: (305) 379-1021**
Telephone Number
**8/19/2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____*(signed)*_____
Signature of Authorized Individual
**W. Bennett Collett, Jr.**
Printed Name of Authorized Individual
**President and CEO**
Title of Authorized Individual
**8/19/2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re     **Florida Gaming Centers, Inc.**                                          Case No. _____
_____,
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Florida Gaming Corporation**<br>**Southern District of Florida** | **Holding Company** | **08/19/13** |
| **Freedom Holding, Inc.**<br>**Southern District of Florida** | **Affiliate** | **08/19/13** |
| **Tara Club Estate, Inc.**<br>**Southern District of Florida** | **Affiliate** | **08/19/13** |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Southern District of Florida

In re: **Florida Gaming Centers, Inc.**   Debtor(s)   Case No. _____   Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____

2. The following financial data is the latest available information and refers to the debtor's condition on **07/31/2013**.

a. Total assets    $   **180,000,000.00**

b. Total debts (including debts listed in 2.c. below)    $   **138,299,560.83**

c. Debt securities held by more than 500 holders:   Approximate number of holders:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | | 0 |

d. Number of shares of preferred stock    0    0

e. Number of shares common stock    1,000    1

Comments, if any:

3. Brief description of Debtor's business:
**Pari-mutuel facilities in Miami and Ft.Pierce, FL with poker rooms and wagering on live jai-alai and inter-track performances. The Miami location is also a casino with approximately 1050 vegas-style slot machines.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Florida Gaming Centers, Inc. is a wholly-owned subsidiary of Florida Gaming Corporation.**

## **CORPORATE RESOLUTION**

**WHEREAS**, it is desirable and in the best interest of **Florida Gaming Centers, Inc.** (the "**Corporation**"), its creditors, equity holders and other interested parties, that the Corporation be authorized and empowered to file, at such time as it is deemed necessary by the appropriate persons acting on behalf of the Corporation, a voluntary petition for relief (the "**Petition**") under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**"); it is

**RESOLVED**, that W. Bennett Collett, Jr., as President and Chief Executive Officer, or such other persons that he may designate and direct ("**Authorized Persons**"), is authorized, directed and empowered (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons that the Authorized Persons designate and direct, is authorized directed and empowered, on behalf of and in the name of the Corporation, to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the Chapter 11 case; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to retain on behalf of the Corporation, the law firm of SALAZAR JACKSON as general bankruptcy counsel, to render legal services to, and to represent the Corporation in connection with planning and preparation for such proceedings and all other related matters in connection therewith, on such terms as the Authorized Persons and SALAZAR JACKSON shall agree; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to take such actions and execute and deliver any and all agreements, instruments, certificates, notices, and any and all other documents as the Authorized Person may deem necessary or appropriate to facilitate and consummate any financing transactions on behalf of the Corporation in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to retain on behalf of the Corporation any additional counsel and other advisors as appropriate; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his, her or their judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any director or officer or agent of the Corporation in connection with the reorganization or liquidation of the Corporation or any matter related thereto, or by virtue of these resolutions are hereby in all respects ratified, confirmed and approved.

Executed on this 19th day of August, 2013.

FLORIDA GAMING CENTERS, INC.

_____
By:  W. Bennett Collett, Jr.
Its:  President and Chief Executive Officer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Florida Gaming Centers, Inc.**                                   Case No. _____
                                         Debtor(s)                           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Health Plans<br>9400 South Dadeland Blvd.<br>Suite 510<br>Miami, FL 33156 | Vdayan Sen<br>Allied Health Plans<br>9400 South Dadeland Blvd.<br>Suite 510<br>Miami, FL 33156<br>3056715437 | Trade Debt | | 111,133.67 |
| American Gaming Systems, LLS<br>6680 Amelia Earhart Court<br>Las Vegas, NV 89119 | Lisa Begay-Jennings<br>American Gaming Systems, LLS<br>6680 Amelia Earhart Court<br>Las Vegas, NV 89119<br>7027241101 | Trade Debt | | 449,946.00 |
| Aristocrat Technologies<br>7230 Amigo Street<br>Las Vegas, NV 89119 | Tatiana Janevski<br>Aristocrat Technologies<br>P.O. Box 849540<br>Los Angeles, CA 90084-9540<br>7022701000 | Trade Debt | | 42,425.50 |
| Cousins, Chipman, and Brown<br>The Nemours Building<br>1007 North Orange Street<br>Ste 1110<br>Wilmington, DE 19801 | Joseph Cicero<br>Cousins, Chipman, and Brown<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>3024684592 | Trade Debt | | 29,817.86 |
| Dania Jai-Alai<br>301 East Dania Beach Blvd<br>P.O. Box 96<br>Dania, FL 33004 | Clint Morris<br>Dania Jai-Alai<br>301 East Dania Beach Blvd<br>P.O. Box 96<br>Dania, FL 33004<br>9543421264 | Trade Debt | | 58,946.77 |
| Derby Lane<br>10490 Gandy Blvd. N.<br>Saint Petersburg, FL 33702 | Sandra Halbert<br>Derby Lane<br>10490 Gandy Blvd. N.<br>Saint Petersburg, FL 33702<br>7278123327 | Trade Debt | | 32,835.32 |

B4 (Official Form 4) (12/07) - Cont.

