IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                     Chapter 11

                                           Case No. 13-29597-RAM
FLORIDA GAMING CENTERS, INC., *et*          (Joint Administration Requested)
*al.*,[1]

_____ Debtors. _____ /

### DEBTORS' EMERGENCY MOTION FOR AN ORDER (I) AUTHORIZING DEBTORS TO PAY (A) PREPETITION EMPLOYEE WAGES AND RELATED ITEMS; (B) PREPETITION EMPLOYEE BUSINESS EXPENSES; (C) PREPETITION CONTRIBUTIONS TO AND BENEFITS UNDER EMPLOYEE BENEFIT PLANS; (D) PREPETITION EMPLOYEE PAYROLL DEDUCTIONS AND WITHHOLDINGS; AND (E) ALL EXPENSES INCIDENT TO THE FOREGOING; AND (II) AUTHORIZING AND DIRECTING ALL FINANCIAL INSTITUTIONS TO PAY ALL RELATED CHECKS AND ELECTRONIC PAYMENT REQUESTS

### BASIS FOR EMERGENCY HEARING

**Miami Jai-Alai** requests an immediate emergency hearing in this matter so that payroll and related items can be processed on time, as scheduled and with no interruptions, in order to ensure the retention of its employees. Miami Jai-Alai also respectfully requests that the Court waive the provisions of Rule 9075-1(B), as the relief requested herein is urgent in nature and does not lend itself to advance resolution, and further submits that the relief sought herein satisfies the requirements of Federal Rule of Bankruptcy Procedure 6003(a) and is necessary to avoid immediate and irreparable harm notwithstanding that this Motion is being filed within 21 days of the filing of the petition.

Debtors, Florida Gaming Centers, Inc. ("**Florida Gaming Centers**"), Florida Gaming Corporation ("**Florida Gaming Corp.**"), Tara Club Estates, Inc. ("**Tara**") and Freedom Holding, Inc. ("**Freedom**")(collectively, "**Miami Jai-Alai**"), respectfully move, pursuant to Bankruptcy Code Sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d), for entry of an Order

---

[1] The debtors in these chapter 11 cases, and the last four digits of their federal tax identification number, are: Florida Gaming Centers, Inc. (5893), Florida Gaming Corporation (0533), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929).



(i) authorizing, but not directing, Miami Jai-Alai to pay: (a) prepetition employee wages, salaries and related items; (b) prepetition employee business expenses; (c) prepetition contributions to and benefit under employee benefit plans; (d) prepetition employee payroll deductions and withholdings; and (e) all costs and expenses incident to the foregoing payments and contributions; and (ii) authorizing and directing banks and financial institutions to pay all checks and electronic payment requests made by Miami Jai-Alai relating to the foregoing.  In support of this Motion, Miami Jai-Alai states:

### JURISDICTION

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are Bankruptcy Code Sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d), Federal Rule of Bankruptcy Procedure 6003 and Local Rule 9013-1(I).

### BACKGROUND

4.      On the date hereof (the **"Petition Date"**), Miami Jai-Alai commenced these voluntary cases under chapter 11 of the Bankruptcy Code in this Court.  Miami Jai-Alai is authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code Sections 1107(a) and 1108.  No trustee, examiner, or statutory creditors' committee has been appointed in these Chapter 11 cases.

5.      For a description of Miami Jai-Alai's business operations and the events leading up to the chapter 11 filing, see the *Declaration of Daniel Licciardi in Support of the Chapter 11*

*Petitions and First Day Motions and Applications* (the **"Licciardi Declaration"**) filed on the Petition Date and incorporated herein by reference.

### RELIEF REQUESTED

6.      By this Motion, Miami Jai-Alai seeks the entry of an order, pursuant to Bankruptcy Code Sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d), (a) authorizing Miami Jai-Alai, in accordance with their stated policies (as such polices may be modified from time to time) and in Miami Jai-Alai's sole discretion, to pay: (i) certain prepetition wages, salaries, overtime pay, incentive pay, contractual compensation, vacation pay, holiday pay and other accrued compensation (collectively, the **"Prepetition Compensation"**) to Employees (as such terms are defined below); (ii) prepetition business expenses, including travel, lodging, moving and other relocation expenses and other reimbursable business expenses (collectively, the **"Prepetition Business Expenses"**) to Employees; (iii) prepetition contributions to, and benefits under, the Employees' benefit plans; (iv) prepetition payroll deductions and withholdings with respect to Employees; and (v) all costs and expenses incident to the foregoing payments and contributions (including payroll-related taxes and processing costs); and (b) authorizing and directing banks and financial institutions to pay all checks and electronic payment requests made by Miami Jai-Alai relating to the foregoing.

### DESCRIPTION OF WORKFORCE AND
### RELATED OBLIGATIONS AND BENEFITS

7.      **EMPLOYEES.**  The Debtors' workforce currently includes approximately 510 full-time hourly and salaried employees located in Florida (the **"Employees"**).

8.      Most of the Debtors' hourly Employees are paid on a weekly basis, every Friday for the week ended the previous Saturday.  Most of the Debtors' salaried Employees and certain hourly

Employees are paid current, on Wednesday of every other week for a total of twenty-six (26) times per year. Certain of the Debtor's salaried Employees are paid, pursuant to a collective bargaining agreement, on a monthly basis, on the first day of every month. Certain Employees who entitled to prize money from their "Jai-Alai winnings" from the previous month are paid on the 15th of the following month. Certain Employees are also paid 1.75% of the "slot wins" from the previous month and are paid on the 15th of each month. The Employees that participate in Jai-Alai are also entitled to annual payments based upon their performance for the previous year.

9.      The Employees perform a variety of critical functions for the Debtors' businesses and their skills and specialized knowledge and understanding of the Debtors' infrastructure and operations, as well as their relationships with customers, vendors and other third parties, are essential to the success of the Debtors' continuing operations and their ability to maximize the value of their assets.

10.      **PREPETITION COMPENSATION, BUSINESS EXPENSES AND RELATED CLAIMS**. As described above, the continued and uninterrupted support of the Employees, is essential to Miami Jai-Alai's ongoing operations and their ability to maximize the value of their assets. As of the Petition Date, many Employees were owed or had accrued various sums for Prepetition Compensation and Prepetition Business Expenses. In addition, as of the Petition Date, Miami Jai-Alai had obligations in respect of Prepetition Compensation for deductions from Employees' paychecks used to make payments on behalf of the Employees for or with respect to, among other things: (a) child support payments, garnishments, 401(k) savings plans, health benefit premium payments, voluntary life insurance programs, and other similar programs on account of which Miami Jai-Alai deduct a sum of money from an Employee's paycheck and pay that amount to a third

party (collectively, the **"Deductions"**); and (b) withholdings from Employees' paychecks on account of various federal, state and local income, FICA, Medicare and other taxes for remittance to the appropriate federal, state, or local taxing authority (collectively, the **"Withholdings"**). Prepetition Compensation, Prepetition Business Expenses, Deductions, and Withholdings were due and owing as of the Petition Date because, among other things:

    a)  Miami Jai-Alai filed their chapter 11 petitions in the midst of certain of their regular and customary payroll periods, as well as in the midst of their regular reimbursement cycle for Employee business expenses;

    b)  certain checks issued to the Employees prior to the Petition Date (including expense reimbursement checks) have not yet been presented for payment or have not yet cleared the banking system and, accordingly, were not honored and paid as of the Petition Date;

    c)  certain Employees have not yet been paid portions of their salaries, contractual compensation and wages for services previously rendered to Miami Jai-Alai and/or have not yet been reimbursed for business expenses previously advanced on behalf of Miami Jai-Alai; and

    d)  certain other forms of compensation related to prepetition services have not yet been paid to, or for the benefit of, the Employees because such amounts, although accrued in whole or in part prior to the Petition Date, were not payable at such time, but rather will become payable in the future in the ordinary course of the Miami Jai-Alai' businesses.

11.    Miami Jai-Alai seeks authority to pay all Prepetition Compensation of Employees, Prepetition Business Expenses, Deductions, and Withholdings attributable to the period prior to the Petition Date.  As required by Local Rule 9013-1(I)(1), a schedule containing: (a) the names of the employees, (b) amount due such employees, (c) the amounts to be withheld from such wages, including all applicable payroll taxes and related benefits; (d) period of time for which prepetition wages are due, (e) whether the employee is presently employed by Miami Jai-Alai is attached hereto as **Exhibit "A."**

12.     All applicable payroll taxes and related benefits, to the extent applicable, will be paid concurrently with the payment of the prepetition wages identified on Exhibit A to this Motion when authority to pay such wages has been granted. *See* Local Rule 9013-1(I).

13.     **EXPENSES.** Miami Jai-Alai approximates the amounts and principal categories of the Prepetition Compensation, Prepetition Business Expenses, Deductions, and Withholdings are attached hereto as Exhibit A and incorporated herein by reference

14.     **EMPLOYEE BENEFITS.**  Miami Jai-Alai maintains a number of employee benefit programs, including but not limited to: health, dental, vision, prescription drug, life and disability insurance, 401(k) savings plans, vacation plans, and other similar programs (collectively, and as described in more detail below, the **"Benefit Programs"**).  These Benefit Programs are fully insured.  A nonexclusive schedule of Benefit Programs under which prepetition Benefits are owed is attached hereto as **Exhibit "B"** and incorporated herein by reference.  The contributions to or benefits paid under the various Benefit Programs are referred to herein collectively as the **"Benefits."**

15.     Miami Jai-Alai regularly pays the premiums for the majority of the Benefits on a monthly basis in advance.  Miami Jai-Alai believes that most, if not all of the Benefits, were prepaid prior to the Petition Date.  However, to the extent that Miami Jai-Alai discovers any unfunded Benefits, Miami Jai-Alai is hereby seeking authority to pay for such Benefits.

## BASIS FOR RELIEF REQUESTED

16.     The payment of the Prepetition Compensation, Prepetition Business Expenses, and Deductions, Withholdings, and is warranted under Bankruptcy Code Sections 105(a), 363(b), 507(a)(4), 507(a)(5) and 541(d) and case law in this District and elsewhere.

17.     AMOUNTS OWED TO EMPLOYEES ENJOY PRIORITY STATUS UNDER THE BANKRUPTCY CODE. Under Bankruptcy Code Section 507(a)(4), employees are granted a priority claim for:

> allowed unsecured claims, but only to the extent of $12,475 for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first, for —
>
> (A) wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual; or
>
> (B) sales commissions earned by an individual or by a corporation with only 1 employee, acting as an independent contractor in the sale of goods or services for the debtor in the ordinary course of the debtor's business if, and only if, during the 12 months preceding that date, at least 75 percent of the amount that the individual or corporation earned by acting as an independent contractor in the sale of goods or services was earned from the debtor . . . .

11 U.S.C. § 507(a)(4). Likewise, under Bankruptcy Code Section 507(a)(5), employees are granted a priority claim for:

> allowed unsecured claims for contributions to an employee benefit plan —
>
> (A) arising from services rendered within 180 days before the date of the filing of the petition or the date of the cessation of the debtor's business, whichever occurs first; but only
>
> (B) for each such plan, to the extent of —
>
> (i) the number of employees covered by each such plan multiplied by $12,475; less
>
> (ii) the aggregate amount paid to such employees under paragraph (4) of this subsection, plus the aggregate amount paid by the estate on behalf of such employees to any other employee benefit plan.

11 U.S.C. § 507(a)(5).

18.     For most Employees, Miami Jai-Alai believes that the amount of prepetition wages, salaries, contractual compensation and benefits owing will not exceed the sum of $12,475

allowable as a priority claim under Bankruptcy Code Sections 507(a)(4) or 507(a)(5).[2]  Therefore, the payment of these amounts pursuant to this Motion would not deplete assets otherwise available to general unsecured creditors under a plan.

