ORDERED in the Southern District of Florida on August 20, 2013



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-29597-RAM<br>(Joint Administration Requested) |
| FLORIDA GAMING CENTERS, INC.<br><br>Debtor.<br>_____/ | Chapter 11 |
| In re: | Case No. 13-29598-AJC<br>(Joint Administration Requested) |
| FLORIDA GAMING CORPORATION<br><br>Debtor.<br>_____/ | Chapter 11 |
| In re: | Case No. 13-29603<br>(Joint Administration Requested) |
| TARA CLUB ESTATES, INC.<br><br>Debtor.<br>_____/ | Chapter 11 |

In re:                                            Case No. 13-29607
                                                  (Joint Administration Requested)

FREEDOM HOLDING, INC.                             Chapter 11

                    Debtor.
_____/

### ORDER PURSUANT TO RULE 1015(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

*[handwritten: each of the above named debtors (collectively "Miami Jai-Alai")]*

Upon consideration of the motion (the "**Motion**") of ~~Miami Jai-Alai~~ *[handwritten: each]* for entry of an order directing the joint administration of the Chapter 11 Cases; and it appearing that the relief requested is in the best interests of Miami Jai-Alai's[1] estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; ~~and adequate notice of the Motion and opportunity for objection having been given; with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be~~; and it appearing that no other notice need be given *[handwritten: nor is a hearing required]*; and after due deliberation and sufficient cause therefore, it is hereby:

ORDERED as follows

1.  The Motion is granted.

2.  Each of the above-named Debtors' respective captioned and numbered cases are consolidated, for procedural purposes only, and shall be jointly administered in accordance with Federal Rules of Bankruptcy Procedure 1015(b).

3.  The caption of the jointly administered cases is to read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Chapter 11

                                                    Case No. 13-29597-RAM
FLORIDA GAMING CENTERS, INC.,                       ~~(Joint Administration Requested)~~
et al.,[1]                                          Jointly Administered

_____ Debtors.    /

4.   A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases commenced by Florida Gaming Centers, Inc. and the above-captioned debtors. The docket in Case No. 13-29597 should be consulted for all matters affecting the above listed cases.

5.   In the event the respective Debtors are required to file such reports, Miami Jai-Alai is authorized to file monthly operating reports required by the Operating Guidelines and Financial Reporting Requirements promulgated by the U.S. Trustee on and the a consolidated basis if Miami Jai-Alai determines, ~~after consultation with the~~ U.S. Trustee agrees, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest and would accurately reflect Miami Jai-Alai's consolidated business operations and financial affairs.

6.   A creditor filing a proof of claim against any of the above-named Debtors shall file such proof of claim in that particular Debtor's bankruptcy case and not in the jointly administered case.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Florida Gaming Corporation (0533), Florida Gaming Centers, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holdings, Inc (4929).

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*RR*

10. The Clerk shall docket this Order in each of the above-styled cases.

**Submitted by:**

Luis Salazar, Esq.
SALAZAR JACKSON LLP
One Biscayne Tower, Suite 3760
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Salazar@SalazarJackson.com

*(Attorney Salazar is directed to serve a conformed copy of this Order on all parties entitled to service and to file with the Court a Certificate of Service.)*