UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                           Case No.: 13-29597-RAM[1]
                                                                                 (Jointly Administered)
**FLORIDA GAMING CENTERS, INC.**,
                                                                                 Chapter 11
        Debtor.
_____/

## MOTION TO APPEAR PRO HAC VICE

I, DREW M. DILLWORTH, ESQ. of the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. ("**Movant**"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, request that this Court admit *pro hac vice* DENNIS M. TWOMEY, ESQ. of the law firm of SIDLEY AUSTIN LLP ("**Visiting Attorney**"), an attorney admitted to practice and currently in good standing in the United States District Court for the Northern District of Illinois and qualified to practice in this Court, who proposes to act as counsel for ABC FUNDING, LLC, as Administrative Agent for SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-A, L.P., SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-B, L.P., JPMORGAN CHASE BANK, N.A., LOCUST STREET FUNDING LLC, CANYON VALUE REALIZATION FUND, L.P., CANYON VALUE REALIZATION MASTER FUND, L.P., CANYON DISTRESSED OPPORTUNITY MASTERFUND, L.P., and CANYON-GRF MASTER FUND II, L.P.

---

[1] Pursuant to Order [ECF No. 11], the Court is jointly administering the following cases under the Lead Case No. 13-29597-RAM:  (i) Florida Gaming Centers, Inc. (Case No. 13-29597-RAM)(Tax ID: 5893); (ii) Florida Gaming Corporation (Case No. 13-29598-RAM)(Tax ID: 0533); (iii) Tara Club Estates, Inc. (Case No. 13-29603-RAM)(Tax ID: 9545); and (iv) Freedom Holding, Inc. (Case No. 13-29607)(Tax ID: 4929).

("**Client**") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the Local Rules of this Court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court to act as local counsel for such Client, unless the Court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The Affidavit of the Visiting Attorney required under Local Rule 2090-1(B)(2) is attached hereto as Exhibit A.

2

Lead Case No.:  13-29597-RAM
(Jointly Administered)

**WHEREFORE,** upon the foregoing representations, Movant respectfully requests an order of this Court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Date:  August 21, 2013

        Respectfully submitted,

        STEARNS WEAVER MILLER WEISSLER
          ALHADEFF & SITTERSON, P.A.
        *Local Counsel for Client, ABC Funding, LLC, etc.*
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida 33130
        Telephone:     (305) 789-3200
        Facsimile:      (305) 789-3395

        By:    */s/ Drew M. Dillworth*
            DREW M. DILLWORTH
            ddillworth@stearnsweaver.com
            Florida Bar No. 167835

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day, as indicated on the Service List attached as Exhibit B, (i) by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (ii) by U.S. Mail to the Debtors.

        By:    */s/ Drew M. Dillworth*
            DREW M. DILLWORTH

## Exhibit A

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, DENNIS M. TWOMEY, am a member in good standing of the bar of the State of Illinois. I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of ABC FUNDING, LLC, as Administrative Agent for SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-A, L.P., SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-B, L.P., JPMORGAN CHASE BANK, N.A., LOCUST STREET FUNDING LLC, CANYON VALUE REALIZATION FUND, L.P., CANYON VALUE REALIZATION MASTER FUND, L.P., CANYON DISTRESSED OPPORTUNITY MASTERFUND, L.P., and CANYON-GRF MASTER FUND II, L.P. ("**Client**"). I designate DREW M. DILLWORTH, ESQ. of the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. ("**Local Counsel**"), who is qualified to practice in this Court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and

proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the Local Rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Date: August 20, 2013

Respectfully submitted,

DENNIS M. TWOMEY
**SIDLEY AUSTIN LLP**
*Counsel for ABC*
One South Dearborn
Chicago, Illinois 60603
Main Telephone: (312) 853-7000
Direct Telephone: (312) 853-7438
Facsimile:        (312) 853-7036

By: _/s/ Dennis M. Twomey_
DENNIS M. TWOMEY
dtwomey@sidley.com
Illinois Bar No. 6273190

5

Lead Case No.:  13-29597-RAM
(Jointly Administered)

**Exhibit B**

**SERVICE LIST**
**Lead Case No.: 13-29597-RAM**
**United States Bankruptcy Court, Southern District of Florida**
*(Jointly Administered with Case Nos. 13-29598-RAM, 13-2960-RAM and 13-29607-RAM)*

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

| | |
|---|---|
| Office of the US Trustee<br>*USTPRegion21.MM.ECF@usdoj.gov* | Luis Salazar, Esq.<br>*salazar@salazarjackson.com*<br>*jackson@salazarjackson.com*<br>*aguilar@salazarjackson.com*<br>*Lee-Sin@SalazarJackson.com*<br>*Counsel for Florida Gaming Centers, Inc., Florida Gaming Corporation, Freedom Holding, Inc. and Tara Club Estates, Inc.* |

The following parties were served by U.S. Mail, postage prepaid:

Florida Gaming Centers, Inc.
3500 N.W. 37 Avenue
Miami, FL 33142
*Debtor*

Florida Gaming Corporation
3500 N.W. 37 Avenue
Miami, FL 33142
*Debtor*

Tara Club Estates, Inc.
2669 Charlestown Road, #D
New Albany, IN 47150
*Debtor*

Freedom Holding, Inc.
2669 Charlestown Road, #D
New Albany, IN 47150
*Debtor*