IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                              Chapter 11

FLORIDA GAMING CENTERS, INC.,                       Case No. 13-29597-RAM
*et al.*,                                           (Jointly Administered)

                    Debtors.         /

### DEBTORS' EXPEDITED *EX PARTE* MOTION TO SHORTEN TIME FOR ABC FUNDING, LLC TO RESPOND TO DISCOVERY

Debtors, Florida Gaming Centers, Inc., Florida Gaming Corporation, Tara Club Estates, Inc., and Freedom Holding, Inc. (collectively, "**Miami Jai-Alai**"), moves pursuant to Bankruptcy Rule 9006(c) and Local Rules 9013-1(c)(7) and 7030-2 to shorten the time for ABC Funding, LLC (**"ABC Funding"**) to respond to Miami Jai-Alai's *Notice of Taking Deposition Duces Tecum Pursuant to Bankruptcy Rule 7036(b)(6) and Federal Rule of Civil Procedure 30(b)(6)* (the **"Notice"**) in connection with the issues raised by the *Emergency Motion of Debtors for Orders (I) Authorizing Debtors to Utilize Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Other Relief* (ECF No. 8) (the **"Cash Collateral Motion"**) and ABC Funding's Objection thereto (ECF No. 19) (the **"Cash Collateral Objection"**).

The Cash Collateral Motion has been scheduled for final hearing on September 11, 2013 at 2:30 p.m. In light of ABC Funding's Cash Collateral Objection, Miami Jai-Alai requires discovery regarding the allegations raised therein, including the deposition of the ABC Funding person with the most knowledge of the issue raised by the Cash Collateral Motion, sufficiently in advance of the final hearing on the Cash Collateral Motion. Specifically, Miami Jai-Alai seeks (i) the documents responsive to the Notice by **no later than 10:00 a.m.** on **September 5, 2013**, and



(ii) to depose the designated representative(s) of ABC Funding, LLC with the most knowledge regarding the issues raised by the Cash Collateral Motion on **September 9, 2013**. Accordingly Miami Jai-Alai is serving the Notice on ABC Funding simultaneously with this Motion.

The relief requested herein is authorized by Bankruptcy Rule 9006(c) and may be granted without hearing pursuant to Local Rule 9013-1(c)(7).

WHEREFORE, the Trustee respectfully requests the entry of an Order (i) granting this Motion; (ii) shortening the time for ABC Funding to respond to the requested discovery in the Notice; (iii) directing ABC Funding (through its designated representative) to attend the deposition pursuant to the Notice; and (iv) granting such other relief as this Court deems just and proper.

Dated: August 26, 2013                     Respectfully submitted,

                                         SALAZAR JACKSON, LLP
*Counsel for Miami Jai-Alai*
Two South Biscayne Boulevard, Suite 3760
Miami, FL 33131
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Salazar@SalazarJackson.com
        Jackson@SalazarJackson.com
        Honaker@SalazarJackson.com

By:          /s/Luis Salazar
        Luis Salazar
        Florida Bar No. 147788
        Linda Worton Jackson
        Florida Bar No. 843164
        Aaron P. Honaker
        Florida Bar No. 48749



## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Master Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Luis Salazar
Luis Salazar

**MASTER SERVICE LIST AS OF AUGUST 22, 2013**
**Florida Gaming Centers, Inc.** *et al.*

---

**VIA EMAIL ONLY**
Luis Salazar, Esq.
Linda Worton Jackson, Esq.
Aaron Honaker, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Ste 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
Email: Honaker@SalazarJackson.com

**VIA EMAIL ONLY**
Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, Florida 33301
Email: mkelley@stearnsweaver.com

**VIA EMAIL ONLY**
Lance A. Schildkraut, Esq.
DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Email: las@dtlawgroup.com

**VIA EMAIL ONLY**
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com

**VIA EMAIL ONLY**
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

**VIA EMAIL ONLY**
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

**VIA EMAIL ONLY**
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

**VIA EMAIL ONLY**
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: lconahan@gunster.com

**VIA EMAIL ONLY**
R. James Straus, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Email: jstraus@fbtlaw.com

**VIA EMAIL ONLY**
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Birckell Avenue, Suite 1900
Miami, FL 33131
Email: emark@bergersingerman.com

**VIA EMAIL ONLY**
David Jonas
4 Overlook Ct.
Medford, NJ 08055
Email: davesjonas@gmail.com

Thomas P. Abbott
Assistant County Attorney
PO Box 025504
Miami, Florida 33102-5504
Telephone: 305-876-7040
Facsimile: 305-876-7294
Email: TABBOTT@miami-airport.com

