# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:                                                                    Chapter 11

FLORIDA GAMING CENTERS, INC.,                    Case No. 13-29597-RAM
*et al.* [1],                                                          (Jointly Administered)

        Debtors
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Silvermark, LLC ("Silvermark"), through its undersigned counsel, hereby enters a notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that Silvermark hereby requests, pursuant to Bankruptcy Rule 2002(g) and Bankruptcy Code section 1109(b), that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers and email addresses indicated:

        Craig V. Rasile, Esq.
        DLA Piper LLP (US)
        200 S. Biscayne Blvd., Suite 2500
        Miami, Florida 33131
        Telephone: (305) 423-8539
        Facsimile: (305) 437-8131
        Email: craig.rasile@dlapiper.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Florida Gaming Corporation (0533), Florida Gaming Centers, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4829).

- 1 -

    Andrew D. Zaron, Esq.
    DLA Piper LLP (US)
    200 S. Biscayne Blvd., Suite 2500
    Miami, Florida 33131
    Telephone: (305) 423-8523
    Facsimile: (305) 437-8131
    Email: andrew.zaron@dlapiper.com

     - and –

    Rachel Nanes, Esq.
    DLA Piper LLP (US)
    200 S. Biscayne Blvd., Suite 2500
    Miami, Florida 33131
    Telephone: (305) 423-8563
    Facsimile: (305) 437-8131
    Email: rachel.nanes@dlapiper.com

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-referenced bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

  **PLEASE TAKE FURTHER NOTICE** that Silvermark intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive: (i) Silvermark's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) Silvermark's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy

- 3 -

proceeding; (iii) Silvermark's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Silvermark is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida over Silvermark, all of which rights, claims. actions, defenses, setoffs, and recoupments Silvermark expressly reserves.

Dated: Miami, Florida
August 28, 2013

**DLA Piper LLP (US)**

   /s/ Craig V. Rasile
Craig V. Rasile (FL Bar No. 613691)
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8539
Facsimile: (305) 437-8131
Email: craig.rasile@dlapiper.com

Andrew D. Zaron, Esq. (FL Bar No. 965790)
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8523
Facsimile: (305) 437-8131
Email: andrew.zaron@dlapiper.com

- and -

Rachel Nanes, Esq. (FL Bar No. 85167)
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8563
Facsimile: (305) 437-8131
Email: rachel.nanes@dlapiper.com

*Attorneys for Silvermark, LLC*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 28, 2013**, I electronically filed the *Notice of Appearance and Request for Service of Papers* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: Miami, Florida
      August 28, 2013

                                                               */s/ Craig V. Rasile*
                                                                   Craig V. Rasile

EAST\57770554.1