IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

FLORIDA GAMING CENTERS, INC.,
*et al.*,

Debtors.      /

Chapter 11

Case No. 13-29597-RAM
(Jointly Administered)

### MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 365 AUTHORIZING DEBTORS TO REJECT EXECUTORY CONTRACT

Debtors Florida Gaming Centers, Inc. (**"Florida Gaming Centers"**), Florida Gaming Corporation (**"Florida Gaming Corp."**), Tara Club Estates, Inc. (**"Tara"**), and Freedom Holding, Inc. (**"Freedom"**) (collectively, **"Miami Jai-Alai"** or the **"Debtors"**) move, pursuant to 11 U.S.C. § 365(a) and Federal Rules of Bankruptcy Procedure 6006 and 9014 and Local Rule 6006-1, for the entry of an Order approving the rejection of the Stock Purchase Agreement dated November 25, 2012 as described below, and state:

### BACKGROUND

1.      On August 19, 2013 (the **"Petition Date"**), Miami Jai-Alai commenced these voluntary Chapter 11 cases.  Miami Jai-Alai is authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108.  No trustee, examiner, or statutory creditors' committee has been appointed in these Chapter 11 cases.

2.      For a description of Miami Jai-Alai's business operations and the events leading up to the chapter 11 filing, Miami Jai-Alai respectfully refers the Court and parties in interest to the *Declaration of Daniel Licciardi in Support of the Chapter 11 Petitions and First Day Motions and Applications* (the **"Licciardi Declaration"**) (ECF No. 6) filed on the Petition Date and incorporated herein by reference.

S<span style="font-variant:small-caps">TOCK</span> P<span style="font-variant:small-caps">URCHASE</span> A<span style="font-variant:small-caps">GREEMENT</span>

3.      On November 25, 2012, Florida Gaming Centers and Florida Gaming Corp. entered into a stock purchase agreement (the "**Stock Purchase Agreement**") with Silvermark, LLC ("**Silvermark**") for the purchase of all shares of Florida Gaming Centers stock, which is the primary asset of Florida Gaming Corp.

4.      Miami Jai Alai believes that Silvermark breached the Stock Purchase Agreement prepetition and that they terminated it prior to the Chapter 11 filing.  Therefore, the Stock Purchase Agreement is no longer a valid existing contract and no damages or other monies are due Silvermark pursuant to the Agreement.[1]

R<span style="font-variant:small-caps">ELIEF</span> R<span style="font-variant:small-caps">EQUESTED</span>

5.      Silvermark has advised Miami Jai Alai that it believes the Stock Purchase Agreement remained in effect as of the Petition Date.  Miami Jai-Alai disagrees; however, in an abundance of caution, Miami Jai Alai seeks to reject the Agreement to the extent that it may be in effect.[2]

---

[1] Miami Jai Alai reserves all rights and remedies with respect to Silvermark's breach and other prepetition actions.
[2] To the extent the Stock Purchase Agreement is deemed to be in effect as of the date hereof, the Debtors hereby terminate the Agreement pursuant to Sections 12.01 and 14.03 of the Stock Purchase Agreement.

S | J    **Salazar Jackson** | 2 South Biscayne Boulevard, Suite 3760 | Miami, Florida 33131

6.      Miami Jai-Alai has determined, in its business judgment, that the Stock Purchase Agreement is unnecessary to the administration of these Chapter 11 cases and is burdensome to the estates.  The basis for rejecting the Agreement, *among other things*, includes the following:

   a.  The Agreement provides for a purchase price in the approximate amount of $115,000,000, which is approximately $15,000,000 below the balance of the outstanding secured debt owed to the primary secured lender.

   b.  The Agreement provides for a purchase price that is substantially lower than the appraised value of the Company and is therefore not in the best interest of creditors and shareholders, who could otherwise receive a distribution.

   c.  During the Chapter 11 proceeding the Debtors have the opportunity to reorganize and to provide a better outcome for creditors and shareholders.

