# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**FLORIDA GAMING CENTERS, INC.**, et al.,

        Debtors.

_____/

Case No.: 13-29597-RAM[1]
(Jointly Administered)

Chapter 11

Related Documents: ECF Nos.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Motion and Notice listed below were served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the Motion and Notice were entered on the court docket, to those parties registered to receive Notices of Electronic Filing ("NEF") in this case, and (b) by First Class Mail on August 30, 2013, to those parties who are not registered to receive NEF in this case (including all parties on the Debtors' Master Service List), as indicated on the attached Service List:

1. *Motion of ABC Funding, LLC for an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code and for an Order Directing That David Jonas Remain as Receiver Pursuant to Section 543 of the Bankruptcy Code* [ECF No. 61]; and

2. *Notice of Hearing* [ECF No. 62].

---

[1] The debtors in these chapter 11 cases (the "Cases"), along with the last four digits of each debtor's tax identification number are: Florida Gaming Centers, Inc. (5893) ("Centers"), Florida Gaming Corporation (0533), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929) (collectively, the "Debtors").

Dated: September 3, 2013.

                                               Respectfully submitted,

**STEARNS WEAVER MILLER**
**WEISSLERALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By: */s/ Drew M. Dillworth*
     DREW M. DILLWORTH
     *ddillworth@stearnsweaver.com*

*Local Counsel for ABC Funding, LLC, etc.*

**MASTER SERVICE LIST AS OF AUGUST 28, 2013**
**FLORIDA GAMING CENTERS, INC. ET AL.**

### DEBTORS

Florida Gaming Centers, Inc.
Florida Gaming Corporation
3500 NW 37th Avenue
Miami, FL 33142

### DEBTORS COUNSEL/PROFESSIONALS

Luis Salazar, Esq.*
Linda Worton Jackson, Esq.
Aaron P. Honaker, Esq.*
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
*Counsel for Debtors*

Robert W. Hudson, Esq.
HUDSON & CALLERIA, LLC
3211 Ponce de Leon Blvd., Suite 102
Coral Gables, FL 33134
*Proposed Special Counsel for Debtor*

### SECURED CREDITORS

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, Massachusetts 02116

Canyon Distressed Opportunity
Master Fund L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Freedom Holding, Inc.
Tara Club Estates, Inc.
2669 Charlestown Road, #D
New Albany, IN 47150

R. James Straus, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
*Proposed Special Counsel for Debtors*

### U.S. TRUSTEE

Office of the United States Trustee *
51 Southwest First Avenue, Room 1204
Miami, FL 33130

Andrew F. O'Neill, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
*Counsel for ABC Funding, LLC*

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

*These parties were served by Notice of Electronic Filing generated by CM/ECF. All other parties were served by U.S. Mail.

1

2

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067


Dennis M. Twomey, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Counsel for ABC Funding, LLC

Drew Dillworth, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, Florida 33301
*Counsel for ABC Funding, LLC*


Ileana Cruz, Esq.*
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
*Counsel for Miami Dade County-County Tax Collector*

J.P. Morgan Securities LLC
Attn.: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, New York 10017


JPMorgan Chase Bank, N.A.
Attn.: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, New York 10027

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn.: James Roche
345 Park Avenue, 31st Floor
New York, New York 10154


Marissa D. Kelley, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, Florida 33301
*Counsel for ABC Funding, LLC*

Miami Dade County Tax Collector *
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575


Summit Partners Subordinated Debt
  Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn.: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, Massachusetts 02116

Summit Partners Subordinated Debt
  Fund IV-A, L.P.
Summit Partners Subordinated Debt
  Fund IV-B, L.P.
ABC Funding, LLC
Attn.: Summit Partners SD IV, L.P.


