IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re | Chapter 11 |
| FLORIDA GAMING CENTERS, INC., *et al.*,[1] | Case No. 13-29597 (RAM) |
| Debtors. |  |

### NOTICE OF DEPOSITION OF WILLIAM BENNETT COLLETT, JR.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable herein by Fed. R. Bankr. P. 7030 and 9014, ABC Funding, LLC, in its capacity as Administrative Agent for Summit Partners Subordinated Debt Fund IV-A, L.P., Summit Partners Subordinated Debt Fund IV-B, L.P., J.P. Morgan Securities LLC, Locust Street Funding LLC, Canyon Value Realization Fund, L.P., Canyon Value Realization Master Fund, L.P., Canyon Distressed Opportunity Master Fund, L.P., and Canyon-GRF Master Fund II, L.P. (collectively, "Prepetition Lenders"), by and through undersigned counsel, will take the deposition of William Bennett Collett, Jr. by oral examination, before an officer authorized by law to administer oaths or take depositions pursuant to Fed. R. Civ. P. 34., at the law offices of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Museum Tower, 150 West Flagler Street, Suite 2200, Miami, Florida 33130.  The deposition will begin at 10:00 a.m. (EDT) on September 10, 2013 and will continue from day to day thereafter until completed.  The deposition will be recorded by video and stenographic means.

---

[1] The debtors in these chapter 11 cases, and the last four digits of their federal tax identification numbers, are: Florida Gaming Corporation (0533), Florida Gaming Centers, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929).

Dated: September 3, 2013

        */s/ Dennis Twomey*
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036
        Dennis M. Twomey
        Andrew F. O'Neill

        - and –

        */s/ Drew M. Dillworth*
        STEARNS WEAVER MILLER WEISSLER
        ALHADEFF & SITTERSON, P.A.
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida 33130
        Telephone: (305) 789-3200
        Facsimile: (305) 789-3395
        Drew M. Dillworth
        Florida Bar No. 167835
        ddillworth@stearnsweaver.com
        Marissa D. Kelley
        Florida Bar No. 379300
        mkelley@stearnsweaver.com

        *Counsel for the Prepetition Lenders*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon counsel to the Debtor by electronic mail as well as by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

        By: */s/ Drew M. Dillworth*
                DREW M. DILLWORTH