UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| In re: | CHAPTER 11 |
|---|---|
| | CASE NO: |
| **FLORIDA GAMING CENTERS, INC.** | **13-29597 BKC-RAM** |
| **FLORIDA GAMINING CORPORATION** | **13-29598 BKC-RAM** |
| **TARA CLUB ESTATES, INC.** | **13-29603 BKC-RAM** |
| **FREEDOM HOLDING, INC.** | **13-29607 BKC-RAM** |
| | *JOINTLY ADMINISTERED* |
| Debtors.                      / | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT[1] COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A". Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 9th day of September, 2013.

> Guy G. Gebhardt
> Acting United States Trustee
> Region 21
> By:   /s/
> Steven D. Schneiderman
> Trial Attorney
> 51 SW First Avenue
> Suite 1204
> Miami, FL 33130
> Tel.:  305-536-7285
> Fax:  305-536-7360
> steven.d.schneiderman@usdoj.gov

---

1   The Joint Committee is being appointed in Florida Gaming Centers, Inc. Case No. 13-29597 BKC-RAM and Florida Gaming Corporation, Case No. 13-29598 BKC-RAM

**EXHIBIT "A"**

*Eduardo P. Rodriguez, Vice President
Florida Lemark Corporation
2040 N.W. 94th Avenue
Doral, FL 33172
Tele:  305-593-1442
Fax:   305-593-0998                    EMAIL - eduardo@floridalemark.com

Darrell Horton, Credit Manager
SHFL Entertainment (AKA Shuffle Master, Inc.)
1106 Palms Airport Drive
Las Vegas, NV 89119
Tele: 702-270-5138
Fax:  888-234-3881                     EMAIL- Dhorton@shfl.com

Gregory Gelyon, Vice President of Finance
Tampa Bay Downs, Inc.
P.O. Box 2007
Oldsmar, FL 34677
Tele: 813-855-4401
Fax:  813-261-1961                     EMAIL - greg@tampabaydowns.com
                                               pnberube@tampabaydowns.com

S. Oden Howell, Jr.
6800 Shadwell Place
Prospect, KY 40059
Tele: 502-491-7985
Fax:  502-491-1212                     EMAIL - Sohowell@aol.com

Rodney Barreto, Partner
Miami Gaming Ventures
235 Catalonia Avenue
Coral Gables, FL 33134
Tele: 305-444-4648
Fax:  305-444-1128                     EMAIL - rodney@barretogroup.com


**\* Indicates the temporary chairperson of the committee.**

## **SERVICE LIST**

David W Baddley baddleyd@sec.gov

Ileana Cruz cao.bkc@miamidade.gov

Drew M Dillworth ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Andrew R Herron aherron@herronortiz.com, ndrubin@herronortiz.com

Aaron P. Honaker honaker@salazarjackson.com, lee-sin@salazarjackson.com

Christopher A Jarvinen cjarvinen@bergersingerman.com, efile@bergersingerman.com

Miami-Dade County Tax Collector (Darely) mdtcbkc@miamidade.gov

Craig V. Rasile craig.rasile@dlapiper.com, monica.tucker@dlapiper.com,jacqueline.figueroa@dlapiper.com,rachel.nanes@dlapiper.com

Luis Salazar salazar@salazarjackson.com, jackson@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com

Howard S Toland htoland@mitrani.com

Robert W Hudson
Hudson & Calleja LLC
3211 Ponce De Leon Blvd #102
Coral Gables, FL 33134

Thomas R Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St, 30th floor
Los Angeles, CA 90017

Harris Friedman, Vice President
Dania Entertainment Center, LLC
425 N. Federal Highway
Hallandale, FL 33009

Jim King, President
King & Company, PSC, CPA's
3400 Dutchmans Ln
Louisville, KY 40205

James W. Stuckert
7308 Shadowell Lane
Prospect, KY 40059

Mitchell J. Bennett, President & CEO
The Farmers Bank
P.O. Box 231
1119 Old US 60 East
Hardinsburg, KY 40143

James F. Ahearn
Miami Casino Management, LLC
4711 E. Jaeger Road
Phoenix, AZ 85050

George Washington Galloway
1150 Highland Road
Sautee Nacoochee, GA 30571