Mr. Daniel J. Licciardi
February 9, 2011
Page Two

❖ 61D-14.053(4)-Establishes a key log system *(Internal Controls do not list the requirement for the key log to include slot employee Occupational License number)*;

❖ 61D-14.054(1)-Continuous monitoring with an on-site CCTV (closed circuit television) surveillance system at the facility *(Internal Controls do not indicate the CCTV system will be maintained on-site)*;

❖ 61D-14.054(2)(a)-Digital equipment shall record to a quality of four Common Intermediate Format (CIF) and is capable of observing/recording at no less than 30 frames per second *(Internal Controls do not list the four CIF requirement)*;

❖ 61D-14.054(2)(e)-Statement that recording systems are locked to disable erase/reformat functions;

❖ 61D-14.054(2)(h)-The ability to provide images with a video verification encryption code;

❖ 61D-14.054(3)-Requirement for access to the surveillance system, system plan, and any related information to be limited by an alpha and numeric password protection of at least six characters;

❖ 61D-14.054(18)-Requirement for the surveillance monitoring room to be continuously monitored and recorded;

❖ 61D-14.055(1)-Digital recordings shall be retained for at least 30 days for areas referenced in 61D-14.054(2)(b) or seven days for areas referenced in 61D-14.054(2)(c);

❖ 61D-14.055(2)-Requirement for recordings of illegal or suspected illegal activity or jackpot payment is saved and stored separately and securely, and labeled with date, time and identity of the surveillance personnel, and;

❖ 61D-14.055(3)-Requirement for maintaining video recordings of illegal activity to be retained until written permission from the division is received.

Finally, it was brought to our attention that Miami Jai Alai owes unpaid ITW settlements in the amount of $255,911.85 to Calder, Gulfstream and Dania Jai Alai. Because of this, we need to bring to your attention the following, and ask what will be done to come into compliance with 551.104(4)(b) below:

❖ 551.104-License to conduct slot machine gaming
(4) As a condition of licensure and to maintain continued authority for the conduct of slot machine gaming, the slot machine licensee shall:
(b) Continue to be in compliance with Chapter 550, where applicable, and maintain the pari-mutuel permit and license in good standing pursuant to the provisions of Chapter 550. Notwithstanding any contrary provision of law and in order to expedite the operation of slot machines at eligible facilities, any eligible facility shall be entitled within 60 days after the effective date of this act to amend its 2006-2007 pari-mutuel wagering operating license issued by the division under ss. 550.0115 and 550.01215. The division shall issue a new license to the eligible facility to effectuate any approved change.

❖ Rule 61D-8.002(9), F.A.C, Each permitholder shall make payments related to settlements of intertrack or simulcast pari-mutuel wagering to guest facilities or host facilities, on the day the host state taxes are due pursuant to Section 550.0951(5), F.S.

❖ Rule 61D-9.004(3)(f), F.A.C., states, "At the end of the cashing period, an outsbook and all cashed tickets shall be surrendered to the host along with any amounts representing uncashed tickets."

❖ Rule 61D-9.004(3)(c)1., F.A.C., states, "Each guest track shall provide each applicable guest with an outsbook within 48 hours of the close of the guest site's intertrack wagering cashing period.

Mr. Daniel J. Licciardi
February 9, 2011
Page Three

Please submit the required fees (Slot License Fee) via Electronic Funds Transfer (EFT) and provide sufficient time for the division to process the funds.  Please contact the Department of Revenue at 800.352.3671, if you have any questions regarding the EFT transaction.

**Please send your updated Internal Control Procedures to the attention Carolynn Trabue, Chief of Slot Operations, Office of Slot Operations, 1400 West Commercial Boulevard, Suite 165, Ft. Lauderdale, Florida 33309.**  If you have any questions or concerns regarding this matter, please feel free to contact her at 954.202.3900, extension 135.

If you have any questions or concerns regarding this matter, please feel free to contact me at 850.487.8303.

Sincerely,

*Jamie Pouncey*

Jamie Pouncey
Licensing Administrator

/jp

cc:  Carolynn Trabue, Chief of Slot Operations

**Pouncey, Jamie**

| | |
|---|---|
| **From:** | Evans, Lori |
| **Sent:** | Wednesday, February 16, 2011 3:02 PM |
| **To:** | Pouncey, Jamie |
| **Subject:** | Update on Miami Jai-Alai |
| **Importance:** | High |
| **Attachments:** | image001.png |

As of today the following information is correct for the Officers and Directors of Miami Jai-Alai

Daniel Licciardi, License # 79835, Prof # 1055, File # 2300 is current and his license will expire 06/30/2012
William B. Collett, Jr., License # 1282010, Prof # 1055, File # 2299 is current and his license will expire 06/30/2012
William B. Collett, Sr., License # 1282182, Prof # 1055, File # 2298 is in process, two sets of fingerprints came back illegible and I am now awaiting the response for a Name Check.
Dorothy Howell, I have received no information on her as of date.

As of today the following information is correct for the Officers and Directors of Freedom Holding

William B. Collett, Jr., License # 1282010, Prof # 1055, File # 2299 is current and his license will expire 06/30/2012
William B. Collett, Sr., License # 1282182, Prof # 1055, File # 2298 is in process, two sets of fingerprints came back illegible and I am now awaiting the response for a Name Check.
Robert Hurd, License # 1281990, Prof # 1054, File # 432 is current and will expire on 06/30/2013

As of today the following information is correct for the Officers and Directors of Miami Casino Management LLC.

James F. Ahearn, License # 8864820, Prof # 1055, File # 2319 – I am awaiting the return of his fingerprint card, there was no demographic information completed therefore I had to return it to have that corrected, the deficiency letter was sent on 02/08/2011.
David S. Jonas, License # 8864820, Prof # 1055, File # 2319 is current and will expire on 06/30/2013
Rene Guim, License # 8864767, Prof # 1055, File # 2314 is current and will expire on 06/30/2013
Richard Superstein – I am awaiting the fingerprint card, fingerprint fee and form DBPR PMW 3460
Edward M. Tracy, License # 8868449, Prof # 1054, File # 433 – I am awaiting the fingerprint fee $43.25 so I am able to run his fingerprints.

If you need more information please let me know.

Thank you,



**Lori Evans, Operations Analyst II**
Division of Pari-Mutuel Wagering, Office of Operations
1940 North Monroe Street, Suite 44, Tallahassee, FL 32399-1037
850.921.2123 Office ~ 850.410.5350 FAX

The information contained in this transmission is intended solely for the use of the person(s) named herein. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact me by reply e-mail and destroy all copies of the original message.

The State of Florida has a very broad public records law pursuant to Chapter 119, Florida Statutes. Most written communications to and from state officials regarding state business are public records, available to the public and media upon request. Therefore, your e-mail communications may be subject to public disclosure. LARGER VIEW

3/10/2011

## Johnson, Tamara

**From:** Blackman, Jill
**Sent:** Wednesday, March 16, 2011 10:09 AM
**To:** Johnson, Tamara
**Subject:** FW: (no subject)

See below.

**Jill Blackman, Chief of Operations**
Division of Pari-Mutuel Wagering, Office of Operations
Important:  Confidentiality & Public Records Statement

**From:** cetaceandl@aol.com [mailto:cetaceandl@aol.com]
**Sent:** Wednesday, March 16, 2011 10:07 AM
**To:** Blackman, Jill
**Subject:** Re: (no subject)

Will send the check. Roland died last year so please let me know what I need to do. Thanks. Dan

Sent via BlackBerry by AT&T

**From:** "Blackman, Jill" <Jill.Blackman@dbpr.state.fl.us>
**Date:** Wed, 16 Mar 2011 09:46:52 -0400
**To:** 'CetaceanDL@aol.com'<CetaceanDL@aol.com>
**Subject:** RE: (no subject)

Dan,
Thank you for sending the information.  Please remember to send a check for $43.25 to cover Ms. Howell's fingerprint card processing fee.

Did Jamie mention anything to you about Roland Howell needing a license?

