IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 13-29597-RAM |
| FLORIDA GAMING CENTERS, INC., *et al.*, | (Jointly Administered) |
| Debtors.    / | |

### NOTICE OF FILING STOCK PURCHASE AGREEMENT WITH SILVERMARK, LLC

Debtors Florida Gaming Centers, Inc., Florida Gaming Corporation, Tara Club Estates, Inc., and Freedom Holding, Inc. (collectively, "**Miami Jai-Alai**") give notice of filing the Stock Purchase Agreement between Florida Gaming Centers and Florida Gaming Corp. and Silvermark, LLC dated November 25, 2012 attached hereto as **Exhibit "A,"** which is the subject of Miami Jai-Alai's *Motion For Entry Of An Order Pursuant To 11 U.S.C. § 365 Authorizing Debtors To Reject Executory Contract* (ECF No. 56).

1

Dated: September 10, 2013        Respectfully submitted,

        **SALAZAR JACKSON, LLP**
        *Counsel for Florida Gaming Centers, Inc.,*
        *Florida Gaming Corporation, Tara Club*
        *Estates, Inc., and Freedom Holding, Inc.*
        2 South Biscayne Boulevard, Suite 3760
        Miami, Florida 33131
        Phone: (305) 374-4848
        Fax: (305) 397-1021
        Email: Salazar@SalazarJackson.com
        Email: Honaker@SalazarJackson.com

        By:    /s/ Luis Salazar
              Luis Salazar
              Florida Bar No. 147788
              Aaron P. Honaker
              Florida Bar No. 48749

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Master Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

*/s/ Luis Salazar*
Luis Salazar
