**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

FLORIDA GAMING CENTERS, INC.,           Case No. 13-29597-BKC-RAM
et. al., [1]                            (Jointly Administered)

    Debtors.                            Chapter 11

_____/

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEVELOPMENT SPECIALISTS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of Florida Gaming Centers, Inc. and Florida Gaming Corporation, which cases are being jointly administered with Tara Club Estates, Inc. and Freedom Holding, Inc. (collectively, the "Debtors"), respectfully requests the entry of an order authorizing the employment of Development Specialists, Inc. ("DSI"), to represent the Committee as its Financial Advisor. In support of this Application, the Committee relies upon the Declaration of Daniel J. Stermer attached hereto and marked as Exhibit A (the "Stermer Declaration") and respectfully represents as follows:

1.      On August 19, 2013, each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Since that time, the Debtors have operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      On September 9, 2013, the Office of the United States Trustee constituted and formed the Committee. Thereafter, the Committee voted to retain Genovese, Joblove & Battista,

---

[1] The Court is jointly administering the following cases under the Lead Case No. 13-29597-RAM; (i) Florida Gaming Centers, Inc. (Case No. 13-29597-RAM)(Tax ID: 5893); (ii) Florida Gaming Corporation (Case No. 13-29598-RAM)(Tax ID: 0533); (iii) Tara Club Estates, Inc. (Case No. 13-29603-RAM)(Tax ID: 9545); and (iv) Freedom Holding, Inc. (Case No. 13-29607-RAM)(Tax ID: 4929).

P.A. ("GJB") as its bankruptcy counsel, and the Committee's application to employ GJB [ECF No. 133] is scheduled to be heard on October 2, 2013.

3.      By this Application, the Committee desires to retain DSI as its Financial Advisor to advise and represent it in these bankruptcy cases, as more fully set forth herein.

4.      DSI has substantial experience and expertise in chapter 11 cases in Florida and throughout the United States, and is qualified to act as Financial Advisor for the Committee herein.  DSI and its professionals and employees have a wealth of experience in providing crisis management services to financially-troubled organizations.  For nearly 40 years, DSI has been a leading provider of management and consulting services on behalf of lending institutions, secured and unsecured creditors, shareholders, bondholders, and business owners.  DSI  advises major corporations, financial institutions and law firms on their most critical issues through a host of professionals specializing in all facets of corporate finance, forensic and litigation consulting, economic consulting and technology advisory services.

5.      As set forth in the Declaration of Daniel J. Stermer submitted herewith (the "Stermer Declaration"), DSI does not hold or represent any interest adverse to the Debtors or their estates.

6.      As further set forth in the Stermer Declaration, DSI is "disinterested" as such term is defined in 11 U.S.C. § 101(14) and has no connection with the Debtors, their creditors or any other party in interest.

7.      The services of DSI are necessary to enable the Committee to execute faithfully its duties.  Subject to approval by this Court as sought herein, DSI may be required to render, among others, the following services to the Committee:

      a)  Assist and advise the Committee with respect to the disposition of the Debtors' assets and/or business, should a disposition process be undertaken;

b) Assist in the review of Debtors' financial information, including, but not limited to, cash flow projections, budgets, cash receipts and disbursements, analyses of various asset and liability accounts, analysis of intercompany accounts and transactions and analyses of proposed transactions for which Court approval is sought;

c) Assist in the review of the Debtors' corporate ownership and capital structure as it impacts potential claims or various entities and creditor recoveries;

d) Assist in evaluating any proposed plan(s) of reorganization for the Debtors, including among other things, evaluating plan feasibility and business valuation in such proposed plan(s);

e) Assist in the evaluation of the Debtors' operations;

f) Assist in the monitoring of the Debtors' operating results and cash flows;

g) Assist in negotiations with and among the Debtors and its counsel and advisors, secured lenders, the Committee and other parties of interest and professionals retained, as required;

h) Coordination with the Debtors' and the secured creditor's financial advisors in the review of the Debtors' operations and financial information as appropriate and necessary to benefit the Committee;

i) Assist, evaluate and analyze avoidance actions, including fraudulent conveyances and preferential transfers, and in the review of potential claims levels and the Debtors' reconciliation and estimation process;

j) Litigation advisory services, including expert testimony, with respect to financial and accounting matters and case related issues as required by the Committee; and,

k)  Perform such other tasks as may be agreed to by DSI and the Committee.

