IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FLORIDA GAMING CENTERS, INC., *ET AL.*, | CASE NO. 13-29597-RAM (JOINTLY ADMINISTERED) |
| DEBTORS.      / | |

**DEBTORS' MOTION TO EXTEND EXCLUSIVE
PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF**

**[HEARING REQUESTED: DECEMBER 11, 2013 AT 10:00 A.M.]**

Debtors, Florida Gaming Centers, Inc., Florida Gaming Corporation, Tara Club Estates, Inc., and Freedom Holding, Inc. (collectively, "**Miami Jai-Alai**"), move pursuant to 11 U.S.C. § 1121(d) to (i) extend by 120 days the period under 11 U.S.C. § 1121(b) during which Miami Jai-Alai has the exclusive right to file a Chapter 11 plan (the "**Exclusive Filing Period**"), and (ii) extend by 120 days the period under 11 U.S.C. § 1121(c)(3) during which Miami Jai-Alai has the exclusive right to solicit acceptances of a Chapter 11 plan (the "**Exclusive Solicitation Period**," together with the Exclusive Filing Period, the "**Exclusivity Periods**"), without prejudice to seek additional extensions of the Exclusivity Periods, and state:

**PRELIMINARY STATEMENT**

1.      Since filing these cases, Miami Jai-Alai negotiated the terms of a Sale Process that the parties believe will culminate in an auction and sale hearing that will occur by March 31, 2014.  Miami Jai-Alai seeks an extension of exclusivity sufficient to encompass that agreed timeline.

2.      For these reasons and those set forth below, Miami Jai-Alai respectfully requests extensions of the Exclusive Filing Period and the Exclusive

Solicitation Period for an additional 120 days, without prejudice to seek additional extensions.

## BACKGROUND

3. On August 19, 2013, Miami Jai-Alai commenced these voluntary Chapter 11 cases. Miami Jai-Alai is authorized to continue to operate its businesses and manage its properties as debtor-in-possession pursuant to Sections 1107(a) and 1108.

4. On September 9, 2013, the Office of the United States Trustee appointed the Joint Committee of Creditors Holding Unsecured Claims (ECF No. 90) as to debtors Florida Gaming Centers, Inc., Case No. 13-29597-RAM, and Florida Gaming Corporation, Case No. 13-29598-RAM.

5. The current Exclusive Filing Period expires on **December 17, 2013**, and the current Exclusive Solicitation Period expires on **February 17, 2014**.

## RELIEF REQUESTED

6. Miami Jai-Alai seeks to extend the Exclusive Filing Period for 120 days from December 17, 2013, through and including **April 16, 2014**, and to extend the Exclusive Solicitation Period for 120 days from February 17, 2014, through and including **June 16, 2014**, without prejudice to seek additional extensions of the Exclusivity Periods for cause in accordance with 11 U.S.C. § 1121(d).

7. Bankruptcy Code Section 1121(b) provides that a debtor-in-possession has the exclusive right to file a plan of reorganization within 120 days after the order for relief. 11 U.S.C. § 1121(b). The Court may enter an order extending such period up to 18 months on the request of the debtor-in-possession after notice and a hearing. 11 U.S.C. § 1121(d)(2)(A).

8. Bankruptcy Code Section 1121(c)(3) provides that a debtor in possession also has the exclusive right to solicit acceptances for a plan of

reorganization within 180 days after the petition date. 11 U.S.C. § 1121(c)(3). The Court may enter an order extending such period up to 20 months on the request of the debtor-in-possession after notice and a hearing. 11 U.S.C. § 1121(d)(2)(B).

