**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.:  13-29597-RAM |
| FLORIDA GAMING CENTERS, INC., et al. | Chapter 11 |
| Debtors. | Re:  ECF 228 |
| _____/ | |

**MIAMI-DADE COUNTY'S OBJECTION TO DEBTOR'S MOTION**
**FOR ENTRY OF AN ORDER AUTHORIZING, *INTER ALIA*, SALE**
**PROCEDURES AND ASSUMPTION AND ASSIGNMENT OF CERTAIN**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Miami-Dade County, Florida (the "County"), by and through undersigned counsel, hereby files this objection to the Motion for Entry of an Order Authorizing, *inter alia*, Sale Procedures and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [ECF 228] (the "Motion") filed by the above-captioned debtors and debtors in possession (the "Debtors"), and in support of the Motion, respectfully represents as follows:

**OBJECTION**

The County is a party to two executory contracts with Florida Gaming Centers, Inc.  The Slot Machine Agreement[1] and the Parcel No. 155 Settlement Agreement[2] authorizes the Debtor to operate slot machines at its facility, and provides for air and right-of-way easements, expansion and road closures surrounding the facility's parking lots, respectively.  Neither

---

[1] Agreement Between Florida Gaming Centers, Inc. d/b/a Miami Jai Alai, the Summer Jai Alai Partnership and Miami-Dade County Regarding Slot Machines in Parimutuel Facilities, dated January 31, 2005.

[2] Stipulated Order of Taking and Final Judgment approving Settlement Agreement as to Parcel No. 155 and Parcel No. 155TCE, dated March 16, 2009.

contract is identified in the Motion as being assumed and assigned.  Each contract is assignable, but only upon the County's consent.

The County objects to the Motion to the extent the assumption and assignment procedures do not provide the County with sufficient time to vet potential assignees and obtain the appropriate approvals required at each level of review.  Under the procedures outlined in the Motion, the Debtor would notify the County that its contracts would be assigned a mere seven days before the deadline to object to the sale.  Seven days is insufficient to the have the assignee, or potential assignee, obtain the consent necessary to assign the contracts.  Accordingly, the County objects to the Motion.

WHEREFORE, the County respectfully requests that the Court deny the Motion until the issued addressed in this Objection are resolved.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being filed electronically via the Clerk's CM/ECF website.  Copies of the document will be furnished on December 9, 2013, by Notice of Electronic Filing ("NEF") via the CM/ECF program to those parties and counsel authorized to receive NEF.

        Respectfully submitted,
        R. A. CUEVAS, JR.

        Miami-Dade County Attorney
        Stephen P. Clark Center, Suite 2810
        111 N.W. First Street
        Miami, FL  33128-1993

By*:   /s/ Ileana Cruz*
        Ileana Cruz
        Assistant County Attorney
        Florida Bar No. 419140
        Telephone:     (305) 375-5151
        Facsimile:      (305) 375-5611
        E-mail (*Direct*):         ileanac@miamidade.gov
        E-mail (*CM/ECF*):     cao.bkc@miamidade.gov