UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No: 13-29597-RAM

**FLORIDA GAMING CENTERS, INC.,**                  Chapter 11
*et al.* [1]
                    Debtors.                                             Jointly Administered
_____/

**SILVERMARK LLC'S RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF (I) AN ORDER (A) AUTHORIZING AND APPROVING SALE PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (B) APPROVING DEBTORS' ENTRY INTO AND FORM OF ASSET PURCHASE AGREEMENT, INCLUDING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (C) SCHEDULING AN AUCTION AND FINAL HEARING TO CONSIDER APPROVAL OF THE SALE; (D) APPROVING FORM AND MANNER OF NOTICE OF SALE PROCEDURES, AUCTION AND SALE HEARING; (II) AN ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) APPROVING THE COMPROMISE AND SETTLEMENT OF CLAIMS BETWEEN PARTIES TO THE NOVEMBER 25, 2012 STOCK PURCHASE AGREEMENT**

Silvermark LLC ("Silvermark"), through undersigned counsel, submits this reservation of rights (the "Reservation of Rights") with respect to the *Debtors' Motion for Entry of (I) An Order (A) Authorizing and Approving Sale Procedures for the Sale of Substantially All the Debtors' Assets; (B) Approving Debtors' Entry Into and Form of Asset Purchase Agreement, Including a Break-Up Fee and Expense Reimbursement; (C) Scheduling an Auction and Final Hearing to Consider Approval of the Sale; (D) Approving Form and Manner of Notice of Sale Procedures, Auction and Sale Hearing; (II) An Order Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Approving the Compromise and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Florida Gaming Corporation (0533), Florida Gaming Centers, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929). These cases are being jointly administered under Case No. 13-29597.

1

*Settlement of Claims Between Parties to the November 25, 2012 Stock Purchase Agreement* (the "Sale Motion") [D.E. 228] scheduled for hearing before this Court on December 11, 2013 at 10:00 a.m. In support of its Reservation of Rights, Silvermark respectfully states the following.

## BACKGROUND

1. Silvermark, as purchaser, and Florida Gaming Centers, Inc. ("FGC") and Florida Gaming Corporation ("Holdings" and, collectively with FGC, the "Seller Parties"), as sellers, are parties to that certain Stock Purchase Agreement dated November 25, 2012 (as amended, the "SPA").

2. Under the SPA, Silvermark contracted with the Seller Parties to purchase all of the shares of FGC from Holdings for a cash purchase price of $115.0 million, plus assumption by Silvermark of approximately $14.0 million of secured mortgage liabilities of the Seller Parties plus the assumption of several million of certain unsecured liabilities (collectively, the "FGC Acquisition"). Following execution of the SPA, Silvermark worked diligently and in good faith with both, the Seller Parties and ABC Funding, LLC ("ABC Funding"), as the administrative agent for the Sellers Parties' lending group, to close the FGC Acquisition. Indeed, even as the Seller Parties filed their bankruptcy cases on August 19, 2013, Silvermark anticipated and prepared for a closing that it firmly believed would occur that same week. As the Court is aware, notwithstanding Silvermark's best efforts, the Seller Parties failed to complete the closing.

3. On August 29, 2013, the Debtors filed their *Motion for Entry of an Order Pursuant to 11 U.S.C. § 365 Authorizing Debtors to Reject Executory Contract* (the "Rejection Motion") [D.E. 56] seeking to reject the SPA. Following a hearing on Silvermark's Objection [D.E. 97] to the Rejection Motion, on October 5, 2013, the Court entered its *Order Denying*

*Motion for Motion for Entry of an Order Pursuant to 11 U.S.C. § 365 Authorizing Debtors to Reject Executory Contract Without Prejudice* [D.E. 167].

4. On September 9, 2013, the Office of the United States Trustee appointed the Joint Committee of Creditors Holding Unsecured Claims (the "Committee") [D.E. 90].

5. As set forth in the Debtors' Sale Motion filed on November 25, 2013, the Debtors, Silvermark, the Committee and ABC Funding have been negotiating the terms of a stalking horse Asset Purchase Agreement (the "APA").  As of the date of the filing of this Reservation of Rights, however, several key provisions of the APA remain subject to further negotiation.

6. Without revealing the substantive details of confidential settlement discussions among the aforementioned parties, Silvermark asserts that certain components of the Sale Motion are inaccurate and remain under negotiation.  In addition, certain aspects of the Sale Procedures, as that term is defined in the Sale Motion, similarly remain under negotiation.

## RESERVATION OF RIGHTS

7. Because key provisions of the Sale Motion and the APA remain subject to further negotiation, Silvermark seeks to: (a) reserve all rights, claims and defenses that it has in connection with the SPA; and (b) further reserve its rights to assert any objections it may have to both the Sale Motion and the APA.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**WHEREFORE**, based upon the foregoing, Silvermark reserves its rights as set forth herein.

Dated: December 9, 2013                                  Respectfully submitted,

I hereby certify that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated August 30, 2013 [D.E. 59].

By: /s/ Thomas R. Kreller
Thomas R. Kreller
**Milbank, Tweed, Hadley & McCloy LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4463
Facsimile: (213) 629-5063
E-mail: tkreller@milbank.com

-and-

Craig V. Rasile
Florida Bar Number: 613691
**DLA PIPER LLP (US)**
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
E-mail: craig.rasile@dlapiper.com

*Counsel for Silvermark LLC*

**CERTIFICATES OF ADMISSION AND SERVICE**

  **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

  **I FURTHER CERTIFY** that on December 9, 2013, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ Craig V. Rasile
                Craig V. Rasile