UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                  Chapter 11

                                                        Case No. 13-29597-RAM
FLORIDA GAMING CENTERS, INC.,                           (Jointly Administered)
*et al.,*[1]
_____Debtors._____  /

### MOTION FOR ENTRY OF AN ORDER APPROVING AND AUTHORIZING SETTLEMENT AND COMPROMISE OF CONTROVERSY BY AND AMONG THE DEBTORS AND THEIR RESPECTIVE ESTATES, THE COMMITTEE, THE COLLETTS, AND INNOVATION CAPITAL, LLC

> **Any interested party who fails to file and serve a written response to this Motion within 21 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this Motion.  Any scheduled hearing may then be canceled.**

Florida Gaming Centers, Inc. ("**Centers**"), Florida Gaming Corporation ("**Holdings**"), Tara Club Estates, Inc. ("**Tara Club**"), and Freedom Holding, Inc. ("**Freedom Holdings**") (collectively the "**Debtors**" or "**Miami Jai-Alai**"), move this Court, pursuant to Bankruptcy Code Section 105, Bankruptcy Rule 9019, and Local Rule 9013-1(D)(3)(b), for the entry of an Order approving and authorizing the settlement and compromise of controversy by and among the Debtors and their respective chapter 11 estates (the "**Estates**"), the Official Joint Committee of Unsecured Creditors (the "**Committee**"), William B. Collett and William B. Collett, Jr. (collectively the "**Colletts**"), and Innovation Capital, LLC ("**Innovation**") (all parties above are sometimes referred to individually as a "**Party,**" collectively "**Parties**"), and state:

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are: Florida Gaming Corporation (0533), Florida Gaming Miami Jai-Alai, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929).



## BACKGROUND

1.      On May 3, 2011, Centers, Holdings, their affiliates, and Innovation entered into an agreement ("**Financial Advisory Agreement**") wherein Innovation was retained as exclusive financial advisor for Centers and Holdings in connection with (i) raising debt and/or equity capital for Centers and/or Holdings, including refinancing or recapitalization, (ii) restructuring or reorganization of Centers and/or Holdings, or (iii) a sale, merger or acquisition of Centers and/or Holdings (collectively, a "**Transaction**").

2.      Centers and Holdings brought third-party claims against Innovation, Matthew Sodl, Kevin Scheible, and Steven Rittvo (the "**Innovation Defendants**") in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida in the case styled *ABC Funding, LLC v. Florida Gaming Centers, Inc., et al.*, Case No. 12-5064 CA 58, which third-party claims were dismissed December 19, 2012.

3.      On February 12, 2013, Centers and Holdings commenced litigation against the Innovation Defendants in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida in the case styled *Florida Gaming Centers, Inc. and Florida Gaming Corp. v. Innovation Capital, LLC, et al.*, Case No. 13-5105 CA 31.

4.      Innovation has filed a proof of claim against each of the Debtors' respective Estates as follows: Centers Claim No. 28-1 (the "**Centers Claim**"); Holdings Claim No. 3-1 (the "**Holdings Claim**"); Tara Claim No. 2-1 (the "**Tara Club Claim**"); and Freedom Holding Claim No. 3-1) (the "**Freedom Claim**") (collectively, the "**Innovation Claims**") for a contingent claim against the Debtors for any amounts that may become due as a result of a Transaction pursuant to the Financial Advisory Agreement.

5.      The Parties have agreed to resolve the dispute upon the terms and conditions set forth in the settlement agreement (the "**Settlement Agreement**") attached hereto and made a part hereof as **Exhibit "A."**

<u>**R**ELIEF **R**EQUESTED</u>

6.      Miami Jai-Alai seeks the entry of an Order approving and authorizing the settlement and compromise by and among the Debtors and their respective chapter 11 estates, the Official Joint Committee of Unsecured Creditors, William B. Collett and William B. Collett, Jr., and Innovation Capital, LLC upon the terms and conditions set forth in the Settlement Agreement.

7.      **The Settlement Agreement.** Under the terms of the Settlement Agreement, the Centers Claim is being allowed as a general unsecured claim in the amount of $500,000 against the Centers Estate for purposes of distribution pursuant to Section 5 of the Settlement Agreement dated as of March 19, 2014 by and between the Debtors, the Committee and ABC Funding, LLC, which has been approved by this Court's Order dated March 20, 2014 **(ECF No. 387)**.  Innovation (i) has agreed that it will not be entitled to any claims against Holdings, Tara Club, or Freedom Holding; (ii) has agreed to waive the Holdings Claim, Tara Club Claim, and Freedom Claim; and (iii) understands that the Holdings Claim, Tara Club Claim, and Freedom Claim are being stricken and disallowed under the terms of the Settlement Agreement.

8.      **Releases.**  The Settlement Agreement provides for releases between the Parties as set forth in paragraphs 4a and 4b of the Agreement.

<u>**B**ASIS **F**OR **A**PPROVAL **O**F **T**HE **S**ETTLEMENT</u>

9.      The decision of whether or not to approve a settlement in a bankruptcy proceeding is within the sound discretion of the court.  *See In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988), citing *Rivercity v. Herpel (In re Jackson Brewing Co.)*, 624 F. 2d 599, 602-03 (5th Cir. 1980), *Anaconda-Ericsson, Inc. v Hessen (In re Teltronics Services Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985), and *In re Prudence Co.*, 98 F.2d 559 (2d Cir. 1938), *cert. denied sub nom.  Stein v. McGrath*, 306 U.S. 636 (1939).



10.    The Court must evaluate whether the settlement falls below the "lowest point in the range of reasonableness." *Anaconda Ericsson, Inc. v. Hessen (In re Teltronics Services Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985); *Newman v. Stein,* 464 F.2d 689, 693 (2d Cir.), *cert. denied,* 409 U.S. 1039 (1972); *Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2nd Cir.), *cert. denied*, 464 U.S. 822 (1983).

11.    The standards under which a settlement is to be considered are set forth in *In re Justice Oaks, II, Ltd.,* 898 F.2d 1544, 1549 (11th Cir.), *cert. denied,* 498 U.S. 959 (1990).  Indeed, courts must determine whether the settlement is fair and equitable by considering:

(a)    probability of success in the litigation;
(b)    difficulties, if any, to be encountered in the matter of collection;
(c)    complexity of the litigation involved and the expense, inconvenience and delay necessarily attending it; and
(d)    paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Id.*

12.    Miami Jai-Alai believes that the proposed settlement meets the standards set forth in *In re Justice Oaks II* as it is fair and reasonable, falls within the reasonable range of possible litigation outcomes, and is in the best interests of the Estates as settlement precludes any risks and costs associated with further litigation and increases the funds available for distribution to creditors as well as the expediency of such distribution to creditors.

13.    For these reasons, Miami Jai-Alai believes that the settlement is in the best interests of the Estates and their respective creditors and respectfully requests the entry an Order approving the settlement and compromise between the Parties.



WHEREFORE, Miami Jai-Alai respectfully requests that this Court enter an Order substantially in the form attached hereto as **Exhibit "B"** (i) granting this Motion; (ii) approving the settlement and compromise by and among the Debtors and their respective chapter 11 estates, the Official Joint Committee of Unsecured Creditors, William B. Collett and William B. Collett, Jr., and Innovation Capital, LLC upon the terms and conditions set forth in the Settlement Agreement; and (iii) granting such other and further relief as this Court deems just and proper.

