IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Chapter 11
FLORIDA GAMING CENTERS, INC., *et al.*,
        Debtors.                                   Case No. 13-29597-RAM
                                      /      (Jointly Administered)

## NOTICE OF CLOSING

Florida Gaming Centers, Inc. ("Centers") and Florida Gaming Corporation ("Holdings"), (the "Sellers" with their affiliates, the "Debtors") were authorized to execute that certain Asset Purchase Agreement (the "Agreement") dated as of March 28, 2013 by and among Centers, Holdings, and Fronton Holdings, LLC ("Fronton"), by order of the Court dated April 7, 2013 (the "Sale Order") [Docket No. 420]. The Debtors hereby provide notice that the Closing[1] of the Agreement occurred on April 30, 2014. The Closing served to sell, assign and convey the Assets to Fronton free and clear of any and all liens, claims, encumbrances and interests of any and every kind, nature and description whatsoever (other than the Assumed Liabilities and subject to the Permitted Liens).

Dated: Miami, Florida
        May 1, 2014

                                                  Respectfully submitted,

                                                  SALAZAR JACKSON, LLP
                                                  *Counsel for Debtors*
                                                  Two South Biscayne Boulevard, Suite 3760
                                                  Miami, Florida 33131
                                                  Telephone: (305) 374-4848
                                                  Facsimile: (305) 397-1021

                                                  /s/ Luis Salazar
                                                     Luis Salazar
                                                   Florida Bar No. 147788

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Agreement.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Master Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

                                        /s/ Luis Salazar
                                        Luis Salazar

MASTER SERVICE LIST AS OF MAY 1, 2014
Florida Gaming Centers, Inc. *et al.*

### Debtors

Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc.
Attn: W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

### Debtors Counsel / Professionals

### VIA CM/ECF ONLY
Luis Salazar, Esq.
Linda Worton Jackson, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
*Counsel for Debtors*

### VIA EMAIL ONLY
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com
*Special Counsel for Debtors*

### VIA EMAIL ONLY
R. James Straus, Esq.
Ronald E. Gold, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Email:  jstraus@fbtlaw.com
Email: rgold@fbtlaw.com
*Special Counsel for Debtors*

### VIA EMAIL ONLY
Alex C Fisch
James Decker
c/o GUGGENHEIM SECURITIES, LLC
330 Madison Avenue
New York, NY 10017
Email: Alex.Fisch@guggenheimpartners.com
Email: Jim.Decker@guggenheimpartners.com
*Investment Banker for Debtors*

### VIA CM/ECF ONLY
Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Email: mwalker@kapilaco.com
*Special Counsel for Debtors*

### US Trustee

### VIA CM/ECF ONLY
Steven D. Schneiderman, Esq.
Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
Email:steven.d.schneiderman@usdoj.gov
Email:USTPRegion21.MM.ECF@usdoj.gov

### Receiver

### VIA EMAIL ONLY
David Jonas
4 Overlook Court
Medford, NJ 8055
Email:  davesjonas@gmail.com

### VIA EMAIL ONLY
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Birckell Avenue, Suite 1900
Miami, FL 33131
Email:  emark@bergersingerman.com
*Counsel for David Jonas*

### VIA CM/ECF ONLY
Christopher A. Jarvinen, Esq.
BERGER SINGERMAN, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
E-mail: cjarvinen@bergersingerman.com
*Counsel for David Jonas*

MASTER SERVICE LIST AS OF MAY 1, 2014
Florida Gaming Centers, Inc. *et al.*

<u>Secured Creditors</u>

**VIA CM/ECF ONLY**
Drew Dillworth
150 West Flagler Street
Miami, FL 33130
Email: ddillworth@stearnsweaver.com
*Local Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL 33301
Email: mkelley@stearnsweaver.com
*Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: aoneill@sidley.com
*Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: dtwomey@sidley.com
*Counsel for ABC Funding, LLC*

ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Canyon Distressed Opportunity Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn: James Roche
345 Park Avenue, 31st Floor
New York, NY 10154

Summit Partners Subordinated
Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

Summit Partners Subordinated
Debt Fund IV-A, L.P.
Summit Partners Subordinated
Debt Fund IV-B, L.P.
ABC Funding, LLC
Attn: Summit Partners SD IV, L.P.,
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA 02116

MASTER SERVICE LIST AS OF MAY 1, 2014
Florida Gaming Centers, Inc. *et al.*

Summit Partners Subordinated
Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

