**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| **IN RE:** | I | **CASE NUMBER** |
| | I | **13-29598-RAM** |
| **Florida Gaming Corporation** | I | |
| **DEBTOR.** | I | **JUDGE:**   **Robert A. Mark** |
| | I | |
| | I | **CHAPTER 11** |
| | I | |

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

**FOR THE PERIOD**

**FROM April 1, 2014 TO April 30, 2014**

Comes now the above named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Luis Salazar
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:
3500 NW 37th Avenue
Miami, FL 33142
305-633-6400

Attorney's Address
and Phone Number:
Salazar Jackson, LLP
One Biscayne Tower, Ste 3760
Two South Biscayne Blvd.
Miami, FL 33131
305-374-4848

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)  Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

### FOR THE PERIOD BEGINNING April 1, 2014 AND ENDING April 30, 2014

Name of Debtor: **Florida Gaming Corporation**　　Case Number:　　**13-29598-RAM**

Date of Petition:

|  | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---:|---|---:|---|
| 1. | FUNDS AT BEGINNING OF PERIOD | $     5,438.88 | (a) | $     35,573.26 | (b) |
| 2. | RECEIPTS: | | | | |
| | A.   Cash Sales | - | | - | |
| | Minus: Cash Refunds | - | | - | |
| | Net Cash Sales | - | | - | |
| | B.   Accounts Receivable | - | | - | |
| | C.   Other Receipts (*See MOR-3*) | 10,618.57 | | 35,655.33 | |
| | (If you receive rental income, you must attach rent roll.) | | | | |
| 3. | TOTAL RECEIPTS (Lines 2A+2B+2C) | 10,618.57 | | 35,655.33 | |
| 4. | TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 16,057.45 | | 71,228.59 | |
| 5. | DISBURSEMENTS | | | | |
| | A.   Advertising | - | | - | |
| | B.   Bank Charges | 39.17 | | 274.41 | |
| | C.   Contract Labor | - | | - | |
| | D.   Fixed Asset Payments (not incl. in "N") | - | | - | |
| | E.   Insurance | - | | - | |
| | F.   Inventory Payments (*See Attach. 2*) | - | | - | |
| | G.   Leases | - | | - | |
| | H.   Manufacturing Supplies | - | | - | |
| | I.   Office Supplies | - | | 1,685.24 | |
| | J.   Payroll - Net | - | | - | |
| | K.   Professional Fees (Accounting & Legal) | - | | - | |
| | L.   Rent | 2,934.25 | | 26,137.00 | |
| | M.   Repairs & Maintenance | - | | 548.49 | |
| | N.   Secured Creditor Payments (*See Attach. 2*) | - | | - | |
| | O.   Taxes Paid - Payroll | - | | - | |
| | P.   Taxes Paid - Sales & Use | - | | - | |
| | Q.   Taxes Paid - Other | - | | 1,497.06 | |
| | R.   Telephone | - | | 30.96 | |
| | S.   Travel & Entertainment | - | | 2,160.45 | |
| | Y.   U.S. Trustee Quarterly Fees | - | | - | |
| | U.   Utilities | 1,085.71 | | 8,193.81 | |
| | V.   Vehicle Expenses | - | | - | |
| | W.   Other Operating Expenses (*See MOR-3*) | 2,710.56 | | 21,413.41 | |
| 6. | TOTAL DISBURSEMENTS (*Sum of 5A thru W*) | 6,769.69 | | 61,940.83 | |
| 7. | ENDING BALANCE (*Line 4 Minus Line 6*) | $     9,287.76 | (c) | $     9,287.76 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 21 day of May, 2014

W. Bennett Collett, Jr.
President and Chief Executive Officer

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS**  (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transfer from Freedom Holdings (to close account) | $                    - | $              36.76 |
| Transfer from Florida Gaming Centers | 10,618.57 | 35,618.57 |
| | - | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| TOTAL OTHER RECEIPTS | $          10,618.57 | $          35,655.33 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.)  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2,  Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| SEC Filling Expense | $          1,017.00 | $          11,057.00 |
| Continental Stock Transfer & Trust | 1,631.31 | 9,894.41 |
| Security | 62.25 | 254.00 |
| Miscellaneous | - | 208.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $          2,710.56 | $          21,413.41 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Florida Gaming Corporation**
Balance Sheet - Detailed

