**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re:<br><br>FLORIDA GAMING CENTERS, INC., *et al.*, [1]<br><br>Debtors. / | Chapter 11<br>Case No. 13-29597-RAM<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day caused to be served the **Notice of Hearing** with regard to the First and Final Application for Compensation and Reimbursement of Expenses of Guggenheim Securities, LLC as Investment Banker to the Debtors, to the parties listed on the Master Service List as of May 1, 2014, attached hereto as Exhibit A, via the means described therein and to the parties listed on the Creditor Matrix as of May 1, 2014, attached hereto as Exhibit B, via United States Mail, postage pe-paid.

Dated: May 23, 2014

**BRYAN CAVE LLP**

/s/ Mark I. Duedall
Mark I. Duedall (Ga. Bar No. 231770)
Gwendolyn J. Godfrey (Ga. Bar No. 153004)
Jared A. Seff (Fl. Bar No. 84667)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bryancave.com
gwendolyn.godfrey@bryancave.com
jared.seff@bryancave.com

*Counsel for Guggenheim Securities, LLC*

[1] The debtors in these Chapter 11 cases and the last four digits of their federal tax identification number are: Florida Gaming Corporation (0533), Florida Gaming Centers, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929).

# EXHIBIT A

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**Debtors**

**VIA US MAIL ONLY**
Florida Gaming Centers, Inc.
Florida Gaming Corporation
Freedom Holding, Inc.
Tara Club Estates, Inc.
Attn: W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

**Debtors Counsel / Professionals**

**VIA CM/ECF ONLY**
Luis Salazar, Esq.
Linda Worton Jackson, Esq.
SALAZAR JACKSON, LLP
Two S. Biscayne Blvd., Suite 3760
Miami, FL 33131
Email: Salazar@SalazarJackson.com
Email: Jackson@SalazarJackson.com
*Counsel for Debtors*

**VIA EMAIL ONLY**
Robert W. Hudson, Esq.
HUDSON & CALLEJA, LLC
3211 Ponce de Leon Boulevard, Suite 102
Coral Gables, FL 33134
Email: rhudson@hudsoncalleja.com
*Special Counsel for Debtors*

**VIA EMAIL ONLY**
R. James Straus, Esq.
Ronald E. Gold, Esq.
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Email: jstraus@fbtlaw.com
Email: rgold@fbtlaw.com
*Special Counsel for Debtors*

**VIA EMAIL ONLY**
Alex C Fisch
James Decker
c/o GUGGENHEIM SECURITIES, LLC
330 Madison Avenue
New York, NY 10017
Email:
Alex.Fisch@guggenheimpartners.com
Email:
Jim.Decker@guggenheimpartners.com
*Investment Banker for Debtors*

**VIA CM/ECF ONLY**
Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Email: mwalker@kapilaco.com
*Special Counsel for Debtors*

**US Trustee**

**VIA CM/ECF ONLY**
Steven D. Schneiderman, Esq.
Office of the United States Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
Email:steven.d.schneiderman@usdoj.gov
Email:USTPRegion21.MM.ECF@usdoj.gov

**Receiver**

**VIA EMAIL ONLY**
David Jonas
4 Overlook Court
Medford, NJ 8055
Email: davesjonas@gmail.com

**VIA EMAIL ONLY**
Etan Mark, Esq.
BERGER SINGERMAN, LLP
1450 Birckell Avenue, Suite 1900
Miami, FL 33131
Email: emark@bergersingerman.com

**MASTER SERVICE LIST AS OF MAY 1, 2014**

*Counsel for David Jonas*

**VIA CM/ECF ONLY**
Christopher A. Jarvinen, Esq.
BERGER SINGERMAN, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
E-mail: cjarvinen@bergersingerman.com
*Counsel for David Jonas*

**Secured Creditors**

**VIA CM/ECF ONLY**
Drew Dillworth
150 West Flagler Street
Miami, FL 33130
Email: ddillworth@stearnsweaver.com
*Local Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Marissa D. Kelley, Eq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Blvd., Suite 2100
Fort Lauderdale, FL 33301
Email: mkelley@stearnsweaver.com
*Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Andrew F. O'Neill
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: aoneill@sidley.com
*Counsel for ABC Funding, LLC*

**VIA EMAIL ONLY**
Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: dtwomey@sidley.com
*Counsel for ABC Funding, LLC*

**VIA US MAIL ONLY**
ABC Funding, LLC
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

**VIA US MAIL ONLY**
Canyon Distressed Opportunity Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

**VIA US MAIL ONLY**
Canyon-GRF Master Fund II, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

**VIA US MAIL ONLY**
Canyon Value Realization Fund, L.P.
c/o Canyon Capital Advisors LLC
Attn: Chaney Sheffield
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

**VIA US MAIL ONLY**
Canyon Value Realization Master Fund, L.P.
c/o Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

**VIA US MAIL ONLY**
J.P. Morgan Securities LLC
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

**VIA US MAIL ONLY**
JPMorgan Chase Bank, N.A.
Attn: Jason Kroll
383 Madison Avenue, 3rd Floor
New York, NY 10017

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA US MAIL ONLY**
Locust Street Funding LLC
c/o GSO/Blackstone Debt Funds Management
Attn: James Roche
345 Park Avenue, 31st Floor
New York, NY 10154

**VIA US MAIL ONLY**
Summit Partners Subordinated Debt Fund IV-A, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

**VIA US MAIL ONLY**
Summit Partners Subordinated Debt Fund IV-A, L.P.
Summit Partners Subordinated Debt Fund IV-B, L.P.
ABC Funding, LLC
Attn: Summit Partners SD IV, L.P.
Attn: Robin W. Devereux, General Partner
222 Berkeley Street, 18th Floor
Boston, MA 02116

