United States Bankruptcy Court
Southern District of Florida

In re:
Florida Gaming Centers, Inc.
Debtor

Case No. 13-29597-RAM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: howlane Page 1 of 2 Date Rcvd: May 21, 2014
Form ID: CGFCRD3 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2014.
br +Alex C Fisch, c/o Guggenheim Securities, LLC, 330 Madison Ave, New York, NY 10017-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2014 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2014 at the address(es) listed below:

Aaron P. Honaker, Esq. on behalf of Interested Party Tara Club Estates, Inc. lee-sin@salazarjackson.com;pacetti@salazarjackson.com
Aaron P. Honaker, Esq. on behalf of Interested Party Freedom Holding, Inc. lee-sin@salazarjackson.com;pacetti@salazarjackson.com
Aaron P. Honaker, Esq. on behalf of Interested Party Florida Gaming Corporation lee-sin@salazarjackson.com;pacetti@salazarjackson.com
Allison L Friedman on behalf of Creditor Aristocrat Technologies, Inc. ralfriedman@hotmail.com
Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC allison@claimsrecoveryllc.com
Andrew R Herron on behalf of Creditor Miami Gaming Ventures LLC aherron@herronortiz.com, ndrubin@herronortiz.com
Barnaby L Min on behalf of Creditor Miami-Dade County Tax Collector (Darely) bmin@miamigov.com
Becket and Lee LLP, Esq on behalf of Creditor American Express Travel Related Services Co Inc notices@becket-lee.com
Christopher A Jarvinen on behalf of Other Professional David Jonas cjarvinen@bergersingerman.com, efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com
Craig V. Rasile, Esq. on behalf of Interested Party Silvermark LLC craig.rasile@dlapiper.com, monica.tucker@dlapiper.com,jacqueline.figueroa@dlapiper.com,rachel.nanes@dlapiper.com, yohami.lamguerra@dlapiper.com
David B Marks on behalf of Creditor Solomon O. Howell brett.marks@akerman.com, charlene.cerda@akerman.com
David B Marks on behalf of Creditor James Stuckert brett.marks@akerman.com, charlene.cerda@akerman.com
David W Baddley on behalf of Interested Party U.S. Securities and Exchange Commission baddleyd@sec.gov
Drew M Dillworth on behalf of Defendant ABC FUNDING, LLC, as Agent for SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-A, L.P., SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-B, L.P., JPMORGAN CHASE BANK, N.A., LOCUST STREET FUNDING LLC, CANYON VALUE ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com
Drew M Dillworth on behalf of Creditor ABC FUNDING, LLC, as Agent for SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-A, L.P., SUMMIT PARTNERS SUBORDINATED DEBT FUND IV-B, L.P., JPMORGAN CHASE BANK, N.A., LOCUST STREET FUNDING LLC, CANYON VALUE ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com
Fair Harbor Capital LLc (Knox) vknox.fh@verizon.net
Franck D Chantayan on behalf of Interested Party William Bennett Collett franck@chantayan.com
Glenn D Moses, Esq on behalf of Financial Advisor Daniel Stermer gmoses@gjb-law.com, gjbecf@gjb-law.com
Glenn D Moses, Esq on behalf of Creditor Committee Unsecured Creditors' Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
Glenn D Moses, Esq on behalf of Creditor Committee The Official Joint Committee of Unsecured Creditors gmoses@gjb-law.com, gjbecf@gjb-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Harvey W Gurland, Jr on behalf of Creditor GLP Capital, L.P hwgurland@duanemorris.com, nmcastillo@duanemorris.com
Heather L. Ries, Esq. on behalf of Creditor AGS Partners, LLC hries@foxrothschild.com, ralbert@foxrothschild.com
Holly E Van Horsten on behalf of Creditor International Union, UAW and its Local 8868 hvanhorsten@phillipsrichard.com
Howard S Toland on behalf of Creditor International Sound Corporation htoland@mitrani.com
Ileana Cruz on behalf of Creditor Miami-Dade County Tax Collector (Darely) cao.bkc@miamidade.gov
Ileana Cruz on behalf of Creditor Miami-Dade County Aviation Department cao.bkc@miamidade.gov
Ira Bodenstein on behalf of Mediator Robert M. Fishman ibodenstein@shawgussis.com
Jared A Seff on behalf of Broker Alex C Fisch jared@tabasfreedman.com, pbecerra@tabasfreedman.com
John R. Dodd, Esq. on behalf of Interested Party Z Cap Florida Gaming, LLC doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
Joseph D Frank on behalf of Creditor Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
Linda M Leali, Esq on behalf of Creditor St. Lucie County lleali@lealilaw.com
Linda M Leali, Esq on behalf of Creditor City of Fort Pierce, Florida lleali@lealilaw.com
Luis Salazar, Esq. on behalf of Interested Party Florida Gaming Corporation salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Debtor Florida Gaming Centers, Inc. salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Interested Party Freedom Holding, Inc. salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Plaintiff Florida Gaming Centers, Inc. salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Debtor Florida Gaming Corporation salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Interested Party Tara Club Estates, Inc. salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Debtor Freedom Holding, Inc. salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Debtor Tara Club Estates, Inc. salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Luis Salazar, Esq. on behalf of Plaintiff Florida Gaming Corporation salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
Mark D. Bloom, Esq. on behalf of Interested Party Z Cap Florida Gaming, LLC bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
Miami-Dade County Tax Collector (Darely) mdtcbkc@miamidade.gov
Michael A Friedman on behalf of Creditor Committee Unsecured Creditors' Committee mfriedman@gjb-law.com, gjbecf@gjb-law.com
Mindy A. Mora, Esq. on behalf of Stockholder Pride's Capital Fund I, L.P. mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Paul J. Battista, Esq on behalf of Creditor Committee The Official Joint Committee of Unsecured Creditors pbattista@gjb-law.com, gjbecf@gjb-law.com
Paul J. Battista, Esq on behalf of Creditor Committee Unsecured Creditors' Committee pbattista@gjb-law.com, gjbecf@gjb-law.com
Robert C Meyer on behalf of Creditor Florida Lemark meyerrobertc@cs.com, t.legalassistant@gmail.com;rcmeyer@gmail.com
Ronald E Gold on behalf of Attorney Frost Brown Todd LLC rgold@fbtlaw.com
Solomon B Genet, Esq. on behalf of Creditor Miami Casino Management, LLC sgenet@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
Soneet R. Kapila mwalker@kapilaco.com
Stacia A Wells on behalf of Stockholder Pride's Capital Fund I, L.P. swells@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;laparicio@bilzin.com
Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee Steven.D.Schneiderman@usdoj.gov

TOTAL: 54

**Form CGFCRD3** (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 13−29597−RAM**
**Chapter: 11**

**In re:**

Florida Gaming Centers, Inc.
dba Miami Jai−Alai Casino
3500 NW 37th Avenue
Miami, FL 33142

EIN: 65−0705893

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **June 26, 2014** at **01:30 PM** at the following location:

**Claude Pepper Federal Bldg**
**51 SW First Ave Room 1406**
**Miami FL 33130**

to consider the following:

**Final Application for Final Compensation First and Final Application for Compensation and Reimbursement of Expenses of Guggenheim Securities, LLC as Investment Banker to the Debtors for Alex C Fisch, Financial Advisor, Period: 11/8/2013 to 4/30/2014, Fee: $1850000, Expenses: $92996.57. Filed by Broker Alex C Fisch.**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON−EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

**Dated: 5/21/14**

**CLERK OF COURT**
By: Elaine Howlan
Courtroom Deputy