**ORDERED in the Southern District of Florida on July 15, 2014.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

FLORIDA GAMING CENTERS, INC., *et al.*,[1]

Debtors. /

Chapter 11
Case No. 13-29597-RAM
(Jointly Administered)

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GUGGENHEIM SECURITIES, LLC AS INVESTMENT BANKER TO THE DEBTORS**

Upon consideration of the First and Final Application of Guggenheim Securities, LLC ("***Guggenheim***"), as investment banker to the Debtors, for the allowance of interim compensation and reimbursement of expenses (the "***First***

[1] The debtors in these Chapter 11 cases and the last four digits of their federal tax identification number are: Florida Gaming Corporation (0533), Florida Gaming Centers, Inc. (5893), Tara Club Estates, Inc. (9545), and Freedom Holding, Inc. (4929).

***and Final Fee Application***") (Docket No. 499) for the period from November 8, 2013 through April 30, 2014 (the "***Compensation Period***"), and the Court having reviewed the First and Final Fee Application, and it appearing that sufficient notice of the First and Final Fee Application was given and that the relief requested therein is appropriate, and good cause having been shown, and further finding that the standards set forth in Sections 328 and 330 of the Bankruptcy Code have been satisfied with respect to the Initial Fee,[2] the Monthly Fee, the Sale Transaction Fee, and with respect to the expenses sought by Guggenheim (such expense request having been revised as set forth below), and no party having filed (timely or otherwise) any response to the First and Final Fee Application, and this Court having convened a hearing on the First and Final Fee Application on June 26, 2014, at which hearing no parties objected, although counsel to Guggenheim set forth on the record a reduction in the requested fees by the amount of $9,261.09 to resolve certain issues raised by the Office of the United States Trustee; it is hereby

ORDERED, that the First and Final Fee Application is granted, as set forth herein; and it is further

ORDERED, that Guggenheim is hereby awarded on a final basis an aggregate allowed administrative expense claim in this case in the amount of (i) $1,850,000.00 as compensation and (ii) $83,735.48 as reimbursement for actual

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the First and Final Fee Application.

out-of-pocket expenses, for a total of $1,933,735.48 for the Compensation Period without need for any further filing or proof thereof; and it is further

ORDERED, that notwithstanding the potential applicability of Bankruptcy Rules 6004(h), 7062, and 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry, and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this order, or relating to the rights of the parties under the Engagement Letter; without limiting the foregoing, to the extent Guggenheim should assert any claim in the future pursuant to any indemnity provisions or other parts of its Engagement Letter, Guggenheim may file an appropriate application with this Court, on notice to all applicable parties in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the applicable rules of this Court.

# # #

**Submitted by:**
Linda Worton Jackson, Esq.
**SALAZAR JACKSON LLP**
Two S. Biscayne Boulevard, Suite 3760
Miami, Florida 33131
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Email: Jackson@SalazarJackson.com

*(Attorney Jackson shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*