In re    Florida Gaming Centers, Inc.    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Edmunds Direct Mail, Inc.<br>301 Tilton Road<br>Northfield, NJ 08225 | K. Biglin<br>Edmunds Direct Mail, Inc.<br>301 Tilton Road<br>Northfield, NJ 08225<br>6096778200 | Trade Debt | | 68,124.11 |
| Florida Legislative Consultants, Inc.<br>522 East Jefferson Street<br>Tallahassee, FL 32302 | Jim Tillman<br>Florida Legislative Consultants, Inc.<br>522 East Jefferson Street<br>Tallahassee, FL 32302<br>8502246611 | Trade Debt | | 55,000.00 |
| Frost, Brown, Todd. LLC<br>400 West Market Street<br>Suite 3200<br>Louisville, KY 40202 | Jim Strauss<br>Frost, Brown, Todd. LLC<br>400 West Market Street<br>Suite 3200<br>Louisville, KY 40202<br>5025895400 | Trade Debt | | 291,860.41 |
| Gulfstream Park<br>901 South Federal Highway<br>Hallandale, FL 33009 | Carl Ng Mon<br>Gulfstream Park<br>901 South Federal Highway<br>Hallandale, FL 33009<br>9544576266 | Trade Debt | | 48,803.11 |
| Hudson and Calleja<br>3211 Ponce De Leon Blvd.<br>Ste 102<br>Coral Gables, FL 33134 | Robert W. Hudson, Esq.<br>Hudson and Calleja<br>3211 Ponce De Leon Blvd.<br>Ste 102<br>Coral Gables, FL 33134<br>3054446628 | Trade Debt | | 26,191.40 |
| IGT-Eastern Operating<br>6355 South Buffalo Drive<br>Las Vegas, NV 89113 | Dea Drummond<br>IGT-Eastern Operating<br>6355 South Buffalo Drive<br>Las Vegas, NV 89113<br>7026698902 | Trade Debt | | 39,005.00 |
| International Sound Corporation<br>7130 Milford Industrial Rd.<br>Pikesville, MD 21208 | Dale Walter<br>International Sound Corporation<br>7130 Milford Industrial Rd.<br>Pikesville, MD 21208<br>3055567138 | Trade Debt | | 195,797.39 |
| Miami Casino Management, LLC<br>21001 North Tatun Blvd.<br>Suite 1630-256<br>Phoenix, AZ 85050 | Dave Jonas<br>Miami Casino Management, LLC<br>21001 North Tatun Blvd.<br>Suite 1630-256<br>Phoenix, AZ 85050<br>6092344133 | Trade Debt | Disputed | 1,125,000.00 |
| Miami Gaming Ventures, LLC<br>235 Caatalonia Avenue<br>Miami, FL 33134 | Brian May<br>Miami Gaming Ventures, LLC<br>235 Caatalonia Avenue<br>Miami, FL 33134<br>3054444648 | Trade Debt | | 541,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Florida Gaming Centers, Inc.                               Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Palm Beach Kennel<br>1111 North Congress Avenue<br>West Palm Beach, FL 33409 | Le Ruth DeMunn<br>Palm Beach Kennel<br>1111 North Congress Avenue<br>West Palm Beach, FL 33409<br>5616832222 ext. 117 | Trade Debt | | 49,742.75 |
| Roberts Communication Network, Inc.<br>4175 Cameron Street<br>Suite B-10<br>Las Vegas, NV 89103 | Joanne Colon<br>Roberts Communication Network, Inc.<br>4175 Cameron Street<br>Suite B-10<br>Las Vegas, NV 89103<br>7022277550 | Trade Debt | | 70,850.00 |
| SHFL Entertainment, Inc.<br>1106 Palms Airport Drive<br>Las Vegas, NV 89119 | Amy Lawrence<br>SHFL Entertainment, Inc.<br>1106 Palms Airport Drive<br>Las Vegas, NV 89103<br>7028977150 | Trade Debt | | 50,332.80 |
| Sportech, Inc.<br>1095 Winward Ridge Parkway<br>Suite 170<br>Alpharetta, GA 30005 | Albashir Haji<br>Sportech, Inc.<br>1095 Winward Ridge Parkway<br>Suite 170<br>Alpharetta, GA 30005 | Trade Debt | | 40,955.03 |
| Tampa Bay Downs<br>11225 Race Track Road<br>Tampa, FL 33626 | Greg Gelyon<br>Tampa Bay Downs<br>11225 Race Track Road<br>Tampa, FL 33626<br>8138554401 | Trade Debt | | 121,607.57 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Florida Gaming Centers, Inc.**                                    Case No.
                                              Debtor(s)                      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **8/19/2013**                    Signature    */s/ W. Bennett Collett, Jr.*
                                                      **W. Bennett Collett, Jr.**
                                                      **President and CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.