19.     **THE DOCTRINE OF NECESSITY PROVIDES A BASIS FOR GRANTING THE REQUESTED RELIEF.**  Moreover, payment of Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings, and Benefits is appropriate pursuant to Bankruptcy Code Sections 105(a) and 363(b).

20.     Bankruptcy Code Section 105(a), which codifies the equitable powers of bankruptcy courts, authorizes the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

21.     It is well established under the "doctrine of necessity" that bankruptcy courts have the equitable power to authorize the payment of prepetition claims where such payments are necessary to preserve the going concern value of a debtor's business, thereby facilitating its reorganization. *See, e.g., Miltenberger v. Logansport, Crawfordsville and Sw. Ry. Co.*, 106 U.S. 286, 311 (1882) (holding that "[m]any circumstances may exist which may make it necessary and indispensable to . . . the preservation of the property, for the receiver to pay pre-existing debts of certain classes out of the earnings of the receivership . . . ."); *see also In re Just for Feet, Inc.*, 242

---

[2]  Some Employees' prepetition wages, salaries, contractual compensation and benefits owing may exceed the sum of $12,475 allowable as a priority claim under section 507(a)(4), due primarily to Miami Jai-Alai's shared "winnings" policy and Incentive programs.  Specifically, the Employees which play Jai-Alai participate in a program which rewards outstanding performance for his/he play for the previous year.  At least one Jai-Alai player is owed more than $20,000 based upon incentives alone.  This Motion seeks to pay each Employee up to $12,475 in accordance with section 507(a)(4) of the Bankruptcy Code. This Motion is without prejudice to Miami Jai-Alai's right to later seek relief by separate motion to pay the claims of Employees which exceed $12,475.

B.R. 821, 826 (D. Del. 1999) (stating that where the debtor "cannot survive" absent payment of certain prepetition claims, the doctrine of necessity should be invoked to permit payment).

22.     As such, a bankruptcy court's use of its equitable powers to "authorize the payment of pre-petition debt when such payment is needed to facilitate the rehabilitation of the debtor is not a novel concept." *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989) (citing *Miltenberger*, 106 U.S. at 311); *see In re Eagle-Picher Indus., Inc.*, 124 B.R. 1021, 1023 (Bankr. S.D. Ohio 1991) (supporting principle that bankruptcy court can authorize payment of pre-petition claims where such payment is necessary to survival of debtor); *In re NVR L.P.*, 147 B.R. 126, 127 (Bankr. E.D. Va. 1992) ("[T]he court can permit pre-plan payment of a pre-petition obligation when essential to the continued operation of the debtor.").

23.     The bankruptcy court's exercise of its authority under the "doctrine of necessity" is appropriate to carry out specific statutory provisions of chapter 11, specifically Bankruptcy Code Sections 1107(a), 1108 and 363(b)(1), which authorize a debtor in possession to maintain and operate the debtor's business and use estate property outside of the ordinary course of business. Indeed, a debtor in possession operating a business under section 1108 of the Bankruptcy Code has a duty to protect and preserve the going concern value of an operating business, and prepetition claims may be paid if necessary to perform the debtor's duty. *See In re CoServ, L.L.C.*, 273 B.R. 487, 497 (Bankr. N.D. Tex. 2002) ("There are occasions when this duty can only be fulfilled by the preplan satisfaction of a prepetition claim."). A bankruptcy court's exercise of its authority under Bankruptcy Code Section 105(a) is also appropriate to carry out two central policies underlying Chapter 11: (a) to permit the successful rehabilitation of

the debtor; and (b) to preserve going concern value and maximize property available to satisfy all creditors.

24.     The relief sought herein is essential to Miami Jai-Alai's reorganization.  Miami Jai-Alai seeks the relief requested in this Motion because any delay or disruption in the provision of employee benefits or payment of compensation (including the payment of Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits) will destroy its relationships with the Employees and irreparably impair workforce morale at the very time when the dedication, confidence and cooperation of the Employees are most critical.  Miami Jai-Alai faces the risk that its operations may be severely impaired if authority is not granted immediately Miami Jai-Alai to make the payments described above.

25.     In addition, bolstering the morale of the Employees and ensuring the uninterrupted availability of their services will assist Miami Jai-Alai in (a) maintaining a "business as usual" atmosphere, and (b) preserving its relationships with customers and vendors, as well as the general public, with which the Employees are Miami Jai-Alai's primary interface.  Finally, Miami Jai-Alai must continue its corporate policies of permitting certain Employees to incur business related expenses and thereafter seek reimbursement by submitting appropriate invoices or vouchers to maintain necessary oversight and quality control and to enable many key Employees to perform their jobs effectively.

26.     Because the amounts represented by Prepetition Compensation, Prepetition Business Expenses and Deductions are needed to enable the Employees to meet their own personal obligations, the Employees will suffer undue hardship and, in many instances, serious financial difficulties absent the relief requested herein.  Moreover, without the requested relief,

the stability of Miami Jai-Alai's businesses would be undermined by the threat that otherwise loyal Employees at all levels would seek other employment.

27.     In light of the foregoing, Miami Jai-Alai respectfully submits that the payment of the Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings, Benefits and Workers Compensation Premiums is essential for its reorganization, represents an exercise of the Miami Jai-Alai's sound business judgment and is in the best interests of Miami Jai-Alai's estates and creditors.

28.     Relief similar to that sought herein has been granted by Courts in this District. *See, e.g., In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 08-18173-BKC-AJC (Bankr. S.D. Fla. June 20, 2008) (Cristol, J.); *In re Tousa, Inc., et al,* Chapter 11 Case No. 08-10928-BKC-JKO (Bankr. S.D. Fla. Jan. 31, 2008) (Olson, J.); *In re Gemini Cargo Logistics, Inc. et al.,* Chapter 11 Case No. 06-10870-BKC-AJC (Bankr. S.D. Fla. March 17, 2006) (Cristol, J.); *In re Atlas Air Worldwide Holdings, Inc. et al.,* Chapter 11 Case No. 04-10792-BKC-RAM (Bankr. S.D. Fla. Feb. 10, 2004) (Mark, J.).

29.     **FUNDS HELD IN TRUST ARE NOT AVAILABLE FOR GENERAL DISTRIBUTION TO CREDITORS.** Bankruptcy Code Section 541(d) excludes "property in which the debtor holds, as of the commencement of the case, only legal title and not an equitable interest." 11 U.S.C. § 541(d).  It is well established under Bankruptcy Code Section 541(d) that taxes collected on behalf of taxing authorities are not property of the estate. *See Begier v. IRS*, 496 U.S. 53, 59 (1990) (holding that taxes such as excise taxes, FICA taxes and withholding taxes are property held by the debtor in trust for another and, as such, do not constitute property of the estate); *McCafferty v. McCafferty*, 96 F.3d 192, 196 (6th Cir. 1996) (citing *Begier* with approval and stating that

"[s]ection 541(d) [of the Bankruptcy Code] has often been invoked as the basis for excluding from a bankruptcy estate assets held in constructive trust by a debtor in favor of another."); *City of Farrell v. Sharon Steel Corp. (In re Sharon Steel Corp.)*, 41 F.3d 92, 98-103 (3d Cir. 1994) (holding that funds withheld from employees' paychecks may be subject to a trust, and thus are not property of a debtor's estate, even where such funds are commingled with the debtor's other property). Accordingly, such funds are not available for general distribution to a debtor's creditors.

30.    To avoid the serious disruption of Miami Jai-Alai's reorganization efforts that could result from the nonpayment of any withholding taxes, Miami Jai-Alai seeks authority to remit all Withholdings, including prepetition Withholdings collected on behalf of the Employees, to the applicable taxing authorities to the extent that the Withholdings have not already been remitted. The Withholdings are held in trust for the benefit of the appropriate federal, state or local taxing authority for employees on behalf of whom such payment is being made. As such, the Withholdings are not property of Miami Jai-Alai's estates within the meaning of Bankruptcy Code Section 541. Because the Withholdings are held in trust on behalf of others and thus do not constitute property of Miami Jai-Alai's estates, the remittance of the Withholdings will not adversely affect Miami Jai-Alai's estates or their creditors and is warranted.

### REQUEST FOR AUTHORITY FOR BANKS TO HONOR CHECKS AND PAY CHECKS AND ELECTRONIC PAYMENT REQUESTS ISSUED TO PAY PREPETITION COMPENSATION, PREPETITION BUSINESS EXPENSES, DEDUCTIONS, WITHHOLDINGS AND BENEFITS

31.    In addition, by this Motion, Miami Jai-Alai requests that all applicable banks and other financial institutions be authorized and directed, when requested by Miami Jai-Alai in the its sole discretion, to receive, process, honor and pay any and all checks and electronic payment

requests presented for payment of, and to honor all fund transfer requests made by Miami Jai-Alai related to Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits, whether such checks were presented or electronic payment requests were submitted prior to or after the Petition Date, provided that sufficient funds are available in the applicable accounts to make the payments. Miami Jai-Alai represents that all checks or electronic payments drawn on its payroll accounts relate directly to the requested payment of Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits.

32.      Miami Jai-Alai represents that those checks or electronic payments drawn on the its disbursement accounts other than Miami Jai-Alai's payroll accounts can be readily identified as relating directly to the authorized payment of Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits and Miami Jai-Alai will provide a list of such checks or electronic payments to its banks. Accordingly, Miami Jai-Alai believes that checks and electronic payment requests other than those relating to authorized payments will not be honored inadvertently.

33.      Miami Jai-Alai further represents that it has anticipated access to sufficient debtor in possession financing to pay all Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits, to the extent described herein, as such amounts become due in the ordinary course of its businesses.

34.      Nothing contained herein is intended or should be construed as: (a) an admission as to the validity of any claim against Miami Jai-Alai; (b) a waiver of Miami Jai-Alai's rights to dispute any claim on any grounds; (c) a promise to pay any claim; (d) an implication or admission

that any particular claim is a claim for Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits; or (e) a request to assume any executory contract or unexpired lease, pursuant to Bankruptcy Code Section 365.

## SATISFACTION OF BANKRUPTCY RULE 6003

35.    Pursuant to Bankruptcy Rule 6003, "[e]xcept to the extent that relief is necessary to avoid immediate and irreparable harm, the court shall not, within 20 days after the filing of the petition, grant relief regarding the following: …(b) a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition, but not a motion under Rule 4001." The payments proposed herein are essential to prevent immediate and irreparable harm to Miami Jai-Alai's business operations.  Accordingly, Miami Jai-Alai submits that the requirements of Bankruptcy Rule 6003 have been satisfied.

## WAIVER OF BANKRUPTCY RULE 6004

36.    Miami Jai-Alai seeks a waiver of any stay of the effectiveness of the order approving this Motion. Pursuant to Rule 6004(h), "[a]n order authorizing the use, sale or lease of property other than cash collateral is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise."  The payments proposed herein are essential to prevent immediate and irreparable harm to Miami Jai-Alai's business operations. Accordingly, Miami Jai-Alai submits that ample cause exists to justify a waiver of the fourteen (14) day stay imposed by Rule 6004(h), to the extent that it applies.

37.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, Miami Jai-Alai requests the relief sought by this Motion be immediately effective and enforceable upon entry of the order requested hereby.

**WHEREFORE**, Miami Jai-Alai respectfully requests that this Court enter an Order (i) substantially in the form annexed hereto as **Exhibit "C**," granting the relief requested herein; and (ii) grant such other and further relief to Miami Jai-Alai as the Court may deem proper.