**MASTER SERVICE LIST AS OF AUGUST 22, 2013**
**Florida Gaming Centers, Inc.** *et al.*

Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, Florida 33130
Email: USTPRegion21.MM.ECF@usdoj.gov

Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
Email: aherron@herronortiz.com
Email: ndrubin@herronortiz.com

Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov

Drew Dillworth
150 West Flagler Street
Miami, Florida 33130
Email: ddillworth@stearnsweaver.com

Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, Il 60603
Email: aoneill@sidley.com

Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, Il 60603
Email: dtwomey@sidley.com

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, Massachusetts 02116

Allied Health Plans
9400 South Dadeland Blvd. Suite 510
Miami, FL 33156

American Gaming Systems, LLS
6680 Amelia Earhart Court
Las Vegas, NV 89119

Aristocrat Technologies
7230 Amigo Street
Las Vegas, NV 89119

Broadridge ICS
PO Box 416423
Boston, MA 02241

Canyon Distressed Opportunity Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Chase Credit Cardmember
P.O. Box 94014
Palatine, IL 60094

Construct Design/Florida Lemark
20470 NW 94th Avenue
Miami, FL 33172

Continental Stock Transfer
17 Battery Place
New York, NY 10004

Cousins, Chipman, and Brown
The Nemours Building
1007 North Orange Street, Ste 1110
Wilmington, DE 19801

Dania Jai-Alai
301 East Dania Beach Blvd
P.O. Box 96
Dania, FL 33004

**MASTER SERVICE LIST AS OF AUGUST 22, 2013**
**Florida Gaming Centers, Inc.** *et al.*

Derby Lane
10490 Gandy Blvd. N.
Saint Petersburg, FL 33702

Edmunds Direct Mail, Inc.
301 Tilton Road
Northfield, NJ 08225

Farmers Bank
P.O. Box 231
Hardinsburg, KY 40143

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

Florida Legislative Consultants, Inc.
522 East Jefferson Street
Tallahassee, FL 32302

George Galloway
2399 Mountain Tops Road
Blue Ridge, GA 30513

Gulfstream Park
901 South Federal Highway
Hallandale, FL 33009

H. Hewitt Brown
600 East Main Street
Louisville, KY 40202

IGT-Eastern Operating
6355 South Buffalo Drive
Las Vegas, NV 89113

International Sound Corporation
7130 Milford Industrial Rd.
Pikesville, MD 21208

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, New York 10017

James Stuckert/Solomon Howell
7308 Shadwell Lane
Prospect, KY 40059

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, New York 10017

King & Company
32400 Dutchmans Lane
Louisville, KY 40205

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn:  James Roche
345 Park Avenue, 31st Floor
New York, New York 10154

Miami Casino Management, LLC
21001 North Tatun Blvd.
Suite 1630-256
Phoenix, AZ 85050

Miami Gaming Ventures, LLC
235 Caatalonia Avenue
Miami, FL 33134

Andrea Neiman
1333 St. Tropez Circle #406
Weston, FL 33326

Palm Beach Kennel
1111 North Congress Avenue
West Palm Beach, FL 33409

Roberts Communication Network, Inc.
4175 Cameron Street Suite B-10
Las Vegas, NV 89103

Roland Howell Estate
555 NE 15th Street
Miami, FL 33132

Staples Credit Card
P.O. Box 689020
Des Moines, IA 50368

SHFL Entertainment, Inc.
1106 Palms Airport Drive
Las Vegas, NV 89119

**MASTER SERVICE LIST AS OF AUGUST 22, 2013**
**Florida Gaming Centers, Inc.** *et al.*

Sportech, Inc.
1095 Winward Ridge Parkway, Suite 170
Alpharetta, GA 30005

Summit Partners Subordinated Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, Massachusetts 02116

Summit Partners Subordinated Debt Fund IV-A, L.P.
Summit Partners Subordinated Debt Fund IV-B, L.P.
ABC Funding, LLC
Attn: Summit Partners SD IV, L.P., General Partner
Attn: Robin W. Devereux
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, Massachusetts 02116

Tampa Bay Downs
11225 Race Track Road
Tampa, FL 33626

Tom Tew
Four Seasons Tower
1435 Brickell Avenue 15th Floor
Miami, FL 33131

Vintage Filings
350 Hudson Street, Suite 300
New York, NY 10014

William Haddon Estate
196 Atlanta Country Club Drive
SE Marietta, GA 30067

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL 33309-3787

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035
Facsimile: 850.488.0550

Florida Department of Revenue
P.O Box 6668
Tallahassee, Fl 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

**MASTER SERVICE LIST AS OF AUGUST 22, 2013**
**Florida Gaming Centers, Inc.** *et al.*

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210