7.      Section 365(a) allows a debtor-in-possession, subject to court approval, to assume or reject any executory contract or unexpired lease.  11 U.S.C. § 365(a); 11 U.S.C. § 1107(a). Under Section 365(a), a debtor may "relieve the bankruptcy estate of burdensome agreements which have not been completely performed."  *See Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.*, 83 F.3d 735, 741 (5th Cir. 1996); *In re Murexco Petroleum, Inc.,* 15 F.3d 60, 62 (5th Cir. 1994).

8.      In evaluating a debtor's decision to assume or reject an executory contract or unexpired lease, courts have applied the "business judgment" standard and have approved a debtor's proposed rejection if such rejection benefits the estate.  *See Byrd v. Gardinier, Inc. (In re Gardinier, Inc.)*, 831 F.2d 974, 976 n.2 (11th Cir. 1987) (stating that the "only limitation on the trustee's discretion is that it is subject to court approval.  However, since courts review a

3

trustee's decision to assume or reject a contract under a traditional "business judgment" standard, the scope of review in this area is narrow."). *See NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523 (1984) (recognizing the "business judgment" standard as the traditional test applied to authorize the rejection of executory contracts); *Maison Grande Condo. Ass'n, Inc.*, 425 B.R. 684, 690 (Bankr. S.D. Fla. 2010) (same); *In re Chira*, 367 B.R. 888, 898 (S.D. Fla. 2007) (same), aff'd, 567 F.3d 1307 (11th Cir. 2009); *In re Surfside Resort & Suites, Inc.*, 325 B.R. 465, 469 (Bankr. M.D. Fla. 2005) (same). Rejection of an executory contract is appropriate where rejection would benefit the estate. *Id.*

9.     In applying the "business judgment" standard, courts show great deference to a debtor's decision to assume or reject an executory contract or unexpired lease. The Bankruptcy Court will generally approve such rejection unless it finds that the debtor's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim, or caprice. *See Surfside Resort,* 325 B.R. at 469; *In re Prime Motor Inns*, 124 B.R. 378, 381 (Bankr. S.D. Fla. 1991).

10.     As long as the debtor's decision to assume or reject is a reasonable exercise of business judgment, courts should approve the assumption or rejection of an executory contract or unexpired lease. *See NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523-24 (1984).

11.     In fact, the "business judgment" standard is not a strict standard; it requires only a showing that either assumption or rejection of the executory contract or unexpired lease will benefit the debtor's estate. *See In re Helm*, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 1996) ("To meet the business judgment test, the debtor in possession must 'establish that rejection will benefit the estate.' ") (citation omitted); *In re Balco Equities, Inc.*, 323 B.R. 85, 99 (Bankr. S.D.N.Y. 2005)

("In determining whether the debtor has employed reasonable business discretion, the court for the most part must only determine that the rejection will likely benefit the estate").  Further, under the business judgment standard, "[a] debtor's decision to reject an executory contract must be affirmed unless it is the product of 'bad faith, or whim or caprice.' " *In re Trans World Airlines, Inc.*, 261 B.R. 103, 121 (Bankr. D. Del. 2001).

12.     Miami Jai-Alai has determined, in the sound exercise of its business judgment, that rejection of the Stock Purchase Agreement, to the extent it remains valid, is in the best interests of the estates and creditors.  Therefore, the rejection of the Stock Purchase Agreement is warranted in this instance and should be approved.

13.     Based on the foregoing, the Stock Purchase Agreement is not necessary for or beneficial to Miami Jai-Alai's ongoing businesses, and creates an enormous and burdensome expense for the estates.

S | J   **Salazar Jackson** | 2 South Biscayne Boulevard, Suite 3760 | Miami, Florida 33131

**WHEREFORE**, Miami Jai-Alai respectfully request the entry of an Order (i) granting this Motion; (ii) approving the rejection of the Stock Purchase Agreement and deeming the agreement rejected; (iii) requiring that any claim for damages arising from such rejection be filed with the Court within 30 days after the entry of such order as provided in Local Rule 6006-1(A); and (iv) granting such other relief as is just and proper.