***These parties were served by Notice of Electronic Filing generated by CM/ECF.  All other parties were served by U.S. Mail.**

Summit Partners Subordinated Debt
  Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn.: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, Massachusetts 02116

**20 LARGEST CREDITORS**

Allied Health Plans
Attn:  Vdayan Sen
9400 South Dadeland Blvd., Suite 510
Miami, FL 33156

Andrea Neiman
1333 St. Tropez Circle #406
Weston, FL 33326

Aristocrat Technologies
7230 Amigo Street
Las Vegas, NV 89119

Chase Credit Cardmember
P.O. Box 94014
Palatine, IL 60094

Continental Stock Transfer
17 Battery Place
New York, NY 10004

Thomas P. Abbott, Esq.
Assistant County Attorney
P.O. Box 025504
Miami, FL 33102-5504

American Gaming System, LLS
Attn: Lisa Begay-Jennings
6680 Amelia Earhart Court
Las Vegas, NV 89119

Andrew R. Herron, Esq.*
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
*Counsel for Miami Gaming Ventures, LLC*

Broadridge ICS
P.O. Box 416423
Boston, MA 02241

Construct Design/Florida Lemark
20470 NW 94th Avenue
Miami, FL 33172

Cousins, Chipman, and Brown
The Nemours Building
Attn: Joseph Cicero
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

**\*These parties were served by Notice of Electronic Filing generated by CM/ECF.  All other parties were served by U.S. Mail.**

3

Dania Jai-Alai
Attn: Clint Morris
301 East Dania Beach Boulevard
P.O. Box 96
Dania, Florida 33004

Daniel Licciardi
3500 NW 37th Avenue
Miami, FL 33142

Derby Lane
Attn: Sandra Halbert
10490 Gandy Blvd., N.
St. Petersburg, FL 33702

Edmunds Direct Mail, Inc.
Attn: K. Biglin
301 Tilton Road
Northfield, NJ 08225

Farmers Bank
P.O. Box 231
Hardinsburg, KY 40143

Florida Legislative Consultants, Inc.
522 East Jefferson Street
Tallahassee, FL 32302

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

George Galloway
2399 Mountain Tops road
Blue Ridge, GA 30513

Gulfstream Park
Attn: Carl Ng Mon
901 South Federal Highway
Hallandale, FL 33009

H. Hewitt Brown
600 East Main Street
Louisville, KY 40202

IGT-Eastern Operating
Attn: Dea Drummond
6355 South Buffalo Drive
Las Vegas, NV 89113

International Sound Corporation
Attn: Dale Walter
7130 Milford Industrial Road
Pikesville, MD 21208

*These parties were served by Notice of Electronic Filing generated by CM/ECF.  All other parties were served by U.S. Mail.

4

| | |
|---|---|
| James Stuckert/Solomon Howell<br>7308 Shadwell Lane<br>Prospect, KY 40059 | Kim Tharp<br>2669 Charlestown Road #D<br>New Albany, IN 47150 |
| King & Company<br>Attn:  Jim King<br>32400 Dutchmans Lane<br>Louisville, KY 40205 | Miami Casino Management, LLC<br>Attn:  Dave Jonas<br>21001 North Tatun Blvd.<br>Suite 1630-256<br>Phoenix, AZ 85050 |
| Palm Beach Kennel<br>Attn:  Le Ruth DeMunn<br>1111 North Congress Avenue<br>West Palm Beach, FL 33409 | Roberts Communication Network, Inc.<br>Attn:  Joanne Colon<br>4175 Cameron Street Suite B-10<br>Las Vegas, NV 89103 |
| Roland Howell Estate<br>Attn:  Alex Rosa<br>555 NE 15th Street<br>Miami, FL 33132 | SHFL Entertainment, Inc.<br>Attn:  Amy Lawrence<br>1106 Palms Airport Drive<br>Las Vegas, NV 89119 |
| Sportech, Inc.<br>Attn:  Albashir Haji<br>1095 Winward Ridge Parkway, Suite 170<br>Alpharetta, GA 30005 | Staples Credit Card<br>P.O. Box 689020<br>Des Moines, IA 50368 |
| Tampa Bay Downs<br>Attn:  Greg Gelyon<br>11225 Race Track Road<br>Tampa, FL 33626 | Tom Tew<br>Four Seasons Tower<br>1435 Brickell Avenue 15th Floor<br>Miami, FL 33131 |