**Jill Blackman, Chief of Operations**
Division of Pari-Mutuel Wagering, Office of Operations
Important:  Confidentiality & Public Records Statement

**From:** CetaceanDL@aol.com [mailto:CetaceanDL@aol.com]
**Sent:** Tuesday, March 15, 2011 5:38 PM
**To:** Blackman, Jill
**Subject:** (no subject)

Ms. Blackman:
Attached please the 3460 for Dorothy Howell. I will contact the finger print agency and have them forward the fingerprint card(s) as well.  Thanks for your help.
Dan

## Daniel J Licciardi

3/16/2011

Daniel J Licciardi
Vice President & General Manager
Florida Gaming Centers, Inc.
3500 NW 37th Ave.
Miami, FL 33142
(O) 305 633-6400
cetaceandl@aol.com

## WHILE YOU WERE OUT

TO _Joe D._    DATE _3/15_

TIME _3:20_  ☐ AM ☐ PM

M _Alan Licciardi_

OF _____

PHONE _305 · 332 · 8153_

AREA CODE    NUMBER    EXTENSION

FAX _____  PAGER _____

MOBILE _____  E-MAIL _____

| | | |
|---|---|---|
| TELEPHONED ☐ | CAME TO SEE YOU ☐ |
| PLEASE CALL ☐ | WANTS TO SEE YOU ☐ |
| WILL CALL AGAIN ☐ | URGENT ☐ |
| RETURNED YOUR CALL ☐ | WILL FAX YOU ☐ |

MESSAGE _Slots_

OPERATOR

CARBONLESS    23-021 200 SETS
23-421 400 SETS

3/16/2011

## Pouncey, Jamie

| | |
|---|---|
| **From:** | Trabue, Carolynn |
| **Sent:** | Wednesday, March 16, 2011 4:34 PM |
| **To:** | Pouncey, Jamie |
| **Cc:** | Champion, Milton |
| **Subject:** | Miami Jai Alai IC Deficiencies |
| **Attachments:** | MJA_IC_Checklist 031511.xlsx; MJA Tally IC Memo 31511.doc; image001.png |

Jamie,

Please see the attached checklist and memo noting the updated Internal Control deficiencies for Miami Jai Alai.

Respectfully,



**Carolynn Trabue, Chief of Slot Operations**
Division of Pari-Mutuel Wagering, Office of Slot Operations
1400 W. Commercial Blvd., Suite 165, Ft. Lauderdale, FL 33309
954.202.3900 ext 135 Office ~ 954.495.3001 Cell ~ 954.202.3370 Fax

The information contained in this transmission is intended solely for the use of the person(s) named herein. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact me by reply e-mail and destroy all copies of the original message.

The State of Florida has a very broad public records law pursuant to Chapter 119, Florida Statutes. Most written communications to and from state officials regarding state business are public records, available to the public and media upon request. Therefore, your e-mail communications may be subject to public disclosure. LARGER VIEW



Florida Department of
Business 
Professional
Regulation

Division of Pari-Mutuel Wagering
Office of Slot Operations
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, Florida 33309
Phone: 954.202.3900 • Fax: 954.202.3370

**Charlie Liem**, Secretary

**Rick Scott**, Governor

# MEMORANDUM

TO:       **Jamie Pouncey, Licensing Administrator**

FROM:   **Carolynn Trabue, Chief of Slot Operations**

SUBJECT: **Miami Jai Alai Internal Controls Review**

DATE:    **March 15, 2011**

Jamie,

Listed below are the deficiencies found upon reviewing Miami Jai Alai's Internal Control submission:

- .61D-14.051(2):    Missing a description of the procedures used in the operation of the surveillance system

- 61D-14.055(1):    Missing the requirement for digital recordings to be retained for 7 days for areas referenced in 61D-14.054(2)(c)

Recommendations:

- Remove all FDLE references as they no longer have an on-site presence

- Separate the Surveillance Plan from the Security Plan (2 separate documents) as no other department should be aware of the inner-workings of Surveillance

- Maintain at least 3 different logs in Surveillance.  One each for entry/exit into room; daily activities of staff/monitoring; and equipment malfunctions

Please let me know if you have any questions.

Carolynn

Florida Department of
Business
Professional
Regulation

Division of Pari-Mutuel Wagering
Milton Champion, Director
Office of the Director
1940 North Monroe Street
Tallahassee, Florida 32399-1035
Phone: 850.488.9130 • Fax: 850.488.0550

**Charlie Liem,** Secretary

**Rick Scott,** Governor

March 25, 2011

Mr. Daniel J. Licciardi, Vice President
Florida Gaming Centers, Inc.
3500 Northwest 37th Avenue
Miami, Florida 33142

Dear Mr. Licciardi:

The Division of Pari-Mutuel Wagering has received and reviewed the deficient items submitted by Florida Gaming Centers, Inc., for a Slot Machine License at Miami Jai Alai. In order to continue our review and deem the application complete, the items listed below must be submitted or require correction:

❖ Payment of the non-refundable $2,500,000 application fee for a Slot Machine License and $250,000 regulatory fee for the Compulsive or Addictive Gambling Prevention Program, made payable to the division, submitted via EFT;

❖ Evidence of a current surety bond in the amount of $2,000,000, payable to the Governor of the State of Florida, as specified in s. 551.103(1)(f), Florida Statutes, and;

❖ Each Officer/Director/Shareholder must hold a current slot occupational license. A deficiency letter was mailed to each under separate cover.

Additionally, the following are missing or require correction in the written description of your Internal Control Procedures:

❖ 61D-14.051(2) - Missing a description of the procedures used in the operation of the surveillance system, and;

❖ 61D-14.055(1) - Missing the requirement for digital recordings to be retained for seven days for areas referenced in 61D-14.054(2)(c).

The following is our recommendation for correction:

❖ Remove all FDLE references as they no longer have an on-site presence;

❖ Separate the Surveillance Plan from the Security Plan (two separate documents) as no other department should be aware of the inner-workings of Surveillance, and;

❖ Maintain at least three different logs in Surveillance. One each for entry/exit into room; daily activities of staff/monitoring; and equipment malfunctions.

Mr. Daniel J. Licciardi
March 25, 2011
Page Two

Finally, upon review of the information you submitted via email and attachment, the following statements are acknowledged:

> "Miami Jai Alai will be paying its outstanding balances to Calder Race Course and to Gulfstream at its loan funding. That funding will occur simultaneously with the licensing of the Florida Gaming Centers, Inc., d/b/a Miami Jai Alai's Management personnel. In reference to the Dania Jai-Alai balance, Dania has accepted the payment proposal as noted in the attached email."

> "Dania Jai Alai accepts your March 9, 2011 proposal, and we understand that the proposal includes (1) two separate payments to Dania of $50,000.00 and $25,000.00 out of your financing, (2) our continuing offsets of Miami commissions against the obligation and (3) whatever amount of the Miami obligation that is not paid out of your financing and the offsets will be paid through Miami cash flow from operations."

The division must be provided written documentation verifying each payment has been made and be notified if there are any changes to this agreement.

Please submit the required fees (Slot License Fee) via Electronic Funds Transfer (EFT) and provide sufficient time for the division to process the funds. Please contact the Department of Revenue at 800.352.3671, if you have any questions regarding the EFT transaction.

**Please send your updated Internal Control Procedures to the attention of Carolynn Trabue, Chief of Slot Operations, Office of Slot Operations, 1400 West Commercial Boulevard, Suite 165, Ft. Lauderdale, Florida 33309.** If you have any questions or concerns regarding this matter, please feel free to contact her at 954.202.3900, extension 135.

If you have any questions or concerns regarding this matter, please feel free to contact me at 850.487.8303.

Sincerely,

Jamie Pouncey
Licensing Administrator

/jp

cc: Carolynn Trabue, Chief of Slot Operations
    Dewayne Baxley, Chief of Auditing

## Pouncey, Jamie

| | |
|---|---|
| **From:** | Trabue, Carolynn |
| **Sent:** | Thursday, March 31, 2011 2:30 PM |
| **To:** | Pouncey, Jamie |
| **Cc:** | Champion, Milton |
| **Subject:** | Miami Jai Alai |
| **Attachments:** | MJA Tally IC Memo 033111.doc; image001.png |

Jamie,

Please see the attached memo regarding Miami Jai Alai's recent submission of Internal Control revisions.

Respectfully,



**Carolynn Trabue, Chief of Slot Operations**
Division of Pari-Mutuel Wagering, Office of Slot Operations
1400 W. Commercial Blvd., Suite 165, Ft. Lauderdale, FL  33309
954.202.3900 ext 135 Office ~ 954.495.3001 Cell ~ 954.202.3370 Fax

The information contained in this transmission is intended solely for the use of the person(s) named herein. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact me by reply e-mail and destroy all copies of the original message.

The State of Florida has a very broad public records law pursuant to Chapter 119, Florida Statutes. Most written communications to and from state officials regarding state business are public records, available to the public and media upon request. Therefore, your e-mail communications may be subject to public disclosure.  LARGER VIEW

4/1/2011



Florida Department of
Business
Professional
Regulation

Division of Pari-Mutuel Wagering
Office of Slot Operations
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, Florida 33309
Phone: 954.202.3900 • Fax: 954.202.3370

**Charlie Liem,** Secretary

**Rick Scott,** Governor

# MEMORANDUM

TO:        **Jamie Pouncey, Licensing Administrator**

FROM:    **Carolynn Trabue, Chief of Slot Operations**

SUBJECT: **Miami Jai Alai Internal Controls Review**

DATE:     **March 31, 2011**

Jamie,

Upon reviewing Miami Jai Alai's recently submitted revised Internal Control submission, all previously noted deficiencies have been corrected.

At this time, Miami Jai Alai's Internal Control requirements have been met.

Please let me know if you have any questions.