8.     The terms of DSI's proposed compensation are at the following hourly rates:

| | |
|---|---|
| Joseph J. Luzinski | $560.00 |
| Daniel J. Stermer | $425.00 |
| Yale S. Bogen | $425.00 |

In addition, the hourly rate ranges for other DSI consultants are as follows:

| | |
|---|---|
| Senior Consultants | $455.00 - $660.00 |

| | |
|---|---|
| Consultants | $265.00 - $450.00 |
| Junior Consultants | $155.00 - $260.00 |

DSI reviews and revises its billing rates on January 1st of each year.

9.      It is respectfully submitted that the retention of DSI is necessary and in the best interest of the Committee and the Debtors' estates.

10.      The Committee proposes that compensation be awarded to DSI after the filing of interim and/or final application(s) and hearing(s) consistent with the requirements of 11 U.S.C. §§ 327, 330 and 331, Bankruptcy Rules 2002, 2016 and Local Rules 2016-1, and any order of this Court.

WHEREFORE, the Committee respectfully requests that the Court enter an order approving the employment of DSI as Financial Advisor for the Committee in this case.

Dated this 2nd day of October, 2013.

<div style="margin-left:40%">

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Proposed Attorneys for the Official Committee of Unsecured Creditors*
100 Southeast Second Street
Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

By: /s/  *Paul J. Battista*
Paul J. Battista, Esq.
Florida Bar No. 884162
pbattista@gjb-law.com
Glenn D. Moses, Esq.
Florida Bar No. 174556
gmoses@gjb-law.com

</div>

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of this Application was served to all registered users through the CM/ECF System or by U.S. Mail to all other parties on the attached service list on this 2nd day of October, 2013.

By:   /s/ Glenn D. Moses        

          Glenn D. Moses, Esq.

## <u>SERVICE LIST</u>

**13-29597-RAM Notice will be electronically mailed to:**

David W Baddley on behalf of Interested Party U.S. Securities and Exchange Commission
baddleyd@sec.gov

Paul J. Battista, Esq on behalf of Creditor Committee Unsecured Creditors' Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Ileana Cruz on behalf of Creditor Miami-Dade County Aviation Department
cao.bkc@miamidade.gov

Ileana Cruz on behalf of Creditor Miami-Dade County Tax Collector (Darely)
cao.bkc@miamidade.gov

Drew M Dillworth on behalf of Creditor ABC FUNDING, LLC, as Agent for SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-A, L.P., SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-B, L.P., JPMORGAN CHASE BANK, N.A., LOCUST STREET FUNDING LLC, CANYON VALUE
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Andrew R Herron on behalf of Creditor Miami Gaming Ventures LLC
aherron@herronortiz.com, ndrubin@herronortiz.com

Aaron P. Honaker, Esq. on behalf of Debtor Florida Gaming Centers, Inc.
honaker@salazarjackson.com, lee-sin@salazarjackson.com

Aaron P. Honaker, Esq. on behalf of Interested Party Florida Gaming Corporation
honaker@salazarjackson.com, lee-sin@salazarjackson.com

Aaron P. Honaker, Esq. on behalf of Interested Party Freedom Holding, Inc.
honaker@salazarjackson.com, lee-sin@salazarjackson.com

Aaron P. Honaker, Esq. on behalf of Interested Party Tara Club Estates, Inc.
honaker@salazarjackson.com, lee-sin@salazarjackson.com

Christopher A Jarvinen on behalf of Other Professional David Jonas
cjarvinen@bergersingerman.com, efile@bergersingerman.com