9. Bankruptcy Code Section 1121(d) grants the Court authority to extend the Exclusivity Periods "for cause" after notice and a hearing. Although the term "cause" is not defined by the Bankruptcy Code, courts have relied on various factors to determine whether cause exists to extend the exclusivity period, including: (i) the size and complexity of the case; (ii) the necessity of sufficient time to negotiate and prepare adequate information; (iii) the existence of good faith progress toward reorganization; (iv) whether the debtor is paying its debts as they come due; (v) whether the debtor has demonstrated reasonable prospects for filing a viable plan; (vi) whether the debtor has made progress negotiating with creditors; (vii) the length of time the case has been pending; (viii) whether the debtor is seeking an extension to pressure creditors; and (ix) whether unresolved contingencies exist. *See In re Friedman's, Inc.,* 336 B.R. 884, 888 (Bankr. S.D. Ga. 2005); *In re Service Merch. Co.,* 256 B.R. 744, 751 (Bankr. M.D. Tenn. 2000); *In re Express One Intern., Inc.,* 194 B.R. 98, 100 (Bankr. E.D. Tex. 1996); *See also In re McLean Indus. Inc.,* 87 B.R. 830, 834 (Bankr. S.D. N.Y. 1987). The identified criteria is a non-exclusive list of factors relied on by courts. *See In re Friedman's, Inc.*, 336 B.R. at 888.

10. Although these cases have only been pending for three months, Miami Jai-Alai has made good faith progress toward the conclusion of these cases, continues to work to resolve issues with its lender, vendors, and other creditors, and is paying its bills as they become due.

11. Miami Jai-Alai is not seeking the extensions of the Exclusivity Periods to delay administration of these cases or to pressure creditors to accept unsatisfactory plans. Rather, this request is intended to facilitate an orderly,

efficient and cost-effective plan process for the benefit of all creditors and parties in interest.

12. Based on the reasons set forth above, Miami Jai-Alai respectfully requests that the Court grant the first requested extensions of the Exclusive Filing Period and the Exclusive Solicitation Period for an additional 120 days, without prejudice to seek additional extensions, as set forth herein.

**WHEREFORE**, Miami Jai-Alai respectfully requests that the Court enter an Order substantially in the form attached hereto as **Exhibit "A"** (i) granting this Motion; (ii) extending the Exclusive Filing Period by an additional 120 days, through and including **April 16, 2014**, without prejudice to seek additional extensions; (iii) extending the Exclusive Solicitation Period by an additional 120 days, through and including **June 16, 2014**, without prejudice to seek additional extensions; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: November 19, 2013           Respectfully submitted,

                                           **SALAZAR JACKSON, LLP**
                                           *Counsel for Miami Jai-Alai*
                                           2 South Biscayne Boulevard, Suite 3760
                                           Miami, Florida 33131
                                           Phone: (305) 374-4848
                                           Fax:     (305) 397-1021
                                           Email: Salazar@SalazarJackson.com
                                           Email: Jackson@SalazarJackson.com

                                           By:_____*/s/ Luis Salazar*_____
                                                  Luis Salazar
                                                 Florida Bar No. 147788
                                                 Linda Worton Jackson
                                                 Florida Bar No. 843164

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Master Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

                                                                          */s/ Luis Salazar*
                                                                          Luis Salazar

**MASTER SERVICE LIST AS OF October 28, 2013**
**Florida Gaming Centers, Inc.** *et al.*

### Debtors

Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc.
Attn: W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

### Debtors Counsel / Professionals

Luis Salazar, Esq.
Linda Worton Jackson, Esq.
Aaron P. Honaker, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
Email: Honaker@SalazarJackson.com
*Counsel for Debtors*

VIA EMAIL ONLY
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com
*Special Counsel for Debtors*

VIA EMAIL ONLY
R. James Straus, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Email: jstraus@fbtlaw.com
*Special Counsel for Debtors*

VIA EMAIL ONLY
Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316
*Special Counsel for Debtors*

### US Trustee

Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
Email:USTPRegion21.MM.ECF@usdoj.gov

### Secured Creditors

Drew Dillworth
150 West Flagler Street
Miami, FL 33130
Email: ddillworth@stearnsweaver.com
*Local Counsel for ABC Funding, LLC*

Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL 33301
Email: mkelley@stearnsweaver.com
*Counsel for ABC Funding, LLC*

Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: aoneill@sidley.com
*Counsel for ABC Funding, LLC*

1

**MASTER SERVICE LIST AS OF October 28, 2013**
**Florida Gaming Centers, Inc.** *et al.*

---

Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: dtwomey@sidley.com
*Counsel for ABC Funding, LLC*