Dated: April 21, 2014                    Respectfully submitted,

**SALAZAR JACKSON LLP**
*Attorneys for Miami Jai-Alai*
Two South Biscayne Blvd, Suite 3760
Miami, Florida 33131
Phone: (305) 374-4848
Fax:     (305) 397-1021
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com

By:    ___/s/  Luis Salazar_____
              Luis Salazar
              Florida Bar No. 147788
              Linda Worton Jackson
              Florida Bar No. 843196

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the attached *Service List* attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

*/s/  Luis Salazar*

LUIS SALAZAR

**MASTER SERVICE LIST AS OF MARCH 17, 2014**
**Florida Gaming Centers, Inc.** *et al.*

**Debtors**

Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc.
Attn: W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

**Debtors Counsel / Professionals**

**VIA CM/ECF ONLY**
Luis Salazar, Esq.
Linda Worton Jackson, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
*Counsel for Debtors*

**VIA EMAIL ONLY**
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com
*Special Counsel for Debtors*

**VIA EMAIL ONLY**
R. James Straus, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Email: jstraus@fbtlaw.com
*Special Counsel for Debtors*

Alex C Fisch
c/o GUGGENHEIM SECURITIES, LLC
330 Madison Avenue
New York, NY 10017

**VIA CM/ECF ONLY**
Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Email: mwalker@kapilaco.com
*Special Counsel for Debtors*

**US Trustee**

**VIA CM/ECF ONLY**
Steven D. Schneiderman, Esq.
Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
Email: steven.d.schneiderman@usdoj.gov
Email: USTPRegion21.MM.ECF@usdoj.gov

**Receiver**

**VIA EMAIL ONLY**
David Jonas
4 Overlook Court
Medford, NJ 8055
Email: davesjonas@gmail.com

**VIA EMAIL ONLY**
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Birckell Avenue, Suite 1900
Miami, FL 33131
Email: emark@bergersingerman.com
*Counsel for David Jonas*

**VIA CM/ECF ONLY**
Christopher A. Jarvinen, Esq.
BERGER SINGERMAN, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
E-mail: cjarvinen@bergersingerman.com
*Counsel for David Jonas*

**MASTER SERVICE LIST AS OF MARCH 17, 2014**
**Florida Gaming Centers, Inc.** *et al.*

**Secured Creditors**

**VIA CM/ECF ONLY**
Drew Dillworth
150 West Flagler Street
Miami, FL 33130
Email: ddillworth@stearnsweaver.com
*Local Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL 33301
Email: mkelley@stearnsweaver.com
*Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: aoneill@sidley.com
*Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Dennis M. Twomey
 Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: dtwomey@sidley.com
*Counsel for ABC Funding, LLC*

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Canyon Distressed Opportunity Master
Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn: James Roche
345 Park Avenue, 31st Floor
New York, NY 10154

Summit Partners Subordinated
Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated
Debt Fund IV-A, L.P.
Summit Partners Subordinated
Debt Fund IV-B, L.P.
ABC Funding, LLC
Attn: Summit Partners SD IV, L.P.,
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA 02116

**MASTER SERVICE LIST AS OF MARCH 17, 2014**
**Florida Gaming Centers, Inc. *et al.***

Summit Partners Subordinated
Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

**VIA CM/ECF ONLY**
Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov
*Counsel for Miami Dade County-County Tax*
*Collector and Miami-Dade Aviation Department*

**VIA CM/ECF ONLY**
Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Email: dgjp@miamidade.gov
Email: mdtcbkc@miamidade.gov

**VIA EMAIL ONLY**
Thomas P. Abbott, Assistant County Attorney
PO Box 025504
Miami, FL 33102-5504
Email: Tabbott@miami-airport.com

**Creditors**

**VIA CM/ECF ONLY**
Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Email: aherron@herronortiz.com
*Counsel for Miami Gaming Ventures, LLC*

**VIA CM/ECF ONLY**
Howard S. Toland, Esq.
1200 Weston Road, Penthouse
Weston, FL 33326
Email: htoland@mitrani.com
*Counsel for International Sound Corporation*

**VIA CM/ECF ONLY**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: gmoses@gjb-law.com
*Counsel for  Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: pbattista@gjb-law.com
*Counsel for  Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Solomon B. Genet, Esquire
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Email: sgenet@melandrussin.com
*Counsel for Miami Casino Management, LLC*

**VIA CM/ECF ONLY**
Joseph D. Frank
Jeremy C. Kleinman
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
Email: jfrank@fgllp.com
Email:  jkleinman@fgllp.com
*Counsel for Bottling Group, LLC*

**MASTER SERVICE LIST AS OF MARCH 17, 2014**
**Florida Gaming Centers, Inc.** *et al.*

**VIA EMAIL ONLY**
Miami Gaming Ventures
Attn: Rodney Barreto, Partner
235 Catalonia Avenue
Coral Gables, FL 33134
Email: Rodney@barretogroup.com

The Farmers Bank
c/o David B. Vickery, Esq.
101 North Main Street
Leitchfield, KY 42754

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

**VIA EMAIL ONLY**
S. Oden Howell
6800 Shadwell Place
Prospect, KY 40059
Email: SoHowell@aol.com

Kim Tharp
2669 Charlestown Rd #D
New Albany, IN 47150

**VIA EMAIL ONLY**
Florida Lemark Corporation
Attn: Eduardo P. Rodriguez, Vice President
2040 N.W. 94th Avenue
Doral, FL 33172
Email: eduardo@floridalemark.com

**VIA EMAIL ONLY**
SHFL Entertainment (Shuffle Master, Inc.)
Attn: Darrell Horton
6650 El Camino
Las Vegas, NV 89118
Email: DHorton@shfl.com

**VIA EMAIL ONLY**
Tampa Bay Downs, Inc.
Attn: Gregory Gelyon, Vice President of Finance
P.O Box 2007
Oldsmar, FL 34677
Email:greg@tampabaydowns.com
Email:pnberube@tampabaydowns.com

**VIA CM/ECF ONLY**
Robert C. Meyers
ROBERT C. MEYERS, P.A.
2223 Coral Way
Miami, FL  33145
Email: meyerrobertc@cs.com
*Counsel for Florida Lemark Corporation*

**VIA CM/ECF ONLY**
David Brett Marks
AKERMAN, LLP
350 Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL  33301
Email: brett.marks@akerman.com
*Counsel for James W. Stuckert*
*and Solomon O. Howell*

**Governmental Agencies / Taxing**
**Authorities**

Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL 32399

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL 33309-3787

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035

Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

**MASTER SERVICE LIST AS OF MARCH 17, 2014**
**Florida Gaming Centers, Inc. *et al.***

Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL 33126-1828

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

**VIA CM/ECF ONLY**
David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA 30326-1382
Email: baddleyd@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Parties in Interest**

**VIA EMAIL ONLY**
Lance A. Schildkraut, Esq.
DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, NY 10017
Email: las@dtlawgroup.com

**VIA EMAIL ONLY**
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

**VIA EMAIL ONLY**
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

**VIA EMAIL ONLY**
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

**MASTER SERVICE LIST AS OF MARCH 17, 2014**
**Florida Gaming Centers, Inc. *et al.***

**VIA CM/ECF ONLY**
Franck D. Chantayan, Esq.
Franck D. Chantayan, P.A.
125 S. State Road 7, Suite 104-334
Wellington, FL 33414
Email: franck@chantayan.com
*Counsel for William B. Collett, Sr. and William B.*
*Collett, Jr.*

**VIA CM/ECF ONLY**
Craig V. Rasile, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: craig.rasile@dlapiper.com
*Local Counsel for Silvermark, LLC*

**VIA EMAIL ONLY**
Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: andrew.zaron@dlapiper.com
*Local Counsel for Silvermark, LLC*

**VIA EMAIL ONLY**
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: rachel.nanes@dlapiper.com
*Local Counsel for Silvermark, LLC*

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figuerora Street, 30th Floor
Los Angeles, CA 90017
*Counsel for Silvermark, LLC*

**VIA EMAIL ONLY**
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email:  lconahan@gunster.com

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210

Daniel Stermer
200 S Biscayne Blvd. #1818
Miami, FL 33131

**VIA CM/ECF ONLY**
Allison L. Friedman, Esq.
Allison L. Friedman, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, FL 33180
Email: ralfriedman@gmail.com
*Counsel for Aristocrat Technologies, Inc.*

**Isle of Capri Casinos, Inc.**
600 Emerson Road
St. Louis, MO 63141

**HGE Music, LLC**
c/o Homer M. Gallardo, as Registered Agent
2355 NW 137th Avenue
Sunrise, FL 33323

**International Union UAW and its Local 8868**
c/o Michael B. Schoenfeld
Stanford Fagan LLC
191 Peacetree St NE, #4200
Atlanta, GA 30303