**VIA CM/ECF ONLY**
Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov
*Counsel for Miami Dade County-County Tax Collector and Miami-Dade Aviation Department*

**VIA CM/ECF ONLY**
Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Email: dgjp@miamidade.gov
Email: mdtcbkc@miamidade.gov

**VIA EMAIL ONLY**
Thomas P. Abbott, Assistant County Attorney
PO Box 025504
Miami, FL 33102-5504
Email: Tabbott@miami-airport.com

**Creditors**

**VIA CM/ECF ONLY**
Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Email: aherron@herronortiz.com
*Counsel for Miami Gaming Ventures, LLC*

**VIA CM/ECF ONLY**
Howard S. Toland, Esq.
1200 Weston Road, Penthouse
Weston, FL 33326
Email: htoland@mitrani.com
*Counsel for International Sound Corporation*

**VIA CM/ECF ONLY**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: gmoses@gjb-law.com
*Counsel for Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: pbattista@gjb-law.com
*Counsel for Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Michael A. Friedman, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: mfriedman@gjb-law.com
*Counsel for Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Solomon B. Genet, Esquire
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Email: sgenet@melandrussin.com
*Counsel for Miami Casino Management, LLC*

**VIA EMAIL ONLY**
Miami Gaming Ventures
Attn: Rodney Barreto, Partner
235 Catalonia Avenue
Coral Gables, FL 33134
Email: Rodney@barretogroup.com

MASTER SERVICE LIST AS OF MAY 1, 2014
Florida Gaming Centers, Inc. *et al.*

The Farmers Bank
c/o David B. Vickery, Esq.
101 North Main Street
Leitchfield, KY 42754

Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

**VIA EMAIL ONLY**
S. Oden Howell
6800 Shadwell Place
Prospect, KY 40059
Email: SoHowell@aol.com

Kim Tharp
2669 Charlestown Rd #D
New Albany, IN 47150

Daniel Licciardi
3500 NW 37th Avenue
Miami, FL 33142

**VIA EMAIL ONLY**
Florida Lemark Corporation
Attn: Eduardo P. Rodriguez, Vice President
2040 N.W. 94th Avenue
Doral, FL 33172
Email: eduardo@floridalemark.com

**VIA EMAIL ONLY**
SHFL Entertainment (Shuffle Master, Inc.)
Attn: Darrell Horton
6650 El Camino
Las Vegas, NV 89118
Email: DHorton@shfl.com

**VIA EMAIL ONLY**
Tampa Bay Downs, Inc.
Attn: Gregory Gelyon, Vice President of Finance
P.O Box 2007
Oldsmar, FL 34677
Email:greg@tampabaydowns.com
Email:pnberube@tampabaydowns.com

**VIA CM/ECF ONLY**
Robert C. Meyers
ROBERT C. MEYERS, P.A.
2223 Coral Way
Miami, FL 33145
Email: meyerrobertc@cs.com
*Counsel for Florida Lemark Corporation*

**VIA CM/ECF ONLY**
David Brett Marks
AKERMAN, LLP
350 Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
Email: brett.marks@akerman.com
*Counsel for James W. Stuckert
and Solomon O. Howell*

**Governmental Agencies / Taxing Authorities**

Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL 32399

Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard, Suite 165
Ft. Lauderdale, FL 33309-3787

Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035

Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

MASTER SERVICE LIST AS OF MAY 1, 2014
Florida Gaming Centers, Inc. *et al.*

Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL 33126-1828

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

VIA CM/ECF ONLY
David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA 30326-1382
Email: baddleyd@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Parties in Interest

VIA EMAIL ONLY
Lance A. Schildkraut, Esq.
DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, NY 10017
Email: las@dtlawgroup.com

VIA EMAIL ONLY
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

VIA EMAIL ONLY
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

VIA EMAIL ONLY
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210

Daniel Stermer
200 S Biscayne Blvd. #1818
Miami, FL 33131

5

<u>MASTER SERVICE LIST AS OF MAY 1, 2014</u>
<u>Florida Gaming Centers, Inc. *et al.*</u>

<u>VIA CM/ECF ONLY</u>
Franck D. Chantayan, Esq.
Franck D. Chantayan, P.A.
125 S. State Road 7, Suite 104-334
Wellington, FL 33414
Email: franck@chantayan.com
*Counsel for William B. Collett, Sr. and William B. Collett, Jr.*