As Of April 30, 2014

| | | April | March | February | January | December | November |
|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | |
| Current Assets: | | | | | | | |
| **Total Cash and Equivalent** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| 021-0000-1030-605 | Wells Fargo Bank | 9,287.76 | 5,438.88 | 406.31 | 927.83 | 3,433.92 | 7,492.67 |
| **Total Cash in Banks** | | 9,287.76 | 5,438.88 | 406.31 | 927.83 | 3,433.92 | 7,492.67 |
| | | | | | | | |
| **Total Cash** | | 9,287.76 | 5,438.88 | 406.31 | 927.83 | 3,433.92 | 7,492.67 |
| | | | | | | | |
| 021-0000-1295-009 | Due From Centers | 4,835,920.96 | 4,854,389.52 | 4,876,221.16 | 4,903,404.80 | 4,920,089.95 | 4,926,921.59 |
| 021-0000-1295-031 | Due From Tara | (1,125,487.00) | (1,125,812.00) | (1,126,108.00) | (1,126,108.00) | (1,127,025.00) | (1,127,321.00) |
| **Total Accounts Receivable** | | 3,710,433.96 | 3,728,577.52 | 3,750,113.16 | 3,777,296.80 | 3,793,064.95 | 3,799,600.59 |
| | | | | | | | |
| **Total Inventory** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **Total Prepaid Expenses** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **Total Other Current Assets** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **Prepaid Expenses and Other Current Assets** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **Total Current Assets** | | 3,719,721.72 | 3,734,016.40 | 3,750,519.47 | 3,778,224.63 | 3,796,498.87 | 3,807,093.26 |
| | | | | | | | |
| Property & Equipment: | | | | | | | |
| 021-0000-1700-035 | Furniture & Fixtures | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 |
| **Total Property & Equipment** | | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 |
| | | | | | | | |
| 021-0000-1800-035 | Accu Depr-Furniture&Fixtures | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 |
| **Less:  Accumulated Depreciation** | | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 | 32,617.42 |
| | | | | | | | |
| **Net Property & Equipment** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| Other Assets: | | | | | | | |
| 021-0000-1900-000 | Deposits Long Term | 1,645.39 | 1,645.39 | 1,645.39 | 1,645.39 | 1,645.39 | 1,645.39 |
| 021-0000-1900-110 | Interdivision Capital - Florida Gaming C | (4,758,630.30) | (4,758,630.30) | (4,758,630.30) | (4,758,630.30) | (4,758,630.30) | (4,758,630.30) |
| 021-0000-1900-120 | Interdivision Capital - Tara Club Estates | 1,408,404.63 | 1,408,404.63 | 1,408,404.63 | 1,408,404.63 | 1,408,404.63 | 1,408,404.63 |
| **Total Other Current Assets** | | (3,348,580.28) | (3,348,580.28) | (3,348,580.28) | (3,348,580.28) | (3,348,580.28) | (3,348,580.28) |
| | | | | | | | |
| **TOTAL ASSETS** | | 371,141.44 | 385,436.12 | 401,939.19 | 429,644.35 | 447,918.59 | 458,512.98 |
| | | | | | | | |
| **LIABILITIES:** | | | | | | | |
| Current Liabilities: | | | | | | | |
| **Total Accounts Payable** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **Total Current Debt** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*Florida Gaming Corporation*
**Balance Sheet - Detailed**