**VIA US MAIL ONLY**
Summit Partners Subordinated Debt Fund IV-B, L.P.
c/o Summit Partners Credit Advisors, L.P.
Attn: James Freeland and Adam Britt
222 Berkeley Street, 18th Floor
Boston, MA 02116

**VIA CM/ECF ONLY**
Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128-1993
Email: ileanac@miamidade.gov
Email: cao.bkc@miamidade.gov
*Counsel for Miami Dade County-County Tax Collector and Miami-Dade Aviation Department*

**VIA CM/ECF ONLY**
Miami Dade County Tax Collector
Darely Garcia-Lopez
c/o Miami Dade County Paralegal Unit
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
Email: dgjp@miamidade.gov
Email: mdtcbkc@miamidade.gov

**VIA EMAIL ONLY**
Thomas P. Abbott, Assistant County Attorney
PO Box 025504
Miami, FL 33102-5504
Email: Tabbott@miami-airport.com

**Creditors**

**VIA CM/ECF ONLY**
Andrew R. Herron, Esq.
Herron Ortiz
255 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Email: aherron@herronortiz.com
*Counsel for Miami Gaming Ventures, LLC*

**VIA CM/ECF ONLY**
Howard S. Toland, Esq.
1200 Weston Road, Penthouse
Weston, FL 33326
Email: htoland@mitrani.com
*Counsel for International Sound Corporation*

**VIA CM/ECF ONLY**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: gmoses@gjb-law.com
*Counsel for Committee of Unsecured Creditors*

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA CM/ECF ONLY**
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: pbattista@gjb-law.com
*Counsel for Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Michael A. Friedman, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Email: mfriedman@gjb-law.com
*Counsel for Committee of Unsecured Creditors*

**VIA CM/ECF ONLY**
Solomon B. Genet, Esquire
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Email: sgenet@melandrussin.com
*Counsel for Miami Casino Management, LLC*

**VIA EMAIL ONLY**
Miami Gaming Ventures
Attn: Rodney Barreto, Partner
235 Catalonia Avenue
Coral Gables, FL 33134
Email: Rodney@barretogroup.com

**VIA US MAIL ONLY**
The Farmers Bank
c/o David B. Vickery, Esq.
101 North Main Street
Leitchfield, KY 42754

**VIA US MAIL ONLY**
Freedom Financial Corporation
2669 Charlestown Road #D
New Albany, IN 47150

**VIA EMAIL ONLY**
S. Oden Howell
6800 Shadwell Place
Prospect, KY 40059
Email: SoHowell@aol.com

**VIA US MAIL ONLY**
Kim Tharp
2669 Charlestown Rd #D
New Albany, IN 47150

**VIA US MAIL ONLY**
Daniel Licciardi
3500 NW 37th Avenue
Miami, FL 33142

**VIA EMAIL ONLY**
Florida Lemark Corporation
Attn: Eduardo P. Rodriguez, Vice President
2040 N.W. 94th Avenue
Doral, FL 33172
Email: eduardo@floridalemark.com

**VIA EMAIL ONLY**
SHFL Entertainment (Shuffle Master, Inc.)
Attn: Darrell Horton
6650 El Camino
Las Vegas, NV 89118
Email: DHorton@shfl.com

**VIA EMAIL ONLY**
Tampa Bay Downs, Inc.
Attn: Gregory Gelyon, Vice President of Finance
PO Box 2007
Oldsmar, FL 34677
Email:greg@tampabaydowns.com
Email:pnberube@tampabaydowns.com

**VIA CM/ECF ONLY**
Robert C. Meyers
ROBERT C. MEYERS, P.A.
2223 Coral Way
Miami, FL 33145
Email: meyerrobertc@cs.com
*Counsel for Florida Lemark Corporation*

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA CM/ECF ONLY**
David Brett Marks
AKERMAN, LLP
350 Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
Email: brett.marks@akerman.com
*Counsel for James W. Stuckert and Solomon O. Howell*

**Governmental Agencies / Taxing Authorities**

**VIA US MAIL ONLY**
Division of Alcoholic Beverages and Tobacco
Attn: Allen Douglas, Director
1940 North Monroe Street
Tallahassee, FL 32399

**VIA US MAIL ONLY**
Division of Pari-Mutuel Wagering
Southern Division
1400 West Commercial Boulevard
Suite 165
Ft. Lauderdale, FL 33309-3787

**VIA US MAIL ONLY**
Division of Pari-Mutuel Wagering
Attn: Leon M Biegalski, Director
1940 North Monroe Street
Tallahassee, FL 32399-1035

**VIA US MAIL ONLY**
Florida Department of Revenue
Attn: Bankruptcy Unit
P.O Box 6668
Tallahassee, FL 32314-6668

**VIA US MAIL ONLY**
Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

**VIA US MAIL ONLY**
Florida Department of Revenue
8175 NW 12th St, Suite 119
Miami Service Center
Miami, FL 33126-1828

**VIA US MAIL ONLY**
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

**VIA US MAIL ONLY**
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**VIA US MAIL ONLY**
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**VIA US MAIL ONLY**
Internal Revenue Service
Special Procedures- Insolvency
7850 SW 6th Court
Plantation, FL 33324

**VIA CM/ECF ONLY**
David Baddley
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces N.E, Suite 900
Atlanta, GA 30326-1382
Email: baddleyd@sec.gov
*Counsel for U.S. Securities and Exchange Commission*

**VIA US MAIL ONLY**
Securities and Exchange Commission
Eric I Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA US MAIL ONLY**
Special Asst. U.S. Attorney
PO Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

**VIA US MAIL ONLY**
Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Suite 340
Plantation, FL 33324-3906

**VIA US MAIL ONLY**
Eric Holder, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Parties in Interest**

**VIA EMAIL ONLY**
Lance A. Schildkraut, Esq.
DiConza Traurig LLP
630 Third Avenue, 7th Floor
New York, NY 10017
Email: las@dtlawgroup.com