Dated: August 19, 2013                      Respectfully submitted,

                                            SALAZAR JACKSON, LLP
                                            *Proposed Counsel for Miami Jai-Alai*
                                            Two South Biscayne Boulevard, Suite 3760
                                            Miami, FL 33131
                                            Telephone: (305) 374-4848
                                            Facsimile: (305) 397-1021
                                            Email: Salazar@SalazarJackson.com
                                                   Jackson@SalazarJackson.com
                                                   Honaker@SalazarJackson.com

                                            By:_____/s/Luis Salazar_____
                                                   Luis Salazar
                                                   Florida Bar No. 147788
                                                   Linda Worton Jackson
                                                   Florida Bar No. 843164
                                                   Aaron P. Honaker
                                                   Florida Bar No. 48749

<u>C<small>ERTIFICATE</small> O<small>F</small> S<small>ERVICE</small></u>

I hereby certify that on August 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the Master Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

/s/  Luis Salazar
Luis Salazar

# Exhibit A

**ESTIMATED PREPETITION COMPENSATION, PREPETITION BUSINESS EXPENSES, DEDUCTIONS, AND WITHHOLDINGS**

8/19/2013  3:21:32 PM **Florida Gaming Centers** Page 1
**Payroll Register by Employee Name  (UPSREG1)**

| Pay Frequency | [All] |
|---|---|
| From Check Date | [8/23/2013]  To  [8/23/2013] |
| From Employee | [ ]  To  [ZZZZZZZZZZZZZ] |
| Selection List | [MIA] |
| Check Type | [Manual Checks, System Checks, Reversed Checks] |
| Include Employee Subtotals | [No] |