Dated:  August 29, 2013                    Respectfully submitted,

                                           **SALAZAR JACKSON, LLP**
                                           *Counsel for Florida Gaming Centers, Inc.,*
                                           *Florida Gaming Corporation, Tara Club Estates, Inc.,*
                                           *and Freedom Holding, Inc.*
                                           Two South Biscayne Boulevard, Suite 3760
                                           Miami, FL 33131
                                           Telephone: (305) 374-4848
                                           Facsimile:  (305) 397-1021
                                           Email:  Salazar@SalazarJackson.com
                                                      Jackson@SalazarJackson.com
                                                      Honaker@SalazarJackson.com

                                           By:_____/s/  Luis Salazar_____

                                                      Luis Salazar
                                                      Florida Bar No. 147788
                                                      Linda Worton Jackson
                                                      Florida Bar No. 843164
                                                      Aaron P. Honaker
                                                      Florida Bar No. 48749

6

<u>C<small>ERTIFICATE</small> O<small>F</small> S<small>ERVICE</small></u>

I hereby certify that on August 29, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the Master Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

/s/  Luis Salazar
Luis Salazar

**Salazar Jackson** | 2 South Biscayne Boulevard, Suite 3760 | Miami, Florida 33131

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

### DEBTORS

Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc.
Attn: W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

### DEBTORS COUNSEL / PROFESSIONALS

Luis Salazar, Esq.
Linda Worton Jackson, Esq.
Aaron P. Honaker, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
Email: Honaker@SalazarJackson.com
*Counsel for Debtors*

VIA EMAIL ONLY
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com
*Proposed Special Counsel for Debtors*

VIA EMAIL ONLY
R. James Straus, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Email: jstraus@fbtlaw.com
*Proposed Special Counsel for Debtors*

### U.S TRUSTEE

Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
Email: USTPRegion21.MM.ECF@usdoj.gov

### SECURED CREDITORS

Drew Dillworth
150 West Flagler Street
Miami, FL 33130
Email: ddillworth@stearnsweaver.com
*Local Counsel for ABC Funding, LLC*

Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL 33301
Email: mkelley@stearnsweaver.com
*Counsel for ABC Funding, LLC*

Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: aoneill@sidley.com
*Counsel for ABC Funding, LLC*

Dennis M. Twomey
 Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: dtwomey@sidley.com
*Counsel for ABC Funding, LLC*

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

1

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

Canyon Distressed Opportunity Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn: James Roche
345 Park Avenue, 31st Floor
New York, NY 10154

Summit Partners Subordinated Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated Debt Fund IV-A, L.P.
Summit Partners Subordinated Debt Fund IV-B, L.P.
ABC Funding, LLC
Attn: Summit Partners SD IV, L.P.,
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov
*Counsel for Miami Dade County-County Tax Collector*

Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Email: dgjp@miamidade.gov
Email: MDTCBKC@miamidade.gov

2

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**Florida Gaming Centers, Inc.** *et al.*

Thomas P. Abbott, Assistant County Attorney
PO Box 025504
Miami, FL 33102-5504
Facsimile: 305-876-7294
Email: TABBOTT@miami-airport.com

**20 Largest Creditors**

Andrew R. Herron, Esq. Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Email: aherron@herronortiz.com
Email: ndrubin@herronortiz.com
*Counsel for Miami Gaming Ventures, LLC*

Allied Health Plans
Attn: Vdayan Sen
9400 South Dadeland Blvd. Suite 510
Miami, FL 33156

American Gaming Systems, LLS
Attn: Lisa Begay-Jennings
6680 Amelia Earhart Court
Las Vegas, NV 89119

Aristocrat Technologies
Attn: Tatiana Janevski
7230 Amigo Street
Las Vegas, NV 89119

Andrea Neiman
1333 St. Tropez Circle #406
Weston, FL 33326

Broadridge ICS
 PO Box 416423
Boston, MA 02241

Chase Credit Cardmember
P.O. Box 94014
Palatine, IL 60094

Construct Design/Florida Lemark
20470 NW 94th Avenue
Miami, FL 33172
Continental Stock Transfer
17 Battery Place
New York, NY 10004