\*These parties were served by Notice of Electronic Filing generated by CM/ECF.  All other parties were served by U.S. Mail.

| | |
|---|---|
| Vintage Filings<br>350 Hudson Street, Suite 300<br>New York, NY 10014 | William Haddon Estate<br>Attn: Betty Haddon<br>196 Atlanta Country Club Drive<br>SE Marietta, GA 30067 |
| **GOVERNMENTAL AGENCIES/TAXING AUTHORITIES**<br><br>David Baddley, Esq. *<br>U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces N.E, Suite 900<br>Atlanta, GA 30326-1382<br>*Counsel for U.S. Securities and Exchange Commission* | Division of Alcoholic Beverages and Tobacco<br>Attn: Allen Douglas, Director<br>1940 North Monroe Street<br>Tallahassee, FL 32399 |
| Division of Pari-Mutuel Wagering<br>Southern Division<br>1400 West Commercial Boulevard, Suite 165<br>Ft. Lauderdale, FL 33309-3787 | Division of Pari-Mutuel Wagering<br>Attn.: Leon M. Biegalski, Director<br>1940 North Monroe Street<br>Tallahassee, FL 32399-1035 |
| Eric Holder, US Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Florida Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Department of Revenue<br>c/o Agency Clerk<br>501 S. Calhoun Street<br>Room 201, Carlton Building<br>Tallahassee, FL 32399 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 |
| Florida Department of Revenue<br>8175 NW 12th St, Suite 119<br>Miami Service Center<br>Miami, FL 33126-1828 | Internal Revenue Service<br>Special Procedures – Insolvency<br>7850 S.W. 6th Court<br>Plantation, FL 33324 |

*These parties were served by Notice of Electronic Filing generated by CM/ECF. All other parties were served by U.S. Mail.

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service Centralized<br>Insolvency Operations P.O. Box 21126<br>Philadelphia, PA 19114 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Securities and Exchange Commission<br>Eric I Bustillo, Regional Director<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131 |
| Special Asst. U.S. Attorney<br>P.O. Box 9, Stop 8000<br>51 SW 1st Avenue, #1114<br>Miami, FL 33130 | Special Asst. U.S. Attorney<br>IRS District Counsel<br>1000 S. Pine Island Rd., Suite 340<br>Plantation, FL 33324-3906 |

**PARTIES IN INTEREST**

| | |
|---|---|
| Alexander D. Silverman, Member<br>William S. Kogan, General Counsel<br>SILVERMARK LLC<br>430 Park Avenue, 5th Floor<br>New York, NY 10022 | Benjamin R. Nagin, Esq.<br>Adam McClay, Esq.<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| David Jonas<br>4 Overlook Court<br>Medford, NJ 08055 | Etan Mark, Esq.<br>BERGER SINGERMAN, LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Gerald D. Kelly, Esq.<br>Claire E. W. Stewart, Esq.<br>SIDLEY AUSTIN, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Lance A. Schildkraut, Esq.<br>DiConza Traurig LLP<br>630 Third Avenue, 7th Floor<br>New York, New York 10017 |

\*These parties were served by Notice of Electronic Filing generated by CM/ECF.  All other parties were served by U.S. Mail.

| | |
|---|---|
| Linda A. Conahan<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>450 E. Las Olas Boulevard, Suite 1400<br>Ft. Lauderdale, FL 33301 | Wells Fargo Bank Deposits Bankruptcy<br>Wells Fargo Bank NA<br>2701 NW Vaughn Street, 5th Floor<br>Portland, OR 97210 |

#3080791 v1

**\*These parties were served by Notice of Electronic Filing generated by CM/ECF.  All other parties were served by U.S. Mail.**