Carolynn

DBPR PMW-3420 – Slot Machine Business Entity Occupational License Application



**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**DIVISION OF PARI-MUTUEL WAGERING**
www.MyFlorida.com/dbpr

**Instructions:** Please read all sections thoroughly and complete every section that pertains to you. All applicable questions must be answered in full. Place any additional information on a separate sheet of paper and attach to this form, referencing the question being answered. Print clearly in black or blue ink. Do not write in the space labeled **"For Division Use Only."** Licenses expire June 30th of each year. Fees must be paid by check or money order only and should be made payable to DBPR.

## TO BE COMPLETED BY ALL APPLICANTS

| Name of Business: | Federal Employer ID Number: |
|---|---|
| Freedom Holding, Inc. | 35-1874929 |
| Doing Business As (D/B/A) name: | Social Security Number (for sole proprietors): |

| Business Entity description: | Has this business ever held a Pari-Mutuel Occupational License in Florida? |
|---|---|
| ☐ Sole Proprietorship   ☒ Corporation/LLC   ☐ Trust | Yes ___   No ☒ |
| ☐ Partnership   ☐ Estate   ☐ Other | |

Type of Slot Machine Business License(s) you are applying for:
☐ Gaming Vendor   ☐ Management Company   ☐ Service Company   ☐ Non-gaming Vendor   ☐ Testing Laboratory
☐ Distributor*   ☐ Manufacturer*   ☐ Publicly-traded, non-gaming vendor (Rule 14.006, F.A.C.)
*None of the Officers, Directors or employees of a slot machine business that manufactures or distributes any slot machine equipment can have any ownership or financial interest in a slot machine licensee (facility) or any business owned by the slot machine licensee.

| Facility where doing business: | Number of years: |
|---|---|
| Miami Jai-Alai | ☐ 1-year License   ☒ 3-Year License |

Physical street address:
3500 NW 37th Avenue

| City: | State: | Zip code (+4 optional): | Country: |
|---|---|---|---|
| Miami | Fl | 33142 | USA |

Mailing Address:
3500 NW 37th Avenue

| City: | State: | Zip Code (+4 optional): | Country: |
|---|---|---|---|
| Miami | Fl | 33142 | USA |

Contact person name and title:
W. Bennett Collett, Jr.

| Primary phone number: | Fax number: | Primary e-mail address: |
|---|---|---|
| 305 903-3626 | 305 634-1712 | wbcjr55@gmail.com |

Type of Product(s)/Service(s) this business intends to provide:

stock holding company

## BACKGROUND INFORMATION

| Yes ☐ | No ☒ | Does the business hold, has ever held, or is applying for a pari-mutuel or gaming license? If yes, list below the type of license, years held, and the racing or gaming authority that issued the license(s): |
|---|---|---|

| State(s) or Jurisdiction(s) where licensed: | Type of license held: | Number of years held: | Date of expiration: | License status: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Yes ☐ | No ☒ | Have you or the business owner ever had a pari-mutuel or gaming license suspended, revoked, or denied in this or any other racing or gaming jurisdiction? If yes, please provide details on page 3 of this application. |
|---|---|---|
| Yes ☐ | No ☒ | Have you or the business owner ever voluntarily relinquished your pari-mutuel or gaming license in lieu of prosecution? If yes, please provide details on page 3 of this application. |
| Yes ☐ | No ☒ | Are you aware of any pending enforcement or disciplinary actions against you or the business owner in this or any other racing or gaming jurisdiction? If yes, please provide details on page 3 of this application. |

### FOR DIVISION USE ONLY

License Code_____   License #_____   File #_____   App #_____   License Year_____

Association Code_____   Date Received_____   Entered By_____   License Fee_____

☐ ARCI checked

## OFFICERS, DIRECTORS AND SHAREHOLDERS

List all Officers, Directors, and any person holding an ownership interest in the business in the space below. Attach additional pages if necessary.

| NAME | TITLE | % OF OWNERSHIP | DATE ACQUIRED |
|------|-------|----------------|---------------|
| W. Bennett Collett | Chairman and C.E.O. | 85.09% | 12/1992 |
| W. Bennett Collett, Jr. | President and C.O.O. | 8.216% | 12/1992 |
| Robert Hurd | Shareholder | 5.69 | 12/1992 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EMPLOYEE INFORMATION

List the name, title, and brief job description of each employee who requires access to the Slot Machine Licensee's facility in the space below. Attach additional pages if necessary.

| NAME | TITLE | BRIEF JOB DESCRIPTION | DATE OF EMPLOYMENT |
|------|-------|----------------------|--------------------|
| W. Bennett Collett | Chairman and C.E.O. | | 12/1992 |
| W. Bennett Collett, Jr. | President and C.O.O. | | 12/1992 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## TO BE COMPLETED IF APPLICANT IS A CORPORATION

1. List state where incorporated:
   Delaware

2. Has the corporation ever been convicted of a crime?    Yes ☐    No ■
   If yes, the court disposition records for all convictions listed must be submitted with this application and provide details below:

| DATE CONVICTED | COUNTY | STATE | OFFENSE | SENTENCE |
|----------------|--------|-------|---------|----------|
| | | | | |
| | | | | |
| | | | | |

3. Is the corporation registered in Florida?    Yes ☐    No ▼
   Attach a copy of the corporation's registration certification from the Florida Department of State to this application.

4. Is the corporation a subsidiary of another corporation conducting business in Florida?    Yes ―    No ■
   If, yes, provide name of parent corporation:

5. Provide a list of any subsidiaries of the corporation (attach additional pages if necessary):

   N/A

6. Provide a complete listing of any other corporations holding an ownership interest in the applicant corporation, including any officers, directors, managers, or ownership interest in such a company holding an interest in the applicant (attach additional pages if necessary):

   N/A

## TO BE COMPLETED BY ALL APPLICANTS

Pursuant to Rule 61D-14.060, Florida Administrative Code, any business holding a slot machine occupational license shall maintain a completed Form DBPR PMW-3430 Business Entity Internal Controls for the business entity, Form DBPR PMW-3435 Affidavit of Truth, and Form DBPR PMW-3440 Professional or Business Employee Supplemental Information for each employee, at an office of the business entity located in Florida or with a registered agent of the business entity located in Florida.

Name of Registered Agent:

Physical location of the Business Entity's Internal Controls and Employee Supplemental Information forms in Florida:

Telephone number of Registered Agent's office:

## PLACE ADDITIONAL INFORMATION BELOW

## TO BE COMPLETED IF APPLICANT IS A DISABLED WARTIME VETERAN

Yes ☐    No ☐    Are you an honorably discharged, disabled wartime veteran pursuant to Section 1.01(14), Florida Statutes, or the un-remarried spouse of a deceased honorably discharged, disabled wartime veteran under this definition? If "yes", you may be exempt from occupational license fees pursuant to Sections 205.171 & 1.01(14), Florida Statutes.

## ALL APPLICANTS PLEASE READ AND SIGN BELOW

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

Each application for a license or renewal of a license issued by the Department of Business and Professional Regulation shall be signed under oath or affirmation by the applicant, or owner or chief executive of the applicant without the need for witnesses unless otherwise required by law.

I certify that I am empowered to execute this application as required by Section 559.79, Florida Statutes. I understand that my signature on this application has the same legal effect as if made under oath. To the best of my knowledge, all information contained on this application is true and correct. I understand that falsification of any information on this application may result in administrative action, including fines up to $1,000, denial, suspension or revocation of the license. I agree to abide by and obey all rules and regulations of the Division of Pari-Mutuel Wagering and the laws of the State of Florida, pursuant to Section 551.107, Florida Statutes.

| | 1/9/2011 |
|---|---|
| Signature of Authorized Officer, Director, or Manager of the Business | Date |

DBPR PMW-3410 – Slot Machine Individual Occupational License Application



### STATE OF FLORIDA
### DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
### DIVISION OF PARI-MUTUEL WAGERING
www.MyFlorida.com/dbpr

**Instructions:** Please review this application thoroughly and complete every section that pertains to you. All applicable questions must be answered in full. Place any additional information on a separate sheet of paper and attach to this form, referencing the question being answered. Print clearly in black or blue ink. Do not write in the space labeled "For Division Use Only." All new applicants to Florida must attach an applicant fingerprint card from the Division of Pari-Mutuel Wagering. Licenses expire June 30th of each year. Fees must be paid by check or money order only and should be made payable to DBPR.

| TO BE COMPLETED BY ALL APPLICANTS |
|---|

**Social Security Number:** 406·36·4621

**Birth Date (MM/DD/YYYY):** 06 | 19 | 32

**Gender:** Male ☒   Female ☐

| Last Name | First | Middle | Title | Suffix |
|---|---|---|---|---|
| Collett | William | Bennett | Chm. & CEO. | |

Have you used, been known as, or called by another name (example – maiden name, pseudonym, nickname) or alias than the name used on the application? ☐ Yes   ☒ No

If yes, list the name or names used: ____N/A____

**Race/Ethnicity (check only one):**
☐ Black or African American   ☐ Asian or Pacific Islander   ☐ Native American or Alaskan Native
☒ White or Caucasian   ☐ Hispanic/Latino   ☐ Other

**Are you a United States citizen?** Yes ☒   No ☐
If no, provide the name of the country of which you are a citizen: ____USA____

**Current Street Address:** 2669 Charlestown Road

| City: New Albany | State: IN | Zip Code (+4 optional): 34945 | Country: USA |
|---|---|---|---|

**Home Telephone Number:** (404) 403-0123

**Cellular Telephone Number:** (404) 403-0123

**Current Mailing Address:** 2669 Charlestown Road 34945

| City: New Albany | State: IN | Zip Code (+4 optional): 34945 | Country: USA |
|---|---|---|---|

**Type of Occupational Slot Machine License applying for:**
☐ General Individual   ☐ Professional Individual   ☐ Business Employee*
☒ Slots Combo General   ☐ Slots Combo Professional
* Business employee occupational licenses are for employees of a Business Entity that provides goods or services to a slot machine facility.