Miami-Dade County Tax Collector (Darely)
mdtcbkc@miamidade.gov

Glenn D Moses, Esq on behalf of Creditor Committee Unsecured Creditors' Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Craig V. Rasile, Esq. on behalf of Interested Party Silvermark LLC
craig.rasile@dlapiper.com,
monica.tucker@dlapiper.com,jacqueline.figueroa@dlapiper.com,rachel.nanes@dlapiper.com

Luis Salazar, Esq. on behalf of Debtor Florida Gaming Centers, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Debtor Florida Gaming Corporation
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Debtor Freedom Holding, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Debtor Tara Club Estates, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Interested Party Florida Gaming Corporation
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Interested Party Freedom Holding, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Interested Party Tara Club Estates, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;gurdian@salazarjackson.com;Lee-Sin@SalazarJackson.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Howard S Toland on behalf of Creditor International Sound Corporation
htoland@mitrani.com

**DEBTORS**
Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc.
Attn: W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

**DEBTORS COUNSEL / PROFESSIONALS**
Luis Salazar, Esq.
Linda Worton Jackson, Esq.
Aaron P. Honaker, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
Email: Honaker@SalazarJackson.com
Counsel for Debtors

**VIA EMAIL ONLY**
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com
Proposed Special Counsel for Debtors

**VIA EMAIL ONLY**
R. James Straus, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363

**U.S TRUSTEE**
Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
Email: USTPRegion21.MM.ECF@usdoj.gov

**SECURED CREDITORS**
Drew Dillworth
150 West Flagler Street
Miami, FL 33130
Email: ddillworth@stearnsweaver.com
Local Counsel for ABC Funding, LLC

Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL 33301
Email: mkelley@stearnsweaver.com
Counsel for ABC Funding, LLC

Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: aoneill@sidley.com

Email: jstraus@fbtlaw.com
Proposed Special Counsel for Debtors

Counsel for ABC Funding, LLC

Canyon Distressed  Opportunity Master
Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: dtwomey@sidley.com
Counsel for ABC Funding, LLC

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

ABC Funding, LLC
Attn: James Freeland  and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Summit Partners Subordinated Debt Fund IV-A,
L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland  and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Canyon Value Realization Master Fund, L.P. c/o
Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Summit Partners  Subordinated  Debt Fund IV- A, L.P.
Summit Partners  Subordinated  Debt Fund IV- B, L.P.
ABC Funding, LLC
Attn:  Summit Partners  SD IV,  L.P.,
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA 02116

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

Summit Partners Subordinated Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland  and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov
Counsel for Miami Dade County-County Tax
Collector

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn: James Roche
345 Park Avenue, 31st Floor
New York, NY 10154

Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Email: dgjp@miamidade.gov
Email: MDTCBKC@miamidade.gov

Thomas P. Abbott, Assistant County Attorney
PO Box 025504
Miami, FL 33102-5504
Facsimile: 305-876-7294
Email: TABBOTT@miami-airport.com

**CREDITORS**
Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Email: aherron@herronortiz.com
Email: ndrubin@herronortiz.com
Counsel for Miami Gaming Ventures, LLC

Howard S. Toland, Esq.
1200 Weston Road, Penthouse
Weston, FL 33326
Email: htoland@mitrani.com
Counsel for International Sound Corporation

Miami Gaming Ventures
Attn: Rodney Barreto, Partner
235 Catalonia Avenue
Coral Gables, FL 33134
Telephone: 305-444-4648
Facsimile: 305-444-1128
Email: Rodney@barretogroup.com

Florida Lemark Corporation
Attn: Eduardo P. Rodriguez, Vice President
2040 NW 94th Avenue
Doral, FL 33172
Telephone: 305-593-1442
Facsimile: 305-593-0998
Email: Eduardo@FloridaLemark.com

Farmers Bank
P.O. Box 231
Hardinsburg, KY 40143

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

S. Oden Howell
6800 Shadwell Place
Prospect, KY 40059
Telephone: 502-491-7985
Facsimile: 502-491-1212
Email: SoHowell@aol.com