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Canyon Distressed Opportunity Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn: James Roche
345 Park Avenue, 31st Floor
New York, NY 10154

Summit Partners Subordinated Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated Debt Fund IV-A, L.P.
Summit Partners Subordinated Debt Fund IV-B, L.P.
ABC Funding, LLC
Attn: Summit Partners SD IV, L.P.,
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

**MASTER SERVICE LIST AS OF October 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov
*Counsel for Miami Dade County-County Tax Collector*

Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Email: dgjp@miamidade.gov
Email: MDTCBKC@miamidade.gov

Thomas P. Abbott, Assistant County Attorney
PO Box 025504
Miami, FL 33102-5504
Facsimile: 305-876-7294
Email: TABBOTT@miami-airport.com

### CREDITORS

Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Email: aherron@herronortiz.com
Email: ndrubin@herronortiz.com
*Counsel for Miami Gaming Ventures, LLC*

Howard S. Toland, Esq.
1200 Weston Road, Penthouse
Weston, FL 33326
Email: htoland@mitrani.com
*Counsel for International Sound Corporation*

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310
*Counsel for Committee of Unsecured Creditors*

Solomon B. Genet, Esquire
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221
Email: sgenet@melandrussin.com
*Counsel for Miami Casino Management, LLC*

Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
Email: jfrank@fgllp.com
Email: jkleinman@fgllp.com
*Counsel for Bottling Group, LLC*

Miami Gaming Ventures
Attn: Rodney Barreto, Partner
235 Catalonia Avenue
Coral Gables, FL 33134
Telephone: 305-444-4648
Fcsimilie: 305-444-1128
Email: Rodney@barretogroup.com

Florida Lemark Corporation
Attn: Eduardo P. Rodriguez, Vice President
2040 NW 94th Avenue
Doral, FL 33172
Telephone: 305-593-1442
Facsimile: 305-593-0998
Email: Eduardo@FloridaLemark.com

3

**MASTER SERVICE LIST AS OF October 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

Farmers Bank
P.O. Box 231
Hardinsburg, KY 40143

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

S. Oden Howell
6800 Shadwell Place
Prospect, KY 40059
Telephone: 502-491-7985
Facsimile: 502-491-1212
Email: SoHowell@aol.com

Kim Tharp
2669 Charlestown Rd #D
New Albany, IN 47150

SHFL Entertainment ( Shuffle Master, Inc.)
Attn: Darrell Horton
6650 El Camino
Las Vegas, NV 89118
Telephone: 702-270-5138
Facsimile: 888-234-3881
Email: DHorton@shfl.com

Tampa Bay Downs, Inc.
Attn: Gregory Gelyon, Vice President of Finance
P.O Box 2007
Oldsmar, FL 34677
Telephone: 813-855-4401
Facsimile: 813-261-1961
Email:greg@tampabaydowns.com,
pnberube@tampabaydowns.com

### GOVERNMENTAL AGENCIES / TAXING AUTHORITIES

Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL 32399
Facsimile: 850.922.5175

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL 33309-3787

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035
Facsimile: 850.488.0550

Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL 33126-1828

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**MASTER SERVICE LIST AS OF October 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA 30326-1382
Email: atlreorg@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**PARTIES IN INTEREST**

VIA EMAIL ONLY
Lance A. Schildkraut, Esq.
DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, NY 10017
Email: las@dtlawgroup.com

VIA EMAIL ONLY
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

VIA EMAIL ONLY
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

VIA EMAIL ONLY
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

VIA EMAIL ONLY
Craig V. Rasile, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8539
Facsimile: (305) 437-8131
Email: craig.rasile@dlapiper.com
*Local Counsel for Silvermark, LLC*

**MASTER SERVICE LIST AS OF October 28, 2013**
**Florida Gaming Centers, Inc. *et al.***

---

VIA EMAIL ONLY
Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8523
Facsimile: (305) 437-8131
Email: andrew.zaron@dlapiper.com
*Local Counsel for Silvermark, LLC*