**H2C, Inc.**
108 West 13th Street
Wilmington, DE 19801

**Froilan Deya**
12857 NW 102nd Avenue
Hialeah Gardens, Florida 33018

**Law Offices of Thomas J. Palmieri**
340 Minorca Avenue, Suite 1
Coral Gables, FL 33134

**Leastar Capital Group Inc.**
1324 Motor Pkwy.
Hauppauge, NY 11788

**Dayron Alonso**
7870 West 10th Avenue
Hialeah, FL 33014

**King & Company**
3400 Dutchmans Lane
Louisville, KY 40205

**AT&T Capital Leasing Services, Inc.**
550 Cochituate Road
Framingham, MA 01701-4654

**Cousins Chipman & Brown, LLP**
1007 North Orange Street, Ste. 1110
Wilmington, DE 19801

**Andrea Neiman**
1333 St. Tropez Circle, #406
Weston, FL 33326

**Bristol Holdings Inc.**
2900 South Highland Drive, Ste 18C
Las Vegas, NV 89109-1075

**Commercial Flooring Solutions**
3820 Rose Lake Drive
Charlotte, NC 28217

**Chris Craft**
St. Lucie County Tax Collector
P.O. Box 308
Ft. Pierce, FL 34954

**First Union National Bank of Florida**
1 SE Financial Center
Miami, FL 33131

**Alex Gutierrez**
21815 SW 98th Place
Cutler Bay, FL 33190

**St. Lucie County**
c/o Daniel S. McIntyre, County Attorney
2300 Virginia Avenue
Fort Pierce, FL 34982

**CIT Technology Fin. Servs. Inc.**
4600 Touchton Road East, Bldg. 100
Jacksonville, FL 32246-8299

**CIB Bank**
20527 S. La Grange Road
Frankfort, IL 60423-1345

**St. Lucie County**
Chris Craft
St. Lucie County Tax Collector
2300 Virginia Avenue
Ft. Pierce, FL 34982

**CIT Technology Fin. Servs. Inc.**
650 CIT Drive
Livingston, NJ 07039-5705

**WMS Gaming Inc.**
800 S. Northpoint Blvd.
Waukegan, IL 60085-8211

**St. Lucie County**
Chris Craft
St. Lucie County Tax Collector
1664 SE Walton Road
Suite 101
Ft. Pierce, FL 34952

**LCOA, Inc.**
340 E. Big Beaver Road, Ste. 560
Troy, MI 48083-1218

**Suzo-Happ Group**
7331 Solutions Center
Chicago, IL 60677-7003

**City of Miami**
c/o Victoria Mendez, City Attorney
444 S.W. Second Avenue
Miami, FL 33130

**Seat Masters Investment Corp.**
2370 SW 67th Avenue
Miami, FL 33155

**Continental Stock Transfer**
17 Battery Place, 8th Floor
New York NY 10004

**City of Fort Pierce**
Robert V. Schwerer, Esq.
**City Hall**
**100 N. US 1**
**Fort Pierce, FL 34950**

St. Lucie County Tax Collector
P.O. Box 308
Ft. Pierce, FL 34954-0308

Dade Paper & Bag Co.
PO Box 523666
Miami, FL 33152

Wagiman Soemanto
PO Box 1641
Ft. Pierce, FL 34954-1641

AT&T
PO Box 105262
Atlanta, GA 30348

Broadridge ICS
PO Box 416423
Boston, MA 02241

Chase Credit Cardmember
PO Box 94014
Palatine, IL 6009

Federal Express
PO Box 94515
Palatine, IL 60094

Fair Harbor Capital, LLC
Ansonia Finance Station
Attn: Frederic Glass
PO Box 237037
New York, NY 10023

Gordon Food Service, Inc.
Legal Dept - Attn: Marla Frear
PO Box 2244
Grand Rapids, MI 49501

SHC Holdings LLC
PO Box 130
Cottonwood Falls, KS 66845

Earthlink Business fdba Deltacom
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

Gordon Food Service, Inc.
Legal Dept – Attn: Maria Frear
P. O. Box 2244
Grand Rapids, MI 49501

Micros Systems Inc.
7031 Columbia Gateway Dr.
Columbia, MD 21046-2289

SHC Holdings LLC
200 North Walnut Street
P.O. Box 130
Cottonwood Falls, KS 66844

Newport Grand, LLC
150 Admiral Kalfus Road
Newport, RI 02840

Otis Elevator Company, et al
Attn: Treasury Services-Credit/Collections
1 Farm Springs
Farmington, CT 06032

Earthlink Business f/d/b/a Deltacom
c/o RMS Bankruptcy Recovery Services
P. O. Box 5126
Timonium, MD 21094

FedEx Tech Connect Inc.
As Assignee of FedEx
Express/Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd Flr
Memphis, TN 38116

IGT
Attn: Gent Culver
9295 Prototype Dr.
Reno, NV 89521

General Electric Capital Corporation
c/o Barbi Martin
1010 Thomas Edison Blvd
Cedar Rapids, IA 52404

Law Offices of Thomas J. Palmieri
340 Minorca Avenue, Suite 1
Coral Gables, FL 33134

Loomis
2500 Citywest Blvd, #900
Houston, TX 77042

Aristocrat Technologies, Inc.
Allison L. Friedman, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, FL 33180

American International Group, Inc.
c/o Ryan G. Foley, Authorized Representative
175 Water Street, 15th Floor
New York, NY 10038

Florida City Gas
Virginia Natural Gas
544 S. Independence Blvd.
Virginia Beach, VA 23452

Brinks, Inc.
555 Divident Drive
Coppell, TX 75019

The Farmers Bank
David B. Vickery, Attorney at Law
101 North Main Street
Leichfield, KY 42754

Bottling Group, LLC
c/o Frank Gecker, LLC
Attn: Joseph D. Frank
325 N. LaSalle Street, Suite 625
Chicago, IL 60654

Waste Management
2625 W. Grandview Rd, Suite 150
Phoenix, AZ 85023

SFM Services, Inc.
c/o Torres & Vadillo, LLP
11402 NW 41st Street, Suite 202
Miami, FL 33178

CIT Technology Financing Services, Inc.
c/o Bankruptcy Processing Solutions, Inc.
1162 E. Sonterra Blvd., Suite 130
San Antonio, TX  78258

Claims Recovery Group LLC
As Assignee for Total Compliance Network, Inc.
92 Union Ave
Cresskill, NJ 07626

Tannor Partners Credit Fund, LP
As Assignee of SHC Holdings, LLC (d/b/a Specialty
House of Creation
Attn: Robert Tannor
150 Grand Street, Suite 401
White Plains, NY 10601

Claims Recovery Group LLC
As Assignee for Florida Legislative Consultant Inc.
92 Union Ave
Cresskill, NJ 07626

Fair Harbor Capital, LLC
As assignee of IdentiSys Inc.
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Fair Harbor Capital, LLC
As assignee of Miami Bar & Restaurant Supplies
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Tone Rock Muzik Inc.
4028 Solutions Center
Chicago, IL  60677-4000

Loomis
Dept  0757
Po Box 120001
Dallas, TX  75312

Miami Bar & Restaurant Supplies, Inc.
3533 NW 58th Street
Miami, FL  33142

The Farmers Bank
1119 Old Highway 60 Eat
Hardinsburg, KY  40143

Konica Minolta
21146 Network Place
Chicago, IL  60673-1211

Mardi Gras Racetrack & Gaming Center
831 N Federal Way
Hallandale Bch, FL  33009

Lewis Martinee
4 Mollison Way
Lewiston, ME  04240

Miami Signs Corp.
7870 W 25th Court
Hialeah, FL  33016

Matty`s Sports
7911 NW 72nd Avenue
Suite 106
Miami, FL  33166

Lewiston Race Ways - LRI Inc.
4 Mollison Way
Lewiston, ME  04240

Konica Minolta
P. O. Box 550599
Jacksonville, FL  32255-0599

Tannor Partners Credit Fund, LP
As Asignee for Euro Track Off Track
150 Grand Street, Suite 401
White Plains, NY 10601
Attn: Robert Tannor