<u>VIA CM/ECF ONLY</u>
Craig V. Rasile, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: craig.rasile@dlapiper.com
*Local Counsel for Silvermark, LLC*

<u>VIA EMAIL ONLY</u>
Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: andrew.zaron@dlapiper.com
*Local Counsel for Silvermark, LLC*

<u>VIA EMAIL ONLY</u>
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: rachel.nanes@dlapiper.com
*Local Counsel for Silvermark, LLC*

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figuerora Street, 30th Floor
Los Angeles, CA 90017
*Counsel for Silvermark, LLC*

<u>VIA EMAIL ONLY</u>
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: lconahan@gunster.com

<u>VIA CM/ECF ONLY</u>
Allison L. Friedman, Esq.
Allison L. Friedman, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, FL 33180
Email: ralfriedman@gmail.com
*Counsel for Aristocrat Technologies, Inc.*

<u>VIA CM/ECF ONLY</u>
American Express Travel
Related Services Co, Inc.
C/o Becket and Lee LLP
P.O Box 3001
Malvern, PA 19355-0701
Email: notices@becket-lee.com
*Counsel for Z Cap Florida Gaming, LLC*

<u>VIA CM/ECF ONLY</u>
Mark D. Bloom
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Email: bloomm@gtlaw.com
*Counsel for Z Cap Florida Gaming, LLC*

<u>VIA CM/ECF ONLY</u>
John R. Dodd
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Email: doddj@gtlaw.com
*Counsel for Z Cap Florida Gaming, LLC*

<u>VIA EMAIL ONLY</u>
Lee R. Bogdanoff
Klee, Tuchin, Boganoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Email: lbogdanoff@ktbslaw.com
*Counsel for Z Cap Florida Gaming, LLC*

<u>VIA EMAIL ONLY</u>
Martin R. Barash
Klee, Tuchin, Boganoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Email: MBarash@ktbslaw.com
*Counsel for Z Cap Florida Gaming, LLC*

6

**MASTER SERVICE LIST AS OF MAY 1, 2014**
**Florida Gaming Centers, Inc.** *et al.*

<u>VIA CM/ECF ONLY</u>
Harvey W. Gurland
Duane Morris, LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Email: HWGurland@DuaneMorris.com
*Counsel for GLP Capital, L.P.*

<u>VIA EMAIL ONLY</u>
Mark A. McDermott
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, NY 10036
Email: Mark.McDermott@Skadden.com
*Counsel for GLP Capital, L.P.*

<u>VIA EMAIL ONLY</u>
Evan R. Levy
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, NY 10036
Email: Evan.Levy@Skadden.com
*Counsel for GLP Capital, L.P.*

<u>VIA CM/ECF ONLY</u>
Linda M. Leali
Linda Leali, P.A.
777 Brickell Avenue, Suite 1210
Miami, FL 33131
Email: lleali@lealilaw.com
*Counsel for St. Lucie County*

<u>VIA CM/ECF ONLY</u>
Holly E. Van Horsten
Phillips, Richards & Rind, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33179
Email: Hvanhorsten@phillipsrichard.com
*Counsel for International Union, UAW*

<u>VIA CM/ECF ONLY</u>
Allison R. Axenrod
Claims Recovery Group, LLC
92 Union Avenue
Cresskill, NJ 07626
Email: Allison@claimsrecoveryllc.com

<u>VIA CM/ECF ONLY</u>
Stacia A. Wells, Esq.
Mindy A. Mora, Esq.
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Email: mmora@bilzin.com
Email: swells@bilzin.com
*Counsel for Prides Capital Fund I L.P.*

EKC Financial LLC
c/o Drum Capital Management
4 Stamford Plaza
Stamford, CT 06902

Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

<u>VIA CM/ECF ONLY</u>
Victoria Mendez, City Attorney
Barnaby L. Min, Deputy City Attorney
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Email: Dgrasco@miamigov.com
Email: foreclsoureservice@miamigov.com
Email: BMin@miamigov.com
*Counsel for City of Miami*

<u>VIA CM/ECF ONLY</u>
Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023
Email: Vknox.fh@verizon.net

<u>VIA CM/ECF ONLY</u>
Heather L. Ries
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Email: Hries@foxrothschild.com
*Local Counsel for American Gaming Systems, Inc.*

7