**As Of April 30, 2014**

| | | April | March | February | January | December | November |
|---|---|---|---|---|---|---|---|
| **Total Gaming Liability** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Federal & State Taxes/Expenses** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 021-0000-2400-010 | Accrued Salaries and Wages | 0.00 | 2,195.89 | 1,462.92 | 1,463.92 | 731.97 | 0.00 |
| 021-0000-2500-100 | Accrued Real Estate Taxes | 654.56 | 654.56 | 654.56 | 654.56 | 654.56 | 654.56 |
| 021-0000-2500-110 | Accrued Professional Fees | 1,076,076.20 | 1,074,076.20 | 1,062,076.20 | 1,055,428.20 | 1,033,428.20 | 1,011,428.20 |
| 021-0000-2500-112 | Accrued Expenses Miscellaneous | 16,229.48 | 16,229.48 | 16,229.48 | 16,229.48 | 16,901.48 | 16,901.48 |
| 021-0000-2500-220 | ACCRUED DIVIDENDS - "C" & "D" | 2,706,256.49 | 2,706,256.49 | 2,591,498.89 | 2,591,498.89 | 2,591,498.89 | 2,476,741.29 |
| **Total Other Current Liabilities** | | 3,799,216.73 | 3,799,412.62 | 3,671,922.05 | 3,665,275.05 | 3,643,215.10 | 3,505,725.53 |
| **Total Current Liabilities** | | 3,799,216.73 | 3,799,412.62 | 3,671,922.05 | 3,665,275.05 | 3,643,215.10 | 3,505,725.53 |
| 021-0000-2600-003 | Notes Payable-Long Term Freedom Ho | 2,115,470.38 | 2,097,596.91 | 2,079,884.56 | 2,064,050.76 | 2,046,714.51 | 2,029,240.49 |
| 021-0000-2600-005 | Notes Payable-Long Term Stuckert | 2,724,683.05 | 2,671,975.57 | 2,618,599.19 | 2,571,259.83 | 2,519,895.40 | 2,469,557.03 |
| 021-0000-2600-007 | Notes Payable-Long Term Neiman | 193,777.72 | 191,417.77 | 189,009.84 | 186,859.67 | 184,509.07 | 182,187.70 |
| 021-0000-2600-008 | Notes Payable-Long Term Freedom Fir | 2,280,048.61 | 2,268,859.71 | 2,257,356.47 | 2,247,014.05 | 2,235,621.57 | 2,224,286.85 |
| 021-0000-2600-009 | Notes Payable-Long Term Florida Lema | 1,339,919.34 | 1,326,832.77 | 1,313,446.41 | 1,301,465.79 | 1,288,335.36 | 1,275,337.41 |
| **Total Long-Term Liabilities** | | 8,653,899.10 | 8,556,682.73 | 8,458,296.47 | 8,370,650.10 | 8,275,075.91 | 8,180,609.48 |
| **TOTAL LIABILITIES:** | | 12,453,115.83 | 12,356,095.35 | 12,130,218.52 | 12,035,925.15 | 11,918,291.01 | 11,686,335.01 |
| **SHAREHOLDER'S EQUITY:** | | | | | | | |
| 021-0000-2900-010 | Retained Earnings | (63,180,892.02) | (63,180,892.02) | (63,066,134.42) | (63,066,134.42) | (61,215,099.63) | (61,100,342.03) |
| 021-0000-2900-051 | Preferred Stock Class A | 2,775.60 | 2,775.60 | 2,775.60 | 2,775.60 | 2,775.60 | 2,775.60 |
| 021-0000-2900-052 | Preferred Stock Class B | 4.50 | 4.50 | 4.50 | 4.50 | 4.50 | 4.50 |
| 021-0000-2900-056 | Preferred Stock Class F | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 021-0000-2900-057 | Preferred Stock Class AA | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 021-0000-2900-090 | Common Stock | 807,458.60 | 807,458.60 | 807,458.60 | 807,458.60 | 807,458.60 | 807,458.60 |
| 021-0000-2900-100 | Additional Paid in Capital | 50,784,923.30 | 50,784,923.30 | 50,784,923.30 | 50,784,923.30 | 50,784,923.30 | 50,784,923.30 |
| Profit (Loss) for Period | | (496,844.37) | (385,529.21) | (257,906.91) | (135,908.38) | (1,851,034.79) | (1,723,242.00) |
| **TOTAL SHAREHOLDER'S EQUITY:** | | (12,081,974.39) | (11,970,659.23) | (11,728,279.33) | (11,606,280.80) | (11,470,372.42) | (11,227,822.03) |
| **TOTAL LIABILITIES & SHAREHOLDER'S EQUITY:** | | 371,141.44 | 385,436.12 | 401,939.19 | 429,644.35 | 447,918.59 | 458,512.98 |