**VIA EMAIL ONLY**
Gerald D. Kelly, Esq.
Claire E. W. Stewart, Esq.
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
Email: gkelly@sidley.com

**VIA EMAIL ONLY**
Benjamin R. Nagin, Esq.
Adam McClay, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Email: bnagin@sidley.com
Email: amcclay@sidley.com

**VIA EMAIL ONLY**
Alexander D. Silverman, Member
William S. Kogan, General Counsel
SILVERMARK LLC
430 Park Avenue, 5th Floor
New York, NY 10022
Email: alexs@andalex.com
Email: wkogan@andalex.com

**VIA US MAIL ONLY**
Wells Fargo Bank Deposits Bankruptcy
Wells Fargo Bank NA
2701 NW Vaughn St, 5th Floor
Portland, OR 97210

**VIA US MAIL ONLY**
Daniel Stermer
200 S Biscayne Boulevard
Suite 1818
Miami, FL 33131

**VIA CM/ECF ONLY**
Franck D. Chantayan, Esq.
Franck D. Chantayan, P.A.
125 S. State Road 7, Suite 104-334
Wellington, FL 33414
Email: franck@chantayan.com
*Counsel for William B. Collett, Sr. and William B. Collett, Jr.*

**VIA CM/ECF ONLY**
Craig V. Rasile, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: craig.rasile@dlapiper.com
*Local Counsel for Silvermark, LLC*

**VIA EMAIL ONLY**
Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: andrew.zaron@dlapiper.com
*Local Counsel for Silvermark, LLC*

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA EMAIL ONLY**
Rachel Nanes, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: rachel.nanes@dlapiper.com
*Local Counsel for Silvermark, LLC*

**VIA US MAIL ONLY**
Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 South Figuerora Street, 30th Floor
Los Angeles, CA 90017
*Counsel for Silvermark, LLC*

**VIA EMAIL ONLY**
Linda A. Conahan
GUNSTER, YOAKLEY & STEWART, P.A.
450 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Email: lconahan@gunster.com

**VIA CM/ECF ONLY**
Allison L. Friedman, Esq.
Allison L. Friedman, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, FL 33180
Email: ralfriedman@gmail.com
*Counsel for Aristocrat Technologies, Inc.*

**VIA CM/ECF ONLY**
American Express Travel
Related Services Co, Inc.
C/o Becket and Lee LLP
P.O Box 3001
Malvern, PA 19355-0701
Email: notices@becket-lee.com
*Counsel for Z Cap Florida Gaming, LLC*

**VIA CM/ECF ONLY**
Mark D. Bloom
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Email: bloomm@gtlaw.com
*Counsel for Z Cap Florida Gaming, LLC*

**VIA CM/ECF ONLY**
John R. Dodd
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Email: doddj@gtlaw.com
*Counsel for Z Cap Florida Gaming, LLC*

**VIA EMAIL ONLY**
Lee R. Bogdanoff
Klee, Tuchin, Boganoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Email: lbogdanoff@ktbslaw.com
*Counsel for Z Cap Florida Gaming, LLC*

**VIA EMAIL ONLY**
Martin R. Barash
Klee, Tuchin, Boganoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Email: MBarash@ktbslaw.com
*Counsel for Z Cap Florida Gaming, LLC*

**VIA CM/ECF ONLY**
Harvey W. Gurland
Duane Morris, LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Email: HWGurland@DuaneMorris.com
*Counsel for GLP Capital, L.P.*

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA EMAIL ONLY**
Mark A. McDermott
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, NY 10036
Email: Mark.McDermott@Skadden.com
*Counsel for GLP Capital, L.P.*

**VIA EMAIL ONLY**
Evan R. Levy
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, NY 10036
Email: Evan.Levy@Skadden.com
*Counsel for GLP Capital, L.P.*

**VIA CM/ECF ONLY**
Linda M. Leali
Linda Leali, P.A.
777 Brickell Avenue, Suite 1210
Miami, FL 33131
Email: lleali@lealilaw.com
*Counsel for St. Lucie County*

**VIA CM/ECF ONLY**
Holly E. Van Horsten
Phillips, Richards & Rind, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33179
Email: Hvanhorsten@phillipsrichard.com
*Counsel for International Union, UAW*

**VIA CM/ECF ONLY**
Allison R. Axenrod
Claims Recovery Group, LLC
92 Union Avenue
Cresskill, NJ 07626
Email: Allison@claimsrecoveryllc.com

**VIA CM/ECF ONLY**
Stacia A. Wells, Esq.
Mindy A. Mora, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Email: mmora@bilzin.com
Email: swells@bilzin.com
*Counsel for Prides Capital Fund I L.P.*

**VIA US MAIL ONLY**
EKC Financial LLC
c/o Drum Capital Management
4 Stamford Plaza
Stamford, CT 06902

**VIA US MAIL ONLY**
Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

**VIA CM/ECF ONLY**
Victoria Mendez, City Attorney
Barnaby L. Min, Deputy City Attorney
444 S.W. 2nd Avenue, Suite945
Miami, FL 33130-1910
Email: Dgrasco@miamigov.com
Email: foreclsoureservice@miamigov.com
Email: BMin@miamigov.com
*Counsel for City of Miami*

**VIA CM/ECF ONLY**
Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023
Email: Vknox.fh@verizon.net

**MASTER SERVICE LIST AS OF MAY 1, 2014**

**VIA CM/ECF ONLY**
Heather L. Ries
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Email: Hries@foxrothschild.com
*Local Counsel for American Gaming Systems, Inc.*