| Employee | | Check Date | Check  No. | Amount of Check | Total Earnings | Total Taxes | Total Deductions |
|---|---|---|---|---|---|---|---|
| 0100001715 | ACEVEDO, YESENIA | 8/23/2013 | 41100 | 790.79 | 1,045.45 | 254.66 | 0.00 |
| 0100001330 | ACOSTA, CARLOS A | 8/23/2013 | 41250 | 530.40 | 640.00 | 103.48 | 6.12 |
| 0100001000 | ACOSTA, MARIA I | 8/23/2013 | 41185 | 431.39 | 596.31 | 107.48 | 57.44 |
| 0100001419 | ADRIEN, MARIE G | 8/23/2013 | 41197 | 277.61 | 360.00 | 48.30 | 34.09 |
| 0100001004 | ALAMO, MILBETH | 8/23/2013 | 41161 | 453.31 | 640.00 | 113.91 | 72.78 |
| 0100001279 | ALEGRIA, MARIA | 8/23/2013 | 40988 | 338.15 | 390.00 | 51.85 | 0.00 |
| 0100001726 | ALVAREZ, ALEXANDRA | 8/23/2013 | 41142 | 156.39 | 184.88 | 28.49 | 0.00 |
| 0100001404 | ALVAREZ, RICHARD | 8/23/2013 | 41013 | 81.66 | 107.00 | 25.34 | 0.00 |
| 0100001383 | ALVAREZ, YOLANDA | 8/23/2013 | 41162 | 64.38 | 124.63 | 12.76 | 47.49 |
| 0100001010 | ALZURI, MAYKEL | 8/23/2013 | 41101 | 939.14 | 1,275.00 | 299.44 | 36.42 |
| 0100001702 | APAZA, MANUEL | 8/23/2013 | 41083 | 458.62 | 545.74 | 87.12 | 0.00 |
| 0100001258 | ARKIN, RYAN TAYLOR | 8/23/2013 | 41267 | 433.42 | 513.17 | 79.75 | 0.00 |
| 0100001012 | AVILEZ, ANGEL M | 8/23/2013 | 41215 | 396.81 | 480.00 | 83.19 | 0.00 |
| 0100001719 | AZCUY  CAMACHO, JOSE | 8/23/2013 | 41268 | 770.58 | 1,015.43 | 244.85 | 0.00 |
| 0100001421 | BADEAU, CHRISNEL | 8/23/2013 | 41024 | 264.58 | 340.00 | 44.47 | 30.95 |
| 0100001553 | BAUDIN, BRITTANY ROSE | 8/23/2013 | 41216 | 257.58 | 300.00 | 42.42 | 0.00 |
| 0100001595 | BEAUCHAMP, JOSEPH | 8/23/2013 | 41025 | 277.56 | 340.00 | 62.44 | 0.00 |
| 0100001630 | BELFORT, SHEILA | 8/23/2013 | 41229 | 484.85 | 608.00 | 123.15 | 0.00 |
| 0100001017 | BELVUE, MARIE D | 8/23/2013 | 41026 | 249.53 | 340.00 | 56.04 | 34.43 |
| 0100001018 | BENITEZ, RICARDO M | 8/23/2013 | 41251 | 149.28 | 161.64 | 12.36 | 0.00 |
| 0100001020 | BERNATO, CLAUDIUS | 8/23/2013 | 41198 | 328.37 | 400.00 | 53.62 | 18.01 |
| 0100001638 | BERNATO, JENNIFER MELISSA | 8/23/2013 | 41003 | 396.81 | 480.00 | 83.19 | 0.00 |
| 0100001340 | BOLIVAR, JORGE M | 8/23/2013 | 41252 | 220.43 | 270.70 | 45.71 | 4.56 |
| 0100001669 | BORDES, ENOCK | 8/23/2013 | 41004 | 418.16 | 480.00 | 61.84 | 0.00 |
| 0100001398 | BORDES, JEAN ELDER | 8/23/2013 | 41005 | 330.66 | 444.00 | 79.53 | 33.81 |
| 0100001022 | BOSCH, MAURA | 8/23/2013 | 41141 | 220.70 | 360.00 | 45.78 | 93.52 |
| 0100001428 | BRENES, GIOVANNY | 8/23/2013 | 41045 | 255.77 | 340.00 | 56.06 | 28.17 |
| 0100001579 | BRIGHTHAUPT, MAURICE L | 8/23/2013 | 41230 | 503.95 | 576.00 | 72.05 | 0.00 |
| 0100001407 | CABALLERO, ORESTE S | 8/23/2013 | 41163 | 343.52 | 425.00 | 70.99 | 10.49 |
| 0100001732 | CALIL  MARCHANTE, JUAN C | 8/23/2013 | 41269 | 685.45 | 791.81 | 106.36 | 0.00 |
| 0100001284 | CALVO, JUAN CARLOS | 8/23/2013 | 41102 | 881.42 | 1,219.41 | 300.48 | 37.51 |
| 0100001235 | CANO, MARTHA CAROLINA | 8/23/2013 | 41103 | 778.96 | 926.88 | 147.92 | 0.00 |
| 0100001343 | CANO, RENE | 8/23/2013 | 41253 | 261.70 | 311.60 | 45.05 | 4.85 |
| 0100001674 | CARDELLA, NICHOLAS ALEX | 8/23/2013 | 41217 | 372.05 | 448.00 | 75.95 | 0.00 |
| 0100001687 | CARDENAS, IRIS S | 8/23/2013 | 41084 | 489.52 | 530.07 | 40.55 | 0.00 |
| 0100001643 | CARRERO, IVAN | 8/23/2013 | 41046 | 364.32 | 438.00 | 73.68 | 0.00 |
| 0100001307 | CARRILLO, LIGIA GUISELA | 8/23/2013 | 40989 | 338.15 | 390.00 | 51.85 | 0.00 |
| 0100001268 | CASABO, MARK CHRISTOPHER | 8/23/2013 | 41104 | 11.28 | 159.03 | 1.09 | 146.66 |
| 0100001414 | CASSEUS, NATHALIE M | 8/23/2013 | 41164 | 63.04 | 68.26 | 5.22 | 0.00 |
| 0100001269 | CASTILLO, GABRIEL | 8/23/2013 | 41105 | 367.78 | 428.29 | 60.51 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0100001670 | CASTRO, ALDAIR AMETH | 8/23/2013 | 41152 | 396.81 | 480.00 | 83.19 | 0.00 |
| 0100001261 | CELESTIN, CLIFFORD | 8/23/2013 | 41106 | 723.97 | 919.11 | 195.14 | 0.00 |
| 0100001573 | CERVANTES, YUSLEYKIS ARROYO | 8/23/2013 | 41186 | 99.14 | 107.36 | 8.22 | 0.00 |
| 0100001296 | CHERILUS, HENRIQUES | 8/23/2013 | 41199 | 276.08 | 340.00 | 31.38 | 32.54 |
| 0100001026 | CHRISTIAN, WILNICK | 8/23/2013 | 41027 | 263.28 | 348.50 | 58.25 | 26.97 |
| 0100001626 | CID, JONATHAN | 8/23/2013 | 41085 | 286.07 | 351.00 | 64.93 | 0.00 |
| 0100001329 | CODESIDO, OSVALDO JOSE | 8/23/2013 | 41078 | 504.34 | 640.00 | 100.51 | 35.15 |
| 0100001029 | COLEMAN, YOLANDE | 8/23/2013 | 41156 | 473.91 | 650.00 | 108.39 | 67.70 |
| 0100001257 | CONCEPCION, PEDRO JOSE | 8/23/2013 | 41107 | 532.28 | 696.69 | 137.03 | 27.38 |
| 0100001031 | CONCEPCION, ROBERTO | 8/23/2013 | 41187 | 73.21 | 279.00 | 14.92 | 190.87 |
| 0100001276 | CONSTANTIN, DILENE | 8/23/2013 | 41108 | 525.69 | 646.63 | 120.94 | 0.00 |
| 0100001720 | CORRALES, CHRISTIAN ALEXANDEI | 8/23/2013 | 41109 | 620.36 | 792.39 | 172.03 | 0.00 |
| 0100001707 | COSTA, FRANCESCA DIANE | 8/23/2013 | 41153 | 387.52 | 468.00 | 80.48 | 0.00 |
| 0100001034 | CRUCET, MICHAEL | 8/23/2013 | 41165 | 423.05 | 532.50 | 109.45 | 0.00 |
| 0100001308 | DANDRADES, YERUBY A | 8/23/2013 | 40990 | 285.43 | 350.00 | 50.57 | 14.00 |
| 0100001411 | DAVENPORT, BRITTNEY | 8/23/2013 | 41014 | 67.73 | 78.32 | 10.59 | 0.00 |
| 0100001635 | DEL HIERRO, JESSICA | 8/23/2013 | 41047 | 356.58 | 428.00 | 71.42 | 0.00 |
| 0100001560 | DELVA, JACQUES | 8/23/2013 | 41200 | 295.57 | 340.00 | 44.43 | 0.00 |
| 0100001345 | DEPAZ, ARMANDO A | 8/23/2013 | 41254 | 251.26 | 311.60 | 31.07 | 29.27 |
| 0100001417 | DEXTRA, SHEILA | 8/23/2013 | 41201 | 285.23 | 335.75 | 50.52 | 0.00 |
| 0100001297 | DEXTRA, SHIRLEY | 8/23/2013 | 41048 | 304.08 | 400.00 | 70.22 | 25.70 |
| 0100001528 | DIAZ, GEORGE | 8/23/2013 | 41063 | 366.51 | 455.00 | 88.49 | 0.00 |
| 0100001679 | DIAZ, LISET M | 8/23/2013 | 41260 | 427.18 | 533.43 | 106.25 | 0.00 |
| 0100001488 | DIAZ-SANCHEZ, JOSE ALBERTO | 8/23/2013 | 41086 | 410.58 | 530.07 | 87.22 | 32.27 |
| 0100001044 | DIMANCHE, HERMINA | 8/23/2013 | 41028 | 277.56 | 340.00 | 62.44 | 0.00 |
| 0100001045 | DOMINIQUE, JEAN R | 8/23/2013 | 41202 | 252.38 | 335.75 | 55.07 | 28.30 |
| 0100001721 | DUARTE  RODRIGUEZ, ALEJANDRO | 8/23/2013 | 41150 | 286.85 | 352.00 | 65.15 | 0.00 |
| 0100001047 | DUBERNARD, ALAIN | 8/23/2013 | 41188 | 380.86 | 459.38 | 78.52 | 0.00 |
| 0100001410 | DURAN, JANIS | 8/23/2013 | 41166 | 135.25 | 178.85 | 14.79 | 28.81 |
| 0100001048 | ECHABURU, ALBERTO | 8/23/2013 | 41231 | 389.21 | 456.00 | 66.79 | 0.00 |
| 0100001049 | ECHAGARRUA, JOSE A | 8/23/2013 | 41064 | 358.16 | 416.00 | 57.84 | 0.00 |
| 0100001543 | ELLINGTON, FABRIA | 8/23/2013 | 41232 | 408.86 | 509.75 | 100.89 | 0.00 |
| 0100001671 | ESPINOSA COLLAZO, MARCOS | 8/23/2013 | 41194 | 528.93 | 605.63 | 76.70 | 0.00 |