Cousins, Chipman, and Brown
The Nemours Building
Attn: Joseph Cicero
1007 North Orange Street, Ste 1110
Wilmington, DE 19801

Dania Jai-Alai
Attn: Clint Morris
301 East Dania Beach Blvd
P.O. Box 96
Dania, FL 33004

Derby Lane
Attn: Sandra Halbert
10490 Gandy Blvd. N.
Saint Petersburg, FL 33702

Edmunds Direct Mail, Inc.
Attn: K. Biglin
301 Tilton Road
Northfield, NJ 08225

Farmers Bank
P.O. Box 231
Hardinsburg, KY 40143

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

Florida Legislative Consultants, Inc.
Attn: Jim Tillman
522 East Jefferson Street
Tallahassee, FL 32302

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**Florida Gaming Centers, Inc.** *et al.*

George Galloway
2399 Mountain Tops Road
Blue Ridge, GA 30513

Gulfstream Park
Attn: Carl Ng Mon
901 South Federal Highway
Hallandale, FL 33009

H. Hewitt Brown
600 East Main Street
Louisville, KY 40202

IGT-Eastern Operating
Attn: Dea Drummond
6355 South Buffalo Drive
Las Vegas, NV 89113

International Sound Corporation
Attn: Dale Walter
7130 Milford Industrial Rd.
Pikesville, MD 21208

James Stuckert/Solomon Howell
7308 Shadwell Lane
Prospect, KY 40059

Kim Tharp
2669 Charlestown Rd #D
New Albany, IN 47150

King & Company
Attn: Jim King
32400 Dutchmans Lane
Louisville, KY 40205

Miami Casino Management, LLC
Attn: Dave Jonas
21001 North Tatun Blvd. Suite 1630-256
Phoenix, AZ 85050

Palm Beach Kennel
Attn: Le Ruth DeMunn
1111 North Congress Avenue
West Palm Beach, FL 33409

Roberts Communication Network, Inc.
Attn: Joanne Colon
4175 Cameron Street Suite B-10
Las Vegas, NV 89103

Roland Howell Estate
Attn: Alex Rosa
555 NE 15th Street
Miami, FL 33132

Staples Credit Card
P.O. Box 689020
Des Moines, IA 50368

SHFL Entertainment, Inc.
Attn: Amy Lawrence
1106 Palms Airport Drive
Las Vegas, NV 89119

Sportech, Inc.
Attn: Albashir Haji
1095 Winward Ridge Parkway, Suite 170
Alpharetta, GA 30005

Tampa Bay Downs
Attn: Greg Gelyon
11225 Race Track Road
Tampa, FL 33626

Tom Tew
Four Seasons Tower
1435 Brickell Avenue 15th Floor
Miami, FL 33131

Vintage Filings
350 Hudson Street, Suite 300
New York, NY 10014

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

William Haddon Estate
Attn: Betty Haddon
196 Atlanta Country Club Drive
SE Marietta, GA 30067

## GOVERNMENTAL AGENCIES / TAXING AUTHORITIES

Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL 32399
Facsimile: 850.922.5175

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL 33309-3787

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035
Facsimile: 850.488.0550

Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL 33126-1828

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA 30326-1382
Email: atlreorg@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**PARTIES IN INTEREST**

VIA EMAIL ONLY
Lance A. Schildkraut, Esq.
DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, NY 10017
Email: las@dtlawgroup.com

VIA EMAIL ONLY
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

VIA EMAIL ONLY
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

VIA EMAIL ONLY
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

VIA EMAIL ONLY
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: lconahan@gunster.com

VIA EMAIL ONLY
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Birckell Avenue, Suite 1900
Miami, FL 33131
Email: emark@bergersingerman.com

VIA EMAIL ONLY
David Jonas
4 Overlook Ct.
Medford, NJ 8055
Email: davesjonas@gmail.com

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210