**Number of Years:**
☐ 1-year License   ☒ 3-Year License

**Facility where employed and/or doing business:** Fort Pierce JaiAlai
Miami JaiAlai Casino (under construction

**Have you ever held a Florida pari-mutuel license?** Yes ☒   No ☐

**Job title(s)*:** Chairman & CEO.
*Applicants for Slot Combo licenses should disclose all job titles

**Employer name:** Florida Gaming, Corporation

| TO BE COMPLETED BY SLOTS/CARDROOM/PARI-MUTUEL COMBO APPLICANTS ONLY |
|---|

| Yes ☐ | No ☒ | Have you ever been convicted of, or had adjudication of guilt withheld for, a felony or misdemeanor involving forgery, larceny, extortion or conspiracy to defraud or filing false reports to government agency, racing or gaming commission or authority, in this state or any other state under the laws of the United States? |
|---|---|---|

| FOR DIVISION USE ONLY |
|---|

License Code_____ License #_____ File #_____ App #_____ License Year_____

Association Code_____ Date Received_____ Entered By_____

License Fee_____ FP Date_____ FP Fee_____ Total Fee_____

☐ ARCI checked

## TO BE COMPLETED BY ALL APPLICANTS

**Marital status:** ☐ Single    ☐ Married
If married, provide name of spouse:  *N/A*

## NAMES OF RELATIVES 21 OR OLDER LIVING WITH YOU
### (including children, siblings, grandchildren, and parents):

| Name | Relationship | Date of Birth | Gender | Race |
|------|--------------|---------------|--------|------|
| *NONE* | | | | |
| | | | | |
| | | | | |
| | | | | |

## EMPLOYMENT HISTORY

List below all gaming-related employment history in the past ten years:

| Name of Employer | Address | Dates From: (mo/yr) | To: (mo/yr) | Title/Position Held | Supervisor Name | Reason for Leaving: |
|------------------|---------|---------------------|-------------|---------------------|-----------------|---------------------|
| *Florida Gaming Corporation* | *3500 NW 37th Ave* | *1/84* | *Present* | *Chm. & CEO.* | *Board of Directors* | *N/A* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## PREVIOUS LICENSING HISTORY

| Yes ☐ | No ☒ | Have you ever been licensed in any other racing or gaming jurisdiction? If yes, please complete the section below. |
|-------|------|---|
| Yes ☐ | No ☒ | Has your pari-mutuel or gaming license ever been suspended, revoked, or denied in this or any other state or country? If yes, give details in the section provided below. |
| Yes ☐ | No ☒ | Is there any reason that the State of Florida or another state or country will not issue you a pari-mutuel or gaming occupational license? If yes, give details in the section provided below. |

| State(s) or Jurisdiction(s) where licensed: | Is the license current? (Y)/N | Is the license in good standing? (Y)/N | Date of expiration: |
|---------------------------------------------|-------------------------------|----------------------------------------|---------------------|
| *Florida* | | | *6-14-2013* *June 30 2013* |
| | | | |

## BACKGROUND INFORMATION

| Yes ☐ | No ☒ | Have you ever been convicted of or had adjudication withheld for any crime, or pled guilty or nolo contendere to any criminal charges against you? If yes, the court disposition records for all convictions listed must be submitted with this application and list the details in the section provided below. |
|-------|------|---|

| Date Convicted | County | State | Offense | Sentence |
|----------------|--------|-------|---------|----------|
| *n/a* | *n/a* | *n/a.* | | |
| | | | | |
| | | | | |

| TO BE COMPLETED BY BUSINESS EMPLOYEE APPLICANTS ONLY |
|---|

Describe any affiliation you may have with a Business Entity Occupational Licensee or companies controlling the Business Entity Occupational Licensee, and the position you occupy with, or your interest in, said entity:

_____

_____

| Yes ☐ | No ☒ | Do you currently work for a Slot Machine Vendor or Distributor as described in Section 551.107(2)(a)? If yes, what is your affiliation with the Slot Machine Vendor or Distributor? |
|---|---|---|

Provide your complete education and training experience in management or gaming below (attach additional sheets if necessary): *Graduate Ohio State University – 4 yrs.*

*Employed as C.E.O. of Florida Gaming Corporation – 20 years +*

| TO BE COMPLETED IF APPLICANT IS A DISABLED WARTIME VETERAN |
|---|

| Yes ☐ | No ☒ | Are you an honorably discharged, disabled U.S. Military wartime veteran pursuant to Sections 205.171 & 1.01(14), Florida Statutes, or the un-remarried spouse of a deceased honorably discharged, disabled wartime veteran under this definition? If yes, contact a Division Official. |
|---|---|---|

| ALL APPLICANTS PLEASE READ AND SIGN BELOW |
|---|

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

Each application for a license or renewal of a license issued by the Department of Business and Professional Regulation shall be signed under oath or affirmation by the applicant, or owner or chief executive of the applicant without the need for witnesses otherwise required by law.

I certify that I am empowered to execute this application as required by Section 559.79, Florida Statutes. I understand that my signature on this application has the same legal effect as if made under oath. To the best of my knowledge, all information contained on this application is true and correct. I understand that falsification of any information on this application may result in administrative action, including fines up to $1,000, denial, suspension or revocation of the license. I agree to abide by and obey all rules and regulations of the Division of Pari-Mutuel Wagering and the laws of the State of Florida, pursuant to Section 551.107, Florida Statutes.

_William Bennett Collett_                     _Dec. 28, 2010_
**Signature of Applicant**                              **Date**

COLLETT WILLIAM BENNETT

William B. Collett

2669 Charlestown Road

New Albany, IN 47150

1-3-11   A.T. Miller

Florida Gaming Corporation
1750 S. KINGS HIGHWAY
FORT PIERCE, FL 34945

Florida Slot Machine Gaming Act
Occupational Licensing
Section 551.107, F.S.

USA

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

F.1 23233
DEPT-REVENUE HRS
TALLAHASSEE, FL




Jan 11 11 12:21p    Sheila P. Mitchell Inc.    7704663613    p.2
PAGE 02/02

**DBPR PMW-3460 – Authorization for Release of Information**



**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**DIVISION OF PARI-MUTUEL WAGERING**
www.MyFlorida.com/dbpr

### PERSONAL INFORMATION

Social Security Number/Federal Employer ID Number:

#### IF INDIVIDUAL APPLICANT, PLEASE COMPLETE THE FOLLOWING SECTION

| Last Name: | First: | Middle: | Title: | Suffix: |
|---|---|---|---|---|
| COLLETT | WILLIAM | BENNETT | Chm.E CEO. | |

Birth Date: (MM/DD/YYYY)
JUNE 19, 1952

Name of Employer:
FLORIDA GAMING CORPORATION

#### IF BUSINESS APPLICANT, PLEASE COMPLETE THE FOLLOWING SECTION

| Representative's Name: | Last: | First: | Middle: | Title: | Suffix: |
|---|---|---|---|---|---|
| COLLETT | WILLIAM | BENNETT | CHAIRMAN E. CEO. | | |

Business Entity Name:
OF FLORIDA GAMING CORPORATION

Official Capacity:
CHAIRMAN E. C.ED.

#### ALL APPLICANTS PLEASE READ AND SIGN BELOW

I, X WILLIAM B. COLLETT                    , do hereby instruct all law enforcement of criminal justice agencies to
(name of applicant/representative)

release all requested information to the bearer of this release form, who is an authorized representative of the State of Florida, Department of Business and Professional Regulation or the Florida Department of Law Enforcement.

I, X William Bennett Collett                    , do hereby instruct all law enforcement, gaming commissions, tribal
(name of applicant/representative)

gaming regulatory agencies and/or commissions, state agencies and/or commissions responsible for gaming regulation or criminal justice agencies to release all requested information to the bearer of this release form, who is an authorized representative of the State of Florida, Department of Business and Professional Regulation or the Florida Department of Law Enforcement.