Kim Tharp
2669 Charlestown Rd #D
New Albany, IN 4715

SHFL Entertainment ( Shuffle Master, Inc.)
Attn: Darrell Horton, Credit Manager
1106 Palms Airport Drive
Las Vegas, NV 89119
Telephone: 702-270-5138
Facsimile: 888-234-3881
Email: DHorton@shfl.com

Tampa Bay Downs, Inc.
Attn: Gregory Gelyon, Vice President of Finance
P.O Box 2007
Oldsmar, FL 34677
Telephone: 813-855-4401
Facsimile: 813-261-1961
Email:greg@tampabaydowns.com,
pnberube@tampabaydowns.com

**GOVERNMENTAL AGENCIES / TAXING
AUTHORITIES**

Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL 32399
Facsimile: 850.922.5175

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL 33309-3787

David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA 30326-1382
Email: atlreorg@sec.gov

Counsel for U.S. Securities and Exchange
Commission

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035
Facsimile: 850.488.0550

Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite1800
Miami, FL 33131

Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314-6668

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL 33126-1828

Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

**PARTIES IN INTEREST**
**VIA EMAIL ONLY**
Lance A. Schildkraut,
Esq. DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, NY 10017
Email: las@dtlawgroup.com

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**VIA EMAIL ONLY**
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA EMAIL ONLY**
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8563
Facsimile: (305) 437-8131
Email: rachel.nanes@dlapiper.com
Local Counsel for Silvermark, LLC
Email: craig.rasile@dlapiper.com
Local Counsel for Silvermark, LLC

[11158-001/2042099/1]

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

**VIA EMAIL ONLY**
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

**VIA EMAIL ONLY**
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

**VIA EMAIL ONLY**
Craig V. Rasile, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8539
Facsimile: (305) 437-8131
Email: craig.rasile@dlapiper.com
Local Counsel for Silvermark, LLC

**VIA EMAIL ONLY**
Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8523
Facsimile: (305) 437-8131
Email: andrew.zaron@dlapiper.com
Local Counsel for Silvermark, LLC

**VIA EMAIL ONLY**
David Jonas
4 Overlook Ct.
Medford, NJ 8055
Email: davesjonas@gmail.com

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figuerora Street, 30th Floor
Los Angeles, CA 90017
Counsel for Silvermark, LLC

**VIA EMAIL ONLY**
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: lconahan@gunster.com

**VIA EMAIL ONLY**
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Email: emark@bergersingerman.com
Counsel for David Jonas

**VIA EMAIL ONLY**
Christopher A. Jarvinen, Esq. Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
E-mail: cjarvinen@bergersingerman.com
Counsel for David Jonas

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210

[11158-001/2042099/1]

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                           CASE NO.: 13-29597-RAM

FLORIDA GAMING CENTERS, INC, et al.              CHAPTER 11

     Debtor.

_____/

**DECLARATION OF DANIEL J. STERMER IN SUPPORT OF**
**CREDITORS' COMMITTEE'S APPLICATION FOR APPROVAL**
**OF EMPLOYMENT OF DEVELOPMENT SPECIALISTS, INC. AS FINANCIAL**
**ADVISOR FOR THE CREDITORS COMMITTEE**

STATE OF FLORIDA        )
                          ) ss.
COUNTY OF MIAMI-DADE )

    Daniel J. Stermer who being first duly sworn under oath, deposes and states:

    1.      I am a Consultant with Development Specialists, Inc. ("DSI"), whose offices are located at 200 South Biscayne Boulevard, Suite 1818, Miami, Florida 33131 and I make this Declaration on behalf of DSI (the "Declaration"). The matters set forth in this Declaration are made of my own personal knowledge, except as noted herein, and, if called and sworn as a witness, I could and would testify competently thereto.

    2.      DSI specializes in such areas as corporate finance, turnaround consulting, forensic accounting, and litigation support to distressed, insolvent and reorganizing businesses.