VIA EMAIL ONLY
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8563
Facsimile: (305) 437-8131
Email: rachel.nanes@dlapiper.com
*Lcoal Counsel for Silvermark, LLC*

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figuerora Street, 30th Floor
Los Angeles, CA 90017
*Counsel for Silvermark, LLC*

VIA EMAIL ONLY
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: lconahan@gunster.com

VIA EMAIL ONLY
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Birckell Avenue, Suite 1900
Miami, FL 33131
Email: emark@bergersingerman.com
*Counsel for David Jonas*

VIA EMAIL ONLY
Christopher A. Jarvinen, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
E-mail: cjarvinen@bergersingerman.com
*Counsel for David Jonas*

VIA EMAIL ONLY
David Jonas
4 Overlook Ct.
Medford, NJ 8055
Email: davesjonas@gmail.com

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210

6

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

I<small>N RE</small>:

FLORIDA GAMING CENTERS, INC., *<small>ET AL</small>.*,

D<small>EBTORS</small>.   /

C<small>HAPTER</small> 11

C<small>ASE</small> N<small>O</small>. 13-29597-RAM
(J<small>OINTLY</small> A<small>DMINISTERED</small>)

### O<small>RDER</small> G<small>RANTING</small> D<small>EBTORS</small>' M<small>OTION</small> T<small>O</small> E<small>XTEND</small> E<small>XCLUSIVE</small> P<small>ERIODS</small> T<small>O</small> F<small>ILE</small> A P<small>LAN</small> A<small>ND</small> S<small>OLICIT</small> A<small>CCEPTANCES</small> T<small>HEREOF</small>

THIS CAUSE came before the Court for hearing on _____, 2013 at _____ a.m./p.m. on the *Motion to Extend Exclusive Periods to File a Plan and Solicit Acceptances Thereof* (the **"Exclusivity Motion"**) filed by debtors, Florida Gaming Centers, Inc., Florida Gaming Corporation, Tara Club Estates, Inc., and Freedom Holding, Inc. (collectively, **"Miami Jai-Alai"**), seeking, pursuant to 11 U.S.C. § 1121(d) to (i) extend by 120 days, through and including **April 16, 2014**, the period under 11 U.S.C. § 1121(b) during which Miami Jai-Alai has the exclusive right to file a Chapter 11 plan (the "**Exclusive Filing Period**"),

and (ii) extend by 120 days, through and including **June 16, 2014**, the period under 11 U.S.C. § 1121(c)(3) during which Miami Jai-Alai has the exclusive right to solicit acceptances of a Chapter 11 plan (the "**Exclusive Solicitation Period**," together with the Exclusive Filing Period, the "**Exclusivity Periods**"), without prejudice to seek additional extensions of the Exclusivity Periods in accordance with 11 U.S.C. § 1121(d).

The Court, having reviewed and considered the Exclusivity Motion and no parties in interest having objected to the relief requested, finds and determines that good, adequate, and sufficient notice of the Exclusivity Motion and the hearing thereon have been provided, and that, for the reasons stated on the record, cause exists to grant the relief requested by Miami Jai-Alai. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. The Exclusivity Motion is GRANTED.

2. The period under 11 U.S.C. § 1121(b) during which only Miami Jai-Alai may file a Chapter 11 plan is EXTENDED through and including **April 16, 2014.**

3. The period under 11 U.S.C. § 1121(c)(3) during which only Miami Jai-Alai may solicit acceptances of a Chapter 11 plan is EXTENDED through and including **June 16, 2014.**

4. The foregoing extensions are granted without prejudice to the right of Miami Jai-Alai to seek additional extensions of the Exclusivity Periods for cause in accordance with 11 U.S.C. § 1121(d).

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

**Submitted by:**
Luis Salazar, Esq.
**SALAZAR JACKSON, LLP**
Two South Biscayne Boulevard
Suite 3760
Miami, Florida 33131
Phone: (305) 374-4848
Fax: (305) 397-1021
Email: Salazar@SalazarJackson.com

*(Attorney Salazar shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*