Tannor Partners Credit Fund, LP
As Asignee for Aware Digital
150 Grand Street, Suite 401
White Plains, NY 10601
Attn: Robert Tannor

Cummins-Allison Corp.
P.O. Box 339
Mt. Prospect, IL  60056

Cisco Systems Capital Corp.
170 W. Tasman Drive
MS SJ 13/3
San Jose, CA  95134

City Electric Supply Company
P.O. Box 609521
Orlando, FL  32810

City Maintenance Supply
3020 SW 10th Street
Pompano Beach, FL  33069

City Maintenance Supply
6725 NW 16th Terrace
Ft.Lauderdale, FL  33309

City National Bank Of Florida
Trust Department
25 W Flagler St
Miami, FL  33130

City Of Miami
P.O. Box 105206
Atlanta, GA  30348

Cisco Systems Capital Corp.
File No. 73226
P.O. Box 60000
San Francisco, CA  94160

Crystal Springs Water Company
5331 NW 35th Terrace
Ft. Lauderdale, FL  33309

Calder Race Course
21001 N.W. 27th Ave
Miami, FL  33056

Dadeland Pool
12150 SW 128th Court
#119
Miami, FL  33186

Dahta Design Construction Co.
18860 NW 57th Avenue
#207
Hialeah, FL  33015

Daily Racing Form, Llc
Lori Rudolph
P.O. Box 644901
Pittsburgh, PA  15264-4901

Coke`s Stationers
129 North 2nd Street
Ft. Pierce, FL  34950

CIP Reporting
63 Pond Street
Braintree, MA  02184

Dania Jai-Alai
301 East Dania Beach Blvd
P. O. Box 96
Dania, FL  33004

Casino Cafe, Inc.
3500 NW 37th Avenue
Miami, FL  33142

Calder Race Course
600 North Hurstbourne Pkwy
Suite 400
Louisville, KY  40222

Broward-Nelson Fountain Service
241 SW 21st Terrace
Ft.Lauderdale, FL  33312

Broadridge ICS
P.O. Box 416423
Boston, MA  02241

Brink`s Corporated
P. O. Box 101031
Atlanta, GA  30392-1031

Big Apple Pizza & Pasta
2311 S. 35th Street
Ft. Pierce, FL  34981

Betty Bu Party Rentals
4201 SW 72nd Ave.
Miami, FL  33155

Bally  Technologies
6601 South Bermuda Road
Las Vegas, NV  89119-3605

Av-Med Inc. - 116146
D860363
Orlando, FL  32886-0363

Av-Med Inc. - 108294
D860363
Orlando, FL  32886-0363

Av-Med Health Plans
D860363
Orlando, FL  32886-0363

Ascom Hasler/Ge Cap Prog
P.O. Box 802585
Chicago, IL  60680-2585

Cheney Brothers, Inc.
One Chaney Way
Riviera Beach, FL  33404-7000

Flagler Dog Track
401 NW 38th Court
Miami, FL  33135

Freedom Financial Corporation
2669 Charletown Road
New Albany, IN  47150

Daniel Licciardi
3500 NW 37th Avenue
Miami, FL  33142

CT Corporation
8040 Excelsior Drive
Madison, WI  53717

William Haddon Estate
196 Atlanta  Country Club  Drive SE
Marietta, GA  30067

Vintage Filings
350 Hudson Street, Suite 300
New York, NY  10014

Thomas Tew
1435 Brickell  Avenue, 15th  Floor
Miami, FL  33131

Tara Club  Estates, Inc.
2669 Charletown Road, Suite  D
New Albany, IN  47150

Staples Credit Card
P.O. Box 689020
Des Moines, IA  50368

Roland Howell Estate
555 NE 15th Street
Miami, FL  33132

King & Company
32400 Dutchmans Lane
Louisville, KY  40205

James Stuckert and Solomon Howell
7308 Shadwell Lane
Prospect, KY  40059

Florida Gaming Corporation
3500 NW 37th Avenue
Miami, FL  33142

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL  32399

Daytona Beach Kennel Club
960 South Williamson Blvd.
Daytona Bch, FL  32114

Dynamic Advertising And Design
48 S. New York Rd.
Suite A3
Galloway, NJ  08205

Derby Lane
St. Petersburgh Kennel Club Inc.
10490 Gandy Blvd. N.
St. Petersburgh, FL  33702

Aquatic Vegetation Control, Inc.
1860 W 10th Street
Riviera Bch, FL  33404

Derby Lane
P. O. Box 22099
St. Petersburgh, FL  33742

Digideal Corporation
5207 E. Third Avenue
Spokane Valley, WA  99212

Dish
P. O. Box 94063
Palatine, IL  60094-4063

Florida City Gas
P.O. Box 11812
Newark, NJ  07101-8112

Douglas Orr Plumbing, Inc.
301 Flagler Drive
Miami Springs, FL  33166

Flagler Race - Outs Purged
401 NW 38th Court
Miami, FL  33135

Economy  Chemical Co., Inc.
P.O. Box 13569
Ft. Pierce, FL  34979-3569

Edmunds Direct Mail, Inc.
301 Tilton Road
Northfield, NJ  08225

Euro Off-Track
7950 Dublin Blvd
Ste#216
Dublin, CA  94568

FEDEX
P.O. Box 660481
Dallas, TX  75266-0481

Ferrin Signs
945 26th Street
West Palm Bch, FL  33407

Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL  33130

Ditronics Financial Services
7699 West Post Road
Las Vegas, NV  89113

Canyon Value Realization Fund, L.P.
Attn: Chaney Sheffield
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Canyon Distressed Opportunity Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

Summit Partners Subordinated Debt Fund IV-A, LP
Summit Partners Subordinated Debt Fund IV-B, LP
ABC Funding, LLC, Attn: Summit Partners SD IV, LP,
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA  02116

SHFL Entertainment ( Shuffle Master, Inc.)
Attn: Darrell Horton, Credit Manager
6650 El Camino
Las Vegas, NV  89118

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

Summit Partners Subordinated Debt Fund IV-B, L.P.
Attn: James Freeland and Adam Britt
c/o Summit Partners Credit Advisors, L.P.
222 Berkeley Street, 18th Floor
Boston, MA  02116

Tampa Bay Downs, Inc.
Attn: Gregory Gelyon, Vice President of Finance
P.O Box 2007
Oldsmar, FL  34677

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA  02116

Thomas P. Abbott,
Assistant County Attorney
PO Box 025504
Miami, FL  33102-5504

Kim Tharp
2669 Charlestown Rd #D
New Albany, IN  47150

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

Andrew R. Herron, Esq. Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL  33134

Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL  32399

Aristocrat Technologies, Inc.
P.O. Box 849540
Los Angeles, CA  90084-9540

Summit Partners Subordinated Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA  02116

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN  47150

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY  10017

Howard S. Toland, Esq.
1200 Weston Road, Penthouse
Weston, FL  33326

Drew Dillworth
150 West Flagler Street
Miami, FL  33130

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY  10017

Farmers Bank
P.O. Box 231
Hardinsburg, KY  40143

S. Oden Howell
6800 Shadwell Place
Prospect, KY  40059

Locust Street Funding LLC
Attn: James Roche
c/o GSO/Blackstone Debt Funds Management
345 Park Avenue, 31st Floor
New York, NY  10154

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway Suite 200
Fort Lauderdale, FL  33316

Sidley Austin LLP
Andrew F. O'Neill
One South Dearborn
Chicago, IL  60603

Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL  33130-1575

Miami Gaming Ventures
Attn: Rodney Barreto, Partner
235 Catalonia Avenue
Coral Gables, FL  33134

Sidley Austin LLP
Dennis M. Twomey
One South Dearborn
Chicago, IL  60603

Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL  33128-1993

Florida Lemark Corporation
Attn: Eduardo P. Rodriguez, Vice President
2040 NW 94th Avenue
Doral, FL  33172

Stearns Weaver Miller Weissler Alhadeff Sitterson
Marissa D. Kelley, Eq.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL  33301

Altman Brothers, Llc
5690 Golden Eagle Circle
Palm Bch. Garden, FL  33148

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL  33309-3787

FRANKGECKER LLP
Joseph D. Frank
Jeremy C. Kleinman
325 North LaSalle Street, Suite 625
Chicago, IL  60654