**Florida Gaming Corporation**
Income Statement

As Of April 30, 2014

|  | Current | April Budget | Prior Year | Current | Quarter-to-Date Budget | Prior Year | Current | Year-to-Date Budget | Prior Year |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | | | |
| Table Games | | | | | | | | | |
| Total Table Games: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Poker | | | | | | | | | |
| Total Poker: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Slot Win | | | | | | | | | |
| Total Slot Win: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Slot Unredeemed Tickets | | | | | | | | | |
| Total Slot Unredeemed Tickets: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Progressive Accrual | | | | | | | | | |
| Total Progressive Accrual: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mutuals | | | | | | | | | |
| Total Mutuals: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Games | | | | | | | | | |
| Total Other Games: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Gaming Revenue** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gaming Promotional Allowances | | | | | | | | | |
| Promotional Credits | | | | | | | | | |
| Total Promotional Credits: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Gross Slot Win: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Match Play | | | | | | | | | |
| Total Match Play: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Table Games Win: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Gaming Promotional Allowances: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Gross Gaming Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Net Gaming Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Non-Gaming Revenue: | | | | | | | | | |
| Food Cash Revenue | | | | | | | | | |
| Total Food Cash Revenue: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Total Food Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Food Comp Revenue | | | | | | | | | |
| Total Food Comp Revenue : | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*Florida Gaming Corporation*
**Income Statement**

**As Of April 30, 2014**

| | April | | | Quarter-to-Date | | | Year-to-Date | | |
|---|---|---|---|---|---|---|---|---|---|
| | Current | Budget | Prior Year | Current | Budget | Prior Year | Current | Budget | Prior Year |
| **Percentage of Total Food Revenue:** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Food Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Beverage Cash Revenue** | | | | | | | | | |
| **Total Beverage Cash Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Total Beverage Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Beverage Comp Revenue** | | | | | | | | | |
| **Total Beverage Comp Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Total Beverage Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Beverage Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Retail Revenue** | | | | | | | | | |
| **Total Retail Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Entertainment Revenue** | | | | | | | | | |
| **Total Entertainment Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Miscellaneous Revenue** | | | | | | | | | |
| **Total Miscellaneous Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Non-Gaming Revenue:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Non-Gaming Comp Expenses** | | | | | | | | | |
| **Total Non-Gaming Comp Expenses:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Total Non-Gaming Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **REVENUES:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **COST OF SALES:** | | | | | | | | | |
| **Food Cost of Sales** | | | | | | | | | |
| **Total Food Cost of Sales:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Food Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Beverage Cost of Sales** | | | | | | | | | |
| **Total Beverage Cost of Sales:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Beverage Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Retail Cost of Sales** | | | | | | | | | |
| **Total Retail Cost of Sales:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Percentage of Retail Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **TOTAL COST OF SALES:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Promotional Expenses**

**Florida Gaming Corporation**
Income Statement

As Of April 30, 2014

|  | April | | | Quarter-to-Date | | | Year-to-Date | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Current | Budget | Prior Year | Current | Budget | Prior Year | Current | Budget | Prior Year |
| **Total Promotional Expenses:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Percentage of Total Gross Revenue:** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **PAYROLL & BENEFITS** | | | | | | | | | |
| **Wages** | | | | | | | | | |
| 5100-000   Salaried Wages | 3,671.72 | 0.00 | 14,958.81 | 3,671.72 | 0.00 | 14,958.81 | 27,243.17 | 0.00 | 27,651.13 |
| **Total Wages:** | 3,671.72 | 0.00 | 14,958.81 | 3,671.72 | 0.00 | 14,958.81 | 27,243.17 | 0.00 | 27,651.13 |
| **Percentage of Total Gross Revenue:** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Taxes & Benefits** | | | | | | | | | |
| 5500-000   FICA | 523.63 | 0.00 | 970.96 | 523.63 | 0.00 | 970.96 | 2,326.84 | 0.00 | 1,941.92 |
| 5500-020   SUI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53.68 | 0.00 | 53.68 |
| 5500-030   FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.01 | 0.00 | 84.01 |
| **Total Taxes & Benefits:** | 523.63 | 0.00 | 970.96 | 523.63 | 0.00 | 970.96 | 2,464.53 | 0.00 | 2,079.61 |
| **Percentage of Wages:** | 14.3% | 0.0% | 6.5% | 14.3% | 0.0% | 6.5% | 9.0% | 0.0% | 7.5% |
| **Payroll Allocation** | | | | | | | | | |
| **Total Payroll Allocation:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PAYROLL & BENEFITS:** | 4,195.35 | 0.00 | 15,929.77 | 4,195.35 | 0.00 | 15,929.77 | 29,707.70 | 0.00 | 29,730.74 |
| **Percentage of Total Gross Revenue:** | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **OPERATING EXPENSES** | | | | | | | | | |
| **State Gaming Taxes** | | | | | | | | | |
| **Total State Gaming Taxes:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Bad Debt** | | | | | | | | | |
| **Total Bad Debt:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Special Events** | | | | | | | | | |
| **Total Special Events:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Advertising** | | | | | | | | | |
| **Total Advertising:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | | | | | | | |
| 7410-010   Electricity | 244.60 | 0.00 | 288.94 | 244.60 | 0.00 | 288.94 | 638.80 | 0.00 | 557.31 |
| 7410-020   Natural Gas | 156.20 | 0.00 | 285.19 | 156.20 | 0.00 | 285.19 | 377.00 | 0.00 | 660.29 |
| **Total Utilities:** | 400.80 | 0.00 | 574.13 | 400.80 | 0.00 | 574.13 | 1,015.80 | 0.00 | 1,217.60 |
| **Rent Expense** | | | | | | | | | |
| 7500-060   Property Rental Expense | 2,934.25 | 0.00 | 2,913.25 | 2,934.25 | 0.00 | 2,913.25 | 11,695.00 | 0.00 | 14,373.25 |
| **Total Rent Expense:** | 2,934.25 | 0.00 | 2,913.25 | 2,934.25 | 0.00 | 2,913.25 | 11,695.00 | 0.00 | 14,373.25 |
| **Insurance** | | | | | | | | | |
| **Total Insurance:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Regulatory Costs** | | | | | | | | | |