# EXHIBIT B

**CREDITOR MATRIX AS OF MAY 1, 2014**

A1 Fire & Security LLC
3801 N. 29th Avenue
Hollywood, FL 33020

~~All Mobile Video, LLC~~
~~221 W 26th Street~~
~~New York, NY 10001~~

Allen,
Norton, &
Blue, P.A.
121 Majorca Avenue
Coral Gables, FL 33134-4599

Altman Brothers, LLC
8625 Burma Road
Lake Park, FL 33403

Altman Brothers, Llc
5690 Golden Eagle Circle
Palm Bch. Garden, FL 33148

American Gaming & Electronic
4182 Solution Center
Chicago, IL 60677-4001

American Gaming & Electronic
2545 West 80th Street #6
Hialeah, FL 33016

American Gaming Systems, LLC
6680 Amelia Earhart Court
Las Vegas, NV 89119

Amtote International, Inc.
C/O Suntrust
P.O. Box 791329
Baltimore, MD 21279-1329

Ante Up Publishing LLC
2519 McMullen Booth Road
Suite 510-300
Clearwater, FL 33761

Apple Financial Services
P.O. Box 532617
Atlanta, GA 303532617

Aquatic Vegetation Control, Inc.
1860 W 10th Street
Riviera Bch, FL 33404

Arctica Ice Cream
500 Ne 185th Street
Miami, FL 33179

Ascom Hasler/Ge Cap Prog
P.O. Box 802585
Chicago, IL 60680-2585

Av-Med Health Plans
D860363
Orlando, FL 32886-0363

Av-Med Inc. - 108294
D860363
Orlando, FL 32886-0363

Av-Med Inc. - 116146
D860363
Orlando, FL 32886-0363

Bally Technologies
6601 South Bermuda Road
Las Vegas, NV 89119-3605

Betty Bu Party Rentals
4201 SW 72nd Ave.
Miami, FL 33155

Big Apple Pizza & Pasta
2311 S. 35th Street
Ft. Pierce, FL 34981

Brink's Corporated
P. O. Box 101031
Atlanta, GA 30392-1031

Broward-Nelson Fountain Service
241 SW 21st Terrace
Ft.Lauderdale, FL 33312

Calder Race Course
600 North Hurstbourne Pkwy
Suite 400
Louisville, KY 40222

Calder Race Course
21001 N.W. 27th Ave
Miami, FL 33056

**CREDITOR MATRIX AS OF MAY 1, 2014**

Casino Cafe, Inc.
3500 NW 37th Avenue
Miami, FL 33142

Cheney Brothers, Inc.
One Chaney Way
Riviera Beach, FL 33404-7000

CIP Reporting
63 Pond Street
Braintree, MA 2184

~~Cisco Systems Capital Corp.~~
~~File No. 73226~~
~~P.O. Box 60000~~
~~San Francisco, CA 94160~~

Freedom Financial Corporation
2669 Charletown Road
Suitte D
New Albany, IN 47150

Cisco Systems Capital Corp.
170 W. Tasman Drive
MS SJ 13/3
San Jose, CA 95134

City Electric Supply Company
P.O. Box 609521
Orlando, FL 32810

City Maintenance Supply
3020 SW 10th Street
Pompano Beach, FL 33069

City Maintenance Supply
6725 NW 16th Terrace
Ft.Lauderdale, FL 33309

City National Bank Of Florida
Trust Department
25 W Flagler St
Miami, FL 33130

City Of Miami
P.O. Box 105206
Atlanta, GA 30348

Coke's Stationers
129 North 2nd Street
Ft. Pierce, FL

Crystal Springs Water Company
5331 NW 35th Terrace
Ft. Lauderdale, FL 33309

Cummins-Allison Corp.
P.O. Box 339
Mt. Prospect, IL 60056

Cummins-Allison Corp.
852 Feehanville Drive
Mt. Prospect, IL 60056

Dadeland Pool
12150 SW 128th Court
#119
Miami, FL 33186

Dahta Design Construction Co.
18860 NW 57th Avenue
#207
Hialeah, FL 33015

Daily Racing Form, Llc
Lori Rudolph
P.O. Box 644901
Pittsburgh, PA 15264-4901

Dania Jai-Alai
301 East Dania Beach Blvd
P. O. Box 96
Dania, FL 33004

Daniel Licciardi
3500 NW 37th Avenue
Miami, FL 33142

Daytona Beach Kennel Club
960 South Williamson Blvd.
Daytona Bch, FL 32114

Derby Lane
St. Petersburgh Kennel Club Inc.
10490 Gandy Blvd. N.
St. Petersburgh, FL 33702

Derby Lane
P. O. Box 22099
St. Petersburgh, FL 33742

Digideal Corporation
5207 E. Third Avenue
Spokane Valley, WA 99212

**CREDITOR MATRIX AS OF MAY 1, 2014**

Dish
P. O. Box 94063
Palatine, IL 60094-4063

Ditronics Financial Services
7699 West Post Road
Las Vegas, NV 89113

Douglas Orr Plumbing, Inc.
301 Flagler Drive
Miami Springs, FL 33166

Dynamic Advertising And Design
48 S. New York Rd.
Suite A3
Galloway, NJ 8205

Economy Chemical Co., Inc.
P.O. Box 13569
Ft. Pierce, FL 34979-3569

Edmunds Direct Mail, Inc.
301 Tilton Road
Northfield, NJ 8225

FEDEX
P.O. Box 660481
Dallas, TX 75266-0481

Ferrin Signs
945 26th Street
West Palm Bch, FL 33407

Flagler Dog Track
401 NW 38th Court
Miami, FL 33135

Flagler Race - Outs Purged
401 NW 38th Court
Miami, FL 33135

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

Florida Gaming Corporation
3500 NW 37th Avenue
Miami, FL 33142

Florida Lemark Corporation
2040 NW 94 Ave
Miami, FL 33172

Florida Power & Light Co.
General Mail Facility
Miami, FL 33188

Freedom Holding, Inc.
2669 Charlestown Road
Suite D
New Albany, IN 47150

Frost, Brown, Todd, LLC
Attn: R. James Straus
400 West Market Street, Suite 3200
Louisville, KY 40202