| 0100001052 | ESTEVEZ, ANGELA M | 8/23/2013 | 41157 | 412.38 | 581.00 | 101.93 | 66.69 |
| 0100001413 | EVANS, MARLENA | 8/23/2013 | 41167 | 151.81 | 203.44 | 16.44 | 35.19 |
| 0100001698 | FAJARDO, DANILO JUAN | 8/23/2013 | 41097 | 438.05 | 547.50 | 109.45 | 0.00 |
| 0100001432 | FALCON, NICOLE MARIE | 8/23/2013 | 41168 | 219.84 | 246.02 | 26.18 | 0.00 |
| 0100001594 | FARQUHARSON, MELVIN R | 8/23/2013 | 41143 | 443.26 | 480.00 | 36.74 | 0.00 |
| 0100001253 | FERNANDEZ, ANGEL LUIS | 8/23/2013 | 41110 | 628.33 | 830.66 | 154.36 | 47.97 |
| 0100001641 | FERNANDEZ, JOHANDRA | 8/23/2013 | 41169 | 185.30 | 216.81 | 31.51 | 0.00 |
| 0100001694 | FERRER, COLINA LESLIE | 8/23/2013 | 41170 | 192.38 | 230.44 | 38.06 | 0.00 |
| 0100001434 | FERRO, MARISELA | 8/23/2013 | 41111 | 595.14 | 781.00 | 159.82 | 26.04 |
| 0100001509 | FLUELLEN, GREGORY | 8/23/2013 | 41233 | 1.85 | 2.00 | 0.15 | 0.00 |
| 0100001561 | FONTAINE, LAUNESE | 8/23/2013 | 41029 | 255.52 | 340.00 | 57.28 | 27.20 |
| 0100001054 | FORTE, PEDRO | 8/23/2013 | 41189 | 120.86 | 141.75 | 20.89 | 0.00 |
| 0100001628 | FRAGA, MICHAEL A | 8/23/2013 | 41270 | 453.55 | 567.53 | 113.98 | 0.00 |
| 0100001728 | FRAUM, BRANDON JARED | 8/23/2013 | 41271 | 744.70 | 977.01 | 232.31 | 0.00 |
| 0100001348 | FRIAS, DAVID M | 8/23/2013 | 41079 | 225.47 | 272.65 | 47.18 | 0.00 |
| 0100001515 | FYNES, AURA C | 8/23/2013 | 41234 | 137.54 | 162.00 | 24.46 | 0.00 |
| 0100001058 | GAMONEDA, CARMELY F | 8/23/2013 | 41018 | 228.87 | 279.00 | 48.19 | 1.94 |
| 0100001610 | GARCIA, DELVYS | 8/23/2013 | 41195 | 416.79 | 520.00 | 103.21 | 0.00 |
| 0100001517 | GARCIA, ELOY J | 8/23/2013 | 41235 | 173.70 | 192.00 | 18.30 | 0.00 |
| 0100001452 | GARCIA, ERICK | 8/23/2013 | 41049 | 245.15 | 340.00 | 55.32 | 39.53 |
| 0100001600 | GARCIA, YOSUEL | 8/23/2013 | 41171 | 181.32 | 217.00 | 35.68 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0100001623 | GEFFRARD, GEOFFRY | 8/23/2013 | 40999 | 347.62 | 434.50 | 54.61 | 32.27 |
| 0100001731 | GILES, JENNIFER S | 8/23/2013 | 41172 | 138.58 | 165.11 | 26.53 | 0.00 |
| 0100001326 | GINES, IVELLISE | 8/23/2013 | 41261 | 441.31 | 523.36 | 82.05 | 0.00 |
| 0100001454 | GODINEZ, MAURA | 8/23/2013 | 40991 | 319.46 | 380.00 | 60.54 | 0.00 |
| 0100001060 | GOMEZ, JOSE | 8/23/2013 | 41019 | 105.30 | 135.00 | 29.70 | 0.00 |
| 0100001062 | GOMEZ, JUDITH | 8/23/2013 | 41112 | 471.23 | 576.23 | 105.00 | 0.00 |
| 0100001471 | GOMEZ, SANDRA M | 8/23/2013 | 41113 | 238.36 | 417.65 | 37.19 | 142.10 |
| 0100001480 | GONZALEZ JR., HECTOR | 8/23/2013 | 40992 | 354.55 | 442.00 | 57.08 | 30.37 |
| 0100001285 | GONZALEZ, FERNANDO | 8/23/2013 | 41272 | 1,078.83 | 1,474.44 | 394.28 | 1.33 |
| 0100001067 | GONZALEZ, GERVASIO | 8/23/2013 | 41114 | 366.32 | 590.36 | 88.44 | 135.60 |
| 0100001064 | GONZALEZ, MIGDALIA | 8/23/2013 | 41020 | 126.32 | 139.50 | 13.18 | 0.00 |
| 0100001682 | GONZALEZ, NAHOMY J | 8/23/2013 | 41087 | 475.93 | 541.27 | 65.34 | 0.00 |
| 0100001324 | GONZALEZ, ODALIS | 8/23/2013 | 41030 | 288.52 | 340.00 | 51.48 | 0.00 |
| 0100001325 | GONZALEZ, SANDRO JOSE | 8/23/2013 | 41080 | 504.48 | 640.00 | 128.89 | 6.63 |
| 0100001199 | GONZALEZ, YUSAYMA | 8/23/2013 | 41050 | 155.21 | 176.00 | 19.62 | 1.17 |
| 0100001072 | GRAND, WALLAS | 8/23/2013 | 41203 | 251.60 | 340.00 | 56.13 | 32.27 |
| 0100001073 | GRASS, OMAR | 8/23/2013 | 41236 | 187.83 | 224.00 | 36.17 | 0.00 |
| 0100001585 | GRIGGIO, ALEJANDRA K | 8/23/2013 | 41144 | 259.38 | 310.00 | 27.80 | 22.82 |
| 0100001677 | GUERRA, ERNESTO | 8/23/2013 | 41098 | 466.95 | 556.50 | 89.55 | 0.00 |
| 0100001703 | GUERRIER, JACQUES | 8/23/2013 | 41204 | 298.74 | 340.00 | 41.26 | 0.00 |
| 0100001601 | GUERRIER, JOEL | 8/23/2013 | 41031 | 306.05 | 340.00 | 33.95 | 0.00 |
| 0100001649 | GUILLEN, DAVID JR | 8/23/2013 | 41115 | 981.93 | 1,275.00 | 293.07 | 0.00 |
| 0700001049 | GUREL, KORAY | 8/23/2013 | 41116 | 984.79 | 1,275.00 | 228.88 | 61.33 |
| 0100001657 | HAMMOND, CHANTIA LENISE | 8/23/2013 | 40993 | 509.61 | 640.00 | 130.39 | 0.00 |
| 0100001250 | HERMOSO, REINALDO | 8/23/2013 | 41117 | 1,406.83 | 1,791.15 | 344.95 | 39.37 |
| 0100001692 | HERNANDEZ, ALEJANDRO MILTON | 8/23/2013 | 41088 | 346.73 | 429.43 | 82.70 | 0.00 |
| 0100001529 | HERNANDEZ, CAMILO | 8/23/2013 | 41065 | 187.83 | 224.00 | 36.17 | 0.00 |
| 0100001706 | HERNANDEZ, EDUARDO | 8/23/2013 | 41273 | 730.79 | 956.35 | 225.56 | 0.00 |
| 0100001708 | HERNANDEZ, JOSE ORLANDO | 8/23/2013 | 41089 | 424.58 | 530.07 | 105.49 | 0.00 |
| 0100001415 | HERNANDEZ, LEIDYS | 8/23/2013 | 41032 | 412.28 | 500.00 | 87.72 | 0.00 |
| 0100001079 | HERNANDEZ, MABEL | 8/23/2013 | 41051 | 275.99 | 420.00 | 64.31 | 79.70 |
| 0100001525 | HERNANDEZ, ROBERT | 8/23/2013 | 41237 | 412.29 | 464.00 | 51.71 | 0.00 |
| 0100001512 | HERRERA, RUDOLPH X | 8/23/2013 | 41238 | 385.07 | 479.00 | 93.93 | 0.00 |
| 0100001518 | HINTON, JOHN M | 8/23/2013 | 41239 | 331.80 | 384.00 | 52.20 | 0.00 |
| 0100001082 | HOOSIER, CURTIS | 8/23/2013 | 41240 | 785.02 | 1,074.00 | 288.98 | 0.00 |
| 0100001083 | HOQUE, EHSANUL | 8/23/2013 | 41081 | 687.61 | 1,000.00 | 155.63 | 156.76 |
| 0100001565 | HORTA, RUBEN | 8/23/2013 | 41173 | 316.65 | 391.00 | 74.35 | 0.00 |
| 0100001247 | HORVATH, JAN | 8/23/2013 | 41118 | 687.05 | 808.06 | 121.01 | 0.00 |
| 0100001202 | HURST, TODD J. | 8/23/2013 | 41066 | 169.56 | 192.00 | 22.44 | 0.00 |
| 0100001220 | HURST, VANESSA | 8/23/2013 | 41006 | 345.07 | 480.00 | 68.04 | 66.89 |
| 0100001644 | IGLESIAS, JULIO MICHEL | 8/23/2013 | 41052 | 310.99 | 346.00 | 35.01 | 0.00 |
| 0100001534 | INGUANZO, MANUEL J | 8/23/2013 | 41241 | 206.39 | 248.00 | 41.61 | 0.00 |
| 0100001533 | JACKSON, CAROLYN ANNE | 8/23/2013 | 41033 | 265.13 | 340.00 | 44.62 | 30.25 |
| 0100001576 | JACQUES, OCTAVIO H | 8/23/2013 | 41000 | 373.42 | 480.00 | 76.33 | 30.25 |
| 0100001567 | JAMES, ORVILLE W | 8/23/2013 | 41034 | 270.25 | 340.00 | 60.30 | 9.45 |
| 0100001683 | JEAN BAPTISTE, JOEL | 8/23/2013 | 41205 | 313.99 | 340.00 | 26.01 | 0.00 |
| 0100001246 | JEFFERSON, PHYLISS L | 8/23/2013 | 41119 | 794.41 | 1,057.45 | 213.06 | 49.98 |
| 0100001090 | JOHNSON, HOWARD DWIGHT | 8/23/2013 | 41242 | 169.56 | 192.00 | 22.44 | 0.00 |
| 0100001629 | JOSEPH, JEAN C | 8/23/2013 | 41206 | 288.52 | 340.00 | 51.48 | 0.00 |
| 0100001093 | JULMIS, MARCEL | 8/23/2013 | 41207 | 251.52 | 340.00 | 56.24 | 32.24 |
| 0100001654 | KING, TIMOTHY A | 8/23/2013 | 41067 | 432.78 | 480.00 | 47.22 | 0.00 |
| 0100001526 | KIRKLAND, SHAUNTEL P | 8/23/2013 | 41243 | 416.01 | 519.00 | 102.99 | 0.00 |
| 0100001624 | KOCUR, JOHN | 8/23/2013 | 41068 | 299.99 | 369.00 | 69.01 | 0.00 |
| 0100001520 | LASTRA, SUNEY | 8/23/2013 | 41069 | 274.47 | 336.00 | 61.53 | 0.00 |