I further authorize any financial or public institution to release any and all information requested by the bearer of this release form with respect to myself or my business. Additionally, I do release such individuals or entities from any and all liability due to the release of information requested. Further, I understand that under Florida Statute, any information released that is not specifically exempted shall become part of the public record, releasable upon request to the public pursuant to Chapter 119, Florida Statutes.

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

("BENNETT")
(if individual applicant - legal name and any nickname or alias in parentheses)

Applicant/Representative Signature: X William Bennett Collett    Date: 1-11-11



Florida Department of
**Business** &
**Professional**
Regulation

Division of Pari-Mutuel Wagering
Office of Operations
1940 North Monroe Street
Tallahassee, Florida 32399-1037
Phone: 850.488.3211 • Fax: 850.410.5350

**Charlie Liem,** Secretary                                    **Rick Scott,** Governor

January 18, 2011

Dear Mr. Collett:

Your application for a Slot Machine Individual Occupational License with the Division of Pari-Mutuel Wagering has been received. The item(s) checked below is either missing or requires correction before processing of your application can be completed:

_____ Application is incomplete: Please correct the highlighted section(s). You have made an error and /or omission on page 2 of the application ("Background Information"). You must provide court disposition papers for (date) arrest- (state)._____

_____ Fingerprints are required (card enclosed).

_____ Fingerprints have been submitted on the wrong card (we cannot accept cards from another agency).

_____ Fingerprint card processing fee ($43.25) is due.

_____ License application fee not received:
            Individual:      1 year – $50
                             3 year – $100

_____ DBPR PMW 3460 – Authorization for Release of Information form not received. (form enclosed).

__X__ Two types of identification not received pursuant to Rule 61D-14.010, Florida Administrative Code (see attachment for details).

__X__ Other:   Must complete demographic information on Fingerprint card._____

**If your revised application is not received by the Division within 45 days from the date of this letter, your application may be denied for failure to complete the application process.**

Checks or money orders should be made payable to the Department of Business and Professional Regulation or DBPR. **Return the missing document and/or information to the address provided above, attention PMW Licensing Section.** If you have any questions please call 850.488.3211.

Thank you,

Lori Evans
Operations Analyst II
Florida Division of Pari-Mutuel Wagering
Office of Operations

**61D-14.010 Identification of the Occupational License Applicant.**

Every applicant for a professional, general or business employee slot machine occupational license shall establish his/her identity in one of the following ways:

(1) **Providing an original or copy of one (1) of the following documents:**

(a) A current United States of America passport;

(b) A Certificate of United States citizenship, or Certificate of Naturalization issued by the United States Department of Justice, Immigration and Customs Enforcement (ICE); or

(c) A current permanent resident card issued by the ICE, which contains a photograph; or

(2) **Providing an original or copy of any two (2) of the following documents:**

(a) Certified copy of the birth certificate of the applicant;

(b) Current driver's license containing a photograph, name, signature, date of birth, sex, height, color of eyes and address of the applicant;

(c) Current identification card issued by the Federal Department of Defense to persons who serve in the United States military or their dependents containing a photograph, name, date of birth, height, and color of eyes of the applicant;

(d) Current student identification card which contains a photograph, student number or social security number, date of expiration, seal or logo of the issuing institution, and the signature of the applicant;

(e) Current country identification card issued by the federal government or government issued identification credential which contains a photograph, the name, date of birth, sex, height, color of eyes and address of the applicant;

(f) Current identification card issued by the Immigration and Naturalization Service containing a photograph or information about the name, date of birth, sex, height, color of eyes and address of the applicant; or

(g) A current foreign passport that is recognized by the ICE and contains a photograph of the applicant.

*Specific Authority 551.103(1), 551.122 FS.*
*Law Implemented 551.103(1)(a), (1)(b), 551.107(4)(a), (4)(d) FS.*
*History – New 6-25-06.*

DBPR PMW-3410 – Slot Machine Individual Occupational License Application



**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**DIVISION OF PARI-MUTUEL WAGERING**
www.MyFlorida.com/dbpr

**Instructions:** Please review this application thoroughly and complete every section that pertains to you. All applicable questions must be answered in full. Place any additional information on a separate sheet of paper and attach to this form, referencing the question being answered. Print clearly in black or blue ink. Do not write in the space labeled **"For Division Use Only."** All new applicants to Florida must attach an applicant fingerprint card from the Division of Pari-Mutuel Wagering. Licenses expire June 30th of each year. Fees must be paid by check or money order only and should be made payable to DBPR.

## TO BE COMPLETED BY ALL APPLICANTS

| Social Security Number:<br>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 | Birth Date<br>(MM/DD/YYYY):<br>09/08/1956 | Gender<br>Male ☑    Female ☐ | | |
|---|---|---|---|---|
| **Last Name**<br>Licciardi | **First**<br>Daniel | **Middle**<br>Joseph | **Title**<br>Mr. | **Suffix** |

Have you used, been known as, or called by another name (example – maiden name, pseudonym, nickname) or alias than the name used on the application? ☐ Yes    ☑ No

If yes, list the name or names used: _____

**Race/Ethnicity** (check only one):
☐ Black or African American      ☐ Asian or Pacific Islander      ☐ Native American or Alaskan Native
☑ White or Caucasian       ☐ Hispanic/Latino       ☐ Other

Are you a United States citizen?    Yes ☑    No ☐
If no, provide the name of the country of which you are a citizen: _____

**Current Street Address:**
8912 SW 150 North Court Circle

| City:<br>Miami | State:<br>Fl | Zip Code (+4 optional):<br>33196 | Country:<br>USA |
|---|---|---|---|

| Home Telephone Number:<br>305 382-1514 | Cellular Telephone Number:<br>305 332-8153 |
|---|---|

**Current Mailing Address:**
8912 SW 150 North Court Circle

| City:<br>Miami | State:<br>Fl | Zip Code (+4 optional):<br>33196 | Country:<br>USA |
|---|---|---|---|

| Type of Occupational Slot Machine License applying for:<br>☐ General Individual    ☐ Professional Individual   ☐ Business Employee*<br>☐ Slots Combo General    ☐ Slots Combo Professional<br>* Business employee occupational licenses for employees of a Business Entity that provides goods or services to a slot machine facility. | Number of Years:<br>☐ 1-year License    ☑ 3-Year License |
|---|---|

| Facility where employed and/or doing business:<br><br>Florida Gaming Centers, Inc. d.b.a. Miami Jai-Alai | Have you ever held a Florida pari-mutuel license?<br>Yes ☑    No ☐ |
|---|---|
| Job title(s)*: **Vice President and General Manager**<br>*Applicants for Slot Combo licenses should disclose all job titles | Employer name:<br>W. Bennett Collett |

## TO BE COMPLETED BY SLOTS/CARDROOM/PARI-MUTUEL COMBO APPLICANTS ONLY

| Yes | No | Have you ever been convicted of, or had adjudication of guilt withheld for, a felony or misdemeanor involving forgery, larceny, extortion or conspiracy to defraud or filing false reports to government agency, racing or gaming commission or authority, in this state or any other state under the laws of the United States? |
|---|---|---|
| ☐ | ☑ | |

### FOR DIVISION USE ONLY

License Code_____ License #_____ File #_____ App #_____ License Year_____

Association Code_____ Date Received_____ Entered By_____

License Fee_____ FP Date_____ FP Fee_____ Total Fee_____

☐ ARCI checked

## TO BE COMPLETED BY ALL APPLICANTS

**Marital status:** ☐ Single  ☒ Married
If married, provide name of spouse: Sharon Eileen Licciardi

### NAMES OF RELATIVES 21 OR OLDER LIVING WITH YOU
(including children, siblings, grandchildren, and parents):

| Name | Relationship | Date of Birth | Gender | Race |
|------|-------------|---------------|--------|------|
| N/A | | | | |
| | | | | |
| | | | | |

### EMPLOYMENT HISTORY

List below all gaming-related employment history in the past ten years:

| Name of Employer | Address | Dates From: (mo/yr) | To: (mo/yr) | Title/Position Held | Supervisor Name | Reason for Leaving: |
|------------------|---------|---------------------|-------------|---------------------|-----------------|---------------------|
| FGC, Inc. dba Miami Jai-Alai | 3500 NW 37th Ave., Miami, Fl 33142 | 9/1975 | Present | VP and Gen. Mgr. | W. Bennett Collett, Jr. | N/A |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### PREVIOUS LICENSING HISTORY

| Yes ☒ | No ☐ | Have you ever been licensed in any other racing or gaming jurisdiction? If yes, please complete the section below. |
|-------|------|---|
| Yes ☐ | No ☒ | Has your pari-mutuel or gaming license ever been suspended, revoked, or denied in this or any other state or country? If yes, give details in the section provided below. |
| Yes ☐ | No ☒ | Is there any reason that the State of Florida or another state or country will not issue you a pari-mutuel or gaming occupational license? If yes, give details in the section provided below. |

| State(s) or Jurisdiction(s) where licensed: | Is the license current? Y/N | Is the license in good standing? Y/N | Date of expiration: |
|---------------------------------------------|------------------------------|--------------------------------------|---------------------|
| Connecticut | No | N/A | 1980 |
| | | | |
| | | | |