**DISINTERESTEDNESS AND ELIGIBILITY**

    3.      Before this engagement, neither DSI nor I had any connection with the Debtors.

    4.      In connection with the preparation of this Declaration, DSI's professionals conducted a review of their contacts with the Debtors, their affiliates and certain entities holding

large claims against or interests in the Debtors that were reasonably known to DSI. The list of the parties reviewed is annexed here to as <u>Schedule "1"</u>. DSI's review, completed under my supervision, consisted of a query of the Schedule 1 parties within an internal computer database containing names of individuals and entities that are present or recent former clients of DSI.

5.     Based on the results of DSI's review, it was determined that DSI does have or has had relationships with certain Schedule 1 parties. The list of Schedule 1 parties with whom DSI had or has relationships is annexed hereto as <u>Schedule "2"</u>. Except as stated herein, DSI's relationships to these parties are in matters unrelated to these proceedings and are noted for disclosure and presented herein and on Schedule 2 to this Declaration. To the best of my knowledge, no services have been provided to these entities that involve their rights in these cases, nor does DSI's involvement in these cases compromise its ability to continue such services. DSI will not provide any services to the entities listed on Schedule 2 that are related to the Debtors and these Chapter 11 cases.

6.     As part of its diverse practice, DSI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and restructuring consultants, who may represent claimants and parties-in-interest in these cases. Also, DSI has performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, DSI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases, including attorneys from Genovese Joblove & Battista, P.A. and Berger Singerman, LLP who represent the Creditors Committee and Mr. David Jonas, respectively, in this case. Based on DSI's current knowledge

of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors herein in matters upon which DSI is to be employed, and none are in connection with these cases.

7.      DSI is not a "creditor" of the Debtors within the meaning of Bankruptcy Code section 101(10).

8.      Based on the results of the relationship search conducted to date as described above, DSI appears to have no connection with the Debtors, their creditors, other parties-in-interest (as reasonably known to DSI) or their respective attorneys, except as disclosed in the this Declaration.  No one involved in these cases or in DSI's business generally has any connection to the United States Trustee for the Southern District of Florida (the "U.S. Trustee") or any person employed in the Office of the U.S. Trustee in this District.

9.      As such, except as disclosed hereinabove, DSI is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14) in that DSI and its employees:

    a.  are not creditors, equity security holders or insiders of the Debtors;

    b.  were not, within two (2) years before the date of filing of the Debtors' Chapter 11 petitions, a director, officer, or employee of the Debtors; and

    c.  based upon the results of the relationship search described above, do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

10.     It is DSI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new relevant facts or relationships are discovered or arise, DSI will promptly file a supplemental disclosure in the same manner as an estate professional employed pursuant to section 327 of the Bankruptcy Code would filed under Bankruptcy Rule 2014(a).

11.     There is no agreement of any nature, other than the internal agreement of our firm, as to the sharing of any compensation to be paid to the firm.  No promises have been received by DSI nor any member, or associate thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

Dated September 30, 2013.

_____
Daniel J. Stermer


SUBSCRIBED AND SWORN TO BEFORE ME this 30th day of September, 2013.

_____
Notary Public
My Commission Expires:


SUSAN RYAN
MY COMMISSION # EE 012637
EXPIRES: August 30, 2014
Bonded Thru Notary Public Underwriters

4

# Schedule 1

# LISTING OF PARTIES REVIEWED

I.    Debtors

> Florida Gaming Centers, Inc.
> Florida Gaming Corporation
> Tara Club Estates, Inc.
> Freedom Holdings, Inc.