A1 Fire & Security LLC
3801 N. 29th Avenue
Hollywood , FL  33020

ABC Funding, LLC as Administrativ Agent
Attn: James Freeland & Adam Britt
222 Berkley Street, 18th Floor
Boston, MA  02116

All Mobile Video, LLC
221 W 26th Street
New York, NY  10001

MELAND RUSSIN & BUDWICK, P.A.
Solomon B. Genet, Esquire
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL  33131

Altman Brothers, LLC
8625 Burma Road
Lake Park, FL  33403

David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA  30326-1382

American Gaming & Electronic
4182 Solution Center
Chicago, IL  60677-4001

American Gaming & Electronic
2545 West 80th Street #6
Hialeah, FL  33016

American Gaming Systems, LLC
6680 Amelia Earhart Court
Las Vegas, NV  89119

Amtote International, Inc.
C/O Suntrust
P.O. Box 791329
Baltimore, MD  21279-1329

Ante Up Publishing LLC
2519 McMullen Booth Road
Suite 510-300
Clearwater, FL  33761

Apple Financial Services
P.O. Box 532617
Atlanta, GA  303532617

Allen, Norton, & Blue, P.A.
121 Majorca Avenue
Coral Gables, FL  33134-4599

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR  97210

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL  32399-1035

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL  32399-1050

Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL  32314-6668

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL  32399-0100

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL  32399

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL  33324

Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL  33126-1828

Arctica Ice Cream
500 Ne 185th Street
Miami, FL  33179

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL  33324-3906

Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc, W Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL  33142

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL  33130

Milbank, Tweed, Hadley & McCloy LLP
Thomas R. Kreller
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

Genovese Joblove & Battista, P.A.
Glenn D. Moses, Esq.
100 Southeast Second Street, 44th Floor
Miami, FL 33131

Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

SFM Landscape Services, Llc
9700 NW 79th Avenue
Miami, FL 33016

Specialty House Of Creation, Inc.
1568 Jesse Bridge Road
Elmer, NJ  08318

Robinson & Associates, Inc.
5271 E. Branchwood Drive
Boise , ID 83716

Rolando Jimenez
13724 SW 181st Street
Miami, FL 33177

Rowland Coffee Roasters D/b/a Cafe Bustelo
P.O. Box 850001
Dept.#797
Orlando, FL  32885-0797

Royal Cool Air Conditioning, Inc.
P.O. Box 832815
Miami, FL  33283-2815

Rex Chemical Corp.
2270 NW 23rd Street
Miami, FL 33142

SFM Janitorial Services, Llc
9700 NW 79th Avenue
Miami, FL 33016

Purchase Power
P.O. Box 371874
Pittsburgh, PA  15250-7874

SFM Security Services, Inc.
9700 NW 79th Avenue
Miami, FL 33016

SHFL Entertainment
P. O. Box 846961
Los Angeles, CA  90084-6961

SHFL Entertainment
1106 Palms Airport Drive
Las Vegas, NV  89119

Silvermark, LLC
430 Park Avenue
Fifth Floor
New York, NY  10022

Sirely Uniforms
6174 SW 8th Street
Miami, FL 33144

Nasrin Services, LLC
4175 Cameron Street,
Suite B-10
Las Vegas, NV  89103

Secure-Tek Systems Corp.
8306 Mills Drive, #299
Miami, FL 33183

Otis Elevator Company
P.O. Box 905454
Charlotte, NC  28290-5454

Kimberly Tharp
2669 Charlestown Road. #D
New Albany, IN  47150

Nextlevel Information Solutions
7715 NW 48th Street
Suite 310
Miami, FL 33166

Nice & Quick Cleaners Corporation
5773 NW 7th Street
Miami, FL 33126

Oceanside Communications, Inc.
189 SW Ridgecrest Drive
Port St. Lucie, FL  34953

Office Depot Credit Plan
Dept. 56 4200313871
P.O. Box 689020
Des Moines, IA  50368-9020

Roberts Communications Network Inc.
4175 Cameron Street
Suite B-10
Las Vegas, NV  89103

Orkin Exterminating Commercial
Acurid-Miami Commercial
9505 NW 40th Street Road
Doral, FL  33178

Specialty House of Creations, Inc.
200 North Walnut
P. O. Box 130
Cottonwood, KS  66845

Palm Beach Kennel Club
1111 N. Congress Avenue
W. Palm Bch., FL  33409

Pancar Industrial Supply
P. O. Box 940295
Miami, FL 33194

Pepsi-Cola - 7054243
P.O. Box 75948
Chicago, IL 60675-5948

Pepsi-Cola Company
P.O. Box 841828
Dallas, TX 752841828

Pitney Bowes Global Financial Services Llc
P.O. Box 371887
Pittsburgh, PA 15250-7887

Praxair Distribution Se, Llc
P.O. Box 121222
Dallas, TX 75312-1222

Onlineracing
P.O. Box 356
Raynham, MA 02767

YP
P. O. Box 5010
Carol Stream, IL 60197-5010

Southern Landscaping & Lawns
5604 Deer Run Dr.
Ft. Pierce, FL 34951

U.S. Bancorp Equipment Finance, Inc.
P.O. Box 790448
St. Louis, MO 63179-0448

UGM Enterprises
132 S. Irving Blvd.
Los Angeles, CA 90004

United Fire Protection, Inc.
12001 31st Court North
St. Petersburg, FL 33716

W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

Thyssenkrupp Elevator
P.O. Box 933010
Atlanta, GA 31193-3010

Wipeout Pests & Termites, Inc.
4001 Virginia Ave.
Suite A
Ft. Pierce, FL 34981

The Weeks-Lerman Group, Llc
58-38 Page Place
P.O. Box 0
Maspeth, NY 11378

Zap Logistics
P.O. Box 55-7096
Miami, FL 33255

Zee Medical Inc.
P.O. Box 781534
Indianapolis, IN 46278-8534

Zep Sales & Service
P.O. Box 404628
Atlanta, GA 30384-4628

Frost, Brown, Todd. LLC
400 West Market Street, Suite 3200
Louisville, KY 40202

George Galloway
2399 Mountain Tops Road
Blue Ridge, GA 30513

H. Hewitt Brown
600 East Main Street
Louisville, KY 40202

Waste Mgmt Of Dade County
P.O. Box 105453
Atlanta, GA 30348

Sunshine Cleaning Contractors, Inc.
3521 SW 23rd Street
Miami, FL 33145

Sportech Racing, LLC
600 Long Wharf Drive
New Haven, CT 06511

Sportech, Inc.
1095 Winward Ridge Parkway
Suite 170
Alpharetta, GA 30005

Sportech, Inc.
P. O. Box 935091
Atlanta , GA 31193-5091

St. John`s
P. O. Box 959
Orange Park, FL 32067-0959

St. John`s Racing, Inc.
Attn: E. Allen Hieb, Jr.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207

Total Compliance Network, Inc.
5440 NW 33rd Avenue
Suite 106
Ft. Lauderdale, FL 33309

Summer Jai Alai Partners (Magic City Casino)
c/o Alexander Havenick, Registered Agent
401 NW 38yh Court
Miami, FL 33126

Naples Kc
P.O. Box 2567
Bonita Springs, FL  34133-2567

Swisher
P.O. Box 473526
Charlotte, NC  28247-3526

Sysco South Florida, Inc.
P.O. Box 64000-A
Miami, FL  33164


Tampa Bay Down
P. O. Box 2007
Oldsmar, FL  34677

Tampa Bay Down
11225 Race Track Road
Tampa, FL  33626

Tara Club Estates, Inc.
2669 Charlestown Road
Suite D
New Albany, IN  47150


The New York Racing Association
P.O. Box 95000-3820
Philadelphia, PA  19195-0001

St. Petersburgh Kennel Club Inc.
P. O. Box 22099
St. Petersburgh, FL  33742

Housner Office Supplies
7750 W. 26th Avenue
Unit #7
Hialeah, FL  33016


International Jai Alai Player Association
U.A.W. Local 8868
AFL-CIO

Graphic Controls
P.O. Box 1271
Buffalo, NY  14240-1271

Gulfstream Park
901 S Federal Hwy
Hallandale, FL  33009


Hollywood Greyhound Track
831 N. Federal Hwy
Hallandale, FL  33009

Home Depot Credit Services
Dept. 32 - 2014298040
P.O. Box 183175
Columbus, OH  43218-3175