**Florida Gaming Corporation**
Income Statement

**As Of April 30, 2014**

| | | April | | | Quarter-to-Date | | | Year-to-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | Budget | Prior Year | Current | Budget | Prior Year | Current | Budget | Prior Year |
| 6300-020 | Licenses and Regulatory Fees | 0.00 | 0.00 | 158.75 | 0.00 | 0.00 | 158.75 | 0.00 | 0.00 | 158.75 |
| | **Total Regulatory Costs:** | **0.00** | **0.00** | **158.75** | **0.00** | **0.00** | **158.75** | **0.00** | **0.00** | **158.75** |
| | **Other Operating Expenses** | | | | | | | | | |
| 7920-010 | Professional Services Legal | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 10,000.00 | 20,000.00 | 0.00 | 60,000.00 |
| 7920-020 | Professional Services Consulting | 0.00 | 0.00 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 0.00 | 28,000.00 |
| 7920-030 | Professional Services Accounting | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 10,000.00 | 30,000.00 | 0.00 | 40,000.00 |
| 7920-060 | Board of Director Expenses | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 | 8,000.00 | 0.00 | 8,000.00 |
| 7920-070 | Shareholder Relations | 1,631.31 | 0.00 | 252.70 | 1,631.31 | 0.00 | 252.70 | 8,618.41 | 0.00 | 11,948.02 |
| 7925-130 | SEC/Other Filing Expense | 1,017.00 | 0.00 | 12,183.18 | 1,017.00 | 0.00 | 12,183.18 | 2,189.00 | 0.00 | 34,104.18 |
| 7925-090 | O/S Other | 260.17 | 0.00 | 1,033.29 | 260.17 | 0.00 | 1,033.29 | 491.25 | 0.00 | 1,189.29 |
| 7930-010 | Office Supplies | 0.00 | 0.00 | 76.00 | 0.00 | 0.00 | 76.00 | 0.00 | 0.00 | 76.00 |
| 7940-200 | Contract Maintenance | 0.00 | 0.00 | 205.88 | 0.00 | 0.00 | 205.88 | 482.98 | 0.00 | 479.46 |
| 8040-000 | Postage & Freight | 0.00 | 0.00 | 162.86 | 0.00 | 0.00 | 162.86 | 461.73 | 0.00 | 713.12 |
| 8060-000 | Telephone Expense | 684.91 | 0.00 | 719.78 | 684.91 | 0.00 | 719.78 | 3,446.07 | 0.00 | 3,719.52 |
| 8060-020 | Cell Phone Expense | 0.00 | 0.00 | 87.66 | 0.00 | 0.00 | 87.66 | 0.00 | 0.00 | 320.81 |
| | **Total Other Operating Expenses:** | **5,593.39** | **0.00** | **40,721.35** | **5,593.39** | **0.00** | **40,721.35** | **73,689.44** | **0.00** | **188,550.40** |
| | **TOTAL OPERATING EXPENSES:** | **8,928.44** | **0.00** | **44,367.48** | **8,928.44** | **0.00** | **44,367.48** | **86,400.24** | **0.00** | **204,300.00** |
| | Percentage of Total Gross Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | **EBITA:** | **(13,123.79)** | **0.00** | **(60,297.25)** | **(13,123.79)** | **0.00** | **(60,297.25)** | **(116,107.94)** | **0.00** | **(234,030.74)** |
| | Percentage of Total Gross Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | **Depreciation & Amortization** | | | | | | | | | |
| 7800-035 | Depreciation Furniture&Fixture | 0.00 | 0.00 | 139.00 | 0.00 | 0.00 | 139.00 | 0.00 | 0.00 | 417.00 |
| | **Total Depreciation & Amortization:** | **0.00** | **0.00** | **139.00** | **0.00** | **0.00** | **139.00** | **0.00** | **0.00** | **417.00** |
| | **Other Non-Operating Expenses** | | | | | | | | | |
| 9000-990 | Restructuring Fees | 650.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 |
| | **Total Other Non-Operating Expenses:** | **650.00** | **0.00** | **0.00** | **650.00** | **0.00** | **0.00** | **1,300.00** | **0.00** | **0.00** |
| | **Interest Income** | | | | | | | | | |
| | **Total Interest Income:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Interest Expense** | | | | | | | | | |
| 8900-061 | Interest Expense Freedom Holding | 18,198.47 | 0.00 | 14,752.91 | 18,198.47 | 0.00 | 14,752.91 | 69,369.11 | 0.00 | 61,393.04 |
| 8900-062 | Interest Expense Stuckert | 52,707.48 | 0.00 | 41,559.55 | 52,707.48 | 0.00 | 41,559.55 | 204,787.65 | 0.00 | 161,473.96 |
| 8900-063 | Interest Expense Neiman | 2,359.95 | 0.00 | 2,033.15 | 2,359.95 | 0.00 | 2,033.15 | 9,268.65 | 0.00 | 7,985.06 |
| 8900-064 | Interest Expense Freedom Financial | 11,188.90 | 0.00 | 10,538.88 | 11,188.90 | 0.00 | 10,538.88 | 44,427.04 | 0.00 | 41,846.07 |
| 8900-065 | Interest Expense Florida Lemark | 13,086.57 | 0.00 | 11,613.67 | 13,086.57 | 0.00 | 11,613.67 | 51,583.98 | 0.00 | 48,542.92 |
| | **Total Interest Expense:** | **97,541.37** | **0.00** | **80,498.16** | **97,541.37** | **0.00** | **80,498.16** | **379,436.43** | **0.00** | **321,241.05** |
| | **Income Before Taxes:** | **(111,315.16)** | **0.00** | **(140,934.41)** | **(111,315.16)** | **0.00** | **(140,934.41)** | **(496,844.37)** | **0.00** | **(555,688.79)** |
| | Percentage of Total Gross Revenue: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   **Florida Gaming Corporation**         Case Number:   **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