Ft. Pierce Utilities Authority
206 S 6th Street
P.O. Box 13929
Ft.Pierce, FL 34979-3929

Glory (U.S.A.) Inc.
10 York Avenue
W. Caldwell, NJ 7006

Gordon Food Service, Inc.
Payment Processing Center
Dept. Ch 10490
Palatine, IL 60055

Gordon Food Service, Inc.
Attn: Camila Gonzalez
2850 N.W. 120th Terr.
Miami, FL 33167

Graphic Controls
P.O. Box 1271
Buffalo, NY 14240-1271

Gulfstream Park
901 S Federal Hwy
Hallandale, FL 33009

Hollywood Greyhound Track
831 N. Federal Hwy
Hallandale, FL 33009

Home Depot Credit Services
Dept. 32 - 2014298040
P.O. Box 183175
Columbus, OH 43218-3175

**CREDITOR MATRIX AS OF MAY 1, 2014**

Hospitality Purchasing Network, Inc.
11 SW 12th Avenue
Bay #112
Dania Beach, FL 33004

Housner Office Supplies
7750 W. 26th Avenue
Unit #7
Hialeah, FL 33016

~~Housner Office Supplies, Inc.~~
~~3155 West Okeechobee Road~~
~~Hialeah, FL 33012~~

HR Direct
P.O. Box 452019
Sunrise, FL 33345

~~Inaki Osa~~
~~Player Goikoetxea~~
~~9561 Fontainbleu Blvd., #318~~
~~Miami, FL 33172~~

Internal Revenue Service
Department of Treasury
Austin, TX 73301-0002

International Sound Corp.
7130 Milford Industrial Rd.
Pikesville, MD 21208

Jacksonville Greyhound Racing
P.O. Box 959
Orange Park, FL 32067-0959

Jon Aizpitarte
Player Aizpitarte-Miami Jai-alai
3500 NW 37th Avenue
Miami, FL 33142

Julian Guisasola
Player Guisasola
582 SW 169th Avenue
Weston, FL 33326

Kasper Electrical, Inc.
1321 S Killian Dr.
West Palm Beach, FL 33403

Konica Minolta
21146 Network Place
Chicago, IL 60673-1211

Konica Minolta
P. O. Box 550599
Jacksonville, FL 32255-0599

L&M Leasing, Inc.
2007 51st Street
Sarasota, FL 34234

Lewis Martinee
4 Mollison Way
Lewiston, ME 34240

Lewiston Race Ways - LRI Inc.
4 Mollison Way
Lewiston, ME 34240

Mardi Gras Racetrack & Gaming Center
831 N Federal Way
Hallandale Bch, FL 33009

Matty's Sports
7911 NW 72nd Avenue
Suite 106
Miami, FL 33166

Miami Casino Management, LLC
21001 N Tatun Blvd
Suite 1630-256
Phoenix, AZ 85050

Miami Gaming Ventures, Llc.
235 Catalonia Avenue
Coral Gables, FL 33134

Miami Signs Corp.
7870 W 25th Court
Hialeah, FL 33016

**CREDITOR MATRIX AS OF MAY 1, 2014**

Miami-Dade County Stormwater
Utility
Environmental Resources Manage
P.O. Box 025297
Miami, FL 33102-5297

Miami-Dade Aviation Department
P.O. Box 526624
Miami, FL 33152-6624

Miami-Dade County
111 NW First Street
Suite 710
Miami, FL 33128

Miami-Dade County - Building &
Neighborhood Compliance
Lien Unit
11805 Sw 26th street
Miami, FL 33175

Miami-Dade County - Florida
Finance Department
140 W Flagler street, Rm#1202
Miami, FL 33130-1575

Miami-Dade County - Planning
& Zoning
11805 SW 26th Street
Ste#223
Miami, FL 33175

Miami-Dade Police Dept.
Off Duty Police Services
9105 Nw 25 Street, Suite 3049
Doral, FL 33172

Miami-Dade Tax Collector
140 W Flagler Street
Miami, FL 33130

Miami-Dade Water And Sewer
Department
P.O. Box 26055
Miami, FL 33102-6055

Micos Systems, Inc.
P. O. Box 842956
Boston, MA 02284-2956

Moseley Outdoor Advertising
P.O. Box 12340
Ft. Pierce, FL 34979-2340

MZM Productions
16101 Aberdeen Way
Miami Lakes, FL 33014

Naples Kc
P.O. Box 2567
Bonita Springs, FL 34133-2567

Nasrin Services, LLC
4175 Cameron Street,
Suite B-10
Las Vegas, NV 89103

Nestle Pure Life Direct
P.O. Box 856680
Louisville, KY 40285-6680

Nextlevel Information Solutions
7715 NW 48th Street
Suite 310
Miami, FL 33166

Nice & Quick Cleaners Corporation
5773 NW 7th Street
Miami, FL 33126

Oceanside Communications, Inc.
189 SW Ridgecrest Drive
Port St. Lucie, FL 34953

Office Depot Credit Plan
Dept. 56 4200313871
P.O. Box 689020
Des Moines, IA 50368-9020

Onlineracing
P.O. Box 356
Raynham, MA 2767

Orkin Exterminating Commercial
Acurid-Miami Commercial
9505 NW 40th Street Road
Doral, FL 33178

**CREDITOR MATRIX AS OF MAY 1, 2014**

Palm Beach Kennel Club
1111 N. Congress Avenue
W. Palm Beach., FL 33409

Pancar Industrial Supply
P. O. Box 940295
Miami, FL 33194

Pepsi-Cola - 7054243
P.O. Box 75948
Chicago, IL 60675-5948

Pepsi-Cola Company
P.O. Box 841828
Dallas, TX 752841828

Pitney Bowes Global Financial Services Llc
P.O. Box 371887
Pittsburgh, PA 15250-7887