| 0100001564 | LAURENT, JOSEPH | 8/23/2013 | 41035 | 311.38 | 360.00 | 25.80 | 22.82 |
|---|---|---|---|---|---|---|---|
| 0100001438 | LAY, TERRENCE ANTWAN | 8/23/2013 | 41262 | 288.86 | 360.00 | 65.76 | 5.38 |
| 0100001096 | LAZO, KAREN | 8/23/2013 | 41190 | 241.87 | 355.36 | 51.99 | 61.50 |
| 0100001439 | LEAL, GEORGE JUDAS | 8/23/2013 | 41053 | 176.41 | 268.00 | 32.82 | 58.77 |
| 0100001718 | LEANDRO, MARISOL | 8/23/2013 | 41120 | 558.21 | 655.66 | 97.45 | 0.00 |
| 0100001650 | LEON, NIURKA | 8/23/2013 | 41174 | 216.55 | 261.60 | 45.05 | 0.00 |
| 0100001315 | LEON, RAMON | 8/23/2013 | 40994 | 306.56 | 377.50 | 70.94 | 0.00 |
| 0100001097 | LEONARD, JEAN GERARD | 8/23/2013 | 41036 | 253.96 | 340.00 | 56.34 | 29.70 |
| 0100001648 | LEONARD, RAYSHAWN S | 8/23/2013 | 41154 | 439.65 | 492.00 | 52.35 | 0.00 |
| 0100001098 | LEVY, BARRINGTON O | 8/23/2013 | 41274 | 1,010.29 | 1,535.00 | 333.94 | 190.77 |
| 0100001684 | LIEBMAN, BENNO AURAM | 8/23/2013 | 41121 | 484.62 | 579.35 | 94.73 | 0.00 |
| 0100001588 | LINAROOS, LEONARD | 8/23/2013 | 41244 | 387.90 | 443.25 | 55.35 | 0.00 |
| 0100001244 | LOPEZ, JORGE LUIS | 8/23/2013 | 41122 | 548.76 | 721.04 | 113.51 | 58.77 |
| 0100001103 | LOWE, PRISCILLA | 8/23/2013 | 41218 | 334.80 | 414.00 | 79.20 | 0.00 |
| 0100001599 | LUIS, JORGE JAVIER | 8/23/2013 | 41054 | 327.06 | 404.00 | 76.94 | 0.00 |
| 0100001399 | MACHADO, ESTEBAN | 8/23/2013 | 41275 | 847.58 | 1,060.15 | 182.19 | 30.38 |
| 0100001105 | MACIAS, MARIA | 8/23/2013 | 41191 | 248.05 | 310.50 | 39.63 | 22.82 |
| 0100001603 | MARQUEZ  GALVEZ, MIRIALIS | 8/23/2013 | 41175 | 196.10 | 235.15 | 39.05 | 0.00 |
| 0100001709 | MARQUEZ, CARLOS B | 8/23/2013 | 41219 | 323.97 | 400.00 | 76.03 | 0.00 |
| 0100001108 | MARROQUIN, JOSSE R | 8/23/2013 | 41009 | 473.75 | 565.31 | 91.56 | 0.00 |
| 0100001109 | MARTIN, MARSHA A | 8/23/2013 | 41192 | 366.65 | 441.00 | 74.35 | 0.00 |
| 0100001501 | MARTINEZ, ADRIAN | 8/23/2013 | 41015 | 262.69 | 332.50 | 69.81 | 0.00 |
| 0100001111 | MARTINEZ, FREDDY | 8/23/2013 | 41055 | 340.22 | 421.00 | 80.78 | 0.00 |
| 0100001112 | MARTINEZ, HAYDEE CACERES | 8/23/2013 | 41159 | 171.23 | 204.00 | 32.77 | 0.00 |
| 0100001114 | MARTINEZ, LEANNE | 8/23/2013 | 41123 | 235.82 | 286.04 | 50.22 | 0.00 |
| 0100001645 | McDUFFIE, EDNA DARLETHA | 8/23/2013 | 41208 | 277.56 | 340.00 | 62.44 | 0.00 |
| 0100001704 | McGEE, CHRISTIN P | 8/23/2013 | 41276 | 373.55 | 464.10 | 90.55 | 0.00 |
| 0100001275 | MENDEZ, JULIA A | 8/23/2013 | 41124 | 666.94 | 930.15 | 205.76 | 57.45 |
| 0100001117 | MENDOZA, LEANET E | 8/23/2013 | 41160 | 173.94 | 193.38 | 19.44 | 0.00 |
| 0100001118 | MENDOZA, LUIS ANGEL | 8/23/2013 | 41277 | 826.77 | 1,017.48 | 190.71 | 0.00 |
| 0100001119 | MENENDEZ, LONGINA M | 8/23/2013 | 41021 | 474.16 | 580.00 | 105.84 | 0.00 |
| 0100001642 | MERE, JENETTE | 8/23/2013 | 41209 | 302.87 | 340.00 | 37.13 | 0.00 |
| 0100001673 | MESA, FERNANDO | 8/23/2013 | 41220 | 217.31 | 250.00 | 32.69 | 0.00 |
| 0100001281 | METCALF, MALINDA D | 8/23/2013 | 41145 | 286.22 | 350.00 | 29.70 | 34.08 |
| 0100001200 | MITCHELL, OMAR | 8/23/2013 | 41245 | 445.09 | 528.25 | 83.16 | 0.00 |
| 0100001587 | MONCADA, KARLA | 8/23/2013 | 41158 | 344.98 | 400.00 | 55.02 | 0.00 |
| 0100001121 | MONTERO, PURA | 8/23/2013 | 41037 | 281.17 | 360.00 | 63.50 | 15.33 |
| 0100001122 | MORALES, GREGORIO | 8/23/2013 | 41221 | 344.98 | 400.00 | 55.02 | 0.00 |
| 0100001497 | MORALES, YENSY | 8/23/2013 | 41176 | 221.95 | 292.20 | 60.80 | 9.45 |
| 0100001651 | MORALES-LOPEZ, YAJAIRA D | 8/23/2013 | 41146 | 534.49 | 658.00 | 123.51 | 0.00 |
| 0100001611 | MOREIRA, MARIO | 8/23/2013 | 41023 | 442.32 | 520.00 | 77.68 | 0.00 |
| 0100001124 | MOREIRAS, NORBERTO | 8/23/2013 | 41222 | 257.58 | 300.00 | 42.42 | 0.00 |
| 0100001696 | MORENO  JR, ERASMO J | 8/23/2013 | 41223 | 160.59 | 190.00 | 29.41 | 0.00 |
| 0100001712 | MORENO, GRETTEL | 8/23/2013 | 41177 | 212.39 | 255.76 | 43.37 | 0.00 |
| 0100001584 | MORICETE, ESMELIN | 8/23/2013 | 41090 | 436.81 | 520.01 | 76.08 | 7.12 |
| 1300001052 | MOUHICA, JEAN P | 8/23/2013 | 41125 | 542.80 | 974.80 | 147.81 | 284.19 |
| 0100001128 | NICOLI, JACOB | 8/23/2013 | 41070 | 146.59 | 173.00 | 26.41 | 0.00 |
| 0100001499 | NODA, YANET | 8/23/2013 | 41179 | 248.67 | 344.38 | 54.91 | 40.80 |
| 0100001487 | NORMIL, ZICO | 8/23/2013 | 41126 | 729.11 | 862.44 | 133.33 | 0.00 |
| 0100001129 | NUNEZ, ELVIA | 8/23/2013 | 41210 | 255.86 | 340.00 | 43.64 | 40.50 |
| 0100001496 | ORELLANA, ALEXANDER | 8/23/2013 | 41180 | 320.99 | 426.75 | 82.48 | 23.28 |
| 0100001559 | OWENS, RAYSHAWN | 8/23/2013 | 41038 | 260.93 | 340.00 | 57.58 | 21.49 |
| 0100001519 | PACE, BRIAN D | 8/23/2013 | 41246 | 311.59 | 384.00 | 72.41 | 0.00 |
| 0100001639 | PACHECO, TATIANA | 8/23/2013 | 41155 | 384.56 | 450.00 | 65.44 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0100001733 | PADOVANO, PATRICK B | 8/23/2013 | 41278 | 600.77 | 743.68 | 142.91 | 0.00 |
| 0100001604 | PAGUADA, OSWIN HERNAN | 8/23/2013 | 41147 | 273.88 | 390.00 | 73.77 | 42.35 |
| 0100001131 | PALMA, MARTA | 8/23/2013 | 41193 | 195.57 | 234.00 | 38.43 | 0.00 |
| 0100001133 | PARRALES, ELIAS | 8/23/2013 | 41247 | 647.04 | 832.00 | 184.96 | 0.00 |
| 0100001727 | PELATTI, GLORIA L | 8/23/2013 | 41279 | 559.88 | 704.99 | 145.11 | 0.00 |
| 0100001693 | PELTRO, DIEULA | 8/23/2013 | 41039 | 277.56 | 340.00 | 62.44 | 0.00 |
| 0100001443 | PENA BARRIENTOS, VIRGINIA | 8/23/2013 | 41056 | 332.81 | 426.00 | 78.63 | 14.56 |
| 0100001606 | PENA LEON, MARIA T | 8/23/2013 | 41040 | 298.74 | 340.00 | 41.26 | 0.00 |
| 0100001717 | PEREZ ROMERO, ERICK | 8/23/2013 | 41224 | 353.36 | 438.00 | 84.64 | 0.00 |
| 0100001514 | PEREZ, ALEXIS M | 8/23/2013 | 41071 | 155.65 | 184.00 | 28.35 | 0.00 |
| 0100001483 | PEREZ, GINELLE ANA | 8/23/2013 | 41010 | 353.51 | 442.75 | 84.68 | 4.56 |
| 0100001321 | PEREZ, SUSANA | 8/23/2013 | 41091 | 414.94 | 541.27 | 88.50 | 37.83 |
| 0100001636 | PEREZ, TAIMI | 8/23/2013 | 41181 | 69.79 | 88.29 | 18.50 | 0.00 |
| 0100001701 | PEREZ, YORAIMA | 8/23/2013 | 41264 | 443.63 | 554.70 | 111.07 | 0.00 |
| 0100001241 | PIETRUCHA, MICHAEL | 8/23/2013 | 41127 | 966.02 | 1,276.95 | 285.37 | 25.56 |
| 0100001647 | PLOUZ, RAIDELYS | 8/23/2013 | 41016 | 208.67 | 265.59 | 56.92 | 0.00 |
| 0100001621 | POLANCO, ALBERTO O | 8/23/2013 | 41265 | 340.10 | 392.52 | 52.42 | 0.00 |
| 0100001314 | PORTILLO, MARY CRUZ | 8/23/2013 | 40995 | 322.56 | 400.00 | 38.57 | 38.87 |
| 0100001591 | PRECIADO, BLANCA | 8/23/2013 | 41092 | 381.32 | 503.24 | 64.48 | 57.44 |
| 0100001361 | QUINTAS, RICHARD | 8/23/2013 | 41255 | 403.63 | 547.64 | 73.21 | 70.80 |
| 0100001723 | RAMIREZ RODRIGUEZ, YONISANDE | 8/23/2013 | 41280 | 452.29 | 565.91 | 113.62 | 0.00 |
| 0100001658 | RAMIREZ, LUIS E | 8/23/2013 | 41057 | 356.58 | 428.00 | 71.42 | 0.00 |
| 0100001142 | RAYNAL, ORPHELIA | 8/23/2013 | 41211 | 251.26 | 306.00 | 54.74 | 0.00 |
| 0100001484 | REID, EMEILIO T | 8/23/2013 | 41256 | 247.81 | 311.60 | 54.63 | 9.16 |
| 0100001710 | REYES, JOSE A | 8/23/2013 | 41072 | 262.28 | 320.25 | 57.97 | 0.00 |
| 0100001144 | RIGOBERT, ENISTE | 8/23/2013 | 41212 | 286.31 | 340.00 | 50.83 | 2.86 |
| 0100001714 | RIVAS, JOSE A | 8/23/2013 | 40996 | 318.16 | 392.50 | 74.34 | 0.00 |
| 0100001722 | RIVERA, DAVID EFRAIN | 8/23/2013 | 41128 | 872.09 | 1,084.78 | 212.69 | 0.00 |
| 0100001145 | ROCHA, JOSE R | 8/23/2013 | 41073 | 155.57 | 170.00 | 14.43 | 0.00 |
| 0100001146 | ROCK, JEAN | 8/23/2013 | 41041 | 676.13 | 875.20 | 199.07 | 0.00 |
| 0100001681 | RODRIGUEZ DELGADO, YOSIEL | 8/23/2013 | 41093 | 444.20 | 541.27 | 97.07 | 0.00 |
| 0100001156 | RODRIGUEZ JR., MANUEL | 8/23/2013 | 41182 | 324.39 | 375.00 | 50.61 | 0.00 |
| 0100001148 | RODRIGUEZ, ALFREDO | 8/23/2013 | 41074 | 816.78 | 1,136.00 | 319.22 | 0.00 |
| 0100001205 | RODRIGUEZ, ANDREWS | 8/23/2013 | 41001 | 440.67 | 480.00 | 96.02 | -56.69 |
| 0100001204 | RODRIGUEZ, CARLOS J. | 8/23/2013 | 41002 | 235.06 | 384.00 | 49.99 | 98.95 |
| 0100001445 | RODRIGUEZ, JEANETTE | 8/23/2013 | 41225 | 177.00 | 210.00 | 33.00 | 0.00 |
| 0100001155 | RODRIGUEZ, JOE LOUIS | 8/23/2013 | 41011 | 370.50 | 431.81 | 61.31 | 0.00 |
| 0100001152 | RODRIGUEZ, JOSE | 8/23/2013 | 41130 | 664.15 | 1,250.00 | 312.80 | 273.05 |
| 0100001391 | RODRIGUEZ, LAZARO | 8/23/2013 | 41226 | 298.99 | 440.00 | 68.72 | 72.29 |
| 0100001147 | RODRIGUEZ, MARIO | 8/23/2013 | 41022 | 224.22 | 265.50 | 41.28 | 0.00 |
| 0100001198 | RODRIGUEZ, ROBERT ANTHONY | 8/23/2013 | 41227 | 333.26 | 412.00 | 78.74 | 0.00 |
| 0100001513 | ROJAS, JOSE LUIS | 8/23/2013 | 41075 | 218.00 | 263.00 | 45.00 | 0.00 |
| 0100001230 | ROLLE, NATALIA AREMENA | 8/23/2013 | 41007 | 369.76 | 462.00 | 61.10 | 31.14 |
| 0100001516 | ROMAN, SANDRA E | 8/23/2013 | 41076 | 4.15 | 4.50 | 0.35 | 0.00 |
| 0100001282 | ROSALES, JOSEPH R | 8/23/2013 | 40997 | 296.90 | 365.00 | 68.10 | 0.00 |
| 0100001366 | ROSARIO, MARIA TERESA | 8/23/2013 | 41042 | 277.56 | 340.00 | 62.44 | 0.00 |
| 0100001367 | ROSELL, CARLOS R | 8/23/2013 | 41082 | 233.94 | 309.65 | 49.66 | 26.05 |
| 0100001157 | RUGGIERO, KEVIN | 8/23/2013 | 41077 | 435.35 | 544.00 | 108.65 | 0.00 |
| 0100001159 | SAINT LOUIS, ROCK JOAKY | 8/23/2013 | 41058 | 180.87 | 215.00 | 34.13 | 0.00 |
| 0100001389 | SAINTIL, STEVEN | 8/23/2013 | 41059 | 279.11 | 342.00 | 62.89 | 0.00 |
| 0100001160 | SAINVELUS, EDNER | 8/23/2013 | 41043 | 267.13 | 360.00 | 59.38 | 33.49 |
| 0100001266 | SANCHEZ, CARLOS ALBERTO | 8/23/2013 | 41131 | 553.45 | 640.00 | 86.55 | 0.00 |
| 0100001507 | SANCHEZ, LEONEL | 8/23/2013 | 41248 | 4.62 | 5.00 | 0.38 | 0.00 |
| 0100001676 | SANDOVAL, DANIELLA C | 8/23/2013 | 41266 | 463.94 | 526.72 | 62.78 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0100001730 | SANTANA, JAEL | 8/23/2013 | 41183 | 218.46 | 263.59 | 45.13 | 0.00 |
| 0100001453 | SANTIAGO, ADRIAN JOSE | 8/23/2013 | 41060 | 247.57 | 338.00 | 25.28 | 65.15 |
| 0100001400 | SANTIAGO, ANGEL LUIS | 8/23/2013 | 41094 | 414.09 | 474.00 | 59.91 | 0.00 |
| 0100001667 | SANTOS, MARIA ARACELIS | 8/23/2013 | 41132 | 593.82 | 657.80 | 63.98 | 0.00 |
| 0100001213 | SENATUS CAPRICE, PHELICIA | 8/23/2013 | 41008 | 370.07 | 480.00 | 63.88 | 46.05 |
| 0100001724 | SERRANO, CLAUDIA | 8/23/2013 | 41133 | 505.06 | 634.11 | 129.05 | 0.00 |
| 0100001656 | SEVILLA, JESSICA | 8/23/2013 | 41184 | 68.50 | 78.32 | 9.82 | 0.00 |
| 0100001168 | SMITH, AUSTIN | 8/23/2013 | 41228 | 266.03 | 400.00 | 66.53 | 67.44 |
| 0100001691 | SOMSANITH, MICHELLE BOUKEO | 8/23/2013 | 41281 | 314.30 | 350.03 | 35.73 | 0.00 |
| 0100001736 | SOTIL, JORGE | 8/23/2013 | 41282 | 817.92 | 1,085.72 | 267.80 | 0.00 |
| 0100001713 | SOTO, TORCUATO | 8/23/2013 | 41134 | 768.06 | 1,011.69 | 243.63 | 0.00 |
| 0100001545 | SUAREZ, ALAN JAVIER | 8/23/2013 | 41017 | 202.25 | 248.50 | 46.25 | 0.00 |
| 0100001175 | TAPANES, LEO F | 8/23/2013 | 41249 | 348.73 | 432.00 | 83.27 | 0.00 |
| 0100001546 | TOBIAS, JEROME | 8/23/2013 | 41135 | 570.99 | 705.19 | 134.20 | 0.00 |
| 0100001634 | TOMAS, ROGER ROBALD | 8/23/2013 | 41136 | 456.75 | 571.66 | 114.91 | 0.00 |
| 0100001689 | TORRES JR, RAFAEL | 8/23/2013 | 41151 | 308.63 | 352.00 | 43.37 | 0.00 |
| 0100001178 | TORRES, JULIO C | 8/23/2013 | 41012 | 470.16 | 600.00 | 129.84 | 0.00 |
| 0100001490 | TORRES, ZORAYA C | 8/23/2013 | 41137 | 878.50 | 1,224.42 | 258.81 | 87.11 |
| 0100001609 | TRAVIESO, FRANCISCO | 8/23/2013 | 41196 | 571.49 | 720.00 | 148.51 | 0.00 |
| 0100001729 | TREJO, DANNY S | 8/23/2013 | 41095 | 414.20 | 516.65 | 102.45 | 0.00 |
| 0100001556 | TRINIDAD, AMADO RAMON | 8/23/2013 | 41259 | 272.40 | 303.00 | 30.60 | 0.00 |
| 010001625 | TYSON, DAWNSHVONTIE P | 8/23/2013 | 41061 | 277.56 | 340.00 | 62.44 | 0.00 |
| 0100001303 | URGELLES, REINELDO | 8/23/2013 | 40998 | 534.57 | 640.00 | 77.90 | 27.53 |
| 0100001592 | VALVERDE, SILVA PATRICIA | 8/23/2013 | 41148 | 312.04 | 360.00 | 47.96 | 0.00 |
| 0100001478 | VARGAS, ALEX B | 8/23/2013 | 41283 | 1,052.33 | 1,364.50 | 276.19 | 35.98 |
| 0100001500 | VAZQUEZ, PEDRO P | 8/23/2013 | 41138 | 918.47 | 1,275.20 | 319.36 | 37.37 |
| 0100001686 | VELEZ, JOANNE | 8/23/2013 | 41139 | 476.33 | 568.62 | 92.29 | 0.00 |
| 0100001668 | VENTURA CISNEROS, BEATRIZ E | 8/23/2013 | 41140 | 506.82 | 636.40 | 129.58 | 0.00 |
| 0100001672 | VENTURA, CHANY R | 8/23/2013 | 41096 | 330.38 | 357.75 | 27.37 | 0.00 |
| 0100001485 | VERNETTE, LAVENIR | 8/23/2013 | 41044 | 279.56 | 340.00 | 32.14 | 28.30 |
| 0100001502 | VICTOR, OXENNE | 8/23/2013 | 41213 | 256.39 | 340.00 | 56.24 | 27.37 |
| 0100001186 | VILSAINT, FRANSCA | 8/23/2013 | 41214 | 264.65 | 340.00 | 59.29 | 16.06 |
| 0100001376 | VINIEGRA, PEDRO A | 8/23/2013 | 41257 | 195.33 | 227.86 | 27.97 | 4.56 |
| 0100001725 | VIZCAINO, JOSE E | 8/23/2013 | 41149 | 407.77 | 480.00 | 72.23 | 0.00 |
| 0100001582 | WILLIAMS III, RICHARD H | 8/23/2013 | 41099 | 574.29 | 724.00 | 149.71 | 0.00 |
| 0100001187 | WILLIAMS, JENNIFER | 8/23/2013 | 41284 | 588.79 | 657.55 | 49.54 | 19.22 |
| 0100001378 | WOODS, JUSTIN W | 8/23/2013 | 41258 | 154.90 | 183.07 | 28.17 | 0.00 |
| 0100001191 | YOUNG, TASSARA N | 8/23/2013 | 41062 | 334.34 | 406.00 | 50.72 | 20.94 |