### BACKGROUND INFORMATION

| Yes ☐ | No ☒ | Have you ever been convicted of or had adjudication withheld for any crime, or pled guilty or nolo contendere to any criminal charges against you? If yes, the court disposition records for all convictions listed must be submitted with this application and list the details in the section provided below. |
|-------|------|---|

| Date Convicted | County | State | Offense | Sentence |
|----------------|--------|-------|---------|----------|
| | | | | |
| | | | | |
| | | | | |

**TO BE COMPLETED BY BUSINESS EMPLOYEE APPLICANTS ONLY**

Describe any affiliation you may have with a Business Entity Occupational Licensee or companies controlling the Business Entity Occupational Licensee, and the position you occupy with, or your interest in, said entity:

N/A

| Yes ☐   No ☑ | Do you currently work for a Slot Machine Vendor or Distributor as described in Section 551.107(2)(a)? If yes, what is your affiliation with the Slot Machine Vendor or Distributor? |
|---|---|

Provide your complete education and training experience in management or gaming below (attach additional sheets if necessary): 35= years at Miami Jai-Alai and affiliated companies. see attached resume

**TO BE COMPLETED IF APPLICANT IS A DISABLED WARTIME VETERAN**

| Yes ☐   No ☐ | Are you an honorably discharged, disabled U.S. Military wartime veteran pursuant to Sections 205.171 & 1.01(14), Florida Statutes, or the un-remarried spouse of a deceased honorably discharged, disabled wartime veteran under this definition? If yes, contact a Division Official. |
|---|---|

**ALL APPLICANTS PLEASE READ AND SIGN BELOW**

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

Each application for a license or renewal of a license issued by the Department of Business and Professional Regulation shall be signed under oath or affirmation by the applicant, or owner or chief executive of the applicant without the need for witnesses unless otherwise required by law.

I certify that I am empowered to execute this application as required by Section 559.79, Florida Statutes. I understand that my signature on this application has the same legal effect as if made under oath. To the best of my knowledge, all information contained on this application is true and correct. I understand that falsification of any information on this application may result in administrative action, including fines up to $1,000, denial, suspension or revocation of the license. I agree to abide by and obey all rules and regulations of the Division of Pari-Mutuel Wagering and the laws of the State of Florida, pursuant to Section 551.107, Florida Statutes.

_Daniel M Licciardi_
Signature of Applicant

1/7/2011
Date



APPLICANT

LICCIARDI:   DANIEL   JOSEPH

FL922302
PARI-MUTUEL WAG
TALLAHASSEE, FL

U.S.   M   5'11"   200   BRN   BRN   DANBURY, CONN   09/08/1958

Florida Slot Machine Gaming Act
Occupational Licensing
Section 551.107, F.S.

CH-52-9110

FLORIDA GAMING CENTERS, INC DBA.
MIAMI JAI-ALAI
3500 NW 37TH AVE, MIAMI, FL. 33142

MIAMI DADE POLICE DEPARTMENT
9101 NW 25 STREET
MIAMI, FLORIDA 33172
(305) 123-4567

DBPR PMW-3460 – Authorization for Release of Information



**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**DIVISION OF PARI-MUTUEL WAGERING**
www.MyFlorida.com/dbpr

## PERSONAL INFORMATION

Social Security Number/Federal Employer ID Number:  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

### IF INDIVIDUAL APPLICANT, PLEASE COMPLETE THE FOLLOWING SECTION

| Last Name: | First: | Middle: | Title: | Suffix: |
|---|---|---|---|---|
| Licciardi | Daniel | Joseph | Mr. | |

Birth Date: (MM/DD/YYYY)
09/08/1956

Name of Employer:
Florida Gaming Centers, Inc. d.b.a. Miami Jai-Alai

### IF BUSINESS APPLICANT, PLEASE COMPLETE THE FOLLOWING SECTION

| Representative's Name: | Last: | First: | Middle: | Title: | Suffix: |
|---|---|---|---|---|---|
| | | | | | |

Business Entity Name:

Official Capacity:

## ALL APPLICANTS PLEASE READ AND SIGN BELOW

I, ___Daniel J. Licciardi_____, do hereby instruct all law enforcement of criminal justice agencies to
   (name of applicant/representative)

release all requested information to the bearer of this release form, who is an authorized representative of the State of Florida,
Department of Business and Professional Regulation or the Florida Department of Law Enforcement.

I, ___Daniel J. Licciardi_____, do hereby instruct all law enforcement, gaming commissions, tribal
   (name of applicant/representative)

gaming regulatory agencies and/or commissions, state agencies and/or commissions responsible for gaming regulation or criminal
justice agencies to release all requested information to the bearer of this release form, who is an authorized representative of the State
of Florida, Department of Business and Professional Regulation or the Florida Department of Law Enforcement.

I further authorize any financial or public institution to release any and all information requested by the bearer of this release form with
respect to myself or my business. Additionally, I do release such individuals or entities from any and all liability due to the release of
information requested. Further, I understand that under Florida Statute, any information released that is not specifically exempted shall
become part of the public record, releasable upon request to the public pursuant to Chapter 119, Florida Statutes.

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In
this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and
Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of
applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security
numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to
the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

Daniel Joseph Licciardi
_____
   (if individual applicant - legal name and any nickname or alias in parentheses)

Applicant/Representative Signature: ___*Daniel J. Licciardi*___  Date: _1/07/2011_

Florida Department of
Business
Professional
Regulation

Division of Pari-Mutuel Wagering
Office of Operations
1940 North Monroe Street
Tallahassee, Florida 32399-1037
Phone: 850.488.3211 • Fax: 850.410.5350

**Charlie Liem**, Secretary                                                                 **Rick Scott**, Governor

January 18, 2011

Dear Mr. Licciardi:

Your application for a Slot Machine Individual Occupational License with the Division of Pari-Mutuel Wagering has been received.  The item(s) checked below is either missing or requires correction before processing of your application can be completed:

_____   Application is incomplete: Please correct the highlighted section(s).  You have made an error and /or omission on page 2 of the application ("Background Information").  You must provide court disposition papers for (date) arrest- (state). _____

_____   Fingerprints are required (card enclosed).

_____   Fingerprints have been submitted on the wrong card (we cannot accept cards from another agency).

_____   Fingerprint card processing fee ($43.25) is due.

_____   License application fee not received:
                    Individual:     1 year – $50
                                         3 year – $100

_____   DBPR PMW 3460 – Authorization for Release of Information form not received. (form enclosed).

___X___  Two types of identification not received pursuant to Rule 61D-14.010, Florida Administrative Code (see attachment for details).

_____   Other: _____

**If your revised application is not received by the Division within 45 days from the date of this letter, your application may be denied for failure to complete the application process.**

Checks or money orders should be made payable to the Department of Business and Professional Regulation or DBPR. **Return the missing document and/or information to the address provided above, attention PMW Licensing Section.**  If you have any questions please call 850.488.3211.

Thank you,

Lori Evans
Operations Analyst II
Florida Division of Pari-Mutuel Wagering
Office of Operations

**61D-14.010 Identification of the Occupational License Applicant.**

Every applicant for a professional, general or business employee slot machine occupational license shall establish his/her identity in one of the following ways:

   (1) **Providing an original or copy of one (1) of the following documents:**

      (a) A current United States of America passport;

      (b) A Certificate of United States citizenship, or Certificate of Naturalization issued by the United States Department of Justice, Immigration and Customs Enforcement (ICE); or

      (c) A current permanent resident card issued by the ICE, which contains a photograph; or

   (2) **Providing an original or copy of any two (2) of the following documents:**

      (a) Certified copy of the birth certificate of the applicant;

      (b) Current driver's license containing a photograph, name, signature, date of birth, sex, height, color of eyes and address of the applicant;

      (c) Current identification card issued by the Federal Department of Defense to persons who serve in the United States military or their dependents containing a photograph, name, date of birth, height, and color of eyes of the applicant;

      (d) Current student identification card which contains a photograph, student number or social security number, date of expiration, seal or logo of the issuing institution, and the signature of the applicant;

      (e) Current country identification card issued by the federal government or government issued identification credential which contains a photograph, the name, date of birth, sex, height, color of eyes and address of the applicant;

      (f) Current identification card issued by the Immigration and Naturalization Service containing a photograph or information about the name, date of birth, sex, height, color of eyes and address of the applicant; or

      (g) A current foreign passport that is recognized by the ICE and contains a photograph of the applicant.