II.    Secured Creditor(s)

> Summit Partners Subordinated Debt Fund IV-A, LP
> Summit Partners Subordinated Debt Fund IV-B LP
> JP Morgan Securities LLC
> Locust Street Funding LLC
> Canyon Value Realization Fund LP
> Canyon Value Realization Master Fund LP
> Canyon Distressed Opportunity Master Fund LP
> Canyon-GRF Master Fund II
> ABC Funding, LLC

III.    Unsecured Creditors

> Eduardo Rodriguez
> Florida Lemark
> Darrell Horton
> SHFL Entertainment
> Shuffle Master, Inc.
> Greg Gelyon
> Tampa Bay Downs
> S. Oden Howell
> Rodney Barreto
> Miami Gaming Ventures
> Allied Health Plan
> American Gaming Systems LLS
> Aristocrat Technologies
> Cousins Chipman and Brown
> Dania Jai-Alai
> Derby Lane
> Edmunds Direct Mail, Inc.
> Florida Legislative Consultants, Inc.
> Frost Brown Todd LLC

   Gulfstream Park
   Hudson and Calleja
   IGT-Eastern Operating
   International Sound Corporation
   Miami Casino Management LLC
   Palm Beach Kennel
   Roberts Communication Network Inc.
   Sportech, Inc.

IV.  Professionals

   Genovese Joblove & Battista, P.A.
   Berger Singerman, LLP
   Salazar Jackson
   Sidley Austin LLP
   Stearns Weaver Miller Weissler Adhadeff & Sitterson, P.A.
   Hughes Hubbard & Reed LLP
   DLA Piper

V.  Equity Holders

   William Bennett Collett, Sr.
   William Bennett Collett, Jr.

VI.  Other
   Silvermark, LLC
   David Jonas

6

# Schedule 2

# ADDITIONAL DISCLOSURES RELATED TO PARTIES

I.    Debtors

      None

II.    Secured Creditor(s)

**Summit Partners**

Certain members of DSI are involved in an unrelated matter where unrelated Summit Partner fund(s), particularly equity, are involved.    Those members of DSI participating in that matter will not be part of DSI's team assigned to this matter

III.    Unsecured Creditors

**Frost Brown Todd, LLC**

DSI has been involved and/or may be involved in one or more unrelated matters with Frost Brown Todd, LLC over the years.    Those members of DSI participating in this matter will not be part of DSI's team assigned to this matter.

IV.    Professionals

**Genovese Joblove & Battista, P.A.**

Genovese Joblove & Battista, P.A. currently represents Daniel J. Stermer as Assignee of Global Bullion Exchange, LLC/Diversified Investment Group, Inc., currently pending before the Complex Business Court, Miami-Dade County, Florida.

Genovese Joblove & Battista, P.A. has represented members of DSI in fiduciary capacities in other unrelated matters over the years.

Genovese Joblove & Battista, P.A. has represented parties in adverse roles to DSI.

**Berger Singerman, LLP**

Berger Singerman, LLP currently represents Daniel J. Stermer as Receiver in the matter Office of the Attorney General Department of Legal Affairs, State of Florida

v. Relief Group, International and as Receiver in the matter Office of the Attorney General Department of Legal Affairs, State of Florida v. Laura L. Hess, Esq., Laura Hess & Associates, P.A. and The Consumer Law Center, LLC.

Berger Singerman, LLP currently represents a Joseph J. Luzinski as Chapter 7 Trustee of National Gold Exchange, Inc. a case pending in the Middle District of Florida

Berger Singerman, LLP currently represents Joseph J. Luzinski as Assignee of Newport Operating Corp.

Berger Singerman, LLP currently represents Joseph J. Luzinski as Chief Restructuring Officer of Ruden McCloskey, P.A., a case pending in the Southern District of Florida.

Berger Singerman, LLP currently represents Joseph J. Luzinski as Chief Restructuring Officer of HearUSA, a case pending in the Southern District of Florida.

Berger Singerman, LLP currently represents Joseph J. Luzinski as Plan Administrator of HNI Holdco, Inc, a case pending in the Southern District of Florida.

Berger Singerman, LLP has represented members of DSI in fiduciary capacities in other unrelated matters over the years.

Berger Singerman, LLP has represented parties in adverse roles to DSI.


V.    Equity Holders

      None

VI.    Other


8