Hospitality Purchasing Network, Inc.
11 SW 12th Avenue
Bay #112
Dania Beach, FL  33004


Gordon Food Service, Inc.
Payment Processing Center
Dept. Ch 10490
Palatine, IL  60055

Housner Office Supplies, Inc.
3155 West Okeechobee Road
Hialeah, FL  33012

HR Direct
P.O. Box 452019
Sunrise, FL  33345


Identisys Inc. D/B/A Card Solutions, Inc.
P.O. Box 1086
Minnetonka, MN  55345-0086

IGT - Eastern Operating #774028
6355 South Buffalo Drive
Las Vegas, NV  89113

Inaki Osa
Player Goikoetxea
9561 Fontainbleu Blvd., #318
Miami, FL  33172


Nestle Pure Life Direct
P.O. Box 856680
Louisville, KY  40285-6680

Horizon Software, Inc
P.O. Box 735
Glastonbury, CT  06033-0735

Florida Lemark Corporation
2040 NW 94 Ave
Miami, FL  33172


Herbert Silverberg/
ABRAHAM, FRUCHTER & TWERSKY, LLP
Attn: Jeffrey  S. Abraham,Esq.
One Penn Plaza,Suite  2805
New York, NY  10019

The Hurb Family  Partnership
#7 Partridge Run Road
Warren, NJ  07059

W. Bennett Collett
2669 Charletown Road
New Albany, IN  47150


City of Loganville
4385 Pecan Sreet
P.O. Box 39
Loganville, GA  30052

Southern Storage
P. O. Box 1443
Loganville, GA  30052

Gordon Food Service, Inc.
Attn: Camila Gonzalez
2850 N.W. 120th  Terr.
Miami, FL  33167

Florida Legislative Consultant Inc.
522 East Jefferson Street
P. O. Box 10097
Tallahassee, FL 32302

International Sound Corp.
7130 Milford Industrial Rd.
Pikesville, MD 21208

Florida Power & Light Co.
General Mail Facility
Miami , FL 33188

Freedom Financial Corporation
2669 Charletown Road
Suitte D
New Albany, IN 47150

Freedom Holding, Inc.
2669 Charlestown Road
Suite D
New Albany , IN 47150

Frost, Brown, Todd, LLC
Attn: R. James Straus
400 West Market Street, Suite 3200
Louisville, KY 40202

Ft. Pierce Utilities Authority
206 S 6th Street
P.O. Box 13929
Ft.Pierce, FL 34979-3929

Glory (U.S.A.) Inc.
10 York Avenue
W. Caldwell, NJ 07006

Watson County Tax Collector
303 S. Hammon Drive
Suite 109
Monroe, GA 30655

Miami-Dade Police Dept.
Off Duty Police Services
9105 Nw 25 Street, Suite 3049
Doral, FL 33172

Internal Revenue Service
Department of Treasury
Austin, TX 73301-0002

Miami-Dade  County Stormwater Utility
Environmental Resources Manage
P.O. Box 025297
Miami, FL 33102-5297

Miami-Dade Aviation Department
P.O. Box 526624
Miami, FL 33152-6624

Miami-Dade County
111 NW First Street
Suite 710
Miami, FL 33128

Miami-Dade County - Building & Neighborhood
Compli
Lien Unit
11805 Sw 26th street
Miami, FL 33175

Miami Gaming Ventures, Llc.
235 Catalonia Avenue
Coral Gables, FL 33134

Miami-Dade County - Planning & Zoning
11805 SW 26th Street
 Ste#223
Miami, FL 33175

Miami Casino Management, LLC
21001 N Tatun Blvd
Suite 1630-256
Phoenix, AZ 85050

Miami-Dade Tax Collector
140 W Flagler Street
Miami, FL 33130

Miami-Dade Water And Sewer Department
P.O. Box 26055
Miami, FL 33102-6055

Micos Systems, Inc.
P. O. Box 842956
Boston, MA 02284-2956

Micros Systems, Inc.
632 S Military Trail
Deerfield Bch, FL 33442

Moseley Outdoor Advertising
P.O. Box 12340
Ft. Pierce, FL 34979-2340

MZM Productions
16101 Aberdeen Way
Miami Lakes, FL 33014

Miami-Dade County - Florida
Finance Department
140 W Flagler street, Rm#1202
Miami, FL 33130-1575

L&M Leasing, Inc.
2007 51st Street
Sarasota, FL 34234

Jacksonville Greyhound Racing
P.O. Box 959
Orange Park, FL 32067-0959

Jon Aizpitarte
Player Aizpitarte-Miami Jai-alai
3500 NW 37th Avenue
Miami, FL 33142

Julian Guisasola
Player Guisasola
582 SW 169th Avenue
Weston, FL 33326

Kasper Electrical, Inc.
1321 S Killian Dr.
West Palm Beach, FL 33403

# EXHIBIT "A"

# SETTLEMENT AGREEMENT

This settlement agreement (this "Settlement Agreement") is entered into as of March __, 2014 by and among: (a) Centers, Holdings, Tara Club and Freedom Holding (collectively, the "Debtors"), on behalf of themselves and their respective chapter 11 bankruptcy estates (the "Estates"); (b) the Committee, (c) the Colletts, and (d) Innovation Capital, LLC ("Innovation"). The Debtors (on behalf of themselves and their Estates), the Committee, the Colletts, and Innovation are sometimes referred to individually as a "Party" hereto and, collectively, the "Parties" hereto.

# RECITALS

WHEREAS, Florida Gaming Centers, Inc. ("Centers"), Florida Gaming Corporation ("Holdings"), Freedom Holding, Inc. ("Freedom Holding") and Tara Club Estates, Inc. ("Tara Club") are debtors and debtors in possession (the "Debtors") in the jointly administered Chapter 11 cases styled *In re Florida Gaming Centers, Inc.*, Case No. 13-29597 (RAM) (the "Bankruptcy Cases"), pending in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court");

WHEREAS, Centers owns and operates a casino and jai alai fronton in Miami, Florida and a jai alai fronton and card room in Ft. Pierce, Florida (the "Business Operations");

WHEREAS, on or about May 3, 2011, Centers, Holdings, their affiliates and Innovation entered into an agreement (the "Financial Advisory Agreement") pursuant to which Innovation was retained as Centers and Holdings' exclusive financial advisor in connection with (i) raising debt and/or equity capital for the Centers and/or Holdings, including refinancings or recapitalizations, (ii) restructuring or reorganization of Centers and/or Holdings, or (iii) a sale, merger or acquisition of Centers and/or Holdings (collectively, a "Transaction");

WHEREAS, Centers and Holdings brought third-party claims against Innovation, Matthew Sodl, Kevin Scheible and Steven Rittvo (the "Innovation Defendants") in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida in the case styled *ABC Funding, LLC v. Florida Gaming Centers, Inc., et al.*, Case No. 12-5064 CA 58 (the "First Innovation Litigation"), which third-party claims were dismissed December 19, 2012;

WHEREAS, on February 12, 2013, Centers and Holdings commenced litigation against the Innovation Defendants in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida in the case styled *Florida Gaming Centers, Inc. and Florida Gaming Corp. v. Innovation Capital, LLC, et. al.*, Case No. 13-5105 CA 31 (the "Second Innovation Litigation," and collectively with the First Innovation Litigation, the "Innovation Litigations");

WHEREAS, on August 19, 2013, the Debtors initiated their Bankruptcy Cases in the Bankruptcy Court;

WHEREAS, Centers and Holdings have decided to sell substantially all of their assets, including the Business Operations and personal property located at the Business Operations, and related assets pursuant to section 363 of the Bankruptcy Code (the "363 Sale");

WHEREAS, Innovation has filed a proof of claim against each of the Debtors' respective Estates as follows: Centers Claim No. 28-1 (the "Centers Claim"); Holdings Claim No. 3-1 (the "Holdings Claim"; Tara Claim No. 2-1 (the "Tara Club Claim"); and Freedom Holding Claim No. 3-1) (the "Freedom Claim") (collectively, the "Innovation Claims") for a contingent claim against the Debtors for any amounts that may become due as a result of a Transaction pursuant to the Financial Advisory Agreement;

WHEREAS, the Parties have determined to enter into this Settlement Agreement in order to avoid the uncertainties and further expense of litigation involving the Innovation Claims, and any and all other claims or causes of action that the Parties have or may have against each other relating to the Innovation Claims, on the terms set forth below; and

WHEREAS, the Parties each have consulted with their respective counsel in connection with the matters subject hereto;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

1.    **Recitals Incorporated.**  The recitals and prefatory phrases and paragraphs set forth above are hereby incorporated in full, and made a part of, this Settlement Agreement.