ACCOUNTS RECEIVABLE AT PETITION DATE:                $ _____ -

**ACCOUNTS RECEIVABLE RECONCILIATION**

(include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance: | $ _____ - | (a) |
| PLUS: Current Month New Billings | $ _____ - | |
| MINUS: Collections During the Month | $ _____ - | (b) |
| PLUS/MINUS: Adjustments of Write-offs | $ _____ - | * |
| End of Month Balance | $ _____ - | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total amount for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ _____ - | $ _____ - | $ _____ - | $ _____ - | $ _____ - (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | <u>Status</u> (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **Florida Gaming Corporation**          Case Number: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | | Amount |
|---|---|---|---|---|---|
| | | | | $ | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| TOTAL AMOUNT | | | | $ | - (b) |

☐ **Check here is pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):**

| | | |
|---|---|---|
| Opening balance | $ | - (a) |
| PLUS: New Indebtedness Incurred This Month | $ | - |
| MINUS: Amount Paid on Post Petition, | | |
|    Accounts Payable This Month | $ | - |
| PLUS/MINUS: Adjustments | $ | - * |
| Ending Month Balance | $ | - (c) |

*For any adjustments provided explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | $ - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ - (d) | | |

(a) This number is carried from last month's report.  For the first report only, this number will be zero.
(b,c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSET REPORT**

Name of Debtor: **Florida Gaming Corporation**          Case Number: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