Praxair Distribution Se, Llc
P.O. Box 121222
Dallas, TX 75312-1222

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Rex Chemical Corp.
2270 NW 23rd Street
Miami, FL 33142

Roberts Communications Network Inc.
4175 Cameron Street
Suite B-10
Las Vegas, NV 89103

Robinson & Associates, Inc.
5271 E. Branchwood Drive
Boise, ID 83716

Rolando Jimenez
13724 SW 181st Street
Miami, FL 33177

Rowland Coffee Roasters D/b/a Cafe Bustelo
P.O. Box 850001
Dept.#797
Orlando, FL 32885-0797

Royal Cool Air Conditioning, Inc.
c/o Lazaro J. Gonzalez
9628 SW 118 Place
Miami, FL 33186

Royal Cool Air Conditioning, Inc.
P.O. Box 832815
Miami, FL 33283-2815

Secure-Tek Systems Corp.
8306 Mills Drive, #299
Miami, FL 33183

SFM Janitorial Services, Llc
9700 NW 79th Avenue
Miami, FL 33016

SFM Landscape Services, Llc
9700 NW 79th Avenue
Miami, FL 33016

SFM Security Services, Inc.
9700 NW 79th Avenue
Miami, FL 33016

SHFL Entertainment
1106 Palms Airport Drive
Las Vegas, NV 89119

Silvermark, LLC
430 Park Avenue
Fifth Floor
New York, NY 10022

Sirely Uniforms
6174 SW 8th Street
Miami, FL 33144

**CREDITOR MATRIX AS OF MAY 1, 2014**

Southern Landscaping & Lawns
5604 Deer Run Dr.
Ft. Pierce, FL 34951

Specialty House Of Creation, Inc.
1568 Jesse Bridge Road
Elmer, NJ 8318

Specialty House of Creations, Inc.
200 North Walnut
P. O. Box 130
Cottonwood, KS 66845

Sportech Racing, LLC
600 Long Wharf Drive
New Haven, CT 6511

Sportech, Inc.
1095 Winward Ridge Parkway
Suite 170
Alpharetta, GA 30005

Sportech, Inc.
P. O. Box 935091
Atlanta, GA 31193-5091

St. John's
P. O. Box 959
Orange Park, FL 32067-0959

St. John's Racing, Inc.
Attn: E. Allen Hieb, Jr.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207

St. Petersburgh Kennel Club Inc.
P. O. Box 22099
St. Petersburgh, FL 33742

Summer Jai Alai Partners
c/o Alexander Havenick, Registered Agent
401 NW 38th Court
Miami, FL 33126

Sunshine Cleaning Contractors, Inc.
3521 SW 23rd Street
Miami, FL 33145

Swisher
P.O. Box 473526
Charlotte, NC 28247-3526

Sysco South Florida, Inc.
P.O. Box 64000-A
Miami, FL 33164

Tampa Bay Down
P. O. Box 2007
Oldsmar, FL 34677

Tampa Bay Down
11225 Race Track Road
Tampa, FL 33626

Tara Club Estates, Inc.
2669 Charlestown Road
Suite D
New Albany, IN 47150

The New York Racing Association
P.O. Box 95000-3820
Philadelphia, PA 19195-0001

The New York Racing Association
Attn: David Skorton, Chairman of the Board
110-00 Rockaway Boulevard
Jamaica, NY 11417

The Weeks-Lerman Group, Llc
58-38 Page Place
P.O. Box 0
Maspeth, NY 11378

Thyssenkrupp Elevator
P.O. Box 933010
Atlanta, GA 31193-3010

Tone Rock Muzik Inc.
4028 Solutions Center
Chicago, IL 60677-4000

**CREDITOR MATRIX AS OF MAY 1, 2014**

U.S. Bancorp Equipment Finance, Inc.
P.O. Box 790448
St. Louis, MO 63179-0448

UGM Enterprises
132 S. Irving Blvd.
Los Angeles, CA 90004

United Fire Protection, Inc.
12001 31st Court North
St. Petersburg, FL 33716

W. Bennett Collett, Jr.
3500 NW 37th Avenue
Miami, FL 33142

~~Waste Mgmt Of Dade County~~
~~P.O. Box 105453~~
~~Atlanta, GA 30348~~

Wipeout Pests & Termites, Inc.
4001 Virginia Ave.
Suite A
Ft. Pierce, FL 34981

YP
P. O. Box 5010
Carol Stream, IL 60197-5010

Zap Logistics
P.O. Box 55-7096
Miami, FL 33255

Zee Medical Inc.
P.O. Box 781534
Indianapolis, IN 46278-8534

Zep Sales & Service
P.O. Box 404628
Atlanta, GA 30384-4628

Frost, Brown, Todd. LLC
400 West Market Street, Suite 3200
Louisville, KY 40202

~~George Galloway~~
~~2399 Mountain Tops Road~~
~~Blue Ridge, GA 30513~~

H. Hewitt Brown
600 East Main Street
Louisville, KY 40202

Herbert Silverberg/ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza,Suite 2805
Attn: Jeffrey S. Abraham,Esq.
New York, NY 10019

James Stuckert and Solomon Howell
7308 Shadwell Lane
Prospect, NY 40059

~~King & Company~~
~~32400 Dutchmans Lane~~
~~Louisville, KY 40205~~

Roland Howell Estate
555 NE 15th Street, Apt 22 A
c/o Alexis Rosa and Reinol Mesa
Miami, FL 33132