**Report Totals**

| | |
|---|---|
| **Amount of Checks:** | 111,545.40 |
| **Total Earnings:** | 140,852.30 |
| **Total Taxes:** | 24,585.35 |
| **Total Deductions:** | 4,721.55 |

**294 checks printed**

Florida Gaming Centers

**Payroll Register by Employee Name  (UPSREG1)**

| | |
|---|---|
| **Pay Frequency** | [All] |
| **From Check Date** | [8/23/2013]  To  [8/23/2013] |
| **From Employee** | [ ]  To  [ZZZZZZZZZZZZ] |
| **Selection List** | [ ] |
| **Check Type** | [Manual Checks, System Checks, Reversed Checks] |
| **Include Employee Subtotals** | [No] |

| Employee | | Check Date | Check No. | Amount of Check | Total Earnings | Total Taxes | Total Deductions |
|---|---|---|---|---|---|---|---|
| 0700001166 | AKERS, MERCEDES | 8/23/2013 | 40895 | 200.51 | 307.60 | 39.88 | 67.21 |
| 0700001179 | ALLEN, DANIELLE MARIE | 8/23/2013 | 40939 | 166.19 | 187.91 | 21.72 | 0.00 |
| 0700001002 | ARBEITMAN, JACK | 8/23/2013 | 40940 | 358.19 | 416.05 | 57.86 | 0.00 |
| 0700001003 | BAILEY, BARRY | 8/23/2013 | 40906 | 357.68 | 415.25 | 57.57 | 0.00 |
| 0700001182 | BAILEY, DONTAVIS | 8/23/2013 | 40907 | 266.89 | 326.21 | 59.32 | 0.00 |
| 0700001004 | BAILEY, GEORGE | 8/23/2013 | 40917 | 148.69 | 161.64 | 12.95 | 0.00 |
| 0700001006 | BEASLEY, JOHN | 8/23/2013 | 40918 | 252.22 | 371.88 | 119.66 | 0.00 |
| 0700001007 | BENZIE, AMBER | 8/23/2013 | 40941 | 270.85 | 317.16 | 46.31 | 0.00 |
| 0700001161 | BERNAGOZZI, DOREEN | 8/23/2013 | 40896 | 150.74 | 178.03 | 27.29 | 0.00 |
| 0700001012 | BOUCHER, ALEXANDRA | 8/23/2013 | 40897 | 167.72 | 198.65 | 30.93 | 0.00 |
| 0700001013 | BOUCHER, SYLVIE | 8/23/2013 | 40898 | 221.82 | 352.88 | 46.11 | 84.95 |
| 0700001168 | BRENNAN, JOSEPH | 8/23/2013 | 40923 | 176.16 | 195.00 | 18.84 | 0.00 |
| 0700001016 | BRODERSON, MARK | 8/23/2013 | 40942 | 372.66 | 462.95 | 90.29 | 0.00 |
| 0700001017 | BROWN, LAKASHA | 8/23/2013 | 40911 | 150.97 | 169.43 | 18.46 | 0.00 |
| 0700001019 | BUXTON, WILLIAM | 8/23/2013 | 40919 | 262.09 | 320.00 | 57.91 | 0.00 |
| 0700001020 | BYRD, JOY | 8/23/2013 | 40943 | 1,177.12 | 1,469.97 | 292.85 | 0.00 |
| 0700001023 | CARMODY, MICHAEL | 8/23/2013 | 40908 | 266.56 | 356.62 | 90.06 | 0.00 |
| 0700001024 | CLARK, TINA | 8/23/2013 | 40890 | 188.17 | 300.63 | 27.51 | 84.95 |
| 0700001025 | COLLETT, KYLE B | 8/23/2013 | 40936 | 969.49 | 1,394.40 | 341.29 | 83.62 |
| 0700001028 | DANIELS, MICHAEL | 8/23/2013 | 40909 | 260.98 | 311.60 | 43.41 | 7.21 |
| 0700001033 | DODD, DAVID | 8/23/2013 | 40899 | 911.64 | 1,330.80 | 172.59 | 246.57 |
| 0700001194 | EDDINGER, RANDY | 8/23/2013 | 40944 | 412.22 | 514.08 | 101.86 | 0.00 |
| 0700001035 | FAY, JAMES | 8/23/2013 | 40945 | 945.46 | 1,247.97 | 302.51 | 0.00 |
| 0700001036 | FLOWERS, ANGELA | 8/23/2013 | 40924 | 223.41 | 270.00 | 46.59 | 0.00 |
| 0700001188 | GALLETTA, TRACY | 8/23/2013 | 40891 | 241.61 | 280.81 | 39.20 | 0.00 |
| 0700001038 | GERTHOFFER, DEBRA | 8/23/2013 | 40946 | 572.89 | 721.91 | 149.02 | 0.00 |
| 0700001039 | GIBSON, KENNETH | 8/23/2013 | 40947 | 620.58 | 898.28 | 126.15 | 151.55 |
| 0700001040 | GILBERT, COURTNEY | 8/23/2013 | 40948 | 198.35 | 237.60 | 39.25 | 0.00 |
| 0700001043 | GOLDEN, ERICA DAWN | 8/23/2013 | 40949 | 427.68 | 507.55 | 79.87 | 0.00 |
| 0700001044 | GONZALEZ, DANIEL | 8/23/2013 | 40950 | 818.98 | 1,060.17 | 241.19 | 0.00 |
| 0700001191 | GORDON, VICTOR | 8/23/2013 | 40951 | 204.43 | 271.31 | 66.88 | 0.00 |
| 0700001045 | GORDON, WILLIAM | 8/23/2013 | 40952 | 748.09 | 1,337.18 | 256.22 | 332.87 |
| 0700001046 | GOYETTE, TIMOTHY | 8/23/2013 | 40925 | 249.34 | 270.00 | 20.66 | 0.00 |
| 0700001047 | GRIGORIENA, TATIANA | 8/23/2013 | 40953 | 366.69 | 494.01 | 127.32 | 0.00 |
| 0700001050 | HAFFT, MICHAEL | 8/23/2013 | 40954 | 1,058.37 | 1,505.67 | 229.74 | 217.56 |
| 0700001052 | HAMRICK, KIMBERLY | 8/23/2013 | 40900 | 269.16 | 329.14 | 59.98 | 0.00 |
| 0700001054 | HAYFORD, GREGG | 8/23/2013 | 40926 | 176.16 | 195.00 | 18.84 | 0.00 |
| 0700001055 | HENTSCHEL, ERIC | 8/23/2013 | 40955 | 163.16 | 193.11 | 29.95 | 0.00 |
| 0700001056 | HERNANDEZ, MICHELLE | 8/23/2013 | 40927 | 206.00 | 247.50 | 41.50 | 0.00 |
| 0700001061 | HURLBERT, FRANK | 8/23/2013 | 40956 | 648.18 | 1,184.94 | 235.35 | 301.41 |
| 0700001060 | HURLBERT, JULIA | 8/23/2013 | 40957 | 966.17 | 1,305.84 | 339.67 | 0.00 |

| 0700001062 | IGLESIAS, RIGOBERTO | 8/23/2013 | 40928 | 237.92 | 270.00 | 32.08 | 0.00 |
|---|---|---|---|---|---|---|---|
| 0700001063 | JACKSON, LEAH | 8/23/2013 | 40958 | 303.79 | 359.74 | 55.95 | 0.00 |
| 0700001065 | JACOBS, COBY | 8/23/2013 | 40959 | 735.30 | 1,057.39 | 206.45 | 115.64 |
| 0700001066 | JACQUES, BRANDON | 8/23/2013 | 40960 | 638.72 | 819.66 | 180.94 | 0.00 |
| 0700001069 | JEFFERSON, PEGGY | 8/23/2013 | 40888 | 264.57 | 323.21 | 58.64 | 0.00 |
| 0700001070 | JENKINS, RALPH | 8/23/2013 | 40910 | 631.98 | 765.20 | 133.22 | 0.00 |
| 0700001071 | JENSEN, BRANDI | 8/23/2013 | 40892 | 229.93 | 305.76 | 75.83 | 0.00 |
| 0700001072 | JONES, KATHLEEN | 8/23/2013 | 40901 | 585.97 | 750.00 | 157.79 | 6.24 |
| 0700001074 | KANE, SEAN | 8/23/2013 | 40929 | 237.92 | 270.00 | 32.08 | 0.00 |
| 0700001075 | KESSLER, AARON | 8/23/2013 | 40961 | 670.26 | 866.47 | 196.21 | 0.00 |
| 0700001078 | LE, HUNG | 8/23/2013 | 40962 | 893.17 | 1,216.94 | 304.28 | 19.49 |
| 0700001152 | LEE, MICHAEL | 8/23/2013 | 40963 | 706.03 | 919.58 | 213.55 | 0.00 |
| 0700001082 | LEWIS, KENNETH | 8/23/2013 | 40938 | 843.86 | 1,153.60 | 226.12 | 83.62 |
| 0700001083 | LEWIS, NICOLE | 8/23/2013 | 40964 | 62.77 | 78.80 | 16.03 | 0.00 |
| 0700001084 | LICHTMAN, KEITH | 8/23/2013 | 40920 | 115.10 | 124.64 | 9.54 | 0.00 |
| 0700001086 | LITTLEJOHN, CONNIE | 8/23/2013 | 40893 | 140.43 | 190.86 | 50.43 | 0.00 |
| 0700001088 | LOPEZ, HENRY | 8/23/2013 | 40965 | 1,117.03 | 1,392.29 | 275.26 | 0.00 |
| 0700001089 | LYMAN, VIMON | 8/23/2013 | 40966 | 536.67 | 706.63 | 169.96 | 0.00 |
| 0700001090 | MARCIO, LESTER | 8/23/2013 | 40967 | 680.27 | 827.63 | 147.36 | 0.00 |
| 0700001163 | MARGERUM, ROBERT | 8/23/2013 | 40930 | 245.22 | 270.00 | 24.78 | 0.00 |
| 0700001091 | MATSEY, WILLIAM | 8/23/2013 | 40968 | 428.67 | 535.36 | 106.69 | 0.00 |
| 0700001092 | MENA, FRANCES | 8/23/2013 | 40969 | 804.63 | 1,066.00 | 261.37 | 0.00 |
| 0700001094 | MOCK, CHRISTOPHER | 8/23/2013 | 40931 | 223.41 | 270.00 | 46.59 | 0.00 |
| 0700001095 | MOORE, LINDA | 8/23/2013 | 40970 | 654.21 | 864.93 | 210.72 | 0.00 |
| 0700001098 | MORIATIS, BILLIE JEAN | 8/23/2013 | 40889 | 665.69 | 911.80 | 162.49 | 83.62 |
| 0700001097 | MORIATIS, MICHAEL | 8/23/2013 | 40921 | 555.54 | 750.00 | 110.84 | 83.62 |
| 0700001183 | MOYLAN, LAWRENCE | 8/23/2013 | 40971 | 671.38 | 801.97 | 130.59 | 0.00 |
| 0700001169 | NARANJO, LISSETTE | 8/23/2013 | 40972 | 119.42 | 140.00 | 20.58 | 0.00 |
| 0700000001 | NEIMAN, STUART | 8/23/2013 | 40937 | 1,211.11 | 1,716.40 | 414.12 | 91.17 |
| 0700001099 | OKERLUND, KRIS | 8/23/2013 | 40973 | 798.81 | 1,216.58 | 332.79 | 84.98 |
| 0700001101 | OLIVIERRE, CONRAD | 8/23/2013 | 40912 | 224.07 | 253.18 | 29.11 | 0.00 |
| 0700001103 | PELTIER, WAYNE | 8/23/2013 | 40974 | 993.17 | 1,232.16 | 238.99 | 0.00 |
| 0700001144 | PONTE, EDUARDO | 8/23/2013 | 40902 | 209.93 | 252.57 | 42.64 | 0.00 |
| 0700001105 | PUGLIS, CRYSTAL | 8/23/2013 | 40975 | 127.63 | 149.96 | 22.33 | 0.00 |
| 0700001106 | RAMLAL, ROSTANT | 8/23/2013 | 40976 | 903.29 | 1,212.48 | 309.19 | 0.00 |
| 0700001108 | REYNOLDS, JOHN | 8/23/2013 | 40977 | 179.67 | 204.27 | 24.60 | 0.00 |
| 0700001110 | RICE, ALEXIS | 8/23/2013 | 40978 | 130.83 | 153.85 | 23.02 | 0.00 |
| 0700000999 | SELDIN, JASON | 8/23/2013 | 40979 | 45.31 | 106.50 | 3.75 | 57.44 |
| 0700001112 | SENAGLIA, ELISSA | 8/23/2013 | 40980 | 30.79 | 33.34 | 2.55 | 0.00 |
| 0700001195 | SMITH, ADAM | 8/23/2013 | 40922 | 162.90 | 192.80 | 29.90 | 0.00 |
| 0700001114 | SNOW, DAVID | 8/23/2013 | 40932 | 164.71 | 195.00 | 30.29 | 0.00 |
| 0700001113 | SNOW, SUSAN | 8/23/2013 | 40981 | 562.15 | 780.20 | 218.05 | 0.00 |
| 0700001115 | SOEMANTO, AGUS | 8/23/2013 | 40894 | 544.16 | 775.20 | 140.51 | 90.53 |
| 0700001116 | SOEMANTO, RUSTIN | 8/23/2013 | 40913 | 171.32 | 189.13 | 17.81 | 0.00 |
| 0700001117 | SOTOMAYOR, CEDRIC | 8/23/2013 | 40933 | 164.71 | 195.00 | 30.29 | 0.00 |
| 0700001119 | ST.GERMAIN, PATRICIA | 8/23/2013 | 40982 | 768.97 | 1,097.28 | 328.31 | 0.00 |
| 0700001120 | STEELMAN, JOANNE | 8/23/2013 | 40983 | 69.57 | 75.33 | 5.76 | 0.00 |
| 0700001150 | STEPHENS, KAREN | 8/23/2013 | 40934 | 234.97 | 277.50 | 42.53 | 0.00 |
| 0700001121 | STERRETT, JACQUELINE | 8/23/2013 | 40903 | 235.41 | 266.95 | 31.54 | 0.00 |
| 0700001123 | STEWART, ANTHONY | 8/23/2013 | 40914 | 258.27 | 303.81 | 42.62 | 2.92 |
| 0700001124 | STEWART, MARGIE | 8/23/2013 | 40915 | 117.30 | 132.43 | 15.13 | 0.00 |
| 0700001125 | STILES, DAVID | 8/23/2013 | 40984 | 685.29 | 888.81 | 203.52 | 0.00 |
| 0700001151 | SWAIN, JAMES | 8/23/2013 | 40916 | 257.51 | 299.92 | 42.41 | 0.00 |
| 0700001131 | TORRES, WILSON | 8/23/2013 | 40985 | 780.41 | 1,080.86 | 215.47 | 84.98 |
| 0700001133 | VANDEE, TIMOTHY | 8/23/2013 | 40986 | 817.75 | 1,085.47 | 267.72 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0700001135 | VIERA, ELIEZER | 8/23/2013 | 40904 | 176.26 | 190.86 | 14.60 | 0.00 |
| 0700001136 | WARD, JEFFREY | 8/23/2013 | 40935 | 386.15 | 450.00 | 63.85 | 0.00 |
| 0700001137 | WEIN, STUART | 8/23/2013 | 40987 | 739.31 | 875.63 | 136.32 | 0.00 |
| 0700001139 | WILLIAMS, DEWEY | 8/23/2013 | 40905 | 178.68 | 198.06 | 19.38 | 0.00 |