*Specific Authority 551.103(1), 551.122 FS.*
*Law Implemented 551.103(1)(a), (1)(b), 551.107(4)(a), (4)(d) FS.*
*History – New 6-25-06.*

DBPR PMW-3410 – Slot Machine Individual Occupational License Application



**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**DIVISION OF PARI-MUTUEL WAGERING**
www.MyFlorida.com/dbpr

**Instructions:** Please review this application thoroughly and complete every section that pertains to you. All applicable questions must be answered in full. Place any additional information on a separate sheet of paper and attach to this form, referencing the question being answered. Print clearly in black or blue ink. Do not write in the space labeled **"For Division Use Only."** All new applicants to Florida must attach an applicant fingerprint card from the Division of Pari-Mutuel Wagering. Licenses expire June 30th of each year. **Fees must be paid by check or money order only and should be made payable to DBPR.**

| TO BE COMPLETED BY ALL APPLICANTS |
|---|

**Social Security Number:** 253 - 96 - 4845

**Birth Date (MM/DD/YYYY):** 10 / 15 / 1955

**Gender:** Male ☒   Female ☐

**Last Name:** Collett   **First:** William   **Middle:** Bennett   **Title:** Mr.   **Suffix:** Jr.

Have you used, been known as, or called by another name (example – maiden name, pseudonym, nickname) or alias than the name used on the application? ☒ Yes   ☐ No

If yes, list the name or names used: Benny Collett

**Race/Ethnicity** (check only one):
☐ Black or African American   ☐ Asian or Pacific Islander   ☐ Native American or Alaskan Native
☒ White or Caucasian   ☐ Hispanic/Latino   ☐ Other

Are you a United States citizen? Yes ☒   No ☐
If no, provide the name of the country of which you are a citizen: _____

**Current Street Address:** 5548 B SW Coral Tree Lane
**City:** Palm City   **State:** FL   **Zip Code (+4 optional):** 34990   **Country:** USA

**Home Telephone Number:** (305) 903-3626   **Cellular Telephone Number:** (305) 903-3626

**Current Mailing Address:** 1750 S. Kings Hwy
**City:** Ft Pierce   **State:** FL   **Zip Code (+4 optional):** 34945   **Country:** USA

**Type of Occupational Slot Machine License applying for:**
☐ General Individual   ☐ Professional Individual   ☐ Business Employee*
☐ Slots Combo General   ☐ Slots Combo Professional
* Business employee occupational licenses for employees of a Business Entity that provides goods or services to a slot machine facility.

**Number of Years:**
☐ 1-year License   ☒ 3-Year License

**Facility where employed and/or doing business:**
Miami Jai Alai, Ft Pierce Jai Alai

Have you ever held a Florida pari-mutuel license? Yes ☒   No ☐

**Job title(s)*:** Chief Operating Officer, GM
*Applicants for Slot Combo licenses should disclose all job titles

**Employer name:** Florida Gaming Centers

| TO BE COMPLETED BY SLOTS/CARDROOM/PARI-MUTUEL COMBO APPLICANTS ONLY |
|---|

Yes ☐   No ☒   Have you ever been convicted of, or had adjudication of guilt withheld for, a felony or misdemeanor involving forgery, larceny, extortion or conspiracy to defraud or filing false reports to government agency, racing or gaming commission or authority, in this state or any other state under the laws of the United States?

**FOR DIVISION USE ONLY**

License Code_____ License #_____ File #_____ App #_____ License Year_____

Association Code_____ Date Received_____ Entered By_____

License Fee_____ FP Date_____ FP Fee_____ Total Fee_____

☐ ARCI checked

## TO BE COMPLETED BY ALL APPLICANTS

**Marital status:** ☐ Single  ☒ Married
If married, provide name of spouse:  _Rose D. Collett_

### NAMES OF RELATIVES 21 OR OLDER LIVING WITH YOU
(including children, siblings, grandchildren, and parents):

| Name | Relationship | Date of Birth | Gender | Race |
|------|--------------|---------------|--------|------|
| Rose D. Collett | Wife | 5-3-54 | Female | W |
| Kyle B. Collett | son | 12-12-83 | male | W |
| | | | | |
| | | | | |

### EMPLOYMENT HISTORY

List below all gaming-related employment history in the past ten years:

| Name of Employer | Address | Dates From: (mo/yr) | To: (mo/yr) | Title/Position Held | Supervisor Name | Reason for Leaving: |
|------------------|---------|------|-----|---------------------|-----------------|---------------------|
| Ft Pierce Jai Alai | 1750 S. Kings Hwy Ft Pierce FL | 1/94 | Present | Gen. Mgr | | |
| Miami Jai Alai | 3500 NW 37th Ave Miami, FL 33142 | 1/97 | Present | C.O.O | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### PREVIOUS LICENSING HISTORY

| | | |
|---|---|---|
| Yes ☐  No ☒ | Have you ever been licensed in any other racing or gaming jurisdiction?  If yes, please complete the section below. | |
| Yes ☐  No ☒ | Has your pari-mutuel or gaming license ever been suspended, revoked, or denied in this or any other state or country?  If yes, give details in the section provided below. | |
| Yes ☐  No ☒ | Is there any reason that the State of Florida or another state or country will not issue you a pari-mutuel or gaming occupational license?  If yes, give details in the section provided below. | |

| State(s) or Jurisdiction(s) where licensed: | Is the license current? Y/N | Is the license in good standing? Y/N | Date of expiration: |
|---------------------------------------------|------------------------------|---------------------------------------|----------------------|
| | | | |
| | | | |
| | | | |

### BACKGROUND INFORMATION

**Yes ☒   No ☐**  Have you ever been convicted of or had adjudication withheld for any crime, or pled guilty or nolo contendere to any criminal charges against you?  If yes, the court disposition records for all convictions listed must be submitted with this application and list the details in the section provided below.

| Date Convicted | County | State | Offense | Sentence |
|----------------|--------|-------|---------|----------|
| 11-3-04 | Sumner | TN | possession marijuana | $250.00 fine |
| | | | | |
| | | | | |
| | | | | |

## TO BE COMPLETED BY BUSINESS EMPLOYEE APPLICANTS ONLY

Describe any affiliation you may have with a Business Entity Occupational Licensee or companies controlling the Business Entity Occupational Licensee, and the position you occupy with, or your interest in, said entity:

N/A

| Yes ☐ | No ☒ | Do you currently work for a Slot Machine Vendor or Distributor as described in Section 551.107(2)(a)? If yes, what is your affiliation with the Slot Machine Vendor or Distributor? |

Provide your complete education and training experience in management or gaming below (attach additional sheets if necessary):

## TO BE COMPLETED IF APPLICANT IS A DISABLED WARTIME VETERAN

| Yes ☐ | No ☐ | Are you an honorably discharged, disabled U.S. Military wartime veteran pursuant to Sections 205.171 & 1.01(14), Florida Statutes, or the un-remarried spouse of a deceased honorably discharged, disabled wartime veteran under this definition? If yes, contact a Division Official. |

## ALL APPLICANTS PLEASE READ AND SIGN BELOW

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

Each application for a license or renewal of a license issued by the Department of Business and Professional Regulation shall be signed under oath or affirmation by the applicant, or owner or chief executive of the applicant without the need for witnesses unless otherwise required by law.

I certify that I am empowered to execute this application as required by Section 559.79, Florida Statutes. I understand that my signature on this application has the same legal effect as if made under oath. To the best of my knowledge, all information contained on this application is true and correct. I understand that falsification of any information on this application may result in administrative action, including fines up to $1,000, denial, suspension or revocation of the license. I agree to abide by and obey all rules and regulations of the Division of Pari-Mutuel Wagering and the laws of the State of Florida, pursuant to Section 551.107, Florida Statutes.

_____    _1-5-11_____
Signature of Applicant                        Date



DBPR PMW-3460 – Authorization for Release of Information



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
DIVISION OF PARI-MUTUEL WAGERING
www.MyFlorida.com/dbpr

## PERSONAL INFORMATION

Social Security Number/Federal Employer ID Number:

### IF INDIVIDUAL APPLICANT, PLEASE COMPLETE THE FOLLOWING SECTION

| Last Name: | First: | Middle: | Title: | Suffix: |
|---|---|---|---|---|
| Collett | William | Bennett | Mr | Jr |

Birth Date: (MM/DD/YYYY)
10/15/1955

Name of Employer:
Florida Gaming Centers

### IF BUSINESS APPLICANT, PLEASE COMPLETE THE FOLLOWING SECTION

Representative's Name:    Last:        First:        Middle:    Title:    Suffix:

Business Entity Name:

Official Capacity:

### ALL APPLICANTS PLEASE READ AND SIGN BELOW

I, __William B. Collett Jr__, do hereby instruct all law enforcement of criminal justice agencies to
(name of applicant/representative)

release all requested information to the bearer of this release form, who is an authorized representative of the State of Florida, Department of Business and Professional Regulation or the Florida Department of Law Enforcement.

I, __William B. Collett Jr__, do hereby instruct all law enforcement, gaming commissions, tribal
(name of applicant/representative)

gaming regulatory agencies and/or commissions, state agencies and/or commissions responsible for gaming regulation or criminal justice agencies to release all requested information to the bearer of this release form, who is an authorized representative of the State of Florida, Department of Business and Professional Regulation or the Florida Department of Law Enforcement.