2.    **Definitions.**

    a.  "Estate Releasors" means the Debtors, the Debtors' respective Estates, the Committee, and, solely in their respective capacity as such, each of their officers, directors, agents, professionals, employees, attorneys, other legal representatives, affiliates, predecessors, successors and assigns, including any Trustee(s) subsequently appointed in the Bankruptcy Cases.

    b.  "Colletts" means William B. Collett and William B. Collett, Jr.

    c.  "Committee" means the official joint committee of unsecured creditors appointed in the Centers and Holdings Bankruptcy Cases.

3.    **Allowance of the Centers Claim.**  The Centers Claim shall be an allowed unsecured claim in the amount of $500,000.00 in the Centers Estate for purposes of distribution pursuant to Section 5 of the Settlement Agreement dated as of March 19, 2014 by and between the Debtors, the Committee and ABC Funding, LLC and as approved by the Bankruptcy Court by Court Order dated March 20, 2014 [ECF No. 387]. Innovation shall have no claim in the Estates of Holdings, Tara Club or Freedom Holding and the Innovation Claims filed in those respective Estates and any other claim that Innovation might have against the Debtors or their Estates are waived and shall be stricken and disallowed.

4.    **Releases**.

    a.  Upon the entry of a final order approving this Settlement Agreement (the "Settlement Order"), except as to such rights, obligations or claims arising under or preserved by this Settlement Agreement, Innovation hereby releases and forever discharges the Debtors, their

2

respective Estates, the Committee, the members of the Committee, the professionals retained by the Committee, the Colletts, the Debtors' current and former representatives, directors, officers, shareholders, members, partners, owners, attorneys, trustees, insurers, employees, agents, subsidiaries, parents, affiliates and related entities, predecessors, successors, and assigns, and each of their respective current and former representatives, directors, officers, shareholders, members, partners, owners, attorneys, trustees, insurers, employees, agents, subsidiaries, parents, affiliates and related entities, predecessors, successors, and assigns from any and all claims, demands, costs, liabilities, obligations, suits, actions, causes of action, rights, debts, accounts, losses, expenses, promises, warranties, damages (including consequential damages), judgments and agreements whatsoever of any and every nature, kind or description, whether legal or equitable, known or unknown, liquidated or unliquidated, contingent or non-contingent, disputed or undisputed, suspended or unsuspended, in connection with or related to the Innovation Claims, the Financial Advisory Agreement, the 363 Sale, the Innovation Litigations (including the allegations made therein), or any act or omission relating to any transaction in connection with the Innovation Litigations, Innovation Claims or these Bankruptcy Cases, which Innovation ever had, now has, or hereafter may have, including without limitation claims asserted in the Innovation Claims, the Innovation Litigations, and any claims, surcharges or causes of action under chapter 5 of the Bankruptcy Code; provided, however, that nothing contained in this Release shall be deemed or construed to be a release, waiver or discharge of the terms and conditions of this Settlement Agreement.

        b.      Upon the entry of the Settlement Order, except as to such rights, obligations or claims arising under or preserved by this Settlement Agreement, each of the Estate Releasors and the Colletts hereby releases, forever discharges, waives and acquits Innovation, its current and former representatives, directors, officers, shareholders, members, partners, owners, attorneys, trustees, insurers, employees, agents, subsidiaries, parents, affiliates and related entities, predecessors, successors, and assigns, and each of their respective current and former representatives, directors, officers, shareholders, members, partners, owners, attorneys, trustees, insurers, employees, agents, subsidiaries, parents, affiliates and related entities, predecessors, successors, and assigns from any and all claims, demands, costs, liabilities, obligations, suits, actions, causes of action, rights, debts, accounts, losses, expenses, promises, warranties, damages (including consequential damages), judgments and agreements whatsoever of any and every nature, kind or description, whether legal or equitable, known or unknown, liquidated or unliquidated, contingent or non-contingent, disputed or undisputed, suspended or unsuspended, in connection with or related to the Innovation Claims, the Financial Advisory Agreement, the 363 Sale, the Innovation Litigations (including the allegations made therein), or any act or omission relating to any transaction in connection with the Innovation Litigations, Innovation Claims or these Bankruptcy Cases,  which any of the Estate Releasors ever had, now has, or hereafter may have, including without limitation claims asserted in the Innovation Claims, the Innovation Litigations, and any claims, surcharges or causes of action under chapter 5 of the Bankruptcy Code; provided, however, that nothing contained in this Release shall be deemed or construed to be a release, waiver or discharge of either the terms and conditions of this Settlement Agreement or Innovation's allowed unsecured claim in the amount of $500,000.00 identified in Section 3 above.

        5.      <u>Waiver of California Civil Code §1542 and Similar Laws</u>.  With respect to the releases contained in Section 4 above, each Party expressly waives any and all rights under

3

California Civil Code §1542 (which provides that "[a] general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor") and any and all provisions, rights and benefits conferred by any law of any State or territory of the United States, or principle of common law, that is similar, comparable, or equivalent to California Civil Code §1542.

6.    **No Further Action; Dismissal With Prejudice.**    Within five (5) business days of the entry of the Settlement Order, Centers and Holdings shall file and serve appropriate documents to dismiss the Second Innovation Litigation with prejudice.

7.    **Conditions to Effectiveness.**    The effectiveness of all terms and conditions of this Settlement Agreement is subject to the occurrence of the following conditions precedent:

a.    This Settlement Agreement shall have been fully executed and delivered by all of the Parties; and

b.    The Bankruptcy Court shall have entered the Settlement Order.

8.    **Jurisdiction and Governing Law.**    The Parties agree that the Bankruptcy Court shall retain jurisdiction to the fullest extent possible over the interpretation and enforcement of this Settlement Agreement and over any dispute between them in any way related to this Settlement Agreement.    The Parties further agree that this Settlement Agreement shall be construed and governed by the laws of the State of Florida, irrespective of its choice of law rules. To the extent the Bankruptcy Court does not retain jurisdiction over any dispute relating to this Settlement Agreement, nothing in this Settlement Agreement shall be construed to be a consent by Innovation to the jurisdiction of any other court in the State of Florida.

9.    **Entire Agreement.**    This Settlement Agreement constitutes the entire agreement of the Parties as to the subject matter hereof and is the final and complete expression of their intent, and supersedes and renders moot any previous term sheets regarding the terms of this Settlement Agreement.    The undersigned acknowledge that there are no communications or understandings, oral or written, contrary, different, or which in any way restrict this Settlement Agreement.    The undersigned further acknowledge that all prior agreements, communications, and understandings within the scope of the subject matter of this Settlement Agreement are, upon execution of this Settlement Agreement, superseded, null and void.    This Settlement Agreement can only be changed, modified or discharged only if consented to in writing executed by the Parties hereto and, if applicable, approved by order of the Bankruptcy Court.    The failure of any Party to enforce at any time a term or condition of this Settlement Agreement shall not be a waiver of such term or condition or of such Party's right thereafter to enforce each and every term and condition of this Settlement Agreement.

10.    **Counterparts.**    This Settlement Agreement may be executed in one or more counterparts, via facsimile or electronic means; each counterpart to be considered an original portion of this Settlement Agreement.