**INVENTORY REPORT**

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ - |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | $ - (a) |
| PLUS: Inventory Purchased During Month | $ - |
| MINUS: Inventory Used or Sold | $ - |
| PLUS/MINUS: Adjustments or Write-downs | $ - * |
| Inventory on Hand at End of Month | $ - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory | |
|---|---|---|---|---|---|
| 0.00% | 0.00% | 0.00% | 0.00% = | | 0% * |

*Aging Percentages must equal 100%
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION  DATE:          $ - (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION: (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $ - (a)(b) |
| MINUS: Depreciation Expense | $ - |
| PLUS: New purchases | $ - |
| PLUS/MINUS: Adjustments or Write-downs | $ - * |
| Ending Monthly Balance | $ - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
     Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  **Florida Gaming Corporation**                    Case Number:        **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

 Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

**Note:** This account was closed on October 17, 2013.

NAME OF BANK:    PNC Bank                                     BRANCH:          Pittsburgh, PA

ACCOUNT NAME:   Florida Gaming Corp                 ACCOUNT NUMBER: ******971

PURPOSE OF ACCOUNT:              Operating

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | - **(a) |

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:**_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
          ([  ] Check here if cash disbursements were authorized by United States Trustee)

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | $       - | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $                    - | Transferred to Payroll Account |
| $                    - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER- OPERATING ACCOUNT**

Name of Debtor: **Florida Gaming Corporation**                    Case Number: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

NAME OF BANK:          **PNC Bank**                          BRANCH:          **Pittsburgh, PA**

ACCOUNT NAME:          **Florida Gaming Corp**

ACCOUNT NUMBER:          **\*\*\*\*\*971**

PURPOSE OF ACCOUNT:                    Operating

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| **None** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $          - |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  **Florida Gaming Corporation**            Case Number:        **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.


NAME OF BANK:    Wells Fargo                    BRANCH:          Portland, OR

ACCOUNT NAME:    Florida Gaming Corporation         ACCOUNT NUMBER:  ********582

PURPOSE OF ACCOUNT:            Operating


| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | 11,936.07 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | (2,648.31) * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | 9,287.76  **(a) |

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
            (   Check here if cash disbursements were authorized by United States Trustee)

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| _____ | $        - | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above includes:

| | |
|---|---|
| $                              - | Transferred to Payroll Account |
| $                              - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Analyzed Business Checking

Account number:    **582** ■ April 1, 2014 - April 30, 2014 ■ Page 1 of 2



FLORIDA GAMING CORPORATION
DEBTOR IN POSSESSION
CH 11 CS 13-29597 (SFL)
3500 NW 37TH AVE
MIAMI FL 33142-4923

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
Dade/Monroe Bus Bkg #3
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 582 | $7,595.13 | $10,618.57 | -$6,277.63 | $11,936.07 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/18 | 10,618.57 | WT Seq#96152 Florida Gaming Centers /Org=Florida Gaming Srf# |
| | | | IN14041813544847 Trn#140418096152 Rfb# 000000274 |
| | | **$10,618.57** | **Total electronic deposits/bank credits** |
| | | **$10,618.57** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 04/09 | 156.20 | Vectren Energy Pymt 140408 Freedom Financi 0260051360052568221lvr | |
| | 04/10 | 10.99 | Enhanced Communi ACH Xfer 2317494 Freedom Financial Corp | |
| | 04/10 | 3.46 | Enhanced Communi ACH Xfer 2316961 Freedom Financial Corp | |
| | 04/10 | 3.07 | Enhanced Communi ACH Xfer 2316962 Freedom Financial Corp | |
| | 04/10 | 2.98 | Enhanced Communi ACH Xfer 2318063 Freedom Financial Corp | |
| | 04/11 | 39.17 | Client Analysis Srvc Chrg 140410 Svc Chge | 582 |
| | 04/15 | 244.60 | Duke Energy Duke Pymnt 140415 36202934018 Freedom Fin Corp Inc | |
| | 04/17 | 571.41 | ATT Payment 041514 425821002Myw9S Freedom Financial | |
| | 04/25 | 93.00 | ATT Payment 041114 356221002Evr1C Kim Tharp | |
| | | **$1,124.88** | **Total electronic debits/bank debits** | |