Staples Credit Card
P.O. Box 689020
Des Moines, IA 60368

Tara Club Estates, Inc.
2669 Charletown Road, Suite D
New Albany, IN 47150

Thomas Tew
1435 Brickell Avenue, 15th Floor
Miami, FL 33131

Vintage Filings
350 Hudson Street, Suite 300
New York, NY 10014

William Haddon Estate
196 Atlanta Country Club Drive SE
Marietta, GA 30067

George Galloway
1150 Highland Rd.
Sautee, GA 30571

**CREDITOR MATRIX AS OF MAY 1, 2014**

City of Loganville
4385 Pecan Sreet
P.O. Box 39
Loganville, GA 30052

Southern Storage
P. O. Box 1443
Loganville, GA 30052

Watson County Tax Collector
303 S. Hammon Drive
Suite 109
Monroe, GA 30655

CT Corporation
8040 Excelsior Drive
Madison, WI 53717

Daniel Licciardi
3500 NW 37th Avenue
Miami, FL 33142

Freedom Financial Corporation
2669 Charletown Road
New Albany, IN 47150

~~George Galloway~~
~~2399 Mountain Tops Road~~
~~Blue Ridge, GA 30513~~

Herbert Silverberg/ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza,Suite 2805
Attn: Jeffrey S. Abraham,Esq.
New York, NY 10019

Kimberly Tharp
2669 Charlestown Road. #D
New Albany, IN 47150

~~The Farmers Bank~~
~~1119 Old Highway 60 Eat~~
~~Hardinsburg, KY 40143~~

The Hurb Family Partnership
#7 Partridge Run Road
Warren, NJ 7059

W. Bennett Collett
2669 Charletown Road
New Albany, IN 47150

Alex Gutierrez
21815 SW 98th Place
Cutler Bay, FL 33190

American International Group, Inc.
c/o Ryan G. Foley, Authorized Representative
175 Water Street, 15th Floor
New York, NY 10038

Andrea Neiman
1333 St. Tropez Circle, #406
Weston, FL 33326

Aristocrat Technologies, Inc.
Allison L. Friedman, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, FL 33180

AT&T
PO Box 105262
Atlanta, GA 30348

~~AT&T Capital Leasing Services, Inc.~~
~~550 Cochituate Road~~
~~Framingham, MA 01701-4654~~

Bottling Group, LLC
c/o Frank Gecker, LLC
Attn: Joseph D. Frank
325 N. LaSalle Street, Suite 625
Chicago, IL 60654

Brinks, Inc.
555 Divident Drive
Coppell, TX 75019

**CREDITOR MATRIX AS OF MAY 1, 2014**

Bristol Holdings Inc.
2900 South Highland Drive
Ste 18C
Las Vegas, NV 89109-1075

Broadridge ICS
PO Box 416423
Boston, MA 2241

Chase Credit Cardmember
PO Box 94014
Palatine, IL 60094

Chris Craft
St. Lucie County Tax Collector
P.O Box 308
Ft. Pierce, FL 34954

CIB Bank
20527 S. La Grange Road
Frankfort, IL 60423-1345

~~CIT Technology Fin. Servs. Inc.~~
~~4600 Touchton Road East~~
~~Building 100~~
~~Jacksonville, FL 32246-8299~~

CIT Technology Fin. Servs. Inc.
650 CIT Drive
Livingston, NJ 07039-5705

CIT Technology Financing Services, Inc.
c/o Bankruptcy Processing Solutions, Inc.
1162 E. Sonterra Blvd., Suite 130
San Antonio, TX 78258

City of Fort Pierce
Robert V. Schwerer, Esq.
City Hall
100 N. US 1
Fort Pierce, FL 34950

City of Miami
c/o Victoria Mendez, City Attorney
444 S.W Second Avenue
Miami, FL 33130

Commercial Flooring Solutions
3820 Rose Lake Drive
Charlotte, NC 28217

Continental Stock Transfer
17 Battery Place, 8th Floor
New York, NY 10004

Cousins Chipman & Brown, LLP
1007 North Orange Street, Ste. 1110
Wilmington, DE 19801

Dade Paper & Bag Co.
PO Box 523666
Miami, FL 33152

Dayron Alonso
7870 West 10th Avenue
Hialeah, FL 33014

Earthlink Business fdba Deltacom
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

Fair Harbor Capital, LLC
Ansonia Finance Station
Attn: Frederic Glass
PO Box 237037
New York, NY 10023

Federal Express
PO Box 94515
Palatine, IL 60094

**CREDITOR MATRIX AS OF MAY 1, 2014**

FedEx Tech Connect Inc. as
Assignee of
FedEx
Express/Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd
Floor
Memphis, TN 38116

First Union National Bank of Florida
1 SE Financial Center
Miami, FL 33131

Florida City Gas
Virginia Natural Gas
544 S. Independence Blvd.
Virginia Beach, VA 23452

Froilan Deya
12857 NW 102nd Avenue
Hialeah Gardens, FL 33018

General Electric Capital Corporation
Attn: Barbi Martin
1010 Thomas Edison Blvd.
Cedar Rapids, IA 52404

Gordon Food Service, Inc.
Legal Dept - Attn: Marla Frear
PO Box 2244
Grand Rapids, MI 49501

H2C, Inc.
108 West 13th Street
Wilmington, DE 19801

HGE Music, LLC
c/o Homer M. Gallardo, as Registered
agent
2355 NW 137th Avenue, Unit 4
Sunrise, FL 33323

IGT
Attn: Gent Culver
9295 Prototype Drive
Reno, NV 89521

International Union UAW and its
Local 8868
c/o Michael B. Schoenfeld, Esq.
Stanford Fagan LLC
191 Peacetree Street NE, # 4200
Atlanta, GA 30303

Isle of Capri Casinos, Inc
600 Emerson Road
St. Louis,, MO 63141

King & Company
3400 Dutchmans Lane
Louisville, KY 40205

Law Offices of Thomas J. Palmieri
340 Minorica Avenue, Suite 1
Coral Gables, FL 33134