**Report Totals**

| | |
|---|---|
| **Amount of Checks:** | 43,144.54 |
| **Total Earnings:** | 56,706.72 |
| **Total Taxes:** | 11,180.03 |
| **Total Deductions:** | 2,382.15 |

**100 checks printed**

EXHIBIT B

BENEFIT PLANS (NON-EXCLUSIVE LIST)

| TYPE OF BENEFIT | BENEFIT PROVIDER |
|---|---|
| Medical Insurance | AvMed |
| Dental Insurance | Delta Dental |
| Vision Insurance | Solcist |
| Prescription Drug Program | AvMed |
| Life Insurance | Unum / ELAN GROUP |
| Accidental Death and Dismemberment | Colonial Life |
| Long Term Disability | Colonial Life |
| Short Term Disability | Colonial Life |
| 401(K) Plan | Manulife Financial |
| Cancer/Accident/Critical Illness/Hosp. Inc. | Colonial Life |
| Cobra Coverage | |
| Bonus Entitlement | |
| Holidays | |
| Overtime | |
| Bereavement | |
| Jai-Alai Incentive Program | |

| ITEM | ESTIMATED AGGREGATE AMOUNT |
|---|---|
| **Prepetition Compensation to Employees*** | $510,209.91 |
| | |
| **Deductions (monthly)*** | |
| | |
| 401K Deferrals | $3,610.00 |
| Advance - Weekly | $100.00 |
| CAGIT (County of Indiana) | $63.00 |
| Child Support | $570.61 |
| Colonial - Pretax | $1,006.16 |
| Dental Reduction | $436.49 |
| Employee Advances | $1,500.00 |
| Garnishments | $1,065.24 |
| INSIT (Ind. State Income Taxes) | $106.58 |
| Life Insurance | $415.58 |
| Medical | $15,472.46 |
| Pension Loans | $1,922.49 |
| Union Dues - Salary | $1,375.50 |
| USFIT | $53,714.11 |
| USMED | $6,431.86 |
| USSS | $17,241.52 |
| Vision | $301.44 |
| | |
| Withholdings | $20,698.53 |
| | |
| Taxes | $66,542.90 |
| | |
| Prepetition Business Expenses | $5,054.29 |
| | |
| | |
| *Gross wages prior to Deductions and Withholdings | |
| | |
| **Portion included in gross Prepetition Compensation | |

EXHIBIT C

PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                           Chapter 11

                                                 Case No. 13-_____ (____)
FLORIDA GAMING CENTERS, INC.,                    (Joint Administration Requested)
*et al.*,[1]

_____ Debtors.        /

**ORDER (I) AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO PAY (A)
PREPETITION EMPLOYEE WAGES, SALARIES AND RELATED ITEMS; (B)
PREPETITION EMPLOYEES BUSINESS EXPENSE; (C) PREPETITION CONTRIBUTION
TO AND BENEFITS UNDER EMPLOYEE BENEFITS PLANS; (D) PREPETITION
EMPLOYEE PAYROLL DEDUCTIONS AND WITHHOLDINGS; AND (E) ALL EXPENSES
INCIDENT TO THE FOREGOING PAYMENTS AND CONTRIBUTIONS; AND (II)
AUTHORIZING AND DIRECTING BANKS AND FINANCIAL INSTITUTIONS TO PAY
ALL CHECKS AND ELECTRONIC PAYMENT REQUESTS MADE BY THE DEBTORS**

---

[1] The debtors in these chapter 11 cases, and the last four digits of their federal tax identification number, are: Florida Gaming Centers, Inc. (5893), Florida Gaming Corporation (0533), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929 ).

### Relating To The Foregoing

THIS MATTER came before the Court on the ___ day of August, 2013, at ___:___ a.m./ p.m. in Miami, Florida, upon the *Debtors' Emergency Motion For An Order (I) Authorizing Debtors To Pay (A) Prepetition Employee Wages And Related Items; (B) Prepetition Contributions To And Benefits Under Employee Benefit Plans; (D) Prepetition Employee Payroll Deductions And Withholdings; And (E) All Expenses Incident To The Foregoing; And (Ii) Authorizing And Directing All Financial Institutions To Pay All Related Checks And Electronic Payment Requests* (ECF No. ___) (the **"Employee Wage Motion"**) filed by Debtors, Florida Gaming Centers, Inc., Florida Gaming Corporation, Tara Club Estates, Inc., and Freedom Holding, Inc. (collectively, "**Miami Jai-Alai**") for entry of an order authorizing, but not directing, Miami Jai-Alai to pay: (a) prepetition employee contractor wages, salaries and related items; (b) prepetition employee business expenses; (c) prepetition contributions to and benefit under employee benefit plans; (d) prepetition employee payroll deductions and withholdings; and (e) all costs and expenses incident to the foregoing payments and contributions; and (ii) authorizing and directing banks and financial institutions to pay all checks and electronic payment requests made by Miami Jai-Alai relating to the foregoing.

The Court having reviewed the Employee Wage Motion and having heard the statements of counsel in support of the relief requested in the Employee Wage Motion at the hearing before the Court (the **"Hearing"**); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. § 1408; (c) this matter is core pursuant to 28 U.S.C. § 157(b)(2); (d) notice of the Employee Wage Motion and the Hearing was sufficient under

the circumstances; and (e) the Court having determined that the legal and factual bases set forth in the Employee Wage Motion and at the Hearing establish just cause for the relief granted herein, it is hereby

**ORDERED** that:

1.      The Employee Wage Motion is GRANTED.

2.      Miami Jai-Alai is authorized, but not directed, in accordance with their stated policies (as such policies may be modified from time to time) and in its sole discretion, to pay the Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits that are presently due and owing or accrued but remained unpaid as of the Petition Date to or for the benefit of the Employees.

3.      No individual person will receive payment of compensation and benefits in excess of $12,475, pursuant to this Order.  Nothing in this Order shall preclude Miami Jai-Alai from seeking authority from this Court to allow payment of compensation and benefits exceeding the amount set forth herein.

4.      Miami Jai-Alai's banks and other financial institutions (collectively, the **"Banks"**) are authorized and directed, when requested by Miami Jai-Alai in its sole discretion, to receive, process, honor and pay all checks presented for payment of, and to honor all funds transfer requests made by Miami Jai-Alai related to Prepetition Compensation, Prepetition Business Expenses, Deductions, Withholdings and Benefits, whether such checks were presented or electronic payment requests were submitted prior to or after the Petition Date, provided that funds are available in Miami Jai-Alai's accounts to cover such checks and funds transfers.  The Banks are authorized to rely on Miami Jai-Alai's designation of any particular check or funds

transfer as approved by this Order without any duty of further inquiry and without liability for following Miami Jai-Alai's instructions.

5.      Nothing in the Employee Wage Motion or this Order, nor Miami Jai-Alai's payment of claims pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity of any claim against Miami Jai-Alai; (b) a waiver of Miami Jai-Alai's rights to dispute any claim on any grounds; (c) a promise to pay any claim; (d) an implication or admission that any particular claim is a claim for Prepetition Compensation, Prepetition Business Expenses, Withholdings or Benefits; or (e) a request to assume any executory contract or unexpired lease, pursuant to Bankruptcy Code Section 365.

6.      Notwithstanding anything to the contrary, the terms of this Order shall be subject to the terms of any post-petition financing order and budgets that may be entered in these Chapter 11 cases.

7.      Miami Jai-Alai is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

9.      Notwithstanding the possible applicability of Bankruptcy Rules 6003, 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.


###

4

**Submitted by:**
Luis Salazar, Esq.
SALAZAR JACKSON, LLP
2 South Biscayne Boulevard
Suite 3760
Miami, Florida 33131
Phone:  (305) 374-4848
Fax:  (305) 397-1021
Email:  Salazar@SalazarJackson.com

*(Attorney Salazar shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*