I further authorize any financial or public institution to release any and all information requested by the bearer of this release form with respect to myself or my business. Additionally, I do release such individuals or entities from any and all liability due to the release of information requested. Further, I understand that under Florida Statute, any information released that is not specifically exempted shall become part of the public record, releasable upon request to the public pursuant to Chapter 119, Florida Statutes.

Under the Federal Privacy Act, disclosure of Social Security numbers is voluntary unless specifically required by Federal Statute. In this instance, disclosure of Social Security numbers is mandatory pursuant to Title 42, United States Code, Sections 653, 654; and Sections 409.2577, 409.2598, and 559.79, Florida Statutes. Social Security numbers are used to allow efficient screening of applicants and licensees by a Title IV-D child support agency to assure compliance with child support obligations. Social Security numbers must also be recorded on all occupational license applications and are used for licensee identification purposes pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Welfare Reform Act), 104 Pub.L. 193, Sec. 317.

William Bennett Collett Jr                    (Benny)
(if individual applicant - legal name and any nickname or alias in parentheses)

Applicant/Representative Signature: _____    Date: __1-5-11__

FEB-01-2011  16:53          ( file )                          8129457717   P.01/01

DUSINESS (V)                                          Office of Operations
Professional                                LICENSE  1940 North Monroe Street
Regulation                                          Tallahassee, Florida 32399-1037
                                                    Phone: 850.488.3211 • Fax: 850.410.5350

Charlie Liem, Secretary                                          Rick Scott, Governor

January 18, 2011

Dear Mr. Collett:

Your application for a Slot Machine Individual Occupational License with the Division of Pari-Mutuel Wagering has been received. The item(s) checked below is either missing or requires correction before processing of your application can be completed:

_____  Application is incomplete: Please correct the highlighted section(s). You have made an
        error and /or omission on page 2 of the application ("Background Information"). You
        must provide court disposition papers for (date) arrest- (state).

_____  Fingerprints are required (card enclosed).

_____  Fingerprints have been submitted on the wrong card (we cannot accept cards from
        another agency).

_____  Fingerprint card processing fee ($43.25) is due.

_____  License application fee not received:
              Individual:    1 year – $50
                             3 year – $100

_____  DBPR PMW 3460 – Authorization for Release of Information form not received.
        (form enclosed).

__X__   Two types of identification not received pursuant to Rule 61D-14.010,
        Florida Administrative Code (see attachment for details).

_____  Other: _____

If your revised application is not received by the Division within 45 days from the date of
this letter, your application may be denied for failure to complete the application process.

Checks or money orders should be made payable to the Department of Business and
Professional Regulation or DBPR. Return the missing document and/or information to the
address provided above, attention PMW Licensing Section. If you have any questions
please call 850.488.3211.

Thank you,

Lori Evans
Operations Analyst II
Florida Division of Pari-Mutuel Wagering
Office of Operations

LICENSE EFFICIENTLY. REGULATE FAIRLY.
WWW.MYFLORIDALICENSE.COM

TOTAL P.01



Florida Department of
**Business** _and_
**Professional**
**Regulation**

Division of Pari-Mutuel Wagering
Office of Operations
1940 North Monroe Street
Tallahassee, Florida 32399-1037
Phone: 850.488.3211 • Fax: 850.410.5350

Charlie Liem, Secretary                                                    Rick Scott, Governor

---

January 18, 2011

Dear Mr. Collett:

Your application for a Slot Machine Business Occupational License with the Division of Pari-Mutuel Wagering has been received. The item(s) checked below is either missing or requires correction before processing of your application can be completed:

__X__  Proof of registration with the Florida Department of State, Division of Corporations (DOC) is required. If you need to register your business, contact the DOC at 850.488.9000 or visit their website at http://ccfcorp.dos.state.fl.us/.

__X__  Form DBPR PMW 3460 – Authorization for Release of Information for the business is missing or incomplete.

__X__  Each of the officers, directors, and shareholders (ODS) of 5% or more ownership interest listed on the Slot Machine Business Occupational License Application must submit the following if they do not need access to the slot machine facility:

    __X__  a slot machine gaming fingerprint card; (Robert Hurd)

    __X__  the $43.25 fingerprint processing fee; (Robert Hurd)

    __X__  a complete DBPR PMW 3460 - Authorization for Release of Information form (forms enclosed); (Robert Hurd)

    Please note: If any of the ODS need access to the slot machine facility, they must complete a DBPR PMW 3410 Slot Machine Individual Occupational License    Application and pay an additional $50 (for a one-year license), or $100 (for a three-year license) for a Slot Machine Business Employee Occupational License.

_____  For manufacturers and distributors only:  proof of at least one current gaming license in good standing with another gaming jurisdiction must be provided.

_____  For manufacturers and distributors only:  an affidavit attesting that the applicant, its officers, directors, or employees have no ownership or financial interest in a slot machine licensee or any business owned by a slot machine licensee.

_____  Proof of current licensure, certification to test, or has a current contract in good standing with a gaming regulator in at least five jurisdictions in which electronic gaming devices are authorized.

__X__  License application fees: 3 year – $2000 ($90.00 has been paid, you still owe $1910)

**If the requested items are not received by the Division within 45 days from the date of this letter, your application will be denied for failure to complete the application process.**

Checks or money orders should be made payable to the Department of Business and Professional Regulation or DBPR. **Return the missing document and/or information to the address provided above, attention PMW Licensing Section.** If you have any questions please call 850.488.3211.

Thank you,
Lori Evans
Operations Analyst II
Florida Division of Pari-Mutuel Wagering
Office of Operations

LICENSE EFFICIENTLY. REGULATE FAIRLY.
WWW.MYFLORIDALICENSE.COM

61D-14.010 Identification of the Occupational License Applicant.

Every applicant for a professional, general or business employee slot machine occupational license shall establish his/her identity in one of the following ways:

(1) Providing an original or copy of one (1) of the following documents:

(a) A current United States of America passport;

(b) A Certificate of United States citizenship, or Certificate of Naturalization issued by the United States Department of Justice, Immigration and Customs Enforcement (ICE); or

(c) A current permanent resident card issued by the ICE, which contains a photograph; or

(2) Providing an original or copy of any two (2) of the following documents:

(a) Certified copy of the birth certificate of the applicant;

(b) Current driver's license containing a photograph, name, signature, date of birth, sex, height, color of eyes and address of the applicant;

(c) Current identification card issued by the Federal Department of Defense to persons who serve in the United States military or their dependents containing a photograph, name, date of birth, height, and color of eyes of the applicant;

(d) Current student identification card which contains a photograph, student number or social security number, date of expiration, seal or logo of the issuing institution, and the signature of the applicant;

(e) Current country identification card issued by the federal government or government issued identification credential which contains a photograph, the name, date of birth, sex, height, color of eyes and address of the applicant;

(f) Current identification card issued by the Immigration and Naturalization Service containing a photograph or information about the name, date of birth, sex, height, color of eyes and address of the applicant; or

(g) A current foreign passport that is recognized by the ICE and contains a photograph of the applicant.

*Specific Authority 551.103(1), 551.122 FS.*
*Law Implemented 551.103(1)(a), (1)(b), 551.107(4)(a), (4)(d) FS.*
*History -- New 6-25-06.*

F11000000308

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

[ ] PICK-UP      [ ] WAIT      [ ] MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

```
Special Instructions to Filing Officer:




```

Office Use Only



900192261189

01/24/11---01032--005   **70.00

FILED
2011 JAN 25 AM 11: 16
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

J. Shivers   JAN 2 6 2011

# COVER LETTER

**TO:**   New Filing Section
Division of Corporations

**SUBJECT:** Freedom Holding, Inc.

<center>Name of corporation - must include suffix</center>

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida," "Certificate of Existence," or "Certificate of Good Standing" and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

Kim Tharp

<center>Name of Person</center>

Freedom Holding, Inc.

<center>Firm/Company</center>

2669 Charlestown Road, Suite D

<center>Address</center>

New Albany, IN 47150

<center>City/State and Zip code</center>

freedomf@bellsouth.net

<center>E-mail address: (to be used for future annual report notification)</center>

For further information concerning this matter, please call:

Kim Tharp                    at ( 812   ) 945-7211

<div style="display:flex; justify-content:space-between;">Name of Person        Area Code & Daytime Telephone Number</div>

|  |  |
|---|---|
| **STREET/COURIER ADDRESS:** | **MAILING ADDRESS:** |
| New Filing Section | New Filing Section |
| Division of Corporations | Division of Corporations |
| Clifton Building | P.O. Box 6327 |
| 2661 Executive Center Circle | Tallahassee, FL  32314 |
| Tallahassee, FL  32301 | |

Enclosed is a check for the following amount:

☑ $70.00 Filing Fee    ☐ $78.75 Filing Fee &      ☐ $78.75 Filing Fee &     ☐ $87.50 Filing Fee,
                             Certificate of Status          Certified Copy                Certificate of Status &
                                                                                      Certified Copy