11.    **Advice of Counsel.**    The Parties acknowledge that the matters being settled hereby have been subject to contention and the opportunity for discovery, and that each Party has

4

had the opportunity to make an investigation of the facts pertaining to this Settlement Agreement and all matters pertaining thereto, as it deems necessary.  The Parties further acknowledge: (a) each Party is represented by experienced counsel; (b) each Party has read this Settlement Agreement and understands its contents; and (c) each Party is entering into this Settlement Agreement voluntarily and without duress, and with a full understanding of its terms.  The Parties agree that no Party shall later seek to overturn or invalidate any aspect of this Settlement Agreement on grounds of unconscionability, oppression or any similar reason.

12.    **No Admissions, Representations or Warranties.**    Nothing contained in this Settlement Agreement shall be deemed to be an admission, by any Party, of any fact, matter, claim or defense previously in dispute.  Each Party is aware that it may hereafter discover claims or facts in addition to or different from those it now knows or believes to be true.  Nevertheless, it is the intention of the Parties to fully, finally, and forever settle and release any and all controversies among themselves, and all claims relative thereto, that do now exist or heretofore have existed between them.  In furtherance of such intention, the releases given herein shall be and remain in effect as full and complete releases of all such matters, notwithstanding the discovery or existence of any additional or different claims or facts relative thereto.

13.    **Covenant of Further Assurances.**    The Parties covenant and agree that, from and after the execution and delivery of this Settlement Agreement, they shall execute, deliver and file any and all documents and instruments as are reasonably necessary or requested by another Party to obtain approval of or implement the terms of this Settlement Agreement, and shall not take any action to directly or indirectly oppose the approval of the Settlement Agreement.

14.    **Authority.**    Subject to and conditioned on the Bankruptcy Court's entry of the Settlement Order, each of the Debtors, the Committee, the Colletts and Innovation has the authority to execute and deliver this Settlement Agreement, and to perform fully its or his respective obligations hereunder and to consummate the transactions contemplated hereby.  Each Party has duly executed and delivered this Settlement Agreement.  Subject to and conditioned on the Bankruptcy Court's entry of the Settlement Order, this Settlement Agreement is a legal, valid and binding obligation of each of the Debtors, the Estates, any Trustee appointed over the Estates, the Colletts and Innovation, enforceable against such Debtors, Estates, Trustee(s), Colletts and Innovation in accordance with its terms.

15.    **Notices.**    Any and all notices required or permitted under this Settlement Agreement and any and all correspondence shall be in writing and shall be personally delivered or mailed by registered or certified mail, return receipt requested, or by overnight delivery to the Parties at the addresses designated with their respective signatures below, unless and until a different address has been designated by written notice to the other Parties.

**[Signature pages follow.]**

**IN WITNESS WHEREOF**, the Parties hereto, each by persons duly authorized, have caused the Settlement Agreement to be executed as of the day and year first written above.


**FLORIDA GAMING CENTERS, INC.**    **TARA CLUB ESTATES, INC.**


By:_____    By:_____
Its:_____    Its:_____

Notice address:    Notice address:

SALAZAR JACKSON, LLP    SALAZAR JACKSON, LLP
Two South Biscayne Boulevard    Two South Biscayne Boulevard
Suite 3760    Suite 3760
Miami, Florida  33131    Miami, Florida  33131
Tel: (305) 374-4848    Tel: (305) 374-4848
Attn: Luis Salazar    Attn: Luis Salazar
Email: Salazar@salazarjackson.com    Email: Salazar@salazarjackson.com


**FLORIDA GAMING CORPORATION**    **FREEDOM HOLDING, INC.**


By:_____    By:_____
Its:_____    Its:_____

Notice address:    Notice address:

SALAZAR JACKSON, LLP    SALAZAR JACKSON, LLP
Two South Biscayne Boulevard    Two South Biscayne Boulevard
Suite 3760    Suite 3760
Miami, Florida  33131    Miami, Florida  33131
Tel: (305) 374-4848    Tel: (305) 374-4848
Attn: Luis Salazar    Attn: Luis Salazar
Email: Salazar@salazarjackson.com    Email: Salazar@salazarjackson.com


*Debtors' Signature Page to Settlement Agreement*

**INNOVATION CAPITAL, LLC**


By:_____

Its:_____

Notice address:

Weil, Gotshal & Manges LLP
1395 Brickell Avenue
Suite 1200
Miami, Florida  33131
Attn: Christopher R. Pace
Email: Christopher.Pace@weil.com

*Innovation Signature Page to Settlement Agreement*

**THE COMMITTEE, ON ITS OWN BEHALF**


By:_____

Its:_____

Notice address:

Genovese Joblove & Battista, P.A.
100 Southeast Second Street
44th Floor
Miami, FL 33131
Attn: Paul J. Battista, Esq.
Email: pbattista@gjb-law.com


Genovese Joblove & Battista, P.A.
100 Southeast Second Street
44th Floor
Miami, FL 33131
Attn: Glenn D. Moses, Esq.
Email: gmoses@gjb-law.com

*Committee Signature Page to Settlement Agreement*

**WILLIAM B. COLLETT**                    **WILLIAM B. COLLETT, JR.**


_____          _____


Notice address:                          Notice address:

Franck D. Chantayan, P.A.                 Franck D. Chantayan, P.A.
125 S. State Road 7                       125 S. State Road 7
Suite 104-334                             Suite 104-334
Wellington, FL 33414                      Wellington, FL 33414
Attn: Franck D. Chantayan, Esq.           Attn: Franck D. Chantayan, Esq.
Email: franck@chantayan.com               Email: franck@chantayan.com


*Collett Signature Page to Settlement Agreement*

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Chapter 11

                                                    Case No. 13-29597-RAM
FLORIDA GAMING CENTERS, INC.,                       (Jointly Administered)
*et al.*,[1]

_____Debtors._____  /

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER APPROVING AND AUTHORIZING SETTLEMENT AND COMPROMISE OF CONTROVERSY BY AND AMONG THE DEBTORS AND THEIR RESPECTIVE ESTATES, THE COMMITTEE, THE COLLETTS, AND INNOVATION CAPITAL, LLC

THIS CAUSE having come before the Court upon the *Motion for Entry of an Order Approving and Authorizing Settlement and Compromise of Controversy By and Among the Debtor and Their Respective Estates, the Committee, The Colletts, and Innovation Capital, LLC* (the "**Settlement Motion**") (ECF No. _____) filed by Florida Gaming Centers, Inc., Florida Gaming Corporation, Tara Club Estates, Inc., and Freedom Holding, Inc. (collectively the "**Debtors**" or "**Miami Jai-Alai**").

Among other things, the Settlement Agreement resolves the dispute by and among the Debtors and their respective chapter 11 estates, the Official Joint

---

[1]  The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are: Florida Gaming Corporation (0533), Florida Gaming Miami Jai-Alai, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929).

Committee of Unsecured Creditors, William B. Collett and William B. Collett, Jr., and Innovation Capital, LLC, arising from the Financial Advisory Agreement dated May 3, 2011 between Miami Jai-Alai and Innovation.

The Court having read and considered the basis for the Settlement Motion and the Settlement Agreement; and due and proper notice having been provided, and it appearing that no other or further notice need be provided, and sufficient cause appearing therefor, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Settlement Motion is GRANTED as set forth herein.

2.      The Settlement Agreement is APPROVED in its entirety, upon the terms and conditions set forth therein and in this Order.

3.      All capitalized terms not defined herein shall have the meaning ascribed to them in the Settlement Agreement.

4.      Miami Jai-Alai is AUTHORIZED to take all action necessary to effectuate the relief granted pursuant to this Order, and to execute, deliver, receive, and exchange any and all documents as may be necessary thereto.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

**Submitted by:**
Luis Salazar, Esq. and Linda Jackson, Esq.
**SALAZAR JACKSON, LLP**
Two South Biscayne Boulevard, Suite 3760
Miami, FL 33131
Phone:  (305) 374-4848
Fax:    (305) 397-1021
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com

*(Attorney Salazar shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service)*