Account number:    **582**  ■  April 1, 2014 - April 30, 2014  ■  Page 2 of 2



**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 139 | 2,156.25 | 04/07 | 141 | 130.00 | 04/25 | 143 | 648.00 | 04/30 |
| 140 | 2,156.25 | 04/07 | 142 | 62.25 | 04/28 | | | |
| | **$5,152.75** | | **Total checks paid** | | | | | |
| | **$6,277.63** | | **Total debits** | | | | | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 7,595.13 | 04/11 | 3,066.76 | 04/25 | 12,646.32 |
| 04/07 | 3,282.63 | 04/15 | 2,822.16 | 04/28 | 12,584.07 |
| 04/09 | 3,126.43 | 04/17 | 2,250.75 | 04/30 | 11,936.07 |
| 04/10 | 3,105.93 | 04/18 | 12,869.32 | | |
| **Average daily ledger balance** | | | **$8,121.96** | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**ATTACHMENT 5B**

**CHECK REGISTER- OPERATING ACCOUNT**

Name of Debtor: **Florida Gaming Corporation**          Case Number: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

NAME OF BANK:              **Wells Fargo**              BRANCH:    **Portland, OR**

ACCOUNT NAME:              **Florida Gaming Corporation**

ACCOUNT NUMBER:            ********582

PURPOSE OF ACCOUNT:              Operating

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 04/07/14 | 140 | Hewett Brown | Rent | $ 2,156.25 |
| 04/09/14 | ACH | Vectren Energy | Utilities | 156.20 |
| 04/10/14 | ACH | ECG | Utilities | 20.50 |
| 04/11/14 | ACH | Bank Charge | Bank Charge | 39.17 |
| 04/15/14 | ACH | Duke Energy | Utilities | 244.60 |
| 04/17/14 | ACH | ATT | Utilities | 571.41 |
| 04/25/14 | ACH | ATT | Utilities | 93.00 |
| 04/25/14 | 141 | Ameriguard | Rent | 130.00 |
| 04/28/14 | 142 | Daliman | Security System | 62.25 |
| 04/30/14 | 143 | Stor-All | Rent | 648.00 |
| 04/30/14 | 145 | Continental Stock | Transfer Agent | 1,631.31 |
| 04/30/14 | 146 | Vintage | SEC Filings | 1,017.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 6,769.69 |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: **Florida Gaming Corporation**             Case Number:      **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:         **None**                BRANCH:

ACCOUNT NAME:                         ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:      Payroll

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance Per Check Register | $ | - **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid in Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER- PAYROLL ACCOUNT**

Name of Debtor:  **Florida Gaming Corporation**        Case Number: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

NAME OF BANK:                **None**            Branch: _____

ACCOUNT NAME:            _____

ACCOUNT NUMBER:         _____

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|      |             |       |         | $            - |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
| TOTAL |            |       |         | $            - |

**ATTACHMENT 4D**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:    **Florida Gaming Corporation**                    Case No: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    **None**                                                BRANCH:

ACCOUNT NAME:                                                           ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:                    TAX

| | | |
|---|---|---|
| Ending Balance Per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:    (☐ Check here if cash disbursements were authorized by United States Trustee)

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | $          - | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| | $          - | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B, and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5D**

**CHECK REGISTER- TAX ACCOUNT**

Name of Debtor:    **Florida Gaming Corporation**    Case Number: **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

NAME OF BANK:    **None**    Branch:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:    Tax

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         | $                          - |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $                          - (d) |

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | $                          - | (a) |
| Sales & Use Taxes Paid | $                          - | (b) |
| Other Taxes Paid | $                          - | (c) |
| TOTAL | $                          - | (d) |

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4E**

**INVESTMENTS ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | $          - | $          - | | $          - |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $          -  (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/ Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| None | $          - | $          - | $          - |
| | | | |
| | | | |
| **TOTAL** | | $          -  (b) | |

**For any Petty Cash Disbursement over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $          -  (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:    **Florida Gaming Corporation**          Case Number:       **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | $        - | | |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $       - | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:     **Florida Gaming Corporation**     Case Number:     **13-29598-RAM**

Reporting Period beginning April 1, 2014 and ending April 30, 2014

Record all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement of business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| None - Paid through Florida Gaming Centers, Inc. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Name of the Debtor:  **Florida Gaming Corporation**                    Case Number:    **13-29598-RAM**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (***attach closing statement*** ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.
Attach any relevant documents.

The Debtor refers the Court and parties in interest to the Monthly Operating Report filed by Florida Gaming Centers, Inc.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before May 31, 2014 or within 30 days from the date of Closing
 on the transaction approved by the Sale Order [ECF No. 420], whichever is earlier.