LCOA, Inc.
340 E. Big Beaver Road
Ste. 560
Troy, MI 48083-1218

Leastar Capital Group Inc.
1324 Motor Pkwy
Hauppauge, NY 11788

Loomis
2500 Citywest Blvd, # 900
Houston, TX 77042

Micros Systems Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289

Newport Grand, LLC
150 Admiral Kalfus Road
Newport, RI 2840

**CREDITOR MATRIX AS OF MAY 1, 2014**

Otis Elevator Company, et al
Attn: Treasury Services-Credit/Collections
1 Farm Springs
Farmington, CT 6032

Seat Masters Investment Corp.
2370 SW 67th Avenue
Miami, FL 33155

SFM Services, Inc.
c/o Torres & Vadillo, LLP
11402 NW 41st Street, Suite 202
Miami, FL 33178

~~SHC Holdings LLC~~
~~PO Box 130~~
~~Cottonwood Falls, KS 66845~~

~~SHC Holdings LLC~~
~~200 North Walnut Street~~
~~Cottonwood Falls, KS 66844~~

St. Lucie County
c/0 Daniel S. McIntyre, County Attorney
2300 Virginia Avenue
Ft. Pierce, FL 34982

St. Lucie County
Chris Craft
St. Lucie County Tax Collector
2300 Virginia Avenue
Ft. Pierce, FL 34982

St. Lucie County
Chris Craft
St. Lucie County Tax Collector
1664 SE Walton Road, Suite 101
Ft. Pierce, FL 34952

St. Lucie County Tax Collector
P.O. Box 308
Ft. Pierce, FL 34954-0308

Suzo-Happ Group
7331 Solutions Center
Chicago, IL 60677-7003

The Farmers Bank
David B. Vickery, Esq.
101 North Main Street
Leichfield, KY 42754

Wagiman Soemanto
PO Box 1641
Ft. Pierce, FL 34954-1641

Waste Management
2625 W. Grandview Road, Suite 150
Phoenix, AZ 85023

WMS Gaming Inc.
800 S. Northpoint Blvd.
Waukegan, IL 60085-8211

Claims Recovery Group LLC
As Assignee for Florida Legislative Consultant Inc.
92 Union Ave
Cresskill, NJ 7626

Claims Recovery Group LLC
As Assignee for Total Compliance Network, Inc.
92 Union Ave
Cresskill, NJ 7626

Fair Harbor Capital, LLC
As Assignee for Identisys Inc
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Fair Harbor Capital, LLC
As Assignee for Miami Bar & Restaurant Supplies
Ansonia Finance Station
PO Box 237037
New York, NY 10023

**CREDITOR MATRIX AS OF MAY 1, 2014**

Tannor Partners Credit Fund LP
As Assignee for SHC Holdings, LLC (d/b/a Specialty House of Creation)
150 Grand Street, Suite 401
Attn: Robert Tannor
White Plains, NY 10601

Tannor Partners Credit Fund LP
As Assignee for Euro Off-Track
150 Grand Street, Suite 401
Attn: Robert Tannor
White Plains, NY 10601

Tannor Partners Credit Fund LP
As Assignee for Aware Digital
150 Grand Street, Suite 401
Attn: Robert Tannor
White Plains, NY 10601

Horizon Software Inc.
148 Eastern Blvd.
Glastonbury, CT 6033

Pitney Bowes
Attn: Lautenbach B. Marc, President
One Elmcroft Road
Stamford, CT 6926

~~Alex Gutierrez~~
~~21815 SW 98th Place~~
~~Cutler Bay, FL 33190~~

~~Aristocrat Technologies, Inc.~~
~~P.O. Box 849540~~
~~Los Angeles, CA 90084-9540~~

~~Broadridge ICS~~
~~P.O. Box 416423~~
~~Boston, MA 2241~~

~~Euro Off-Track~~
~~7950 Dublin Blvd~~
~~Ste#216~~
~~Dublin, CA 94568~~

~~Florida City Gas~~
~~P.O. Box 11812~~
~~Newark, NJ 07101-8112~~

~~Florida Legislative Consultant Inc.~~
~~522 East Jefferson Street~~
~~P. O. Box 10097~~
~~Tallahassee, FL 32302~~

~~Total Compliance Network, Inc.~~
~~5440 NW 33rd Avenue~~
~~Suite 106~~
~~Ft. Lauderdale, FL 33309~~

~~Horizon Software, Inc~~
~~P.O. Box 735~~
~~Glastonbury, CT 06033-0735~~

~~Identisys Inc. D/B/A Card Solutions, Inc.~~
~~P.O. Box 1086~~
~~Minnetonka, MN 55345-0086~~

~~Identisys Inc. D/B/A Card Solutions, Inc.~~
~~7630 Commerce Way~~
~~Eden Praire, MN 55344~~

~~IGT - Eastern Operating #774028~~
~~6355 South Buffalo Drive~~
~~Las Vegas, IL 89113~~

~~International Jai Alai Player Association~~
~~U.A.W. Local 8868~~
~~AFL-CIO~~

~~Loomis~~
~~Dept 0757~~
~~Po Box 120001~~
~~Dallas, TX 75312~~

~~Miami Bar & Restaurant Supplies, Inc.~~
~~3533 NW 58th Street~~
~~Miami, FL 33142~~

~~Micros Systems, Inc.~~
~~632 S Military Trail~~
~~Deerfield Bch, FL 33442~~

~~Otis Elevator Company~~
~~P.O. Box 905454~~
~~Charlotte, NC 28290-5454~~

**CREDITOR MATRIX AS OF MAY 1, 2014**

~~SHFL Entertainment~~
~~P. O. Box 846961~~
~~Los Angeles, CA 90084-6961~~